ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
MAY - 3 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| ERIC C. DARDEN, as Administrator of the Estate of Jermaine Darden, <br> Plaintiff, <br><br> v. <br><br> THE CITY OF FORT WORTH, TEXAS, et al., <br> Defendants. | § § § § § § § § § § | CIVIL ACTION NO. 4:15-CV-221-A |

### DEFENDANT W.F. SNOW and J. ROMERO'S DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Order Setting Schedule and Providing Special Pretrial Instructions (Doc. No. 56), as amended (Doc. No. 59) and Fed. R. Civ. P. 26(a)(2), Defendants W.F. Snow and J. Romero file this their Designation of Experts, and would respectfully show unto the Court as follows:

### I.

### Witnesses required to provide a written report. Fed. R. Civ. P. 26(a)(2)(B)

Michael M. Cosgrove
1075 Wetland Ridge Circle
Middleburg, FL 32068
Telephone: 954-684-7255
E-mail Address: veritasmmc@aol.com


Mark W. Kroll, PhD, FACC, FHRS, FIEEE, FAIMBE
Box 23
Crystal Bay, MN 55323 USA
1-805-428-1838
mark@kroll.name

Tasha Zemrus Greenberg, M.D.[1]
200 Feliks Gwozdz Pl., Fort Worth TX  76104
Office (817) 920-5700 x 8364
Fax (817) 920-5713
nce_tzgreenberg@tarrantcounty.com

## II.

### Witnesses not required to provide a written report.  Fed. R. Civ. P. 26(a)(2)(C)

Without waiving the right to challenge any other parties' attempt to elicit testimony from any non-retained expert witness that exceeds the scope and intent of Fed. R. Civ. P. 26(a)(2), Defendant may call the following persons (for purposes consistent with the scope and intent of Fed. R. Civ. P. 26(a)(2)), who are not retained or specially employed to provide expert testimony in this case and who are not regularly employed by the defendant to provide expert testimony, to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.  Defendant also reserves the right to challenge the testimony of any person listed below should another party attempt to offer testimony from the person that is unreliable or for which the person is unqualified to opine.

1. Defendant Officer W.F. Snow by and through his undersigned attorney, Kenneth E. East, 9001 Airport Freeway, Suite 675, North Richland Hills, Texas 76180, 817-788-1111.

2. Defendant Officer J. Romero, by and through his attorney of record, D. Lee Thomas, Jr., 507 W. Central Avenue, Fort Worth, Texas 76164, 817-625-8866.

---

[1] Dr. Greenberg is a fact witness, a non-retained expert, and a retained expert.

3.      All police officers who witnessed all or part of the incident, were involved in any way in any work done in preparation for the service of the warrant at issue herein, were involved in any investigation or review of the incident, or otherwise have knowledge relevant to this lawsuit. Such individuals can be reached through Laetitia Coleman Brown, Attorney for Defendant City of Fort Worth, Laetitia Coleman Brown, Fort Worth City Attorney's Office, 1000 Throckmorton St., Fort Worth, Texas 76102, 817-392-6639. Otherwise, their work address generally is Fort Worth Police Department, 350 West Belknap Street Fort Worth, TX 76102, (817) 392-4000.  Such other police officers include, but are not limited to the following:

| | |
|---|---|
| DANFORD,NB #2506 | drafted search warrant and related documents, wrote incident report |
| C.M. Gilmore #3008 | acted as evidence custodian |
| CPL J Sutherland 343<br>OFC C Brady 2687<br>OFC E Chavez 3520<br>OFC C Gray 3855<br>OFC W Snow 3450<br>OFC J Ricks 3484<br>OFC S Tabor 3662<br>OFC J Romero 3648 | members of Central ZT team, which served subject warrant |
| Officer GD Sprout 3290 | confirmed warrants of arrestees |
| Sgt RE Johnson 2478<br>AD Taylor #3604<br>J Sandoval 3625<br>CM Jones 3767<br>CM Gilmore 3008<br>JE Bell 3816<br>NB Danford | narcotics officers who searched scene |
| Detective D.G. Rohloff #2522<br>D.L. BAGGOTT, ID 2186<br>Det. Murtaugh | worked on CPI investigation of subject incident |

| Officer M. Kaether, ID #3893 Officer A. Brewer, ID #3979 | present at scene and were at hospital with Jermaine Darden after incident |
|---|---|
| Officer Campbell | at hospital with Jermaine Darden after incident |
| Officer Jeannes | CSSU officers who collected evidence after incident |
| Lt. Verrett | may have responded to scene |

4.  Officer Jamie Johnson. Officer Johnson can be reached through Laetitia Coleman Brown, Attorney for Defendant City of Fort Worth, Laetitia Coleman Brown, Fort Worth City Attorney's Office, 1000 Throckmorton St., Fort Worth, Texas 76102, 817-392-6639. Otherwise, his work address generally is Fort Worth Police Department, 350 West Belknap Street Fort Worth, Texas 76102, (817) 392-4000.

5.  Tarrant County Medical Examiner, personnel and custodians of records, including:

> Lloyd White, M.D., Ph.D., former Deputy Medical Examiner (current contact information unknown to Defendants)
> Tasha Z. Greenberg, M.D., Deputy Medical Examiner
> Nizam Peerwani, M.D., DABFP, Chief Medical Examiner
> Robert Johnson, PH.D., DABFT, Chief Toxicologist
> Kyle Finney, Medical Investigator
> Michael Floyd, Chief Forensic Death Investigator
>
> Office of Chief Medical Examiner
> Tarrant County Medical Examiner's District
> Tarrant County, Texas
> 200 Feliks Gwozdz Place, Fort Worth, Texas 76104-4919
> (817) 920-5700 FAX (817) 920-5713

6.  All of Plaintiff's past or present medical providers and custodians of records thereof. Defendants do not have access to these witnesses and do not know their opinions beyond what is in

their respective records, if any. Defendants may call any of these providers in rebuttal to Plaintiff's and his experts' claims.

Respectfully submitted,

*/s/ Kenneth E. East*

Kenneth E. East
State Bar No. 00790622
FOSTER & EAST
9001 Airport Freeway, Suite 675
North Richland Hills, Texas 76180
(817) 788-1111
Fax: (817) 485-2836
ken1@airmail.net

ATTORNEY FOR DEFENDANT
W.F. SNOW

*/s/ D. Lee Thomas, Jr.*

D. Lee Thomas, Jr.
State Bar No. 19847500
507 West Central Avenue
Fort Worth, Texas 76164-9135
Tel: 817-625-8866
Fax: 817-625-8950
dlthom31@yahoo.com

ATTORNEY FOR DEFENDANT
J. ROMERO

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2016, I served a copy of this document on the following parties or their counsel of record:

DARYL K. WASHINGTON
**LAW OFFICE OF DARYL K. WASHINGTON, P.C.**
325 N. St. Paul St., Suite 1975
Dallas, Texas 75201
214 880-4883
214-751-6685 - fax
dwashington@dwashlawfirm.com
legalassistant@dwashlawfirm.com, and
matt@mattkita.com

via email and U.S. First Class Mail

D. Lee Thomas, Jr.
507 W. Central Avenue
Fort Worth, Texas 76164
817-625-8866
817-625-8950 fax
dlthom31@yahoo.com
renee.dolkos@gmail.com

via email

Laetitia Coleman Brown
Assistant City Attorney
1000 Throckmorton Street
Fort Worth, Texas 76102
817-392-7600
817-392-8359 fax
laetitia.brown@fortworthtexas.gov
victoria.honey@fortworthtexas.gov

via email

_/s/ signature_