ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 13 2019 1:20
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| ERIC C. DARDEN, as Administrator of the Estate of Jermaine Darden, Plaintiff, § § § § | |
| v. § | CIVIL ACTION NO. 4:15-CV-221-A |
| § § | |
| THE CITY OF FORT WORTH, TEXAS, et al., § Defendants. § | |

## DEFENDANTS, W.F. SNOW AND J. ROMERO'S, WITNESS LIST FOR EXPERT HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

As provided in the Court's April 26, 2019, Order, Defendants, W.F. Snow and J. Romero, hereby file their Witness List for use in the ordered hearing on their Motion to Exclude Plaintiff's Experts, and would show unto the Court as follows:

### DEFENDANTS' WITNESS LIST

As the burden is plaintiff's to prove the qualifications, relevance, and reliability of his proffered expert testimony, defendants do not necessarily anticipate calling any witnesses but reserve the right to call, re-call, and/or cross-examine the following witnesses:

| WITNESS | Sworn | Testified |
|---|---|---|
| Stan V. Smith | | |
| Craig Miller | | |
| Dr. Janet Elaine Rogers | | |

## STATEMENT AS TO EACH WITNESS

| WITNESS | Subject Matter |
| --- | --- |
| Stan V. Smith | Qualifications, relevance, and reliability of this witness and his proffered opinions |
| Craig Miller | Qualifications, relevance, and reliability of this witness and his proffered opinions |
| Dr. Janet Elaine Rogers | Qualifications, relevance, and reliability of this witness and her proffered opinions, as well as sufficiency of disclosures related to her proposed testimony and opinions |

Respectfully submitted,

Kenneth E. East
State Bar No. 00790622
9001 Airport Freeway, Suite 675
North Richland Hills, Texas 76180
(817) 788-1111
Fax: (817) 485-2836
ken1@airmail.net

ATTORNEY FOR DEFENDANT
W.F. SNOW

D. Lee Thomas, Jr.
State Bar No. 19847500
2612 Barbara Pass
Austin, Texas 78748
817-625-8866
dlthom31@yahoo.com

ATTORNEY FOR DEFENDANT
J. ROMERO

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, I served a copy of this document on all parties or their counsel of record:

Kenneth E. East