IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIC C. DARDEN, AS ADMINISTRATOR OF THE ESTATE OF JERMAINE DARDEN, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:15-CV-221-A |
| W.F. SNOW and J. ROMERO, | § § | |
| Defendants. | § | |

ORDER

On August 13, 2019, the court received from plaintiff, Eric C. Darden, as Administrator of the Estate of Jermaine Darden, his objections to the verdict form the court attached as an exhibit to the order the court issued August 6, 2019. The court would benefit from a response by defendants to the objections made by plaintiff in such document. Therefore,

The court ORDERS that defendants, W.F. Snow and J. Romero, file by 4:00 p.m. on August 19, 2019, a response to such objections, responding separately to each objection, and providing whatever arguments and authorities they have in support of the response they make to each of such objections.

SIGNED August 14, 2019.

JOHN McBRYDE
United States District Judge