**FILED**

**November 6, 2019**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

### MINUTE ORDER -HEARING

JUDGE : McBryde
LAW CLERK: Susanna Johnson
COURT REPORTER: Debbie Saenz
CSO: Ray Urban

Case No.: 4:15-CV-221-A
Darden v. City of Fort Worth, et al.

Date Held: November 6, 2019

Time:   10:32 a.m. - 12:15 p.m.
12:32-1:42 p.m.
1:52-2:13 p.m. (3 hours 14 minutes)

Plaintiff's counsel: Matthew Kita

Defendants' counsel: Kenneth East

Rehearing on motion to strike experts.
Pl. Exs. 3-6, 10, 11 admitted.
Def. Exs. 4, 6, 8-10, 15, 16, 18, 20, 22, 23 admitted.

Rulings as stated on the record. Motion to strike testimony of Stan Smith granted.

Hearing concluded.