# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold
LAW CLERK: Susanna Johnson
DATE HELD: February 11, 2020
A.M. 9:07 - 6:09 p.m.
TOTAL COURT TIME: 9 hrs./2 mins.

COURT REPORTER/TAPE: Debbie Saenz

COURT TIME: 9:00 a.m.

CSO: Ray Urban/Ted Carmean

Case No. 4:15-CV-221-A

| | | |
|---|---|---|
| ERIC D. DARDEN (Plaintiff) v. | § § § | Matthew Kita - Plaintiff's Counsel Daryl K. Washington - Plaintiff's Counsel |
| W. F. SNOW and J. ROMERO (Defendants) | § § | Kenneth East - Defendants' Counsel D. Lee Thomas, Jr. - Defendant's Counsel |

## 2nd DAY JURY TRIAL

Trial Status:
☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled ✔ Days in Trial: 2 Civil Jury Trial Concluded: ☐Yes ✔No

✔ ....... Pretrial Conference held.
✔ ....... Jury trial held.
✔ ....... ✔ Plaintiff ✔ Defendants evidence presented.
☐ ....... Defendant's motion for _____ ☐.
☐ ....... Plaintiff motion for _____ ☐ granted ☐ denied.
☐ ....... Plaintiff/Defendant _____ motion _____ taken under advisement.
☐ ....... Defendant _____ motion _____ ☐ granted ☐ denied.
✔ ....... Evidence concluded.
☐ ....... Final arguments. ☐ ....Court deliberating.
✔ ....... Court's charge to the jury.
☐ ....... Jury deliberating. ☐ Jury note.
☐ ....... Jury verdict Rendered (See Verdict Form).
☐ ....... Court verdict Rendered (See Verdict Form).
☐ ....... Jury trial ends.

☐ ....... **STATUS OF EXHIBITS: (w/crd)**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
FEB 11 2020
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**PROCEEDINGS** _____

_____

✔ Adjourned __Wednesday, February 12, 2020 at 9:00 a.m.__