

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIC C. DARDEN, as Administrator of the Estate of Jermaine Darden,<br>    Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:15-CV-221-A |
| THE CITY OF FORT WORTH, TEXAS, et al.,<br>    Defendants. | § § | |

**DEFENDANTS, W.F. SNOW AND J. ROMERO'S,
WITNESS LIST FOR TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

As provided in the Court's April 26, 2019, Order, Defendants, W.F. Snow and J. Romero,

hereby file their Witness List for use in the trial of this case, and would show unto the Court as

follows:

**DEFENDANTS' WITNESS LIST**

As the burden is plaintiff's to prove the qualifications, relevance, and reliability of his

proffered expert testimony, defendants do not necessarily anticipate calling any witnesses but reserve

the right to call, re-call, and/or cross-examine the following witnesses:

| WITNESS | Sworn | Testified |
|---|---|---|
| William Snow, defendant | 2/10 | 2/11 |
| Javier Romero, defendant | 2/10 | 2/11 |
| Tasha Greenberg, M.D. | 2/10 | |
| Michael Cosgrove | 2/10 | |
| Mark Kroll, Ph.D. | | |
| Glen Verrett | 2/10 | 2/11 |

| | | |
|---|---|---|
| Sgt. J.R. Sutherland | 2/10 | |
| Cpl. E. Chavez (3520) | 2/10 | |
| Ofc. Gray (3855) | 2/10 | |
| Sgt. S.A. Tabor Ricks (3662) | 2/10 | |
| Ofc. C.J. Brady (2687) | 2/10 | |
| Ofc. M. Johnson (3284) | 2/10 | 2/11 |
| Ofc. J.R. Ricks (3484) | 2/10 | |
| Ofc. M.P. Kaether (3893) | 2/10 | |
| Ofc. A.M. Brewer (3979) | 2/10 | |
| Ofc. N.B. Danford (2506) | 2/10 | 2/11 |
| Ofc. J. Sandoval (3625) | 2/10 | |
| City of Fort Worth Custodian of Records (Ofc. Bryan N. Bice) | 2/10 | 2/11 |
| Angela Darden | 2/10 | |
| Donneika Goodacre | 2/10 | |
| Clifton Crippen | 2/10 | |
| Donald Virden | 2/10 | |
| Orlando Cook | 2/10 | |
| Harriet Darden | 2/10 | |
| Eric Darden | 2/10 | |

## STATEMENT AS TO EACH WITNESS

| WITNESS | Subject Matter |
|---|---|
| William Snow, defendant | Defendant. All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. |
| Javier Romero, defendant | Defendant. All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. |
| Tasha Greenberg, M.D. | The autopsy of Jermaine Darden and findings therein; Darden's preexisting health infirmities and life expectancy; the cause of death; authentication of Autopsy Report. |
| Michael Cosgrove | Defense use of force and police procedures expert. The force used against Jermaine Darden and its compliance with FWPD training, policies, and police standards. |
| Mark Kroll, Ph.D. | Defense Taser and biomedical sciences expert. The mechanics of the Taser device and how it interacts with the human body and that it did not cause Jermaine Darden's death in this case. |
| Glen Verrett | Former FWPD lieutenant. All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. |
| Sgt. J.R. Sutherland | All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. |
| Cpl. E. Chavez (3520) | All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. Video from helmet camera. |
| Ofc. Gray (3855) | All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. Video from helmet camera. |
| Sgt. S.A. Tabor Ricks (3662) | All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. |

| | |
|---|---|
| Ofc. C.J. Brady (2687) | All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. |
| Ofc. M. Johnson (3284) | All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. |
| Ofc. J.R. Ricks (3484) | All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. |
| Ofc. M.P. Kaether (3893) | All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. |
| Ofc. A.M. Brewer (3979) | All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. |
| Ofc. N.B. Danford (2506) | All events at issue, including obtaining and service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. |
| Ofc. J. Sandoval (3625) | All events at issue, including service of the narcotics warrant and the officers' interaction with and use of force on Jermaine Darden. |
| City of Fort Worth Custodian of Records (Ofc. Bryan N. Bice ) | Authentication of FWPD records as identified in Defendants' list of facts. |
| Angela Darden | Personal, family, health, criminal, and work history and relationships of Jermaine Darden. |
| Donneika Goodacre | Personal, family, health, criminal, and work history and relationships of Jermaine Darden. |
| Clifton Crippen | Was present in the house. The events at issue. Jermaine Darden's and others' drug use in the house. The officers' actions and Jermaine Darden's resistance and failure to follow commands. |
| Donald Virden | Was present in the house. The events at issue. Jermaine Darden's and others' drug use in the house. The officers' actions and Jermaine Darden's resistance and failure to follow commands. |

| Orlando Cook | Was present in the house. The events at issue. Jermaine Darden's and others' drug use in the house. The officers' actions and Jermaine Darden's resistance and failure to follow commands. |
|---|---|
| Harriet Darden | Personal, family, health, criminal, and work history and relationships of Jermaine Darden. |
| Eric Darden | Personal, family, health, criminal, and work history and relationships of Jermaine Darden. |

Respectfully submitted,


Kenneth E. East
State Bar No. 00790622
9001 Airport Freeway, Suite 675
North Richland Hills, Texas  76180
(817) 788-1111
Fax:  (817) 485-2836
ken1@airmail.net

ATTORNEY FOR DEFENDANT
W.F. SNOW


D. Lee Thomas, Jr.
State Bar No. 19847500
2612 Barbara Pass
Austin, Texas 78748
817-625-8866
dlthom31@yahoo.com

ATTORNEY FOR DEFENDANT
J. ROMERO

## CERTIFICATE OF SERVICE

       I hereby certify that on ~~May~~ _June 3_, 2019, I served a copy of this document on all parties or their counsel of record:

Kenneth E. East