UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold
LAW CLERK: Susanna Johnson
DATE HELD: February 12, 2020
A.M. 9:10 - 9:46; 10:30 - 10:36
TOTAL COURT TIME: 42 mins.

COURT REPORTER/TAPE: Debbie Saenz

COURT TIME: 9:00 a.m.

CSO: Ray Urban

Case No. 4:15-CV-221-A

| | | |
|---|---|---|
| ERIC D. DARDEN (Plaintiff) v. W. F. SNOW and J. ROMERO (Defendants) | § § § § § | Matthew Kita - Plaintiff's Counsel<br>Daryl K. Washington - Plaintiff's Counsel<br><br>Kenneth East - Defendants' Counsel<br>D. Lee Thomas, Jr. - Defendant's Counsel |

### 3rd DAY JURY TRIAL

**Trial Status:**
✔ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled ✔ Days in Trial: 3    Civil Jury Trial Concluded: ✔Yes ☐No

☐ ....... Pretrial Conference held.
✔ ....... Jury trial held.
☐ ....... ☐ Plaintiff ☐ Defendants evidence presented.
☐ ....... Defendant's motion for _____ ☐.
☐ ....... Plaintiff motion for _____ ☐ granted ☐ denied.
☐ ....... Plaintiff/Defendant _____ motion _____ taken under advisement.
☐ ....... Defendant _____ motion _____ ☐ granted ☐ denied.
☐ ....... Evidence concluded.
✔ ....... Final arguments. ☐ .... Court deliberating.
☐ ....... Court's charge to the jury.
✔ ....... Jury deliberating.    ☐ Jury note.
✔ ....... Jury verdict Rendered (See Verdict Form).
☐ ....... Court verdict Rendered (See Verdict Form).
✔ ....... Jury trial ends.

✔ ....... **STATUS OF EXHIBITS:(w/crd) 1 notebook -**
Joint exhibits: 1,4,7,10,11,17,22,24,49,72,94,97,100,108,109,112,114,119,120,123,124,125,137,138,144,145.

**PROCEEDINGS** _____