ORIGINAL
CTJ

Case: 18-11624   Document: 00515419686   Page: 1   Date Filed: 05/18/2020
Case 4:15-cv-00221-A   Document 275   Filed 05/19/20   Page 1 of 1   PageID 3511

RECEIVED
By TamaraEllis at 10:30 am, May 19, 2020

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 18, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 18-11624   Eric Darden v. City of Fort Worth, Texas
                       USDC No. 4:15-CV-221-A

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Melissa V. Mattingly, Deputy Clerk
                                   504-310-7719

cc w/encl:
    Mrs. Laetitia Coleman Brown
    Mr. Matthew J. Kita
    Mr. Gerald Pruitt
    Mr. Daryl Kevin Washington