```
1                IN THE UNITED STATES DISTRICT COURT

2                FOR THE NORTHERN DISTRICT OF TEXAS

3                        FORT WORTH DIVISION

4  ERIC C. DARDEN, AS          ) CASE NO. 4:15-CV-221-A
   ADMINISTRATOR OF THE ESTATE )
5  OF JERMAINE DARDEN,         )
                               )
6            Plaintiff,        )
                               )
                               ) FORT WORTH, TEXAS
7  VERSUS                      )
                               ) FEBRUARY 10-12, 2020
8  W.F. SNOW AND J. ROMERO,    )
                               )
9            Defendants.       )

10

11                       VOLUME 1 OF 4
                   TRANSCRIPT OF MASTER INDEX
12            BEFORE THE HONORABLE JOHN McBRYDE
         UNITED STATES DISTRICT COURT JUDGE, AND A JURY
13

14 A P P E A R A N C E S:

15 FOR THE PLAINTIFF:     MR. DARYL WASHINGTON
                          Washington Law Firm, PC
16                        325 N. Saint Paul Street, Suite 3950
                          Dallas, Texas  75201
17                        Telephone:  214.880.4883

18                        MR. MATTHEW J. KITA
                          P.O. Box 5119
19                        Dallas, Texas  75208
                          Telephone:  214.699.1863

20

21 FOR THE DEFENDANT:     MR. KENNETH E. EAST
   W.F. Snow               Law Office of Kenneth E. East
22                        306 W. 7th Street, Suite 600
                          Fort Worth, Texas  76102
23                        Telephone:  817.788.1111

24

25
```

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

```
 1   FOR THE DEFENDANT:      MR. D. LEE THOMAS, JR.
     J. Romero               Law Office of D. Lee Thomas
 2                           507 West Central Avenue
                             Fort Worth, Texas  76164-9135
 3                           Telephone:  817.625.8866

 4
     COURT REPORTER:         MS. DEBRA G. SAENZ, CSR, RMR, CRR
 5                           501 W. 10th Street, Room 424
                             Fort Worth, Texas  76102
 6                           Telephone:  817.850.6661
                             E-Mail:  Debbie.saenz@yahoo.com
 7

 8   Proceedings reported by mechanical stenography, transcript

 9   produced by computer.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | **CHRONOLOGICAL INDEX** | | |
|---|---|---|---|
| | **PROCEEDING** | **PAGE** | **VOL** |
| | Docket Call..................................... | 05 | 2 |
| | OPENING STATEMENTS | | |
| | By Mr. Washington............................... | 35 | 2 |
| | By Mr. East..................................... | 39 | 2 |
| | By Mr. Thomas................................... | 41 | 2 |
| | Voir Dire (not requested)....................... | 34 | 2 |
| | Reporter's Certificate.......................... | 202 | 2 |
| | Word Index...................................... | 203 | 2 |
| | Argument Re: Witnesses and Exhibits (No Jury).... | 05 | 3 |
| | Plaintiff Rests................................. | 54 | 3 |
| | Defendant's Rule 50(a) Motion for Judgment....... | 54 | 3 |
| | Court's Ruling.................................. | 56 | 3 |
| | Discussion Re: Star-Telegram Article (No Jury)... | 103 | 3 |
| | Charge Conference at Bench...................... | 277 | 3 |
| | Both Sides Close................................ | 277 | 3 |
| | Defendant's Rule 50(a) Motion for Judgment....... | 278 | 3 |
| | Court's Ruling.................................. | 278 | 3 |
| | Charge Conference at Bench...................... | 280 | 3 |
| | Court's Charge Read............................. | 283 | 3 |
| | Exhibit Admissions Reviewed (No Jury)........... | 329 | 3 |
| | Reporter's Certificate.......................... | 337 | 3 |
| | Word Index...................................... | 338 | 3 |
| | Further Instructions by the Court............... | 04 | 4 |

```
1   CLOSING ARGUMENT
2   By Mr. Kita.......................................  06      4
3   By Mr. East.......................................  11      4
4   By Mr. Thomas.....................................  17      4
5   By Mr. Washington.................................  18      4
6   Verdict of the Jury...............................  26      4
7   Jury Polled.......................................  28      4
8   Reporter's Certificate............................  30      4
9   Word Index........................................  31      4
10
```

**CHRONOLOGICAL WITNESS INDEX**

| P/D | WITNESS | DIRECT | CROSS | VOL |
|---|---|---|---|---|
| P | Donald Virden | 46 | 59, 75 | 2 |
|  |  | 75 | 76 |  |
| P | Orlando Cook | 77 | 85 | 2 |
| P | Clifton Crippen | 90 | 98, 107 | 2 |
|  |  | 108 | -- |  |
| P | Tasha Greenberg | 109 | 121, 134 | 2 |
|  |  | 135 | 141 |  |
|  |  | 141 | -- |  |
| P | Angela Darden | 146 | 158, 161 | 2 |
| P | Eric Darden | 163 | 174 | 2 |
| P | Donneika Goodacre | 186 | 191, 195 | 2 |
| P | Dashawn Darden | 32 | -- | 3 |
| P | Daylin Darden | 35 | -- | 3 |

| # | | Witness | | | |
|---|---|---|---|---|---|
| 1 | P | Tasha Greenberg | 40 | 48 | 3 |
| 2 | | | 51 | 53 | |
| 3 | D | Glen Verrett | 57 | 79, 80 | 3 |
| 4 | | | 96 | -- | |
| 5 | D | Michael Johnson | 101 | 161 | 3 |
| 6 | | *Direct had combined examination | 167 | 167 | |
| 7 | D | Justin Seabourn | 170 | 184 | 3 |
| 8 | | | 186 | -- | |
| 9 | D | Nathan Danford | 189 | 206, 215 | 3 |
| 10 | | | 217 | 218 | |
| 11 | D | William Snow | 219 | 239, 240 | 3 |
| 12 | | | | 246 | |
| 13 | | | 246 | 248, 252 | |
| 14 | D | Javier Romero | 254 | 267, 274 | 3 |
| 15 | | | | 275 | |

**JOINT TRIAL EXHIBITS**

| NO. | DESCRIPTION | ADMITTED | VOL |
|---|---|---|---|
| 1 | Video | 44 | 2 |
| 4 | Letter of Administration | 44 | 2 |
| 7 | Briefing Sheet for Narcotics Search Warrant | 329 | 3 |
| 10 | Photo Jermaine Darden (bleeding from mouth) | 58 | 2 |
| 11 | Photo Jermaine Darden (cut to eye) | 44 | 2 |
| 17 | Photo Jermaine Darden (close up back/arms) | 58 | 2 |
| 22 | Funeral Bill | 44 | 2 |
| 24 | Death Certificate | 44 | 2 |
| 49 | Still Photo 2 (Darden hands up) | 58 | 2 |
| 70 | Photo Jermaine Darden [withdrawn} | [57] | 2 |
| 72 | Photo Jermaine Darden and Family | 44 | 2 |
| 94 | Suspect Information – Jermaine Darden | 173 | 3 |
| 97 | Plaintiff's Interrogatory Responses/Snow | 44,174 | 2 |
| 100 | Plaintiff's Second Interrog Resp./Snow | 175 | 2 |
| 108 | TCOLE Report – William Snow | 223 | 3 |
| 109 | TCOLE Report – Javier Romero | 256 | 3 |
| 112 | FWPD Incident Report (Jermaine and Donneika) | 173 | 3 |
| 114 | FWPD Incident Report (Jermaine) | 173 | 3 |
| 119 | FWPD Incident Report | 173 | 3 |
| 120 | FWPD Incident Report | 173 | 3 |
| 123 | Plea and Judicial Confession | 178 | 3 |
| 124 | Unadjudicated Judgment on Plea of Guilty | 178 | 3 |
| 125 | Petition to Proceed to Adjudication | 178 | 3 |
| 137 | No-Knock Search Warrant | 113 | 3 |
| 138 | Video | 44 | 2 |
| 144 | Weapon Information | 222 | 3 |
| 145 | Autopsy Report of Dr. Greenberg | 122 | 2 |

*(End of Master Index of Proceedings)*

```
 1                    REPORTER'S CERTIFICATE

 2       I, Debra G. Saenz, CSR, RMR, CRR, certify that the

 3  foregoing is a true and correct transcript from the record

 4  of proceedings in the foregoing entitled matter.

 5       I further certify that the transcript fees format

 6  comply with those prescribed by the Court and the Judicial

 7  Conference of the United States.

 8       Signed this 3rd day of August, 2020.

 9

10                         /s/ Debra G. Saenz

11                         DEBRA G. SAENZ, CSR, RMR, CRR
                           Texas CSR No. 3158
12                         Official Court Reporter
                           The Northern District of Texas
13                         Fort Worth Division

14

15  CSR Expires:      1/31/2022

16  Business Address: 501 W. 10th Street, Room 424
                      Fort Worth, Texas  76102
17

18  Telephone:        817.850.6661

19  E-Mail Address:   debbie.saenz@yahoo.com
```