1     IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF TEXAS

3      FORT WORTH DIVISION

4 ERIC C. DARDEN, AS   ) CASE NO. 4:15-CV-221-A
  ADMINISTRATOR OF THE ESTATE )
5 OF JERMAINE DARDEN,   )
           )
6    Plaintiff,   )
           ) FORT WORTH, TEXAS
7 VERSUS       )
           ) FEBRUARY 11, 2020
8 W.F. SNOW AND J. ROMERO,  )
           )
9    Defendants.  ) 9:07 A.M.

10

11       VOLUME 3 OF 4
       TRANSCRIPT OF JURY TRIAL
12    BEFORE THE HONORABLE JOHN McBRYDE
   UNITED STATES DISTRICT COURT JUDGE, AND A JURY

13

14 A P P E A R A N C E S:

15 FOR THE PLAINTIFF:  MR. DARYL WASHINGTON
          Washington Law Firm, PC
16         325 N. Saint Paul Street, Suite 3950
          Dallas, Texas  75201
17         Telephone:  214.880.4883

18         MR. MATTHEW J. KITA
          P.O. Box 5119
19         Dallas, Texas  75208
          Telephone:  214.699.1863

20

21 FOR THE DEFENDANT:  MR. KENNETH E. EAST
  W.F. Snow     Law Office of Kenneth E. East
22         306 W. 7th Street, Suite 600
          Fort Worth, Texas  76102
23         Telephone:  817.788.1111

24

25

```
 1   FOR THE DEFENDANT:        MR. D. LEE THOMAS, JR.
     J. Romero                 Law Office of D. Lee Thomas
 2                             507 West Central Avenue
                               Fort Worth, Texas  76164-9135
 3                             Telephone:  817.625.8866

 4
     COURT REPORTER:           MS. DEBRA G. SAENZ, CSR, RMR, CRR
 5                             501 W. 10th Street, Room 424
                               Fort Worth, Texas  76102
 6                             Telephone:  817.850.6661
                               E-Mail:  Debbie.saenz@yahoo.com
 7

 8   Proceedings reported by mechanical stenography, transcript

 9   produced by computer.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2  PROCEEDING                                       PAGE   VOL

3  Argument Re: Witnesses and Exhibits (No Jury)....  05     3

4  Plaintiff Rests..................................  54     3

5  Defendant's Rule 50(a) Motion for Judgment.......  54     3

6  Court's Ruling...................................  56     3

7  Discussion Re: Star-Telegram Article (No Jury)...  103    3

8  Charge Conference at Bench.......................  277    3

9  Both Sides Close.................................  277    3

10  Defendant's Rule 50(a) Motion for Judgment.......  278    3

11  Court's Ruling...................................  278    3

12  Charge Conference at Bench.......................  280    3

13  Court's Charge Read..............................  283    3

14  Exhibit Admissions Reviewed (No Jury)............  329    3

15  Reporter's Certificate...........................  336    3

16  Word Index.......................................  337    3

17

18             CHRONOLOGICAL WITNESS INDEX

| 19 | P/D | WITNESS | DIRECT | CROSS | VOL |
|---|---|---|---|---|---|
| 20 | P | Dashawn Darden | 32 | -- | 3 |
| 21 | P | Daylin Darden | 35 | -- | 3 |
| 22 | P | Tasha Greenberg | 40 | 48 | 3 |
| 23 | | | 51 | 53 | |
| 24 | D | Glen Verrett | 57 | 79, 80 | 3 |
| 25 | | | 96 | -- | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | D | Michael Johnson | 101 | 161 | 3 |
| 2 | | *Direct had combined examination | 167 | 167 | |
| 3 | D | Justin Seabourn | 170 | 184 | 3 |
| 4 | | | 186 | -- | |
| 5 | D | Nathan Danford | 189 | 206, 215 | 3 |
| 6 | | | 217 | 218 | |
| 7 | D | William Snow | 219 | 239, 240 | 3 |
| 8 | | | | 246 | |
| 9 | | | 246 | 248, 252 | |
| 10 | D | Javier Romero | 254 | 267, 274 | 3 |
| 11 | | | | 275 | |

### JOINT TRIAL EXHIBITS

| NO. | DESCRIPTION | ADMITTED | VOL |
|---|---|---|---|
| 7 | Briefing Sheet for Narcotics Search Warrant | 329 | 3 |
| 94 | Suspect Information – Jermaine Darden | 173 | 3 |
| 108 | TCOLE Report – William Snow | 223 | 3 |
| 109 | TCOLE Report – Javier Romero | 256 | 3 |
| 112 | FWPD Incident Report (Jermaine and Donneika) | 173 | 3 |
| 114 | FWPD Incident Report (Jermaine) | 173 | 3 |
| 119 | FWPD Incident Report | 173 | 3 |
| 120 | FWPD Incident Report | 173 | 3 |
| 123 | Plea and Judicial Confession | 178 | 3 |
| 124 | Unadjudicated Judgment on Plea of Guilty | 178 | 3 |
| 125 | Petition to Proceed to Adjudication | 178 | 3 |
| 137 | No-Knock Search Warrant | 113 | 3 |
| 144 | Weapon Information | 222 | 3 |

|     |                                                                                 |
|-----|---------------------------------------------------------------------------------|
| 1   | **P R O C E E D I N G S**                                                       |
| 2   | February 11, 2020 – 9:07 a.m.                                                    |
| 3   | *(Jury not present)*                                                            |
| 4   | *COURT SECURITY OFFICER:* All rise.                                             |
| 5   | *(Judge enters)*                                                                |
| 6   | *COURT SECURITY OFFICER:* Please be seated.                                     |
| 7   | *THE COURT:* Mr. Washington, I understand from a                                |
| 8   | message I received from the court reporter that you have                        |
| 9   | something you wanted to discuss before the jury came in this                    |
| 10  | morning?                                                                        |
| 11  | *MR. WASHINGTON:* Yes, sir, Your Honor.                                         |
| 12  | *THE COURT:* Okay.  And what is that?                                           |
| 13  | *MR. WASHINGTON:* Your Honor, there are a couple of                             |
| 14  | issues.  I'll start with the first being the autopsy report                     |
| 15  | that was admitted on yesterday --                                               |
| 16  | *THE COURT:* Yes.                                                               |
| 17  | *MR. WASHINGTON:* -- afternoon.                                                 |
| 18  | Your Honor, as the Court would recall, we were                                  |
| 19  | subject to strong -- strong Motion in Limines by this Court                     |
| 20  | that indicated that once the video reached a certain point, we                  |
| 21  | could have no discussions, we could not let the video go to                     |
| 22  | show Mr. Darden's condition, et cetera.                                         |
| 23  | So in this autopsy report --                                                    |
| 24  | *THE COURT:* I don't know for sure what you just                                |
| 25  | said.  What did you just say?                                                   |

1          MR. WASHINGTON:  We had to stop the body cam video

2    at the point that it showed Mr. Darden in handcuffs.

3          THE COURT:  Okay.

4          MR. WASHINGTON:  Right?  The Court would not allow

5    us to go past that point.

6          THE COURT:  Okay.

7          MR. WASHINGTON:  So, in the autopsy report, there is

8    detailed -- there is detailed description of that video, and,

9    in fact, Your Honor, on page 3 --

10          THE COURT:  Well, let my find the autopsy report, if

11    I can.  It's Exhibit 145, I believe?

12          MR. WASHINGTON:  Yes, sir.

13          THE COURT:  By the way, speaking of the videos, I

14    believe one or two of the videos was received in evidence.

15    Does that have in it parts that the Court ordered would not be

16    shown to the jury, the ones that were received in evidence?

17          MR. WASHINGTON:  No, sir, it has none of that.

18          THE COURT:  Okay.  Does somebody have a copy of the

19    autopsy report I can look at to save me having to go through a

20    pile of stuff up here?

21          MR. WASHINGTON:  Sure.  We'll get you one copy.  May

22    I approach?

23          THE COURT:  Okay.  Hand me up the copy, and then

24    indicate to me the part you're talking about.

25          MR. WASHINGTON:  Sure.  Your Honor, starting with

```
 1    page 3 of the autopsy report.

 2              THE COURT:  The comment?

 3              MR. WASHINGTON:  Yes, sir.  If you go down to

 4    the -- almost the third paragraph to the end.

 5              THE COURT:  Third sentence from the end?

 6              MR. WASHINGTON:  Yeah, it starts with following

 7    this.

 8              THE COURT:  Okay.

 9              MR. WASHINGTON:  And in this, Your Honor, it says:

10    Following this, he was placed in a seated position.  At this

11    time, he was awake.  And that is -- if we were allowed, Your

12    Honor, in the video to show it, which we could not show that,

13    it clearly shows that Mr. Darden is dead.

14              THE REPORTER:  Hold on just a second.  We have a

15    juror coming in the back door.

16              JUROR:  I don't know how to go to the jury room.

17              (Juror exits courtroom)

18              THE COURT:  What was the -- what was the ruling that

19    resulted in you not showing that part of the video?  I don't

20    recall that ruling.

21              MR. WASHINGTON:  I think, and I can look for it,

22    they objected to the fact that it was prejudicial, and that we

23    should not be allowed to show that part of the video.

24              THE COURT:  Mr. East, do you recall that ruling?

25              MR. EAST:  Yes, Your Honor.  You had ruled that
```

1    because they had no cause of action for medical care related

2    claims, that that was all argument about a claim that didn't

3    exist, so the Court has excluded that and I agree.

4          And in response to this, plaintiff's counsel

5    approached us a few minutes ago and said, would we agree to

6    redact this sentence.  Even though they didn't object to it

7    coming in for that ground at the time, we don't have any

8    problem redacting this sentence he's talking about, if the

9    Court pleases.  It wasn't discussed in front of the jury, and

10   they haven't seen this document yet, so if it would help

11   alleviate the concern, we can redact that one sentence out.

12         MR. WASHINGTON:  Your Honor, as the Court -- as

13   Mr. East was calling Dr. Greenberg up as his expert, and

14   indicated that she was his expert that was called, we did not

15   put this autopsy report into evidence --

16         THE COURT:  Do you want to take out the sentence

17   that you find objectionable?

18         MR. WASHINGTON:  No, there is a number of things.

19   This is just one paragraph, Your Honor.  There are a number of

20   things that's contained in this particular report that is

21   contrary to the order, and if Mr. East is calling

22   Dr. Greenberg --

23         THE COURT:  What is the other sentence?

24         MR. WASHINGTON:  Now, if you go to F on page 1, Your

25   Honor, and, again, this is in direct controverse to

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

```
 1    Dr. Greenberg on F.  It states that hospital notes indicated

 2    that --

 3              THE COURT:  What subparagraph are you talking about?

 4              MR. WASHINGTON:  I'm sorry, under the findings on

 5    page 1, Your Honor, of the autopsy report.

 6              THE COURT:  Yes.  What subparagraph --

 7              MR. WASHINGTON:  F.

 8              THE COURT:  -- A, B, C --

 9              MR. WASHINGTON:  F.

10              THE COURT:  Okay.  I see what you're talking about.

11              MR. WASHINGTON:  Yes.

12              MR. EAST:  Your Honor, may I respond?

13              MR. WASHINGTON:  So this is -- Your Honor --

14              THE COURT:  Mr. East, do you have a response to his

15    request that that be stricken from the autopsy report?

16              MR. EAST:  I do, Your Honor.  That's a different

17    matter.  That's talking about during the second taser

18    deployment.  That part of the video is in evidence, and it's

19    clear, well after the second taser deployment, he's still

20    pulling his hands out from the officers.  That's very clear.

21    We can argue about that with the jury, about what's shown on

22    the video, but that part's in evidence.  That's within the

23    video that is admitted.

24              MR. WASHINGTON:  And, Your Honor, to handle this --

25    and we've talked to Mr. East -- when Mr. East calls
```

```
1    Dr. Greenberg, we have a few questions specific to this, this
2    autopsy report, that we would like to cover up with
3    Dr. Greenberg because she's given this jury a perception that
4    all these -- Mr. Darden died basically at the hospital and it
5    was due to cardio arrest and due to these preexisting
6    conditions, and this is totally contrary to the information
7    that is in the autopsy report, and the autopsy report --
8             THE COURT:  Okay.  This report is in evidence
9    without objection, as I recall.
10            MR. WASHINGTON:  No, the Court indicated, Your
11   Honor, that -- Mr. East talked to the Court and the Court said
12   we did not have to relodge our objections, the pretrial
13   objections that the Court ruled on already.  So these were
14   objections that we have already took up with the Court in the
15   pretrial hearing, and the Court said we did not have to
16   relodge those objections.
17            I did stand up and when Mr. East attempted to bring
18   this autopsy report, I objected again, but we are -- our
19   plans, Your Honor, is a short, on rebuttal, if necessary, to
20   ask a few questions of Dr. Greenberg.  We think that that
21   would clarify any issue and this jury would not have any
22   misconception about what's in --
23            THE COURT:  What did you want to show on
24   the -- apparently you wanted to show something on the video
25   because of what this said.
```

1              What do you want to show on the video?

2              MR. WASHINGTON:  The video needs to go past the

3     point -- because we had to freeze at the point where

4     Mr. Darden was in a seated position, but if that video -- and

5     it has nothing to do with any failure to render medical claim

6     that Mr. East is talking about, Your Honor, and as the Court

7     knows, we have punitive damages that we're also seeking, and

8     we have to be able to show the conduct of the officers.

9              But if that video goes right past when he's in a

10    seated position, Your Honor, it will show, after the second

11    taser deployment, Mr. Darden was dead, and when he got into

12    that seated position, and was just basically placed into that

13    seated position, he was dead.  But we had to stop that -- to

14    that point of the video but whether this --

15             THE COURT:  What is past where you stopped that you

16    think is relevant?

17             MR. WASHINGTON:  The part where you will be able to

18    see clearly that, after the second taser deployment, that he

19    was dead, because when you go through this --

20             THE COURT:  How much are you talking about from a

21    time standpoint?

22             MR. WASHINGTON:  The whole video, Your Honor, is

23    not -- I don't even think it's over 3 minutes, the total

24    video, so it was probably less than 10 seconds or so that was

25    taken out of the video.

```
1              THE COURT:  Well, what's the problem with him

2      showing that to the jury?

3              MR. EAST:  Your Honor, this case has been prepared

4      based on the Court's, numerous times, ruling that anything

5      after he's handcuffed is irrelevant to any claim in this case.

6      After he's tased the second time, there is plenty shown on the

7      video of him continuing to struggle all the way through the

8      time he's handcuffed and put into a seated position.  There is

9      nothing beyond that that has anything to do with whether or

10     not he was unresponsive during the second taser deployment.

11     That is clear from the video that's already --

12             THE COURT:  Well, Mr. Washington thinks it's

13     important to establish that he was dead as soon as the

14     struggle ended.

15             MR. EAST:  Because what he wants to do is to

16     backdoor in claims that the officers weren't responsive to his

17     medical needs, a legal claim that he's never brought in this

18     case.

19             THE COURT:  Well, he's not going to make that

20     argument or contention.

21             MR. WASHINGTON:  That's not even my contentions

22     whatsoever, and I've made this clear, Your Honor.  We are at

23     this point, right now, today, because Mr. East opened the door

24     with this autopsy report that he knew had information that

25     discusses what goes past -- what went past the part that the
```

1   Court said we were not to get into.

2             MR. EAST:  Your Honor, that's an objection that has

3   never been made, and it's fixable by striking that one

4   sentence.  The only sentence in there that he's pointed out

5   that talks about anything after the -- after he was seated up,

6   whether he was still responsive or not, is that one sentence.

7   It's never come before the jury.  We can strike that sentence.

8   This whole problem is solved.

9             Furthermore, we don't have any videos to present to

10  the Court that don't show the van ride over and everything

11  long after the incident was over.  We have the two videos that

12  we've both agreed would be the only videos we'd play in this

13  case.  Before this trial started, we talked to the Court and

14  said, these are the two videos, we've agreed, the only two

15  videos that need to be shown.

16            MR. WASHINGTON:  And, Your Honor, if you go to page

17  15 of this autopsy report -- and, again, this is an

18  investigative report that we objected to, but just to show the

19  Court the inconsistencies, we would have to basically redact

20  all this entire report.

21            But if you look at details of the incident, Your

22  Honor, the second paragraph --

23            THE COURT:  Description of body, or what are you

24  talking about?

25            MR. WASHINGTON:  Where it says, Detective Roloff.

```
 1              THE COURT:  You're talking about page 15?

 2              MR. WASHINGTON:  Yes, sir.

 3              THE COURT:  And what heading are you talking about?

 4              MR. WASHINGTON:  The last paragraph, the heading

 5    states, details of incident.

 6              THE COURT:  Okay.  And what sentence in that --

 7              MR. WASHINGTON:  Second paragraph, first sentence.

 8    It's going to be the first and second sentence of that last

 9    paragraph.

10              THE COURT:  The sentence that starts with Micki

11    Hayden?

12              MR. WASHINGTON:  No, sir.  The one that started with

13    Detective Roloff.  I may be pronouncing his name wrong.

14              THE COURT:  Well, what part of that paragraph are

15    you finding objectionable?

16              MR. WASHINGTON:  Your Honor, and that's -- this was

17    a report that had Dr. Peerwani, the medical examiner's

18    reference in there, and this is when we objected to

19    Dr. Greenberg testifying that -- indicating that she had

20    nothing to do with this report, but it states:  The decedent

21    was ordered to the ground inside the residence by officers, to

22    which he initially complied.

23              All right.  So what Mr. East have been doing the

24    entire time with Dr. Greenberg, who did not prepare this

25    report, this jury has been hearing that Jermaine --
```

```
1              THE COURT:  What part -- tell me what you're

2      referring to that you're objecting to.  Instead of just

3      arguing, tell me --

4              MR. WASHINGTON:  Well, the first --

5              THE COURT:  Tell me what sentence you're objecting

6      to.

7              MR. WASHINGTON:  I'm sorry.  We do not object to

8      that sentence.  We object to the summary of the findings to

9      say that the findings are inconsistent with this -- what

10     Dr. Greenberg testified on page 1.  If you look at -- and I

11     apologize, Your Honor, for being --

12             THE COURT:  Mr. Washington, it seems to me what

13     you're doing is arguing that a document that's already in

14     evidence ought to be done something to, I don't know what

15     you're talking about, because it's inconsistent with your

16     position in the case, and you can make that argument to the

17     jury in your final statement.

18             MR. WASHINGTON:  Right.  I understand.  And in all

19     fairness to the Court, Your Honor, you did ask Dr. Greenberg

20     yesterday -- and I'm not sure if you asked her or Mr. East

21     asked her -- did she sign and take care of this report, and

22     she represented to the Court that she did.

23             And the investigator from the Tarrant County Medical

24     Examiner indicated that this report was -- I mean, that

25     Mr. Darden complied.  But if you go on page 1 of the findings,
```

1    Your Honor, that's sticking out to the jury --

2         THE COURT:  Well, are you saying that there's

3    already some evidence that this report is not correct?

4         MR. WASHINGTON:  And Dr. Greenberg knew this, and

5    this is why, Your Honor, the only way we can cure this when

6    Mr. East brings this on, which we plan to do either in

7    rebuttal, bringing her back on as rebuttal or doing

8    cross-examination, so that there's no confusion to this jury,

9    is to discuss -- because they have designated her as their

10   expert, so I would like to be able to have the opportunity on

11   a -- whether it's in rebuttal or to have Dr. Greenberg address

12   these issues, so that this jury, Your Honor, in addition to

13   the redactions that we will agree to, that this jury is not

14   taking these documents at the back and --

15        THE COURT:  Okay.  So what you want is an

16   opportunity to cross-examine her about these subjects you're

17   now telling me about?

18        MR. WASHINGTON:  Yes, sir.

19        THE COURT:  I don't know why he can't do that.  Do

20   you have any reason to think he can't?

21        MR. EAST:  She's already testified.  He called her

22   as his witness.  He's complaining that we designated her as an

23   expert --

24        THE COURT:  Well, you're going to use her, too,

25   aren't you?

1          MR. EAST:  I don't need anything else out of her,
2     Your Honor.
3          MR. THOMAS:  We're not planning to call her again,
4     Your Honor.
5          MR. EAST:  We're done with her.  He designated some
6     experts and he didn't --
7          THE COURT:  Well, he's not through.  Is she still
8     available to be called back?
9          MR. EAST:  She is, Your Honor.
10         THE COURT:  You can just put her back on the stand
11    and ask her what you want to ask her, I suppose.
12         MR. WASHINGTON:  Yes.
13         THE COURT:  As long as you don't go over what you've
14    already been over.  We've done a lot of repetitive --
15         MR. WASHINGTON:  Yes, I just have a short list of
16    questions or findings, Your Honor, that's in this report, and
17    just a list of questions that we --
18         THE COURT:  Okay.  If you want to ask her about
19    certain parts of the report as that -- I don't know why you
20    can't, unless Mr. East has a good reason why you can't.
21         MR. EAST:  Well, I want to be clear, Your Honor.  If
22    we're going to redact that sentence, then he can't talk to her
23    about that sentence.
24         THE COURT:  Well, I don't think we're -- I don't
25    think the decision has been made to redact it.

```
1              MR. EAST:  Well, if he talks to her -- if he

2    intentionally talks to her in front of the jury about things

3    that happened after Mr. Darden -- the use of force was

4    completed, he is, himself, trying to get in evidence that this

5    Court has already said cannot come in.

6              The only problem he's pointed out is that there's

7    one sentence in this report that talks about something after

8    the fact, and we can redact that and solve the problem.

9              MR. WASHINGTON:  Your Honor, just to clarify --

10             MR. EAST:  And he slept overnight and thought of

11   more questions he wants to ask Dr. Greenberg, and he's already

12   called her and passed her.

13             MR. WASHINGTON:  Your Honor, with all due respect,

14   Dr. Greenberg represented to this Court, under oath -- and we

15   take people's testimony that they give to this Court -- I went

16   back, Your Honor.  Dr. Greenberg represented to this Court

17   that there was a supplemental autopsy report that was prepared

18   in this case.

19             MR. EAST:  There was never a supplemental autopsy.

20             MR. WASHINGTON:  She testified and the Court

21   asked -- they said, well, why don't you have this supplemental

22   autopsy report into the examination, when the Court asked her

23   that question and --

24             THE COURT:  I think it ended up that there wasn't

25   such a thing.
```

```
 1              MR. WASHINGTON:  Well, she said there was.

 2              MR. EAST:  Mr. Washington told the Court there's no

 3    supplemental report, Your Honor.

 4              MR. WASHINGTON:  I said, we never received and the

 5    record will reflect, Your Honor, that she said that there

 6    was --

 7              THE COURT:  I heard you say there was no

 8    supplemental report.

 9              MR. WASHINGTON:  Right.  I say we didn't receive

10    any.

11              MR. EAST:  That's not what he said, Your Honor.

12              MR. WASHINGTON:  Well, the record --

13              THE COURT:  You want to put her back on and ask her

14    if there really was a supplemental report and does she have a

15    copy of it?

16              MR. WASHINGTON:  Yes.

17              THE COURT:  I thought we had already gone through

18    that.

19              MR. WASHINGTON:  No.  And, Your Honor, if I've made

20    a mistake of what I said, we can look at the record for

21    clarity, but she indicated that there was a supplemental

22    autopsy report.

23              THE COURT:  Okay.  What sentence is it that you're

24    indicating you're willing to redact?

25              MR. EAST:  It was the one he pointed out on page 3
```

1    of the report, three-quarters of the way down, beginning with

2    following this, comma.

3              THE COURT:  Following this, he was placed in a

4    seated position and he was awake?

5              MR. EAST:  Yes, Your Honor.

6              THE COURT:  However, subsequently became

7    unresponsive.

8              MR. WASHINGTON:  Yeah, that's not --

9              THE COURT:  It seems to me like redacting that

10   sentence from the report should solve the issue that you're

11   working on now.

12             MR. WASHINGTON:  No, that definitely will not --

13             THE COURT:  Well, you would like to start all over

14   again, it sounds to me like.  That's what I'm running into

15   throughout this trial.  After the fact, then I get requests.

16             For example, when we recessed, while the clerk

17   worked on the jury list, you went up to the clerk and told her

18   you wished you had done something with reference to two of the

19   prospective jurors, who were city employees, and I think she

20   told you, from what she told me, that she said that's

21   something you need to take up with the judge when he comes

22   back in the courtroom.

23             Those are the sorts of things we're running into.

24   After the fact, then I hear that there's some objection to

25   what's happening.

```
 1              MR. WASHINGTON:  Your Honor, I've tried.  Your
 2     Honor, we started yesterday at 2:30, yesterday, and I would --
 3     out of the respect for the Court and with the Court's
 4     instructions to us, I have tried to finish this complete trial
 5     in four to five hours, and I have done everything I can, Your
 6     Honor, not to --
 7              THE COURT:  Okay.  They are willing to strike the
 8     sentence that you first indicated you had an objection to, and
 9     that was the sentence that we're here to talk about.
10              MR. WASHINGTON:  No, that was between -- that was
11     not any agreement that I reached with Mr. -- I did not have
12     that agreement with Mr. East.
13              THE COURT:  I think you're complaining of that
14     sentence --
15              MR. WASHINGTON:  No, Your Honor --
16              THE COURT:  -- and they are willing to strike it.
17              MR. WASHINGTON:  I'm saying that there are a number
18     of issues that we plan to cross-examine Dr. Greenberg on
19     that's not going to take longer than 15 minutes.
20              What Mr. East -- Your Honor, Mr. East is accusing us
21     of going home and sleeping last night.  Mr. East -- there is a
22     reason why Mr. East doesn't want to call Dr. Greenberg back on
23     the stand, because he got this autopsy report in.
24              THE COURT:  Mr. Washington, y'all go home at night
25     and think about things that you wish you had done during the
```

```
 1   day.  That's not the way we try these lawsuits.

 2          If there's something in this report that you want

 3   stricken, we'll talk about it.  Otherwise, let's move on and

 4   get -- see if the jury is in the courtroom -- I mean, in the

 5   jury room, and get them in here.

 6          MR. WASHINGTON:  And, Your Honor, as the Court has

 7   stated with Dr. Greenberg, she's here.  She is going to be

 8   here, so I would just like the opportunity to ask her those

 9   questions as well, that the Court agreed that we could.

10          THE COURT:  Okay.  I don't see any problem with him

11   asking her some questions.

12          Do you?

13          MR. EAST:  Well, again, it depends on which

14   questions.  If he's asking her about the supplemental report,

15   that's fine, but if he's going to talk to her about this

16   sentence that we're striking or that subject matter, then

17   we're just doing what the Court just talked about.  We're

18   reopening -- he's getting a -- there are witnesses I wish I

19   had asked different questions to that I would like to recall.

20          THE COURT:  Well, he is still putting on his

21   evidence.

22          MR. EAST:  But he's passed Dr. Greenberg, Your

23   Honor, and he wants to go back and recall her for no other

24   reason than he wishes to ask her more questions.

25          THE COURT:  Well, that's -- I think he might have
```

```
 1   the right to do that --
 2              MR. EAST:  Okay.
 3              THE COURT:  -- since he's still putting his case on.
 4              MR. EAST:  Is he going to be prohibited under the
 5   in-limine order which says we cannot talk about things that
 6   happened after Jermaine Darden was handcuffed?
 7              MR. WASHINGTON:  Your Honor, I'm not going to get --
 8   just to ease Mr. East's concern, I'm not going to get into any
 9   issue, the things we're talking about -- anything that the
10   Court has limited.
11              THE COURT:  Okay.  I'm going to let you
12   cross-examine her about that sentence that you said you wanted
13   stricken or that you disapproved of on page 3.
14              MR. EAST:  Your Honor, I --
15              THE COURT:  The sentence that starts with:
16   "Following this, he was placed in a seated position."  And you
17   can question her about the subpart F on the first page.
18              MR. EAST:  Your Honor, that's what he just said he
19   wasn't going to talk to her about.
20              MR. WASHINGTON:  Your Honor, the Court is
21   correct --
22              THE COURT:  I'm going to let him question her about
23   those two subjects.
24              MR. WASHINGTON:  And we have -- and within that
25   question, Your Honor, as -- I'm representing to the Court --
```

1      THE COURT:  Okay.  I think we've talked about this
2  enough.  We've got to move on.
3      MR. WASHINGTON:  Sure.  Sure.  And, Your Honor, one
4  other issue about the Motion in Limine, just very briefly, and
5  I apologize to the Court.
6      Mr. East, Your Honor -- the Court, in the Motion in
7  Limine --
8      THE COURT:  Is this something else you're talking
9  about now?
10      MR. WASHINGTON:  Yes.  This is a different subject
11  that I want to make sure doesn't happen with these witnesses,
12  but the Court instructed us on motions in limines that we are
13  not to bring up issues with the witness on undisclosed records
14  of the City of Fort Worth.
15      THE COURT:  That, what?
16      MR. WASHINGTON:  Undisclosed records dealing with
17  witnesses, et cetera.
18      On yesterday, Mr. East questioned a number of these
19  witnesses on issues involving undisclosed City of Fort Worth
20  records, which is a subject to one of our Motion in Limine.
21  He went on and on with the questions.
22      We have never received these documents that he
23  questioned -- for example, on Orlando Cook -- and we're just
24  asking, Your Honor, that Mr. East does not continue to
25  question witnesses on undisclosed City of Fort Worth records

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

1    that the Court has ruled on in the Motion in Limine.

2          *MR. EAST:*  I totally disagree with that, Your Honor.

3    I don't know what Motion in Limine he's referring to in

4    particular, but I certainly haven't talked about documents

5    that were never disclosed.  He got the entire police

6    investigative file.  There is nothing we discussed that wasn't

7    in that file.

8          *MR. WASHINGTON:*  On Mr. -- you asked -- he asked

9    questions of Orlando --

10         *THE COURT:*  Which Motion in Limine are you referring

11   to?

12         *MR. WASHINGTON:*  Sure, Your Honor.  On Motion in

13   Limine number 13.

14         *THE COURT:*  Let me find that motion, if I can.

15         *MR. WASHINGTON:*  And it would be document 137, Your

16   Honor.

17         *THE COURT:*  Unfortunately, I don't have my documents

18   numbered.

19         Does somebody have that Motion in Limine where I can

20   look at it?

21         *MR. WASHINGTON:*  I have it.  I wrote on mine, Your

22   Honor, but I can --

23         *THE COURT:*  Well, do you have one that you haven't

24   written on?

25         *MR. WASHINGTON:*  No, Your Honor.

1          THE COURT:  I just won't pay any attention to

2    writing, if you have one you've written on.

3          MR. WASHINGTON:  The writing is so bad, you might

4    not even be able to understand it, Your Honor.

5          THE COURT:  Here's the -- it shows I've granted

6    this, any reference including any questioning regarding the

7    same relating to previously undisclosed City of Fort Worth

8    records for any purpose.

9          And what is it you say they've referred to so far?

10         MR. WASHINGTON:  He's talked to -- he's referred --

11   he's talked to Clifford (sic) Crippen about criminal history

12   of a number of individuals who were in that house, et cetera.

13   These were all undisclosed City of Fort Worth records.  He

14   asked him about, were you aware that this person was charged

15   with this particular crime.  He asked --

16         THE COURT:  Well, now what causes you to think those

17   are City records?

18         MR. WASHINGTON:  Because it all happened in the City

19   of Fort Worth, so these are City of Fort Worth records.

20         THE COURT:  Well, I think you can get that kind of

21   information from other sources.  I don't know that that's a

22   reference to City of Fort Worth records.

23         MR. EAST:  I didn't reference any documents.  I

24   asked him questions about facts about -- if there was a

25   criminal history question or an arrest question, those were

```
1    the facts.  I didn't reference any Fort Worth documents at

2    all.

3               MR. WASHINGTON:  No, it says, getting.  It doesn't

4    say that you have to reference the document.  It just

5    specifically says any information that you get, you receive

6    from undisclosed City of Fort Worth records.

7               And when Orlando Cook was on the stand, one of the

8    questions he asked, he said, you know, you were charged or you

9    were sentenced --

10              THE COURT:  Did you object to those questions when

11   they were asked?

12              MR. WASHINGTON:  There was a -- Your Honor, I'm not

13   going to represent to the Court that there was a direct

14   objection at that point, but it is -- I'm bringing to the

15   Court's attention that this is the second time that Mr. East

16   has intentionally violated the Court's --

17              THE COURT:  I didn't take what he asked to be a

18   reference to undisclosed City of Fort Worth records.

19              MR. EAST:  And if we're talking about Orlando Cook's

20   conviction for the heroin possession, that's an exhibit in

21   this case.  Mr. Washington has that.

22              THE COURT:  I don't understand what your complaint

23   is, Mr. Watson (sic), at this time.

24              MR. WASHINGTON:  The complaint is --

25              THE COURT:  Washington, I'm sorry.
```

1          *MR. WASHINGTON:*  That's okay, Your Honor.

2          Basically, Mr. East continues to reference a number

3    of convictions he -- for example, he talked about a custody

4    battle that we were not aware of.  Those are --

5          *THE COURT:*  That's not a Fort Worth record.

6          *MR. WASHINGTON:*  That's a --

7          *THE COURT:*  It's a Tarrant County record, I assume.

8    A custody battle would be a record of the courts of Tarrant

9    County, not Fort Worth.

10          *MR. WASHINGTON:*  But, again -- and, Your Honor,

11   it's --

12          *THE COURT:*  Okay.  Is there anything else we need to

13   talk about before we get the jury in?

14          *MR. EAST:*  I have one thing, Your Honor.

15          *THE COURT:*  Pardon?

16          *MR. EAST:*  I have one thing, Your Honor.

17          *MR. WASHINGTON:*  May I get the motion, Your Honor?

18          *THE COURT:*  Pardon?

19          *MR. WASHINGTON:*  Can I get the copy of the Motion in

20   Limine?

21          *THE COURT:*  You want your Motion in Limine back?

22          *MR. WASHINGTON:*  Yes, Your Honor.

23          *THE COURT:*  Thank you.

24          *MR. WASHINGTON:*  Thank you, Your Honor.

25          *THE COURT:*  And here's your autopsy report back.

```
1                    MR. WASHINGTON:  Okay.  I'm sorry.  Thank you.

2                    COURT SECURITY OFFICER:  Judge, all the jury is

3       here.

4                    MR. WASHINGTON:  We're ready to proceed, Your Honor.

5                    THE COURT:  What is it you want to talk about?

6                    MR. EAST:  Along the lines of what Mr. Washington

7       was talking about, our prior objections to exhibits that have

8       been ruled on.

9                    At one point Mr. Washington offered a number of

10      exhibits that he represented we had reached agreement on, and

11      then at some point he has an exhibit in here, Number 49, which

12      we have never reached an agreement on, and I have the e-mail

13      about our agreement, nor was it an exhibit that was brought to

14      anybody's attention as having been -- it was previously -- our

15      objection was previously sustained to this exhibit.  My --

16                   THE COURT:  Exhibit 49?

17                   MR. EAST:  Yes, Your Honor.

18                   THE COURT:  Let me find what that is.

19                   Still photo 2 - Darden both hands up, is the way

20      it's described in the joint exhibit list.

21                   And what are you saying about that exhibit?

22                   MR. EAST:  Based on our prior objections that it was

23      misleading and prejudicial, the Court sustained those

24      objections because it's an instant in time when he's flexing.

25      He's not raising his hands in surrender because it's a micro
```

1    instant in time where --

2          THE COURT:  Well, the jury saw what was on the

3    video, didn't they?

4          MR. EAST:  Yeah, and what's on the video is -- you

5    see on the video that it goes by in the split of a second,

6    but --

7          THE COURT:  Okay.  Well, I don't understand what the

8    complaint is now.  If I sustained an objection to it, it

9    shouldn't have been offered without getting the Court's

10   permission, but it is in evidence and I don't know that you've

11   been harmed by it --

12         MR. EAST:  Okay.

13         THE COURT:  -- if the video doesn't show that.

14         MR. EAST:  Thank you, Your Honor, for the

15   clarification.

16         Also, on the exhibit list, this is not going to go

17   to the jury, is it, with these descriptions?

18         THE COURT:  The what?

19         MR. EAST:  The exhibit list itself will not go to

20   the jury?

21         THE COURT:  No, that's not my plan that the exhibit

22   list go to the jury.

23         MR. EAST:  And the final matter is, since yesterday,

24   we have added the actual computer disks, numbers 1 and 138.

25   We have been playing it off the computer, but we hadn't added

```
1    those hard exhibits, and they are in the admitted exhibits
2    now.
3              THE COURT:  You've done what?
4              MR. EAST:  The actual computer disks, we hadn't
5    provided them yesterday.  I'm letting the Court know they are
6    now part of the exhibit book.
7              THE COURT:  That's Exhibits 1 and what?
8              MR. EAST:  138.
9              THE COURT:  Exhibits 1 and 138?
10             MR. EAST:  Yes, Your Honor.  Those are the videos
11   that we were showing on the computer.  These are just the
12   actual disks.
13             THE COURT:  Okay.  Is there any reason why we can't
14   bring the jury in now and proceed on with the trial?
15             MR. EAST:  No, Your Honor.
16             THE COURT:  Okay.  Are they here?
17             COURT SECURITY OFFICER:  Yes, sir.
18             THE COURT:  Okay.  Bring them in at this time.
19             (Pause in Proceedings)
20             COURT SECURITY OFFICER:  All rise.
21             (Jury present)
22             COURT SECURITY OFFICER:  Please be seated.
23             THE COURT:  Good morning.
24             ALL PRESENT:  Morning.
25             THE COURT:  Okay.  You may call your next witness.
```

1          *MR. WASHINGTON:*  Thank you, Your Honor.  The

2   plaintiffs call Dashawn Darden.

3                    **DASHAWN DARDEN,**

4   having been first duly sworn, testified as follows:

5                    **DIRECT EXAMINATION**

6   **BY MR. WASHINGTON:**

7   *Q.*      Good morning.

8   *A.*      Good morning.

9   *Q.*      Can you please introduce yourself?

10  *A.*      My name is Dashawn Darden.

11  *Q.*      And Dashawn, how old are you?

12  *A.*      23 years old.

13  *Q.*      And where do you currently live?

14  *A.*      Fort Worth, Texas.

15  *Q.*      You've heard testimony about your relationship with

16  your dad, so we're going to be very brief with these

17  questions.  Just briefly, just describe the loss that you have

18  experienced since your father is no longer here.

19  *A.*      Well, very traumatized, and, you know, just -- just

20  don't know how to just let -- some bad anxiety.  It just

21  messed with me a lot.

22  *Q.*      And how did you learn that your father was deceased?

23  *A.*      My grandmother.

24  *Q.*      And how did you handle learning that news?

25  *A.*      Not well.

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

```
1    Q.      What do you mean?  Can you explain?

2    A.      Like as in, just, I was having nightmares and

3    just --

4    Q.      I'm sorry.  If you don't mind, if you could try to

5    speak closer to the mike.

6    A.      I said, well, as a -- like, I'm always having

7    nightmares, thinking about him daily, just -- like, I got very

8    bad anxiety.  Like, just -- I'm terrified of police officers.

9    Just a lot.

10   Q.      How old were you at the time of your father's death?

11   A.      I was 15.

12           THE COURT:  Were you at the house when the police

13   officers were there?

14           THE WITNESS:  No, sir.  I was in school.

15           THE COURT:  Okay.

16   Q   (BY MR. WASHINGTON)  And how often -- and I just want to

17   get it from you -- how often did you spend time with your

18   father?

19   A.      Always.  He took me to school, picked me up.  I was

20   over there every weekend.  He was -- he was actually my

21   football coach, and we just had a very close relationship to

22   where, like, that was the only person I could talk to.

23   Q.      Did your daddy give you advice?

24   A.      He gave me a lot of advice.

25   Q.      Was that something that you got from your father a
```

```
1    lot?
2    A.       Yes, sir.
3    Q.       Did your dad financially take care of you?
4    A.       Yes, sir.
5    Q.       What are some of the things your father used to do
6    for you?
7    A.       He kept me in sports and then, like, he just stayed,
8    stayed on me about being a good man in life, and just, you
9    know, like just really tried to show me something he didn't
10   have in life by like having a dad.
11   Q.       And since your father's death, was yesterday the
12   first time you've ever been able to review the video?
13   A.       Well, I have, but I actually just didn't just pay
14   attention to it to where I just -- you know, I tried to
15   just -- I, like, listened to it and stuff, but, like, I never
16   just, like, actually just watched the whole thing.
17   Q.       Do you ever think you'll be the same?
18   A.       No.
19            MR. WASHINGTON:  I pass the witness, Your Honor.
20            THE COURT:  Do you have any questions of this
21   witness?
22            MR. EAST:  No questions.
23            THE COURT:  Do you have any questions of this
24   witness?
25            MR. THOMAS:  No questions, Your Honor.
```

1              *THE COURT:*  Can he be excused?

2              *MR. WASHINGTON:*  Yes, he may, Your Honor.

3              *THE COURT:*  You're excused as a witness.

4         Call your next witness.

5              *MR. WASHINGTON:*  Your Honor, the plaintiffs call

6    Daylin Darden.

7                         **DAYLIN DARDEN,**

8    having been first duly sworn, testified as follows:

9                       **DIRECT EXAMINATION**

10   **BY MR. WASHINGTON:**

11   *Q.*      Good morning.

12   *A.*      Good morning.

13   *Q.*      And I'm just going to ask you, Daylin, if you can get

14   as close as you can to the mike so we can clearly hear you.

15   *A.*      Yes, sir.

16   *Q.*      Can you please introduce yourself?

17   *A.*      My name is Daylin Darden.

18   *Q.*      And how are you feeling today, Daylin?

19   *A.*      I'm just angry really, just sad.

20   *Q.*      Daylin, how old are you?

21   *A.*      20.

22   *Q.*      And who do you currently live with?

23   *A.*      My grandmother.

24   *Q.*      And we're going to talk just briefly, Daylin, about

25   your relationship with your dad.  Can you just please describe

1    that to me?

2    A.      It was -- it was like -- what you mean?  Can you say

3    that again?  I'm going through it over here.  I'm really

4    messed up.  Could you say that one more time?

5    Q.      Can you just please briefly describe to me your

6    relationship with your dad, that you had with your father?

7    A.      It was the best relationship I done had with anybody.

8    Really, I don't -- I really don't be talking as much, so -- he

9    was the only person I just really just talked to about

10   anything, you know what I'm saying, you know.  It was a good

11   relationship.  The best relationship that you can have with

12   your father.

13   Q.      How often did you spend time with your father?

14   A.      Every day.

15   Q.      What are some of the things you used to do with your

16   father?

17   A.      Just basketball, everything.  Like anything I was

18   into, he was into it.  He going to support me through

19   everything.  So, like sports.  I was into dogs and things like

20   that.  He was going to, like, teach me about all that, and

21   make sure I'm into it, and keep me focused on doing things

22   that I want to do.

23   Q.      Did your father ever teach or talk to you and your

24   brother about his trade being a mechanic?

25   A.      I would see my dad working on cars all day, and teach

```
 1   us how to work on cars.  My brother knows how to work on cars
 2   to this day.
 3   Q.      How old were you, Daylin, at the time of your
 4   father's death?
 5   A.      12, I think 12.
 6   Q.      And how did you learn of your father's death?
 7   A.      My grandmother told me.
 8   Q.      And how did you react to the news that your father
 9   was dead?
10   A.      Like, at the moment how did I react?
11   Q.      Yes.
12   A.      I don't know.  I just crashed.  I just -- what normal
13   people do.  I just couldn't stop crying.  I was messed up.  I
14   felt like they took the best person from the world from me,
15   the only person I just -- the only one that I feel like that
16   was just, you know, there for me through anything.
17   Q.      How have you been able to handle the death of your
18   father?
19   A.      I don't think I have.  I don't.  I just been going
20   through it lately since then.  All the -- I haven't been doing
21   anything.  I just lost interest in everything really, just
22   everything that I used to do.  I don't really care about it no
23   more.
24   Q.      Did your father used to financially take care of you
25   and your brother?
```

```
1    A.      Yes, sir.
2    Q.      What are some of the things your father used to do
3    for you and your brother?
4    A.      Financially?
5    Q.      Yes.
6    A.      Buy clothes on -- put clothes on our back, put a roof
7    over our head, take us back and forth to school, gas money, a
8    lot of stuff, doing things that a father would do every day.
9              MR. WASHINGTON:  Your Honor, I pass the witness.
10             I pass the witness, Your Honor.
11             THE COURT:  Do you have any questions of this
12   witness?
13             MR. EAST:  No questions, Your Honor.
14             MR. THOMAS:  No questions, Your Honor.
15             THE COURT:  Can he be excused as a witness?
16             MR. WASHINGTON:  Yes, he may.
17             THE COURT:  You're excused as a witness.  You can
18   step down.
19             MR. WASHINGTON:  Your Honor, I would check to see if
20   Dr. Greenberg is still in the hall.
21             THE COURT:  You want to recall Dr. Greenberg?
22             MR. WASHINGTON:  Yes, Your Honor.
23             THE COURT:  You're welcome to.
24             (Pause in Proceedings)
25             MR. WASHINGTON:  Your Honor, I'm looking for the
```

```
1    extra copy of the autopsy report.  I think you may have handed
2    it to --
3              THE COURT:  You may proceed.
4              MR. EAST:  That's the original.  Mine has notes on
5    it, my notes.
6              MR. WASHINGTON:  Your Honor, we gave the Court an
7    extra copy of the autopsy report.  If I could have just a
8    couple of seconds --
9              THE COURT:  I'm sorry, what did you say?
10             MR. WASHINGTON:  I'm handing Dr. Greenberg the
11   original exhibit, the autopsy report.
12             THE COURT:  That's fine.
13             MR. WASHINGTON:  But we had an extra copy and I'm
14   just trying to --
15             THE COURT:  Well, you can hand it to her, and if you
16   have a copy, you can work from your copy.
17             MR. WASHINGTON:  Yes.  Just one second, Your Honor.
18   We have an extra copy.
19             MR. THOMAS:  What's the number?  I've already
20   given -- the Court has my copy.
21             THE COURT:  You'll recall I handed you back your
22   copy while ago.
23             MR. WASHINGTON:  I have it.
24             May I proceed, Your Honor?
25
```

|   |   |
|---|---|
| 1 | **TASHA GREENBERG,** |
| 2 | having been previously duly sworn, further testified as |
| 3 | follows: |
| 4 | **DIRECT EXAMINATION** |
| 5 | BY MR. WASHINGTON: |
| 6 | Q.      Good morning, Dr. Greenberg. |
| 7 | A.      Good morning. |
| 8 | Q.      I just have a few follow-up questions for you. |
| 9 | THE COURT:  Let me clarify something while you're |
| 10 | doing that. |
| 11 | Yesterday there was a question about a supplemental |
| 12 | autopsy report or something like that, and one of the lawyers |
| 13 | made an indication that there wasn't such a thing. |
| 14 | Is there such a thing? |
| 15 | THE WITNESS:  Not that I'm aware of. |
| 16 | THE COURT:  Okay.  Go ahead. |
| 17 | MR. WASHINGTON:  Okay.  Thank you, Your Honor. |
| 18 | Q   (BY MR. WASHINGTON)  So -- and for clarity, the |
| 19 | supplemental autopsy report that we discussed on yesterday, |
| 20 | there was -- |
| 21 | THE COURT:  She just said there wasn't any such |
| 22 | thing.  You can move on.  You don't need to go over what I've |
| 23 | already done. |
| 24 | Q   (BY MR. WASHINGTON)  Can we go to paragraph 15 of Exhibit |
| 25 | 145 that's in front of you? |

```
1              THE COURT:  I believe there were two other pages
2    that you indicated you wanted to ask her about, 1 and --
3              MR. WASHINGTON:  1 on page 1, page 15, and the
4    follow-up questions I had, Your Honor.
5              THE COURT:  Those are the two different --
6              MR. WASHINGTON:  Pages, yes.
7              THE COURT:  You can ask her about those subjects.
8              MR. WASHINGTON:  Okay.
9              THE COURT:  And there were two particular sentences
10   that you had a concern with that you wanted to ask her about.
11   Q    (BY MR. WASHINGTON)  On findings, if you go to page --
12   the first page under the findings, you indicated that the
13   subject was engaged in a physical struggle with police after
14   failing to comply with instructions during the search warrant.
15   A.      Yes.
16   Q.      And if you go to page 15 of that autopsy report in
17   the last paragraph, are you there?
18   A.      Yes.
19   Q.      Now, would this be the investigator's report that you
20   indicated you relied on?
21   A.      Yes.
22   Q.      Now, the second sentence of that last paragraph --
23   and let me know when you're there.
24   A.      Yes.
25   Q.      And if you could read that second sentence, not out
```

```
1    loud.

2    A.        Okay.

3    Q.        Now, in your investigator's report, that indicated

4    that Mr. Darden did comply with the officers, he initially

5    complied with the officer's command.

6              THE COURT:  What investigative report are you

7    referring to?

8              MR. WASHINGTON:  Sir?

9              THE COURT:  What investigative report are you

10   referring to?

11             MR. WASHINGTON:  That's attached to the autopsy

12   report that Dr. Greenberg said she relied upon.

13             THE COURT:  Well, I haven't seen that.

14             MR. WASHINGTON:  You and I went through this, Your

15   Honor.  This is page 15.

16             THE COURT:  Oh, is that what you're talking about?

17             MR. WASHINGTON:  Yes, sir.

18             THE COURT:  Go ahead.

19   Q    (BY MR. WASHINGTON)  So your investigator indicated that

20   Mr. Darden complied?

21   A.        That's correct.

22   Q.        But yet in your investigative findings, you indicated

23   that he did not comply?

24   A.        That is correct also.

25   Q.        So you would agree with me that that is a
```

1    contradiction?

2    A.       It's a contradiction, but as we mentioned before, I

3    don't rely only on the investigative report.  We also had

4    video to review that allows me to interpret and write those

5    findings as I see fit.

6    Q.       I understand you looked at the video, but your

7    investigator is the person that went out and also reviewed the

8    video and came up with --

9    A.       No, sir.  The investigator at the time this report is

10   written, this is written the day that they get the

11   information, and this is what I have prior to the autopsy.

12   They did not review the videos prior to this being written is

13   my understanding.  I received the videos later.

14   Q.       Can you look and review page 15.  And on the first

15   paragraph, it indicated that he became unresponsive after

16   being tasered twice by the Fort Worth Police Department.

17   A.       Yes, that's correct.

18   Q.       So this would also conflict with your findings that

19   you indicated that he just died of a natural cause, but this

20   stated in the investigator's report that he became

21   unresponsive after the second deployment?

22   A.       That is correct.  That is what that says.  That's

23   also what the medical records indicate.  But if you look at

24   the video --

25   Q.       And I'm just asking you just that question.  So, you

```
 1    had detailed information from investigators who indicated when
 2    Jermaine Darden became unresponsive?
 3    A.      Their -- yes, their information comes from people
 4    that they speak to, including the people at the hospital who
 5    would have reported this death, and they report what they are
 6    told, and ultimately that information may or may not be
 7    substantiated.
 8    Q.      But you agree that there are conflicts?
 9    A.      I agree that these are different statements than what
10    I viewed.
11    Q.      Now, if you go to page 3, final question for you.
12    Now, you indicated that following the incident that Mr. Darden
13    was placed in a seated position and at the time he was awake
14    and moving around.
15            Do you see that?
16    A.      I say that he was awake.
17    Q.      Now, you had the opportunity, Dr. Greenberg, to
18    review that video, didn't you?
19    A.      Yes.
20    Q.      And in that video, isn't it clear that Mr. Darden was
21    not awake and moving around when he was placed in that seated
22    position?
23    A.      Well, I didn't say he was moving around, and it was
24    our interpretation at the initial time that this was reviewed
25    that we saw that he was breathing.  That was our
```

1    interpretation of that video.

2    Q.       So I want you to explain how, looking at this video,

3    you can make an interpretation that Jermaine Darden was alive

4    when he was in that seated position.

5    A.       I just said that we thought that we saw that he was

6    breathing when we viewed that video.

7    Q.       And if I look at page 3 under this, where does it

8    indicate that you looked at the video and it appears that he

9    was breathing?

10   A.       All I said there was that he was awake, and what my

11   implication was, was that we saw that he was alive or we

12   thought that he was alive, and perhaps "awake" was the wrong

13   word to use.

14   Q.       So you don't know if he was alive?

15   A.       No, I don't know.  As I said, that was our

16   interpretation at the time we viewed the video.

17   Q.       And did you talk to any officers or your investigator

18   to get his summary to determine if Mr. Darden was alive?

19   A.       No, we did not speak to the officers, and our

20   investigator would not know.  Our investigator was not present

21   at the time of the incident.

22   Q.       So that information -- would you agree that

23   information, in order to have an accurate autopsy report that

24   anyone could rely on, would have to have as much detail --

25            THE COURT:  I think you're making an argument, and

```
 1   let's don't do that.  Let's move on.
 2              MR. WASHINGTON:  I apologize.
 3              THE COURT:  If you have another question, ask the
 4   question.
 5              MR. WASHINGTON:  Sure.
 6   Q   (BY MR. WASHINGTON)  And in your findings, you talk about
 7   the taser deployment?
 8   A.      Yes.
 9   Q.      On investigative findings B?
10   A.      Yes.
11   Q.      And you only indicate that there were two?
12   A.      Yes.
13   Q.      But you came to discover that there were actually
14   four taser darts in Mr. Darden's spine?
15   A.      This says, taser deployed times two, which means two
16   deployments of the taser.  Each deployment allows two darts to
17   come out, but that is only one deployment and one use of the
18   taser at that time.
19   Q.      But how many cassettes were submitted to you?
20   A.      I had reviewed -- I don't have the exact number of
21   cassettes in front of me.  The number is not accurately
22   indicated on page 8.
23   Q.      So we wouldn't have -- looking at this autopsy
24   report, we wouldn't be able to make that determination?
25   A.      About the number of cassettes?
```

```
1    Q.       Correct.
2    A.       No.  Only through looking at the histology
3    description would tell you what was looked at, but, as I
4    mentioned, it may be that initially two cassettes were
5    submitted and then subsequently more were submitted to allow
6    review of more of the organs.
7    Q.       So subsequent to this, when they are submitted to you
8    all, would you create an additional report?
9    A.       Well, the review of the histology findings is
10   included in the original report.  The number of cassettes just
11   did not get changed.
12   Q.       So if you got them later, would you create an
13   additional report?
14   A.       If I had gotten them after this initial report was
15   written, then usually an additional report would be created.
16   Q.       Now, with the tasers, the taser darts were deployed
17   in Mr. Darden's spinal cord.
18   A.       No.  They were deployed -- the taser darts landed on
19   his back and they go into the skin.  They do not penetrate to
20   the spinal cord.
21   Q.       Did you examine the spinal cord?
22            THE COURT:  I think that's beyond what you've
23   indicated you wanted to recall her for.
24            MR. WASHINGTON:  Okay.  Appreciate that, Your Honor.
25            THE COURT:  Are you through?
```

1              *MR. WASHINGTON:*  I'll pass the witness, Your Honor.

2              *THE COURT:*  Do you have any further questions you

3    want to ask at this time?

4              *MR. EAST:*  Yes.

5                         **CROSS-EXAMINATION**

6    **BY MR. EAST:**

7    *Q.*      The word "cassette" that was just used, what is that?

8    *A.*      So a cassette is actually a small plastic box-like

9    structure that we put tissue samples in.  That tissue is then

10   processed in a series of formalin and chemicals embedded in

11   paraffin, which is a wax.  Then that tissue is thinly sliced,

12   put onto a slide and stained, so that we can then look at it

13   under the microscope.

14   *Q.*      And tissue sample cassettes have nothing to do with

15   tasers, correct?

16   *A.*      Correct.

17   *Q.*      That was bookend by those taser questions, but

18   totally separate subject, correct?

19   *A.*      Correct.

20   *Q.*      All right.  On page 15, when he referred to the

21   investigative report, at the top it says the taser X 2 was

22   deployed twice on Jermaine Darden after he became, quote,

23   physically noncompliant, correct?

24   *A.*      Correct.

25   *Q.*      And you say this is a report that was made by an

```
 1    investigator from your office going out and talking to
 2    somebody from the police department almost immediately or very
 3    close after the time of the incident?
 4    A.       Well, the report is put together from information
 5    that they receive potentially from multiple sources, and as
 6    you go through it, under medical history, it indicates that
 7    the brother said something, and that Detective Roloff said
 8    something, and then someone from John Peter Smith Hospital
 9    said something.  So, this is a compilation of all the things
10    that they gathered from multiple different sources.
11    Q.       Close to the time of the incident?
12    A.       Correct.
13    Q.       And so this was before a thorough investigation was
14    conducted?
15    A.       Correct.
16    Q.       And this was before your investigator even saw the
17    videos?
18    A.       Correct.
19    Q.       On page 1 of your report -- I'm sorry, back on page
20    15, he says the taser was deployed twice.  On page 1 of your
21    report, you say the taser was deployed twice, and that is, you
22    pull the trigger, it makes a pop, two darts go out, and that's
23    a deployment?
24    A.       Yes.
25    Q.       And on page 3 that Mr. Darden (sic) discussed, it
```

1    says, there was no direct contribution of taser deployment in

2    his death.  Do you see that sentence on page 3 following the

3    sentence that you and he had spoke about?  Mr. Washington, if

4    I misspoke.

5    A.      Yes.

6    Q.      All right.  There was no direct contribution of taser

7    deployment in his death, meaning that it was among the force

8    that was used to try to subdue Mr. Darden, but there was

9    nothing about the taser itself that had anything to do with

10   his death, correct?

11   A.      Correct.

12   Q.      Okay.  And the sentence that you spoke about that

13   says he was nonresponsive after the second taser deployment,

14   well, technically that's true.  Eventually, after the second

15   taser deployment, he became nonresponsive, but on the video

16   you can see him continuing to struggle through the time he was

17   handcuffed, correct?

18   A.      Correct.

19           MR. EAST:  Pass the witness.

20           MR. WASHINGTON:  Your Honor, I just --

21           THE COURT:  Do you have any questions of this

22   witness?

23           MR. THOMAS:  No, Your Honor, I have no further

24   questions.

25           THE COURT:  Did you have another question you wanted

1    to ask her?

2          MR. WASHINGTON:  Yes, just a brief follow-up to what

3    Mr. East asked.

4                    **REDIRECT EXAMINATION**

5    **BY MR. WASHINGTON:**

6    Q.      Dr. Greenberg, if you can go to page 15, I just want

7    to ask you a couple of questions from the report that you

8    discussed with Mr. East.

9          If you go to the second page of that report, page 16,

10   is that investigative report signed?

11   A.      No, this one is not signed.

12   Q.      Okay.  So then, if you go to page 15, the last

13   paragraph, if you look at the last sentence on 15 -- let me

14   know when you're there.

15   A.      I'm there.

16   Q.      It indicates, the decedent initially began to comply

17   with the officers' instructions, but stood up again and

18   continued to walk into an adjacent room.

19          Do you see that?

20   A.      I do.

21   Q.      In your review of the video, did you see Mr. Darden

22   stand up and walk into an adjacent room?

23   A.      I did not see him walk into an adjacent room, no.

24   Q.      So, again, this would be in total contradiction to

25   what you saw in the video?

```
1    A.       Correct.  This is not based upon the video.
2    Q.       So, who would have given the medical examiner this
3    information that Mr. Darden stood up and walked --
4             THE COURT:  I think you've covered that.  Let's
5    don't keep going over the same thing.
6             MR. WASHINGTON:  Yes, sir.
7             THE COURT:  Let's don't argue.  Let's move on.
8             MR. WASHINGTON:  Okay.
9    Q   (BY MR. WASHINGTON)  And Mr. East indicated that the
10   tasers didn't cause his death.  You understand, Dr. Greenberg,
11   that we're not saying that the taser caused Mr. Darden's
12   death?
13            THE COURT:  Let's don't make an argument, and don't
14   make a statement for the jury.  That's not time to do that.
15   Q   (BY MR. WASHINGTON)  The combination of what you
16   reviewed --
17            THE COURT:  Let's don't make a statement.  Ask her a
18   question, if you have a question to ask her.
19   Q   (BY MR. WASHINGTON)  Okay.  Based on the information that
20   you reviewed and the video, those was force that could have
21   led to Mr. Darden's death?
22   A.       I'm sorry, I didn't understand that.
23            THE COURT:  Do you have a question you want to ask
24   her?
25            MR. WASHINGTON:  That was the question, Your Honor.
```

```
1              THE COURT:  Well, state it in a question form so
2     she'll know what you're doing.
3     Q    (BY MR. WASHINGTON)  Okay.  The question is:  Based on
4     what you reviewed in the video, and what you were able to get
5     from your investigator's report, was -- the force that was
6     used by those officers could have contributed to the death of
7     Mr. Darden?
8     A.      All of the things that were part of the physical
9     struggle that is referred to certainly could have contributed.
10             MR. WASHINGTON:  I pass the witness, Your Honor.
11             THE COURT:  Okay.  Any further questions?
12             MR. EAST:  Just one or two.
13                        RECROSS-EXAMINATION
14    BY MR. EAST:
15    Q.      Nothing you just testified to or discussed with
16    Mr. Washington changes anything you testified to yesterday,
17    correct?
18    A.      No.
19    Q.      And the struggle may have triggered his underlying
20    severe disease, but there's no indication that the struggle
21    itself would have caused an ordinary person to die, correct?
22    A.      Not in my opinion, no.
23             MR. EAST:  Thank you.
24             THE COURT:  Okay.  Can she be excused?
25             MR. WASHINGTON:  Your Honor, yes, she may be
```

```
 1    excused.

 2              THE COURT:  You're excused.  Thank you.  You can

 3    step back down.

 4              THE WITNESS:  Thank you, Your Honor.

 5              THE COURT:  Call your next witness, if you have one.

 6              MR. WASHINGTON:  Your Honor, at this time the

 7    plaintiffs rest.

 8              THE COURT:  Okay.  Call your first witness,

 9    Mr. East.

10              MR. EAST:  May we approach, Your Honor?

11              (Bench conference on the record, out of the hearing

12              of the jury, as follows:)

13              MR. EAST:  I want to make a Rule 50 motion at this

14    time.  I don't know if it's better to do it with the jury out

15    of the courtroom.

16              THE COURT:  You can do it right now.

17              MR. KITA:  May I be excused to grab my notes real

18    quick?

19              THE COURT:  Do what?  You can go get your notes.

20              Okay.  Go ahead.

21              MR. EAST:  With the Court's permission, this will be

22    on behalf of both defendants, unless Mr. Thomas wants to

23    supplement.

24              THE COURT:  That's fine.

25              MR. EAST:  So this is the defendants Rule 50(a)
```

1    Motion for Judgment as a matter of law.

2          The claim before this Court is for excessive force,

3    Your Honor.  The plaintiff has the burden to prove both that

4    the use of force was excessive, legally, and that the -- had

5    that they met their burden to overcome these officers'

6    qualified immunity.

7          Defendants in this case were shown to have used

8    force only in response to Mr. Darden's unquestionable physical

9    resistance to their efforts, and following the struggle, he

10   died from an underlying coronary disease, and the only

11   evidence is that the struggle -- that the force these officers

12   used would not have caused a person without that disease to be

13   killed, and there was no way possible under the evidence

14   presented that these officers could have known of his

15   underlying coronary disease.

16         No reasonable jury under these facts could reach a

17   verdict in favor of the plaintiff.  The plaintiff did not meet

18   their burden under the excessive force standard to show injury

19   resulting directly and only -- from a use of force that was

20   clearly excessive and the excessiveness of which was clearly

21   unreasonable.

22         Under the facts of this case, the Fifth Circuit --

23   it was filed in this court yesterday -- agreed that the

24   knowledge of the extent and severity of an underlying

25   preexisting condition is a necessary burden for the plaintiffs

1    to meet.  They have not met that in any way whatsoever.

2              In fact, they have proven the contrary through the

3    testimony of the witness they called, Tasha Greenberg.  They

4    also have not managed to overcome the defendant's qualified

5    immunity by showing that they acted clearly unreasonably or

6    violated a clearly established right of Jermaine Darden's.

7              THE REPORTER:  I need you to speak into that

8    microphone.

9              MR. EAST:  The evidence, particularly the undisputed

10   video evidence, combined with the admissions of plaintiff's

11   own witnesses who talked about Mr. Darden resisting, although

12   for reasons they think have to do with his health condition --

13   one witness, Orlando Cook, I believe, testified that he

14   believed the officers thought Mr. Darden was resisting when

15   they were dealing with them.

16             For these reasons -- that's the only evidence the

17   plaintiff has presented -- the jury could not possibly rule

18   against these defendants.  That's our motion.

19             THE COURT:  Okay.  That motion may have some merit,

20   but I'm going to let the jury make a run at it before I

21   decide.

22             MR. EAST:  Thank you, Your Honor.

23             MR. KITA:  Thank you, Your Honor.

24             (In the hearing of the jury, as follows:)

25             MR. EAST:  Your Honor, I would like to get the video

```
 1   set up and -- could we take a 5-minute recess while I do that
 2   and --
 3              THE COURT:  Do what?
 4              MR. EAST:  Can we take a brief recess while I get
 5   the video set up?
 6              THE COURT:  Do you want to set up the screen and put
 7   up a computer?  Well, we can do that.
 8              MR. EAST:  And talk to a witness.
 9              THE COURT:  It won't embarrass me if you do that in
10   my presence.
11              MR. EAST:  And talk to a witness, Your Honor.
12              THE COURT:  No.  Go ahead and do that.
13              MR. EAST:  That's fine, Your Honor.
14              (Pause in Proceedings)
15              MR. EAST:  Defendants call Lieutenant Glen Verrett,
16   Your Honor.
17              THE COURT:  Okay.
18              THE REPORTER:  What was the last name?
19              MR. EAST:  Glen Verrett, V-E-R-R-E-T-T, I believe.
20              THE COURT:  Come up and be seated right here.
21                          GLEN VERRETT,
22   having been first duly sworn, testified as follows:
23                       DIRECT EXAMINATION
24   BY MR. EAST:
25   Q.      Good morning, sir.
```

```
 1    A.       Good morning.

 2    Q.       Will you please state your name?

 3    A.       Glen Verrett.

 4    Q.       I'm still gathering my stuff, I'm sorry.  How are you

 5    employed, sir?

 6    A.       Currently, I'm retired.

 7    Q.       And how were you employed before you were retired?

 8    A.       I was a lieutenant with the City of Fort Worth.

 9    Q.       And in the year 2013, what were you doing?

10    A.       I was in charge of the Zero Tolerance Teams for the

11    City of Fort Worth Police Department.

12             THE COURT:  You were in charge of what?

13             THE WITNESS:  The Zero Tolerance Teams for the City

14    of Fort Worth Police Department.

15             THE COURT:  Okay.

16    Q   (BY MR. EAST)  And are those a special tactical unit in

17    the City of Fort Worth?

18    A.       Yes, sir, they are.

19    Q.       And can you tell us what a Zero Tolerance or ZT --

20    and they are now called SRT or Special Response Team?

21    A.       Yes, sir, that's correct.

22    Q.       Can you tell us what the ZT teams were doing in 2013?

23    A.       Our responsibility was to respond to anything that

24    was required by the City to deal with tactical situations,

25    whether it was serving search warrants or arrest warrants for
```

```
1    violent individuals, or at the same time dealing with civil

2    disturbances, those type of instances where it would require a

3    little bit more expertise in dealing with crowds than other

4    units.

5    Q.      And your unit was a full-time, crime-fighting,

6    on-the-streets unit?

7    A.      Yes, sir.

8    Q.      And many of your members underwent SWAT training; is

9    that correct?

10   A.      Yes, sir, that's correct.

11           MR. WASHINGTON:  Your Honor, I'm going to object to

12   leading.

13   Q   (BY MR. EAST)  Describe the training your unit would

14   receive.

15   A.      We received the equivalent training that our SWAT

16   team received, which would include anything from dynamic

17   entries to slow clear entries.  It also would include the use

18   of our auxiliary machines and types of devices in order to

19   facilitate those type of entries.

20   Q.      And were some of the members of the Central ZT Team

21   at that time former SWAT members themselves?

22   A.      Yes, sir, one of them was, yes, sir.

23   Q.      On -- so when a narcotics warrant is assigned to a ZT

24   Team to execute or serve, how does that process begin?

25   A.      I would get a phone call from the narcotics officers,
```

1    who would tell me that they would have a warrant, and they

2    would give me a rough idea about the time.  They would also

3    give me a rough idea of where the location would be.  That

4    would allow me to choose which team was available, which team

5    was functionally on duty for that time period, and then how

6    many people I would actually need in order to operate and to

7    assist in that warrant service.

8    Q.      And there were how many teams in the City?

9    A.      Five teams.

10   Q.      And you were in charge -- you were the lieutenant in

11   charge of all of them?

12   A.      Yes, sir.

13   Q.      So, by the time you got called to begin to put a team

14   together for a warrant service, the narcotics investigators

15   had already been conducting whatever investigation they were

16   doing to lead to that point, correct?

17   A.      Yes, sir.

18   Q.      And so on May 16th, 2013, did you get a call

19   regarding a house on Thannisch Avenue in Fort Worth?

20   A.      I did, sir.

21   Q.      And do you recall who called you?

22   A.      No, sir, not really.

23   Q.      Do you recall who the case agent was on that

24   narcotics investigation?

25   A.      That would have been Officer Danford.

```
1    Q.        And the case agent is the officer from narcotics who

2    worked up the case?

3    A.        Yes, sir.

4    Q.        And in this case, did you understand that there had

5    been CI, or confidential informant, drug buys made at that

6    property?

7    A.        Yes, sir.

8             MR. WASHINGTON:  Your Honor, I'm going to object

9    again as to Mr. East is leading this witness.

10            THE COURT:  Is the purpose of that to explain why

11   they did certain things?

12            MR. EAST:  Correct, Your Honor.

13            THE COURT:  Well, I'll overrule the objection.

14   Q   (BY MR. EAST)  When you got the call from narcotics, did

15   they tell you that they wanted to serve a warrant on that

16   date?

17            MR. WASHINGTON:  Your Honor, I'm going to object to

18   hearsay.

19            THE COURT:  Let me -- I'll overrule the objection,

20   but let me explain to the jury, the answers to questions

21   asking about narcotics at that residence at this point in time

22   are simply to explain why they did certain things, so it's not

23   as proof that there were narcotics at the residence.

24            So, go ahead, with that explanation.

25            MR. EAST:  Thank you, Your Honor.
```

```
 1   Q    (BY MR. EAST)  When you were contacted by narcotics in

 2   this case, it was because of an investigation at 3232

 3   Thannisch Avenue involving reported drug buys, correct?

 4   A.     Yes, sir.

 5          THE COURT:  And I give y'all the same instructions

 6   whenever there's a reference to narcotics or drugs at that

 7   residence, at least up to this point it's simply to explain

 8   why they did certain things, not as proof that there were

 9   narcotics there.

10          Go ahead.

11   Q    (BY MR. EAST)  The Court's exactly correct on what I'm

12   about to say, my next question.  The narcotics unit is the one

13   that makes those determinations and conducts that part of the

14   investigation, correct?

15   A.     Yes, sir.

16   Q.     And when they tell you they have a warrant, your job,

17   as a tactical unit, is to go serve that warrant, correct?

18          MR. WASHINGTON:  Object, Your Honor.  Again, I

19   understand he's -- well, I'm going to object to leading this

20   witness.

21          THE COURT:  It is somewhat leading.  In your

22   questioning, you almost led every witness, so I think maybe it

23   has become a custom in this case to lead witnesses.

24          MR. WASHINGTON:  I will accept that, Your Honor.

25          THE COURT:  Okay.  Go ahead.
```

```
1    Q    (BY MR. EAST)  Do you remember the question?
2              THE COURT:  And don't lead him.  Why don't --
3              MR. EAST:  I'll do my best, Your Honor.  I'm trying
4    to save time.
5              THE COURT:  Go ahead.
6    Q    (BY MR. EAST)  Do you remember it?
7              THE COURT:  Just ask him questions instead of
8    telling him what you want him to say.
9              THE WITNESS:  I forgot, sir.
10   Q    (BY MR. EAST)  So you were asked -- were you asked to
11   serve this particular warrant?
12   A.        Yes, sir.
13   Q.        And what was the next thing you did?
14   A.        I contacted the unit that would be most applicable to
15   be able to handle that warrant, who was available at the time,
16   which would have been the Central ZT Unit.
17   Q.        Was that a unit that you had confidence in?
18   A.        Yes, sir.
19   Q.        Okay.  And who was assigned to be the team leader for
20   that unit that day?
21   A.        For that day -- Rachel DeHoyos was the sergeant for
22   that day, but she was going to be out for the rest of the
23   afternoon due to a previous agreement that she had made with
24   something.  So then instead, it was -- I can't remember the
25   sergeant's name.  It was another sergeant from another team.
```

```
 1    Q.       Corporal Sutherland?
 2    A.       Yes, sir.  He was acting sergeant at the time, so he
 3    filled in as acting sergeant, yes, sir.
 4    Q.       So Corporal Sutherland became the acting sergeant for
 5    this --
 6    A.       Yes, sir.
 7    Q.       -- operation, and was an officer named Michael
 8    Johnson involved as well?
 9    A.       Yes, sir.
10    Q.       And what was his role?
11    A.       Michael Johnson would fill in as a team -- the team
12    leader in order to facilitate and to direct and to coordinate
13    what was going to occur during this process.
14    Q.       And so while you're assembling this team and they are
15    calling each other in, what is going on, on this date, with
16    regard to Officer Danford?  Do you know?
17    A.       He would have still been on the scene still
18    conducting either the actual on-scene investigation or he may
19    have been actually getting the warrant signed itself.
20    Q.       And are you aware that Officer Danford caused the
21    warrant in this case to be executed by a judge?
22    A.       Yes, sir.
23    Q.       Okay.  And so when you received the warrant -- after
24    you got the team put together, did you receive the signed
25    warrant from Officer Danford?
```

1    A.       Yes, sir.

2    Q.       Okay.  And that was a warrant that was presented to a

3    Tarrant County Judge?

4    A.       Yes, sir.

5    Q.       And it was signed as an execution of a narcotics

6    search warrant with approval for a no-knock entry; is that

7    correct?

8    A.       Yes, sir, that's correct.

9    Q.       And why do -- what are some of the things that a

10   no-knock entry is designed to try to prevent?

11   A.       One of the things it tries to prevent is any

12   possibility for someone to prepare on the inside to create

13   violence or restrictions from those of us who are entering

14   from the outside.  It gives us a moment of surprise so that we

15   can get in and quickly get the situation under control, and

16   for the safest possible opportunity for everybody involved to

17   come out of it in a way that's convenient for everybody.

18   Q.       Are you hoping to prevent people from escaping?

19   A.       Yes, sir.

20   Q.       In this case, did anybody flee out of the house when

21   y'all made entry?

22   A.       No, sir.

23   Q.       Was there a gentleman named Lonnie Turner who left

24   the back of the house?

25            MR. WASHINGTON:  Your Honor, I'm going to object to

1   this line of questioning as leading.

2         THE COURT:  I think maybe we're getting into some

3   details that we don't need to get into, so in that sense, I

4   sustain the objection.

5   Q    (BY MR. EAST)  When you execute -- is executing a

6   no-knock felony narcotics warrant one of the most dangerous

7   things you can be asked to do as a police officer?

8   A.      Yes, sir, it's one of them.

9   Q.      When you go into that house, do you know what's on

10  the other side of that door before you get in?

11  A.      No, sir.

12  Q.      In this case, do you know how many people were inside

13  that house?

14  A.      No, sir.

15  Q.      Were there numerous?

16  A.      Yes, sir.

17  Q.      Have you seen the videos in this case?

18  A.      Yes, sir.

19  Q.      I only am allowed to play them one time, so I'm not

20  going to play them with you, but you've reviewed them both a

21  number of times?

22  A.      Yes, sir.

23  Q.      Okay.  And when you arrived at the scene to serve

24  this warrant, where were you positioned?

25  A.      The van carrying the officers, as they pulled up, I

1   was directly behind them in order to help block off the street

2   in order to keep people from flowing past that point where we

3   didn't want them to go in order to keep them safe, so I was

4   behind that process, which would have been on the east side of

5   Thannisch, the house on Thannisch.

6   Q.      And when entry was made, you were standing outside?

7   A.      Yes, sir.

8   Q.      The team that was riding or that goes to one of these

9   warrant services, are there two primary assignments?

10  A.      Well, each person has a specific assignment prior to

11  approaching the door.  So everybody knows where they are

12  supposed to be, when they are -- what they are supposed to

13  actually occur, and there is also contingents in case

14  something happens where somebody is unable to perform because

15  of an injury or something like that.

16  Q.      But can they be grouped into different teams?

17  A.      There is -- there is perimeters, there is entry

18  teams, and then there's outside perimeters.  So we have

19  perimeter officers who set up for perimeters for the actual

20  house itself, and then we have an outer perimeter which sets

21  up to keep people from incurring into that perimeter, and then

22  we have the actual entry team itself that actually breaches

23  the door and goes inside.

24  Q.      And throughout the course of the history of a police

25  department and the tactical unit, officers are assigned to the

```
 1    unit and then they go to other places, so there's a cohesive

 2    number of people, but there are some that come and go as time

 3    passes, correct?

 4    A.      Yes, sir.

 5    Q.      And who is assigned to an entry team, relative to

 6    their experience on that team?

 7    A.      They have to go through the formal training in order

 8    to do that process.  There's a training process they have to

 9    do.  So the people that are assigned there are ones who have

10    received training and the ones that we know are capable of

11    accomplishing that task.

12    Q.      And you're aware that Officer Snow was assigned to

13    the entry team?

14    A.      Yes, sir.

15    Q.      And are you familiar with his training up to that

16    point?

17    A.      Yes, sir.

18    Q.      And he was well-qualified and experienced to do that?

19    A.      Yes, sir.

20    Q.      And Officer Romero at the time was fairly new to the

21    team?

22    A.      He was, sir.

23    Q.      An experienced police officer, but new to that team?

24    A.      Yes, sir.

25    Q.      And for that reason, he was assigned to the perimeter
```

1    team?

2    A.       That is correct, sir.

3    Q.       Okay.  When the breach of the door was made, do you

4    know who the first officer was that went through?

5    A.       No, sir, not off the top of my head, no, sir.

6    Q.       Okay.  Do you know Officer Snow to have been among

7    the first?

8    A.       Yes, sir.

9    Q.       Okay.  And did you see the breach being made?

10   A.       No, sir.

11   Q.       You've seen it on the videos since then?

12   A.       Yes, sir.

13   Q.       Are you aware that -- so if one of the reasons -- or

14   if the reasons to serve a no-knock warrant are to prevent

15   violence, to prevent escape, and to prevent destruction of

16   evidence -- all that's correct, right?

17   A.       Yes.

18            MR. WASHINGTON:  Your Honor, again, I object to

19   leading the witness.

20            MR. EAST:  Well, that wasn't my question, I'm sorry.

21            THE COURT:  Do try to avoid leading questions.  I

22   know it's been done throughout the trial, but let's try to

23   quit doing that.

24            MR. EAST:  Yes, Your Honor.

25   Q    (BY MR. EAST)  Given that, what do the police officers do

1    once they get into the house?

2    A.       Once the door is actually breached, it becomes open,

3    and they immediately begin giving commands on what we want the

4    individuals inside the house to do.  Most all the time, it's

5    for them to get down, to get down on the ground, and then we

6    start pushing into the house because we know we have several

7    rooms in which we usually have to get them to a position of

8    submission so that we can get everything quieted to a point

9    where we can do everything necessary to get everybody safe.

10   Q.       And officers want to get to the back rooms of the

11   house as quickly as possible?

12   A.       Yes, sir.

13          MR. WASHINGTON:  Objection, leading.

14   Q   (BY MR. EAST)  And in this case, are you aware -- I

15   assume you're aware Officer Snow encountered Jermaine Darden

16   on the sofa, correct?

17   A.       Yes, sir, that's correct.

18   Q.       Why would he want to get Jermaine Darden off of that

19   sofa as quickly as possible?

20   A.       The problem with any individual that's standing next

21   to anything is they have either weapons that they have the

22   opportunity to get to, or weapons of opportunity, things that

23   can cause anybody harm inside, whether it's intentional or

24   unintentional acts.  Many times people do stuff, and in the

25   process try to get away, and then incidentally injure other

```
 1    people that they don't necessarily mean to injure, like other

 2    people who are present in the room or other people who may be

 3    nearby.

 4            So in order to get him down and get him on the

 5    ground, it's the best place that we can deal with him to get

 6    him quickly into custody so that we can get him to a position

 7    where we can completely deal with him in a controlled manner.

 8    Q.      Does that keep him away from being able to grab a

 9    weapon that's hidden in the cushion?

10    A.      Absolutely.

11    Q.      Does that provide you a tactical advantage over him

12    if he's on the floor?

13    A.      Yes, sir.

14    Q.      Have you ever known of weapons to be hidden in couch

15    cushions?

16    A.      Yes, sir.  When I was a patrol officer back on the

17    east side, myself and a female officer made a family

18    disturbance call.  During that family disturbance call, the

19    male that was in the house had assaulted the female.

20            When we went to arrest that male who was sitting on

21    the sofa, he started to resist and immediately shoved his hand

22    into the cushions between the back of the sofa and the seating

23    of the sofa, and when he shoved his hand in there, the next

24    thing was he was pulling it out and had a handgun in it.  We

25    then became in a wrestling match with him trying to --
```

1          MR. WASHINGTON:  Your Honor, I object to that

2  question, first of all, as not being relevant, and his

3  response is a narrative.

4          THE COURT:  I think he's explaining why they did

5  certain things, and so I'll overrule the objection.

6          THE WITNESS:  Immediately our goal was to make sure

7  the gun stayed inside the sofa, so we shoved it in there,

8  wrestled it away from him, and then got him into custody.

9  Q      (BY MR. EAST)  And are officers familiar with such

10  incidents who work on tactical teams?

11  A.      Yes, sir.

12  Q.      When Mr. Darden was told to get on the floor and he

13  did not get on the floor, what was a reasonable response for a

14  police officer at that point?

15  A.      We then have to physically try to get him into that

16  position that we want to get him into.  He's no longer paying

17  attention or never has paid attention to the verbal

18  instructions he's being given, so the only other option is for

19  us to physically put our hands on him and try to push him into

20  that position.

21  Q.      Are you aware in this video that as the door is

22  breached, for an instant, Jermaine Darden raises his hands

23  about like that? (indicating)

24  A.      Yes, sir.

25  Q.      Would you consider that compliance?

```
 1   A.       No, sir.
 2   Q.       And are you aware that instantaneously after doing
 3   that, he then puts his hand over the back of the sofa?
 4   A.       Yes, sir.
 5   Q.       Does that create a dangerous position for Officer
 6   Snow?
 7   A.       It does.
 8   Q.       And we were talking about officers going to other
 9   rooms.  Other officers were passing up Officer Snow at that
10   point, correct?
11   A.       Yes, sir.
12   Q.       How large is Officer Snow?
13   A.       Officer Snow is an average-height individual.  He's
14   probably somewhere around five six, five seven.
15   Q.       Are you aware that Jermaine Darden weighed 340 pounds
16   at the time of this incident?
17   A.       Yes, sir, I am.
18   Q.       When a suspect is -- when an officer attempts to get
19   a suspect into compliance by simply pulling on him or
20   wrestling with him and that's ineffective, do officers resort
21   to additional levels of force?
22   A.       Yes, sir.  There's hands techniques that we can use
23   to manipulate body parts.  There's things that we can do in
24   order to try to get them into the position that we need to.
25   Either it's joint manipulation, or it's pressure points, or
```

1    something like that in order to get them there, and sometimes

2    it causes the staff to have to, in that joint manipulation, to

3    twist, turn, and move stuff that doesn't naturally move in the

4    natural order.

5    Q.      And you're aware that nothing Officer Snow did was

6    effective?

7    A.      Yes, sir.

8    Q.      Did other officers join in?

9    A.      Yes, sir, they did.

10   Q.      Michael Johnson is a larger man than Officer Snow,

11   correct?

12   A.      Yes, sir.

13          MR. WASHINGTON:  Your Honor, I object, leading.

14   Q   (BY MR. EAST)  Is Officer Johnson a larger man -- who is

15   bigger, Officer Snow or Officer Johnson?

16   A.      Officer Johnson.

17          THE COURT:  Let's don't lead.  That wasn't leading.

18   The first one he objected to was, so in that sense, I sustain

19   that objection.  Do try to avoid asking leading questions.

20          MR. EAST:  Yes, Your Honor.

21   Q   (BY MR. EAST)  Are you aware if Officer Johnson and

22   Officer Snow, together, had success in controlling Mr. Darden?

23   A.      They did not.

24   Q.      At what point did you personally become aware of the

25   struggle?

```
1    A.       I was standing outside, like I said, on the east side

2    of the house, and I heard them call for support, which is what

3    we use when there's something that's not quite right and we

4    have a situation that somebody needs additional assistance

5    with.  So at that time, I ran around the side of the house,

6    got up on the porch, and entered the front door.

7    Q.       When somebody has not complied with verbal and

8    physical attempts to gain compliance, is using a device such

9    as a taser an appropriate alternative?

10   A.       It's very appropriate, yes, sir.

11   Q.       Is a taser designed to quickly end the struggle?

12   A.       It's designed to incapacitate the neurological

13   responses to anything, which causes their muscles to not

14   respond, and which gives us another opportunity in order to

15   get them into a position where we need to get them into in

16   order to control them.

17   Q.       It sort of causes the muscle --

18           THE COURT:  Mr. East, the last question you asked

19   was a very leading question, and I'm going to have to tell you

20   to quit doing it, otherwise, I'm going to have to tell you to

21   be seated.

22           MR. EAST:  Yes, Your Honor.  I apologize.

23   Q    (BY MR. EAST)  What happens between the -- how long is a

24   taser cycle?

25   A.       The taser will cycle itself out after 5 seconds,
```

1    automatically.

2    Q.        And are you aware if that was successful to gain

3    compliance in this case?

4    A.        It did not.

5    Q.        Do you know what happened next?

6    A.        Basically from -- what they had to try to do then was

7    continue the same process again in order to try to force him

8    again to the ground, and they finally eventually did get him

9    off the sofa.

10   Q.        After the second taser deployment, was he continuing?

11   A.        Yes, sir.

12   Q.        What was he continuing to do at that point?

13   A.        The same thing.  He was refusing to cooperate.

14   Q.        When did you put your eyes -- was it after the first

15   or second, do you know, when you put your own eyes on this

16   struggle?

17   A.        When I walked into the door, he -- the second cycle

18   had already been done, and they had already had him onto the

19   floor, and he was face down on the floor.

20   Q.        Was he continuing to struggle?

21   A.        Yes, sir, he was.

22   Q.        What did you do?

23   A.        His right arm was sticking out and so I secured his

24   right arm to keep him from using that against the officers

25   while they continued to give him the verbal commands to get

```
 1   him to roll over so they could deal something with him.

 2   Q.       How did you try to secure his right hand?

 3   A.       I just simply put my foot on top of his wrist.

 4   Q.       And did other officers then enter?

 5   A.       Yes, sir.

 6   Q.       And who were they?

 7   A.       We had a couple of patrol officers and then an

 8   additional one of our own officers entered in to try to assist

 9   and try to roll him over.

10   Q.       And do you know if they were able to immediately then

11   handcuff him or not?

12   A.       No, sir.  There was four officers on him at the time

13   trying to get him into handcuffs and trying to get him secure,

14   and it took them some time in order to finally get him to a

15   position where they could put handcuffs on him.

16   Q.       Are you familiar with any actions that officer

17   Michael Johnson took?

18   A.       Not directly, no, sir.

19   Q.       He was involved in the overall situation?

20   A.       Yes, sir, he was.

21           MR. WASHINGTON:  Objection, leading, Your Honor.

22           MR. EAST:  I think he had already established that,

23   Your Honor.

24           THE COURT:  That's okay.  We don't need to make

25   comments.  Just ask questions.
```

1  *Q    (BY MR. EAST)*  So, did the officers eventually get him

2  handcuffed?

3  *A.*       Yes, sir, they did.

4  *Q.*       Are there any incidents involved in the handcuffing

5  process?

6  *A.*       There was.  We had been field testing a new set of

7  soft cuffs, basically flex cuffs, and we had rigged them up to

8  make them fast, quick, and efficient.  Unfortunately, in all

9  our tests they worked fine, but in a real-life situation, they

10  actually malfunctioned, so we had to transition from the flex

11  cuffs, actually, to the standard metal handcuffs in order to

12  get him secured.

13  *Q.*       After the -- and how many pairs of handcuffs were

14  used?

15  *A.*       Two because of the size of his -- the size of his

16  shoulder width and the size of his body, his arms would not

17  come together close enough, so we actually had to use two sets

18  in order to get him secured.

19  *Q.*       Instead of -- did anybody try to force his arms

20  together and use one?

21  *A.*       We did, but it just -- it wasn't working.

22  *Q.*       And for that reason --

23  *A.*       For that reason, in order to make it and to get it

24  done so that we could get him into a better position, we used

25  two sets of handcuffs, one on each wrist, and then tied them

1   together.

2   Q.      And after he was handcuffed, what did you do?

3   A.      He was immediately sat up and rested against Officer

4   Chuck Brady's leg.

5   Q.      And was any other force used whatsoever by any police

6   officer after that?

7   A.      No, sir.

8          MR. EAST:  Pass the witness.

9          THE COURT:  Do you have any questions of this

10  witness?

11         MR. THOMAS:  Just a few, Your Honor.

                        **CROSS-EXAMINATION**

13  **BY MR. THOMAS:**

14  Q.      Lieutenant, did you observe Officer Romero enter the

15  home?

16  A.      He was in front of me as we went in, yes, sir.

17  Q.      Okay.  Was he initially assigned to the perimeter?

18  A.      Yes, sir.

19  Q.      Outside the front door?

20  A.      Yes, sir.

21  Q.      And did you observe him taking any actions with

22  regard to trying to get Mr. Darden handcuffed?

23  A.      I knew that there were officers there on the ground,

24  but I didn't pay a specific attention to what each one was

25  doing.

```
1    Q.       And why not?

2    A.       My responsibility is not only what was happening

3    there, but what was happening around the rest of the house, as

4    well as what's happening outside.  So my attention was -- I

5    couldn't focus on one particular thing.  I had to focus on

6    several things at once.

7    Q.       And once you got in the room, did you observe Officer

8    Romero taking any action with regard to Mr. Darden?

9    A.       I knew he was there and trying to roll him over and

10   trying to help him get his arms behind his back.

11   Q.       And at that point, how many other officers were there

12   attempting to do that?

13   A.       There was at least three other officers on top of

14   him.

15   Q.       Did you observe Officer Romero kicking Mr. Darden?

16   A.       I did not.

17            MR. THOMAS:  Pass the witness, Your Honor.

18            THE COURT:  Okay.  Do you have any questions,

19   Mr. Washington?

20            MR. WASHINGTON:  Yes, sir.

21                         CROSS-EXAMINATION

22   BY MR. WASHINGTON:

23   Q.       I'm going to follow up really quick on the first

24   question, the last question he asked you, did you observe

25   Officer Romero kicking Mr. Darden.
```

1          You're not saying that you saw everything that

2    Officer Romero did, are you?

3    A.      No, sir.

4    Q.      So he could have kicked him and you just wasn't aware

5    of it?

6    A.      Yes, sir.

7           MR. WASHINGTON:  Your Honor, may I approach the

8    witness, please?  I just want to put the binder --

9    Q   (BY MR. WASHINGTON)  I've handed to you the binder.  In

10   front of you is Trial Exhibit Number 10.  Can you please take

11   a look at that one?

12   A.      Yes, sir.

13   Q.      You had the opportunity to observe Mr. Darden, didn't

14   you?

15   A.      Yes, sir.

16   Q.      And when you observed Mr. Darden, I think you stated

17   that he was in a seated position.  Did you observe that he had

18   blood coming from his mouth and was on his stomach?

19   A.      When he was -- after the handcuffing was done, he was

20   sat up, and yes, sir.

21   Q.      You observed that?

22   A.      Yes, sir.

23   Q.      And I think you also indicated that after the

24   handcuffs were on Mr. Darden --

25          THE COURT:  I think one of the things that we talked

```
1    about earlier is not repeating what he said earlier.  In other
2    words, you don't repeat his testimony.  Ask him a question if
3    you have a question.
4              MR. WASHINGTON:  Sure.
5    Q    (BY MR. WASHINGTON)  Now, at the point that Mr. Darden
6    was propped on, I think you said Officer McDonald, was
7    Mr. Darden doing anything at that moment?
8    A.      At that moment, was simply resting on Officer Brady's
9    leg.  He was sitting there in an upright position.
10   Q.      Was he responsive?  Was he saying anything?
11   A.      Yes, sir.
12   Q.      What did he say?
13   A.      I don't recall exactly.  We were asking him questions
14   on how he was feeling and he was responding to the questions.
15   Q.      So, if we looked at this video, you're saying that in
16   that video it is -- there are officers talking to Mr. Darden
17   after he's in a seated position?
18   A.      Yes, sir.
19             MR. WASHINGTON:  Your Honor, may we approach?
20             THE COURT:  Yes, you can approach.
21             (Bench conference on the record, out of the hearing
22             of the jury, as follows:)
23             MR. WASHINGTON:  Your Honor --
24             THE REPORTER:  I need you in the microphone.
25             MR. WASHINGTON:  I'm sorry.
```

```
 1              Your Honor, on this point, this witness has perjured
 2    himself.  In the video, it is clear that no one ever talked to
 3    Mr. Darden.  He's now -- he's now testifying under oath that
 4    they were having a conversation with Mr. Darden, and the video
 5    is very clear that no one said a single word to Mr. Darden.
 6    And, Your Honor, I think if we're able to show this video to
 7    the jury, it would show that this witness has just perjured
 8    himself on the stand because that never took place.
 9              MR. EAST:  All right, Your Honor.  This witness has
10    not perjured himself.  The videos he's been reviewing to
11    prepare for trial are the ones that stop at the time he sees
12    them.  He's testifying from memory that -- I'll agree that the
13    extended video does not show officers talking to Jermaine
14    Darden.  This was testimony elicited by plaintiff's counsel.
15              I agree if you want to instruct the jury to
16    disregard it or say that the video does not support that there
17    were officers talking to him after the -- after he was seated
18    up, I'm fine with that.  He's testifying from a memory that I
19    agree is not on this video, but that's all.
20              THE COURT:  Well, I could explain to the jury that
21    the parties have agreed that the video does not show that
22    officers were talking to Mr. Darden after he was seated up.
23    I'll explain that to the jury.
24              MR. EAST:  Thank you.
25              MR. WASHINGTON:  That helps, Your Honor, and if you
```

```
1    could tell the witness the importance of testimony under oath

2    and we don't have to keep on approaching.

3              THE COURT:  Well, he's entitled to give his memory.

4    His memory may be different from what the video is.

5              MR. WASHINGTON:  Yes, sir.  Thank you.

6              (In the hearing of the jury, as follows:)

7              THE COURT:  The parties have stipulated that the

8    video itself does not show that officers or an officer had a

9    conversation with Jermaine Darden after he was put in a seated

10   position.

11             So that takes care of that.  Okay.  Go ahead.

12             MR. WASHINGTON:  Thank you, Your Honor.

13   Q   (BY MR. WASHINGTON)  And you were talking -- I just want

14   to go over the Zero Tolerance Unit.  Why is it called the Zero

15   Tolerance Unit?

16   A.      That name was established years before, when they

17   first put it together, back when crime situation was

18   relatively high across the city.  They wanted to establish a

19   unit that was responsive to the crime and would have a zero

20   tolerance effect to whatever occurred.

21             So, in the process of going into an area where crime

22   was out of control, they did not want a situation where people

23   were just simply being bypassed.  That, if they were

24   committing a crime, the purpose of that particular unit was to

25   solve that issue with a zero tolerance approach.
```

1  Q.        Now, are you aware -- you talked about training, but

2  are you aware that officers -- defendant Snow and defendant

3  Romero, and a number of individuals, say they did not receive

4  any training, contrary to what you said?

5         MR. EAST:  That is absolutely untrue, Your Honor.

6         THE COURT:  He's entitled to ask his questions

7  without you interrupting him.

8         MR. EAST:  Misstates facts, Your Honor.

9         THE COURT:  He's asked a question.  You can go ahead

10  and answer him.

11         THE WITNESS:  I'm not for sure what you're meaning

12  by that.

13  Q    (BY MR. WASHINGTON)  Defendant Snow and Defendant Romero

14  has testified under oath, during their depositions, that they

15  received no training in the Zero Tolerance Unit.

16         MR. EAST:  Your Honor, I object.

17         THE COURT:  Just ask him a question.  Don't ask him

18  if he knows what they testified to.

19         MR. WASHINGTON:  Sure.

20         THE COURT:  Ask him a question.

21         MR. WASHINGTON:  Right.

22  Q    (BY MR. WASHINGTON)  Do you dispute that they didn't

23  receive any training?

24  A.        Yes, sir.

25  Q.        Prior to getting this warrant executed, I think you

```
1    indicated about a drug buy, a drug buy was conducted at that
2    house?
3    A.       Yes, sir.
4    Q.       What type of drug buy was conducted?
5    A.       I would not know that particularly, sir.
6    Q.       But you were in charge of the Zero Tolerance Unit,
7    right?
8    A.       Yes, sir.
9    Q.       And you cannot tell me --
10            THE COURT:  Let's don't argue with the witness.
11            MR. WASHINGTON:  Okay.
12   Q   (BY MR. WASHINGTON)  So if a drug -- if there was
13   allegedly a drug buy, could they have just arrested that
14   person at that point without doing a no-knock warrant?
15   A.       It would depend upon how the drug buy was made, on
16   how it was done, in order to establish whether or not that
17   would have been an option.
18   Q.       So how was the drug buy done?  Let's just establish
19   that.
20   A.       It would have been contained in the body of the
21   warrant itself, and it's been too long since I've seen the
22   warrant, so I don't know exactly how it was done, but usually
23   it's done with a CI, a confidential informant, and in that
24   instance, it would not be able to make an arrest at that time.
25   Q.       But you don't know sitting here today?
```

```
 1   A.        That's what I said, sir, yes, sir.

 2   Q.        And you don't know -- do you know sitting here today

 3   how much drugs, if any, was found in that house?

 4   A.        I do not recall, no, sir.

 5   Q.        And in the process of executing the no-knock warrant

 6   because it's dangerous to police officers, would you agree

 7   that it's also dangerous to individuals in the home?

 8   A.        Yes, sir.

 9   Q.        And it would be dangerous because just simply

10   entering someone's home without their knowledge can cause a

11   serious problem?

12   A.        Yes, sir.

13   Q.        So in executing a no-knock warrant --

14             MR. EAST:  Your Honor, we're exceeding a Motion in

15   Limine, I believe.  If we may approach?

16             THE COURT:  If you want to approach, you can.

17             (Bench conference on the record, out of the hearing

18             of the jury, as follows:)

19             MR. EAST:  He's about to start saying --

20             THE REPORTER:  In the microphone, please.

21             MR. EAST:  If he's about to start saying this was

22   dangerous because there was a pregnant lady or children

23   involved, that has been limined out.

24             THE COURT:  Well, we've already ruled that that

25   won't be developed during the case.
```

```
1              MR. WASHINGTON:  Your Honor, the issue, just if I

2    may briefly address the Court, Mr. East went in detail of why

3    he did this no-knock warrant and what they did before they

4    made the decision.

5              THE COURT:  Okay.  But the issue is you can't get

6    into how -- the fact of children and other people in the

7    residence.  We're not going to do that.

8              MR. WASHINGTON:  Not the children in the residence.

9    What I want to do is what did they do to confirm.  I won't

10   even say children because the video shows children, so I don't

11   have to say that part.  I just want -- he talks about how

12   detailed they were in getting this no-knock warrant and all

13   the things they needed to know.

14             THE COURT:  We're not going to talk about what they

15   did to confirm who was in the house.

16             MR. WASHINGTON:  Not who was in the house, not any

17   individuals.  I'm going through the process following up to

18   what Mr. East asked him about the no-knock warrant.

19             THE COURT:  Okay.  Let me be sure you understand.

20   We're not going to get into do they try to figure out who is

21   in the house before they execute the warrant.

22             MR. WASHINGTON:  Not individual.

23             THE COURT:  Not individual, but the kinds of

24   people.

25             MR. WASHINGTON:  I'm not even going to get into --
```

1              *THE COURT:*  Okay.  Don't even touch on that.

2              *MR. WASHINGTON:*  Right, no people.

3              *THE COURT:*  Is that what you're --

4              *MR. EAST:*  I don't think he's on the same page as

5    you are, Your Honor.

6              *THE COURT:*  I think he understands he's not to get

7    into having to do with who might be in the house or would

8    likely be in the house or who is at risk of being hurt because

9    of a no-knock warrant.  You've gone into that enough.  We

10   won't go into that any further.

11             *(In the hearing of the jury, as follows:)*

12   Q    (BY MR. WASHINGTON)  You received a phone call to execute

13   this warrant?

14   A.      Yes, sir.

15   Q.      And when you executed the warrant, what were you told

16   was the basis of executing that warrant?

17   A.      It was a narcotics warrant for a place that they had

18   made a purchase and they wanted to do the warrant there.

19   Q.      Right.  And how much did narcotics -- what were you

20   aware of, the total amount of narcotics at --

21             *THE COURT:*  I think you've already asked him that,

22   and I think he's answered the question.  He said he didn't

23   know.  Let's don't go over the same things you've gone over.

24   Q    (BY MR. WASHINGTON)  Were you aware of any lookouts?

25   Were there any lookouts at that home when you arrived there?

```
 1   A.      No, sir.

 2   Q.      Now, there was a report in Exhibit 145.  Can you look

 3   at Plaintiff's Exhibit 145, page 15.

 4           THE COURT:  Does he have Exhibit 125 (sic) in front

 5   of him?

 6           MR. WASHINGTON:  I put the whole trial exhibit

 7   notebook.

 8           THE COURT:  Okay.  Has it been offered?

 9           MR. WASHINGTON:  That's already been offered.  It's

10   already been admitted, Your Honor.  I'm asking him a question.

11           THE COURT:  I don't show that it's been offered or

12   admitted.  125?

13           MR. WASHINGTON:  145.

14           THE COURT:  145?

15           MR. WASHINGTON:  Yes, sir.

16           THE COURT:  Okay.  145, okay, go ahead.

17           MR. THOMAS:  145?

18           THE COURT:  That's the autopsy report?

19           MR. WASHINGTON:  Yes.

20           THE COURT:  Okay.

21   Q   (BY MR. WASHINGTON)  Are you there?

22   A.      Yes, sir.

23   Q.      Now, the last paragraph, do you see where it

24   indicates that Mr. Darden was compliant?

25   A.      I'm sorry, I don't have my glasses.
```

```
 1              MR. EAST:  Your Honor, I'll object to this as

 2    there's no foundation and it's going to be calling purely for

 3    speculation.  We've already gone over this with Dr. Greenberg.

 4              THE COURT:  I think he's testing the accuracy of the

 5    autopsy report, and I think he's entitled to do that.

 6    Q    (BY MR. WASHINGTON)  Are you able to read that?

 7    A.        Yes, sir.

 8    Q.        And then it indicates that Mr. Darden was compliant?

 9    A.        I see a sentence here, it says --

10              THE REPORTER:  I can't understand you.

11              THE WITNESS:  I'm reading fast, sorry.  The seated

12    became physically noncompliant.

13              THE COURT:  Okay.  He's answered that it said that

14    he was noncompliant.

15              MR. WASHINGTON:  Your Honor, may I approach to get

16    the exhibit, please?

17              THE COURT:  Well, you want to show him what you want

18    him to look at?

19              MR. WASHINGTON:  Yes, to make sure --

20              THE COURT:  Why don't you just read it.

21              MR. WASHINGTON:  Your Honor, I don't have the book

22    with --

23              THE COURT:  Read what you want him to look at.

24              MR. WASHINGTON:  If I can get the exhibit notebook

25    from him just for a second?
```

```
1              THE COURT:  Don't you have a copy of the autopsy
2    report on the table?
3              MR. WASHINGTON:  I do not know where this autopsy
4    report is located, Your Honor.
5              THE COURT:  Okay.  You can come get it back.
6              MR. WASHINGTON:  Sure.  Okay.  The last -- if you
7    look at the last --
8              THE COURT:  Let's don't question him while you're up
9    there.  Go back to your podium.
10             Now, do you have another question you want to ask
11   him?
12             MR. WASHINGTON:  Yes.
13   Q   (BY MR. WASHINGTON)  Have you had the opportunity to look
14   at the last sentence?
15   A.       Yes, sir.
16   Q.       And in that last sentence, does it state that
17   Mr. Darden complied?
18   A.       Yes, sir.
19   Q.       Okay.  So that would be contrary to what you --
20             THE COURT:  What does it say he complied with?
21             THE WITNESS:  It says, the decedent initially began
22   to comply with officers' instructions, but stood up again and
23   continued to walk into an adjacent room.
24   Q   (BY MR. WASHINGTON)  Okay.  So that was my next question.
25   You indicated that you reviewed the video?
```

```
 1   A.      Yes, sir.
 2              THE COURT:  Let's don't go over what's happened
 3   before.  Let's ask questions.
 4   Q   (BY MR. WASHINGTON)  Did you observe Mr. Darden get up
 5   and walk into an adjacent room?
 6   A.      No, sir.
 7   Q.      So that would be an inconsistent statement?
 8              MR. EAST:  Objection, argumentative.
 9              THE COURT:  Let's don't argue with him.  That's an
10   argument to say that's an inconsistent statement.  Let's don't
11   argue.  Let's ask questions.
12   Q   (BY MR. WASHINGTON)  Sir, would that be an inconsistent
13   statement?
14              THE COURT:  Let's ask questions, not argue.  Do you
15   want to go forward, Mr. Washington, or do you want to be
16   seated?
17              MR. WASHINGTON:  Your Honor, I would love to go
18   forward.
19              THE COURT:  Okay.  Let's move on with another
20   question.  Let's don't make arguments.
21   Q   (BY MR. WASHINGTON)  So there were -- were there multiple
22   individuals in the house?
23   A.      Yes, sir.
24   Q.      And there were officers who handled individuals who
25   were in the kitchen area?
```

```
1    A.      Yes, sir.

2    Q.      And those officers did not throw anyone to the

3    ground, did they?

4    A.      Not that I'm aware of, no, sir.

5    Q.      And when issuing commands to individuals, you want to

6    give them the opportunity to comply?

7    A.      Yes, sir.

8    Q.      You don't just throw someone on the ground after

9    initially giving a command?

10   A.      That would depend.  Sometimes you give people

11   commands and they automatically become combative.  The instant

12   that you start talking to them, their actions do not reflect

13   the fact that they are trying to be compliant, actually.  It

14   actually shows that they are being agitated and aggravated.

15   Q.      Can you go to Plaintiff's Exhibit 49 that's right in

16   front of you?

17   A.      Yes, sir.

18   Q.      In Exhibit 49, you have a view of Mr. Darden with

19   both of his hands up?

20   A.      Yes, sir.

21   Q.      You also have a full view of the sofa?

22   A.      Yes, sir.

23   Q.      And in looking at that photo, there is no

24   weapons -- do there appear to be any weapons?

25   A.      I'm not able to see one, no, sir.
```

```
 1    Q.      And you were aware that Mr. Darden had been punched

 2    and kicked in the mouth?

 3    A.      At the time it occurred, no, sir.

 4    Q.      Did you come to later learn that?

 5    A.      Yes, sir.

 6    Q.      And would you agree that kicking someone in the mouth

 7    could lead to serious injury?

 8    A.      Yes, sir.

 9    Q.      And by -- kicking someone in the mouth can result in

10    the death of someone?

11    A.      No, sir.

12    Q.      Kicking someone in the face?

13    A.      Maybe.

14    Q.      And did you observe the officers hold Jermaine's head

15    to the ground?

16    A.      Yes, sir.

17    Q.      And based on your experience, holding an individual

18    to the ground can cause that individual to suffocate?

19    A.      No, sir.

20    Q.      An obese person, would that be a dangerous position

21    to keep an obese person in?

22    A.      For an extended period of time, yes, sir.

23    Q.      And would it be a dangerous position with multiple

24    individual on the person's back?

25    A.      No, sir.
```

1    Q.      Are you aware if Mr. Darden hit any of the officers?

2    A.      No, sir.

3    Q.      Are you aware if any of the officers were ever

4    injured?

5    A.      No, sir.

6    Q.      Were there ever any weapons found in the house?

7    A.      I don't recall.

8            MR. WASHINGTON:  I pass the witness, Your Honor.

9            THE COURT:  Okay.  Do you have any further

10   questions?

11           MR. EAST:  Yes, Your Honor.

12                      **REDIRECT EXAMINATION**

13   **BY MR. EAST:**

14   Q.      Are you aware that Jermaine Darden was punched and

15   kicked in the mouth or have you heard that to be an allegation

16   in this lawsuit?

17   A.      I've heard it to be an allegation in the lawsuit.

18   Q.      Did you ever see that happen?

19   A.      No, sir.

20   Q.      Did you ever see it on the video?

21   A.      No, sir.

22   Q.      Do you know personally if it ever happened or not?

23   A.      No, sir.

24   Q.      When you reviewed the videos, is there a period of

25   time after Officer Snow initially encounters Jermaine Darden

```
1    where you don't see the interaction between the two of them?

2    A.      Yes, sir.

3    Q.      Mr. Washington asked you about multiple individuals

4    in the house and force not being used against them.  Do you

5    know if those individuals complied?

6    A.      Yes, sir, they did.

7    Q.      When the officers entered and said get down, did they

8    all get down?

9    A.      Yes, sir.

10   Q.      Exhibit Number 49, is that the flinch we spoke about

11   when Jermaine Darden's hands initially go up about this high

12   before he goes back over the sofa?

13   A.      Yes, sir.

14           MR. EAST:  Pass the witness.

15           THE COURT:  Do you have any questions?

16           MR. THOMAS:  No, Your Honor.

17           THE COURT:  Okay.  Can this witness be excused?

18           MR. EAST:  Yes, Your Honor.

19           THE COURT:  Okay.  You're excused as a witness.

20   Thank you.

21           THE WITNESS:  Thank you, Your Honor.

22           MR. WASHINGTON:  Your Honor, I just wanted

23   to -- before you excuse this witness --

24           THE COURT:  Do you have another question?

25           MR. WASHINGTON:  I wanted to do an offer of proof.
```

```
1              THE COURT:  You want what?

2              MR. WASHINGTON:  An offer of proof.

3              THE COURT:  Well, do you want to come up here for

4    some purpose?

5              Come back and be seated until we get through with

6    this.

7              (Bench conference on the record, out of the hearing

8              of the jury, as follows:)

9              THE COURT:  What is it?

10             MR. WASHINGTON:  Your Honor, there was some

11   testimony that we were not allowed to get in with this witness

12   with the no-knock warrant, questions that he was asked that we

13   want to be able to ask, or at least make an offer of proof.

14             THE COURT:  What is it you want to develop?

15             MR. KITA:  The jury --

16             THE COURT:  Let's -- only one person at a time.

17             MR. WASHINGTON:  Basically, we want to talk about --

18   there were a number of questions dealing with Mr. Darden being

19   nonresponsive.  There is issues of the no-knock warrant of

20   what they did that we don't want to put in the presence of the

21   jury that we think they made relevant.

22             THE COURT:  What do you want to ask about the

23   no-knock warrant that you haven't already asked?

24             MR. WASHINGTON:  Well, there's been a number of

25   testimony that the reason they did that no-knock warrant
```

1    because it was a dangerous situation, so we need to be able

2    to --

3            THE COURT:  I don't know that I heard the testimony

4    that it was a dangerous situation.

5            MR. WASHINGTON:  He said, it's one of the

6    dangerous -- to quote Mr. East, it's one of the most dangerous

7    procedures that officers ever do and that they go

8    through -- they go through a detailed check before they

9    execute --

10           THE COURT:  I think you've asked all the questions

11   you needed to ask or wanted to ask on that subject.  You just

12   want to repeat what you've already done.  What else do --

13           MR. WASHINGTON:  I don't want to say it in the

14   presence of the jury.

15           THE COURT:  What is it you want to do?

16           MR. WASHINGTON:  Just make an offer of proof for

17   record purposes only.

18           THE COURT:  What else do you want to do?

19           MR. WASHINGTON:  That would be it, Your Honor.

20           THE COURT:  Tell me what -- tell me what your offer

21   would be.

22           MR. WASHINGTON:  Well, the offer of proof would be

23   what made this a --

24           THE COURT:  Just tell me what you will expect the

25   evidence to be if you were to ask what you wanted to ask.

1            MR. WASHINGTON:  Sure, yes, sir.  What did you do to
2     confirm that --
3            THE COURT:  Not your question, what you think the
4     evidence would be if you asked what you wanted to ask.
5            MR. WASHINGTON:  The evidence would be, Your Honor,
6     that this home was not a dangerous place, that there was not
7     drugs that was purchased in this home as they have been
8     alleging, and that because this witness has now said he don't
9     know what was purchased, but he's got --
10            THE COURT:  You already did all that, so that
11     wouldn't be anything new.  What else did you want to offer
12     proof on?
13            MR. WASHINGTON:  Your Honor, may I -- can I confer
14     with my cocounsel for a second, please?
15            THE COURT:  Yes, you can confer with your cocounsel.
16            MR. WASHINGTON:  Thank you.
17            (Conferring between counsel)
18            THE COURT:  What else do you want to try and prove?
19            MR. WASHINGTON:  Your Honor, that would be it, Your
20     Honor, if we can get on that information there.
21            THE COURT:  Okay.  Well, I think you've adequately
22     developed that.  I don't think there's been any restriction on
23     your ability to develop that, and you've adequately developed
24     it, so you've made your offer of proof.
25            MR. WASHINGTON:  All right.  Thank you, Your Honor.

```
 1                    (In the hearing of the jury, as follows:)
 2              THE COURT:  Okay.  You're excused.  Thank you.
 3              Call your next witness.
 4              MR. EAST:  Defendants call Officer Michael Johnson.
 5              Your Honor, just an inquiry, would it be close to
 6    time for the morning break?
 7              THE COURT:  Well, who is your next witness?
 8              MR. EAST:  Michael Johnson, a police officer.  She
 9    is getting him now.
10              THE COURT:  Let's go ahead and see what we get into
11    with him.  We've got to move on.
12              MR. EAST:  I only made the suggestion because he's
13    going to be a little bit lengthy.
14              THE COURT:  If you want to talk to me about
15    something, approach the bench and talk to me about it.
16              MR. EAST:  Okay, Your Honor.  Thank you.
17              THE COURT:  Come up and be seated.
18              (Pause in Proceedings)
19              THE COURT:  Okay.  Let's go.
20                         MICHAEL JOHNSON,
21    having been first duly sworn, testified as follows:
22                         DIRECT EXAMINATION
23    BY MR. EAST:
24    Q.       State your name, please, sir.
25    A.       Michael Johnson.
```

```
1    Q.      And how are you employed?

2    A.      With the City of Fort Worth as a police officer.

3    Q.      And what is your current assignment?

4    A.      I am a Detective with the Central Criminal

5    Investigations Unit.

6    Q.      And what did you do prior to that?

7    A.      I was a member of the Central Zero Tolerance Unit.

8    Q.      And were you a member of that team in 2013?

9    A.      Yes.

10   Q.      Were officers William Snow and Javier Romero members

11   of that team in 2013?

12   A.      Yes.

13   Q.      Are you familiar with them?

14   A.      Yes.

15   Q.      Are you familiar with the --

16           THE COURT:  Let me suggest, let's don't repeat with

17   this witness what you went over with the last witness.

18           MR. EAST:  Yes, sir.

19           THE COURT:  And is that what you intend to do?

20           MR. EAST:  Not at all, Your Honor.

21           THE COURT:  Okay.  Let's be sure we do something

22   entirely different from what we did with the last witness.

23   We've had enough repetition of things without you doing it.

24           How long do you think this witness is going to take?

25           MR. EAST:  I intend to show the videos with this
```

```
 1    witness, so it could take a bit.
 2                THE COURT:  You're going to show the video?
 3                MR. EAST:  Among other things, I will use the videos
 4    with this.
 5                THE COURT:  How long do you think all this is going
 6    to take?
 7                MR. EAST:  A bit of time, Your Honor.  I'm not good
 8    at estimating, but it will be a half an hour or so, I guess.
 9                THE COURT:  Oh, well, we better take a break.  Your
10    suggestion about a break is probably a good suggestion.
11                We're going to take a 15-minute break.
12                COURT SECURITY OFFICER:  All rise.
13                (Jury not present)
14                (Recess)
15                (Jury not present)
16                COURT SECURITY OFFICER:  All rise.
17                (Judge enters)
18                COURT SECURITY OFFICER:  Please be seated.
19                THE COURT:  I want to discuss a matter with the
20    attorneys before the jury comes back in.
21                The Fort Worth Star-Telegram, the local newspaper,
22    had on the front page a story that has headlines:  Trial
23    Begins in Brutality Lawsuit Against Fort Worth Police
24    Officers, and it says continued on to another page, and it's a
25    rather lengthy article.
```

```
1              I was curious to see what the online Star-Telegram

2      would show relative to the trial, and I had one of the staff

3      members get the online version pulled up.

4              The first thing you see when the online version of

5      the Star-Telegram is pulled up is a photograph of

6      Mr. Washington with the family members of the Darden family

7      seated around him, and then you see the video that has been

8      discussed from time to time of the event.

9              The only difference is the online version plays the

10     video starting with the very beginning when the officers are

11     in the van going to the Thannisch Street property.  I didn't

12     watch the whole thing because I didn't have time to do it, but

13     apparently it looked like it would be the whole video from the

14     very beginning to the end.

15             I'm concerned.  Do you have any -- I'll ask the

16     plaintiffs and the defendants, do you have any idea,

17     Mr. Washington, how the Star-Telegram would have gotten that

18     video?

19             MR. WASHINGTON:  I have no idea, Your Honor.

20             THE COURT:  Do you have any idea how the

21     Star-Telegram would have gotten that video?

22             MR. EAST:  No, Your Honor, not at all.

23             THE COURT:  Do you, Mr. Thomas?

24             MR. THOMAS:  No, I do not, Your Honor.

25             THE COURT:  Mr. Kita, do you have any idea?
```

1          *MR. KITA:*  Yes.  I know the New York Times --

2          *THE COURT:*  Come up to the --

3          *MR. KITA:*  I know the New York Times did a big

4     expose' article several years ago about cases involving tasers

5     and taser deaths all over the country, and the video -- this

6     is back in 2012 maybe -- well, couldn't be '12 -- 2014, and I

7     just remember that it was online somewhere.

8          So, I mean, I know from experience that if you

9     Google Jermaine Darden, Fort Worth, you'll get links to other

10    places that have posted that video just because it's --

11         *THE COURT:*  Okay.  My question was:  Does anybody

12    know how the Star-Telegram got it?

13         *MR. KITA:*  Oh, the answer is, no, I do not know how

14    the Star-Telegram got it, but that was my --

15         *THE COURT:*  How did the media get it?

16         *MR. KITA:*  I don't know that either, Your Honor.

17         *THE COURT:*  Okay.  That's fine.  You've answered my

18    question.  It's a puzzler.

19         Does anybody think that the Court should take any

20    action in reference to this publicity concerning the case?  If

21    so, let me know now because we need to deal with it before we

22    go any further, if any action needs to be taken.

23         Mr. Washington, do you think there's any action the

24    Court should take relative to this publicity that all of a

25    sudden exists?

```
1              MR. WASHINGTON:  Your Honor, in all fairness, I have

2    not seen it.  I mean, perhaps if we just had two minutes to

3    see the article the Court is referring to?

4              THE COURT:  Here's the -- I'll let you look at my

5    copy of the Star-Telegram.

6              MR. WASHINGTON:  Sure.

7              THE COURT:  And the video, the online version, it's

8    at the bottom of the first page.

9              MR. WASHINGTON:  Yes, sir.

10             THE COURT:  The online version is what I've just

11   described.

12             MR. KITA:  In full disclosure, Judge, when I got

13   back to my office last night, I had a message from my

14   secretary that said someone from the Star-Telegram had called

15   me.  I obviously didn't return it.  I was here all day long.

16   But I have a personal practice of never doing that, just in

17   fear that somehow something like this might happen and they

18   would say that Matt Kita was talking to a reporter about a

19   case while it was going on.  So, they may have reached out to

20   our respective offices, but nothing came from mine, I can

21   assure you that.

22             THE COURT:  Okay.

23             MR. EAST:  Your Honor, this morning, right

24   before I came over, I pulled up the online Star-Telegram.  I

25   did not see the video on the link.  I saw the text, and I
```

1    read the text, and the text has a number of inaccuracies, a

2    number of statements about court rulings that are inaccurate,

3    and it talks about evidence that -- it talks about

4    Mr. Briskin's (phonetic) testimony, which never came into this

5    case.  It's a very un- --

6            THE COURT:  Well, I think it's inappropriate for

7    these news articles to be published during the middle of a

8    trial because the newspaper reporter knows that the members of

9    the jury will be exposed to those articles, but I don't -- I

10   can't control what newspaper reporters do.

11           The question is:  Do I need to do something relative

12   to the jury because of what's happened?

13           MR. EAST:  And I don't know, other than if the Court

14   wanted to inquire if members had seen it or not.

15           THE COURT:  Pardon?

16           MR. EAST:  If the Court wanted to inquire of the

17   jury if jury members had seen this or not.

18           THE COURT:  I'm sure every one of them has seen the

19   newspaper article.  The Star-Telegram has a wide publication

20   throughout the northern -- northeastern or northwestern part

21   of the state.  I'll be surprised if any of them have not seen

22   it, so I think we just get into a lot of talking if the

23   question is whether they have seen it.

24           MR. WASHINGTON:  Your Honor, if I could make a --

25           MR. EAST:  Then I think --

```
1              THE REPORTER:  One at a time.
2              MR. EAST:  I think they could be instructed again
3    that they shouldn't be reading news articles about this case,
4    and if they do, nothing in there is evidence.
5              THE COURT:  Well, I thought I had instructed them at
6    the beginning not to do -- read or -- read articles or listen
7    to anything about the case.  I thought I had done that.  It
8    wouldn't do me any good to do it again, I don't think.
9              MR. EAST:  And given that instruction, that's why I
10   wondered if inquiring of them would make sense because if they
11   followed the instructions --
12             THE COURT:  What are we going to do if they say they
13   have read it?
14             MR. EAST:  I would have a concern, Your Honor.
15             THE COURT:  Pardon?
16             MR. EAST:  I would have a concern if that's the
17   case, if they disregarded the Court's instructions.
18             THE COURT:  Well, what would you do?
19             MR. EAST:  I would consider a mistrial if they
20   admitted that they had disregarded the Court's instructions
21   and read a newspaper article.
22             MR. WASHINGTON:  Your Honor, may I make a brief
23   suggestion?
24             THE COURT:  Yes.
25             MR. WASHINGTON:  Your Honor, I think the Court has
```

1   properly instructed the jury on not to do any independent

2   researching.  I think by bringing this attention to the jury's

3   attention now only convince or perhaps encourages a juror to

4   go look at the Star-Telegram, so I think the Court's

5   instructions that you have already given has been appropriate.

6         THE COURT:  Does anybody want to make a motion in

7   relation to what we've been talking about?

8         MR. KITA:  Can the four of us talk really quickly,

9   Judge?

10         THE COURT:  Pardon?

11         MR. KITA:  Can we discuss something really quickly?

12         THE COURT:  You and Mr. Washington want to discuss

13   something?

14         MR. KITA:  With Mr. East and Lee.

15         THE COURT:  With the other side?

16         MR. KITA:  Yes.

17         THE COURT:  Well, yeah, if y'all want to discuss

18   something, you're welcome to.

19         (Counsel conferring)

20         THE COURT:  Okay.  The attorneys have conferred.

21         Does anybody have a request of the Court to do

22   anything?

23         MR. THOMAS:  Your Honor, I don't have any motions

24   that I would care to make at this time.  I'm hopeful that the

25   jury can follow your instructions with regard to what evidence

1    they may consider, and I still have faith that they can do

2    that.

3              THE COURT:  Do you have any action you want the

4    Court to take, Mr. East?

5              MR. EAST:  I'll leave it to the Court's discretion,

6    Your Honor.  Nothing specific for me.

7              THE COURT:  Well, I'm inclined to think that

8    Mr. Thomas is correct, that we've got a good enough jury that

9    they are going to follow the law and the facts and reach a

10   decision based on the evidence in this case.

11             MR. EAST:  Very well.

12             THE COURT:  Mr. Washington, do you or Mr. Kita have

13   any suggestions as to anything the Court might do?

14             MR. WASHINGTON:  Your Honor, the Court's given the

15   proper instructions.  We don't think any additional

16   instructions, so we're fine with it how the Court handles it.

17             THE COURT:  Okay.  And I don't think there's a lot

18   to gain, if anything, by asking members of the panel if they

19   have looked at the news media, the Star-Telegram website or

20   the newspaper.  I don't think anything is to be gained by that

21   because every one of them probably has read at least the

22   newspaper.  I can't imagine them not reading it, if it's on

23   the front page.

24             MR. THOMAS:  I agree.

25             THE COURT:  So let's leave it at that.  I've

1    expressed my concerns about it and I've gotten your views, so

2    we're going to bring in the jury and proceed.

3            MR. THOMAS:  Thank you, Your Honor.

4            MR. WASHINGTON:  Thank you, Your Honor.

5            (Pause in Proceedings)

6            COURT SECURITY OFFICER:  All rise.

7            (Jury present)

8            COURT SECURITY OFFICER:  Please be seated.

9            THE COURT:  Okay.  You may proceed.

10           MR. EAST:  Thank you, Your Honor.

11                   **DIRECT EXAMINATION CONTINUED**

12   **BY MR. EAST:**

13   Q.      Officer Johnson, I honestly forget.  We've already

14   introduced you to the court, correct?

15   A.      Correct.

16   Q.      Okay.  And at the time we established what you were

17   doing in 2013?

18   A.      Yes.

19   Q.      Okay.  All right.  So with respect to the incident in

20   this case, what was your job on that date?

21   A.      My role was as a team leader for the Zero Tolerance

22   Unit and the planning and briefing for this search warrant.

23   Q.      While -- after you learned of the situation and what

24   you were going to do, do you know what Officer Danford was

25   doing in the meantime?

1    A.      Officer Danford was completing a search warrant and
2    having it signed by a judge.
3    Q.      Did you receive that later?
4    A.      Yes, I did.
5            MR. EAST:  May I approach, Your Honor?
6            THE COURT:  Yes.  You approach one time.
7            MR. EAST:  Thank you.
8    Q    (BY MR. EAST)  I hand you what's been marked as Trial
9    Exhibit Number 137.  Do you recognize that document?
10   A.      Yes.
11   Q.      What is that?
12   A.      It is the search warrant for the address on
13   Thannisch.
14   Q.      And what use did you make of that document?
15   A.      That it was a search warrant for us to execute at the
16   address of 3232 Thannisch Avenue.
17   Q.      And did you have this document when you briefed the
18   team or are you the officer who briefed the team?
19   A.      Yes, I am.
20   Q.      At the time, did you have this document?
21   A.      Yes.
22   Q.      Did you rely on what was in this document?
23   A.      Yes.
24   Q.      Is it the job of the tactical team to reinvestigate
25   the narcotics case?

```
1    A.        No.

2    Q.        Do you rely on the information provided to you by

3    those narcotics officers?

4    A.        Yes.

5    Q.        Was this search warrant signed by a judge?

6    A.        Yes.

7              MR. EAST:  Your Honor, defendants would offer Trial

8    Exhibit Number 137.

9              THE COURT:  It's received.

10             MR. EAST:  Thank you, Your Honor.

11   Q   (BY MR. EAST)  The first two pages of that document are

12   what, in particular, as opposed to the rest of it?

13   A.        I'm sorry, say it again.

14   Q.        I'm sorry.  Look at pages -- look at the heading on

15   page number 1.  What does that say?

16   A.        Search Warrant.

17   Q.        Then turn to page number 3, and what is that

18   document?

19   A.        It's a supporting affidavit.

20   Q.        Okay.  Explain that to the -- for us, please.

21   A.        It's the facts and circumstances that substantiate

22   the search warrant, necessity for the search warrant.

23   Q.        And had you reviewed this when you briefed the team?

24   A.        Yes.

25   Q.        Does this describe in that affidavit -- whose
```

```
1    affidavit is that?

2    A.       It is delivered by Officer Danford.

3            MR. WASHINGTON:  Your Honor, if he's going to

4    testify to that, I'm going to object to that as being hearsay.

5            MR. EAST:  The document is in evidence, Your Honor.

6            THE COURT:  I'm sorry, it's in evidence.  I'm not

7    sure what your objection is.  It's in evidence.

8            MR. WASHINGTON:  Well, the search warrant, Your

9    Honor, we asked Mr. East for a copy, and I stood up to make

10   the objection.  We asked Mr. East for a copy of the exhibit.

11   It was --

12           THE COURT:  I'll overrule the objection.  Exhibit

13   137 is in evidence.

14           MR. WASHINGTON:  Right, but we did not know that the

15   actual affidavit that he's now talking about is one we object

16   to and --

17           THE COURT:  Well, that's part of the search warrant.

18           MR. EAST:  These are the trial exhibits we've had,

19   correct.

20           THE COURT:  What is this question, to explain why

21   they were there and what they could have expected?

22           MR. EAST:  Correct, Your Honor.

23           THE COURT:  Okay.  It's not for the truth of what it

24   says?

25           MR. EAST:  Not at all.  It's for how they took it,
```

1    how they proceeded.

2           THE COURT:  Okay.  I'll instruct the jury that the

3    search warrant and the attachment to it, which is a part of

4    the search warrant, is to explain why the officers did what

5    they did, but it's not offered as the truth of what it says.

6           MR. KITA:  Your Honor, can I -- I'm sorry.

7           MR. WASHINGTON:  Your Honor, all the stuff that he's

8    not offering for the truth, are we able to redact that before

9    it goes back?

10          THE COURT:  Pardon?

11          MR. WASHINGTON:  The part that he's not offering for

12   the truth, are we able to redact that before that goes back to

13   the jury?

14          THE COURT:  I don't understand what you're saying.

15   The whole affidavit is in evidence, which includes its

16   attachments.

17          Okay.  You may proceed, Mr. East.

18   Q    (BY MR. EAST)  So, Officer, for example, the drug buys

19   that are described in this affidavit, you're not saying that

20   you have personal knowledge that they took place, correct?

21   A.       Correct.

22   Q.       But you do know that this is the information provided

23   to you by the narcotics unit, correct?

24   A.       Correct.

25   Q.       And based on the information in this affidavit and

```
 1    the warrant attached to it, this is the basis of why your
 2    tactical team was called to serve a warrant, correct?
 3    A.      Correct.
 4            MR. WASHINGTON:  Your Honor, I object to leading.
 5    He's leading this witness.
 6            THE COURT:  What are you saying, Mr. Washington?
 7            MR. WASHINGTON:  Your Honor, he's asking and he
 8    continues to ask a question, and he says, wouldn't you agree,
 9    correct.  He's leading this witness on how to --
10            THE COURT:  Well, you are leading again, Mr. East,
11    and I understand how that habit's developed in this trial, but
12    don't.
13    Q    (BY MR. EAST)  Was this search warrant signed by a judge?
14    A.      Yes.
15    Q.      And do you see -- look at page 2.  Do you see a
16    signature?
17    A.      Yes.
18    Q.      And that's the -- whose signature is that?
19            THE COURT:  Let's don't get into all that detail,
20    Mr. East.  We've got to move on.
21            MR. EAST:  Yes, Your Honor.
22    Q    (BY MR. EAST)  What is described in the affidavit
23    supporting the search warrant?
24    A.      Multiple drug buys from this address and a
25    description of two possible suspects from those drug buys that
```

1    are listed by race, sex, approximate age, and size.

2    Q.      And describe those brief descriptions including race,

3    gender, and size, please.

4    A.      The first one is listed as a suspect of a black

5    female, 50s, five foot two, light skin with light brown eyes.

6    The second one is listed as black male, six foot, 300 pounds,

7    heavy set, gold teeth, and early 30s.

8              MR. WASHINGTON:  Your Honor, may we briefly

9    approach, please?

10             THE COURT:  Well, yes, you can approach.

11             (Bench conference on the record, out of the hearing

12             of the jury, as follows:)

13             MR. WASHINGTON:  Your Honor, when we last came up

14   here, we were going to get into the warrant and the people who

15   was in the house, and we were asked to stay away from

16   describing or talking about the individuals who was in that

17   house, and now the question that's being asked of this witness

18   is describing, in the warrant, the individuals who was in that

19   house, which we were --

20             THE COURT:  Okay.  If you're making an objection,

21   I'll overrule the objection.  I've already explained to the

22   jury the purpose of the questioning of this witness on the

23   basis of the warrant has to do with why they were there and

24   why they did what they did, as I understand it.

25             Is that correct?

```
1              MR. EAST:  Yes, Your Honor.
2              THE COURT:  And I've instructed the jury that the
3   truth of what's in it is not to be -- they are not to consider
4   what it says as to the truth of the matter asserted.
5              Okay.  Y'all can be seated.
6              MR. WASHINGTON:  Thank you, Your Honor.
7              (In the hearing of the jury, as follows:)
8   Q    (BY MR. EAST)  So when you briefed the team, did you
9   convey some of the information to them that you gleaned from
10  these documents?
11  A.      Yes.  That included the description of the possible
12  suspects involved at that address.
13             THE COURT:  Mr. East, you've asked that question
14  earlier.  He's answered it earlier.  Let's don't go over what
15  you've already done.
16  Q    (BY MR. EAST)  So when the team went to serve this
17  warrant, what was your role in that service?
18  A.      My role was, as team leader, to make sure the team
19  executed the warrant as it was planned and to make sure all
20  the jobs were done while the execution of the warrant was
21  going on.
22  Q.      Were you one of the officers who entered the house?
23  A.      Yes.
24  Q.      And where did you go when you entered?
25  A.      I was the last member of the team to enter the front
```

1    door, and I went to the front room and stayed in that general

2    area to start.

3    Q.      Did you notice something in the first room later?

4    A.      When I got to the first room -- my primary job was to

5    facilitate the movement of the team through the house.  After

6    a quick glance of all the different ways to move from the

7    front door into the house, I saw Officer Snow detaining a

8    black male on the couch in the front room.

9    Q.      I'm going to play for you two videos.  One, the jury

10   has already seen.  The first one, the jury has already seen.

11   Have you seen these videos before?

12   A.      Yes.

13           (Exhibit 138 played and paused)

14   Q.      And what are we seeing here?

15   A.      This is the entry team moving from the van to the

16   front door of the target residence.

17   Q.      When you make such an entry, do you know what's on

18   the other side of that door?

19   A.      No.

20   Q.      What are the possibilities?

21   A.      The possibilities are endless.  It could be an empty

22   house, it could be 40 people inside, it could be anything in

23   between.  It could be furniture, no furniture.  There could be

24   weapons, there could be no weapons, there could be anything

25   and everything behind that door.

```
 1    Q.      Is the purpose of a no-knock warrant -- what's the
 2    purpose of a no-knock warrant?
 3    A.      To allow us a safer entry into a residence that's a
 4    higher risk than average.
 5              (Exhibit 138 played and paused)
 6    Q.      Do you know who had the ram?
 7    A.      I believe that was, at the time, Corporal Sutherland.
 8    Q.      And do you know who the first officer through the
 9    door is?
10    A.      I believe it's Officer Snow.
11              (Exhibit 138 played simultaneously with questioning)
12    Q.      And what words have you heard yelled so far?
13    A.      Police, get down, or some variation of those words.
14    Q.      Have you heard get down, get on the ground?
15    A.      Yes.
16    Q.      Do you see Mr. Darden there?
17    A.      Yes.
18    Q.      Are his hands up?
19    A.      Looks like they are draped over the back of the couch
20    or in front of him.
21    Q.      And has -- have you heard numerous commands, get on
22    the ground, at this point?
23    A.      Yes.
24    Q.      Is Mr. Darden on the ground?
25    A.      No.
```

1    Q.      And it appears -- I'm mistaken, this may be the video

2    the jury has not yet seen, but we'll play both of them.

3            Just so we'll know what we're seeing, what in general

4    is happening here?

5    A.      The officer is checking all places that a person

6    could be hiding.

7    Q.      As opposed to the search a narcotics team conducts,

8    what are you guys doing at this point?

9    A.      We are only looking for people to make the residence

10   safe for the later search for evidence.

11   Q.      Are you aware if anybody tried to flee this property?

12   A.      I'm not aware if anybody did or not.

13   Q.      And what are we seeing here?

14   A.      In the front room is where the altercation is still

15   ongoing, trying to take Mr. Darden into custody.

16   Q.      And on this video, we're 38 seconds into the video,

17   correct?

18   A.      Yes.

19   Q.      And so this video has not been showing the struggle

20   up until this point, correct?

21   A.      Correct.

22   Q.      And who was involved in the struggle from the

23   beginning, to your knowledge?

24   A.      Officer Snow and myself.

25   Q.      After -- was Officer Snow there by himself initially?

```
1    A.        He was there by himself, yes, to start.

2    Q.        And then what happened?

3    A.        When I came into the room and saw the altercation and

4    Mr. Darden wasn't being compliant, and Officer Snow was by

5    himself, I joined the altercation to help get him into

6    custody.

7    Q.        So were you the first officer to help Officer Snow?

8    A.        Yes.

9    Q.        What did you do to help Officer Snow?

10   A.        I verbalized the commands that he was giving, to make

11   sure he was clear on what needed to be done, from his

12   behavior.  He wasn't complying.  He wasn't getting down.  He

13   wasn't following the directions.  I attempted to physically

14   assist him to the ground, assist Officer Snow with what he was

15   trying to do to get him onto the ground.

16   Q.        Why didn't you and Officer Snow just hold him down?

17   A.        Because he outweighed, I think both of us combined,

18   and he wasn't complying.

19   Q.        Did you attempt just to hold him?

20   A.        I attempted to hold him.  At one point, we got him to

21   the ground.  He pushed himself up into a push-up position with

22   both myself and Officer Snow on his back.

23   Q.        Did somebody, you or somebody else, call for a taser

24   deployment?

25   A.        Somebody did, after the struggle had lasted for
```

1    longer than it probably should have.  The -- somebody from

2    behind me said to use a taser.  Once that was said, I realized

3    that was the best idea based on his size and the fact that two

4    or more of us weren't having any luck restraining him.

5              When we heard that, Officer Snow took his taser out

6    and gave the taser command so we were all aware of what was

7    going to happen next.  We all disengaged from the fight,

8    because if we're touching him when the taser goes off, we also

9    get the electric current as well.  We took our hands off, the

10   taser is deployed, he goes partially down, and we tried to

11   take him into custody at that point using the taser as the

12   means to do so.

13             Initially, it did not work.  The taser functioned

14   properly, but he didn't -- to cause him to comply.  We still

15   had to struggle to get his arms.  He still -- once the taser

16   stopped cycling, he went back to the same behavior he was

17   doing before the taser went off, pushing himself back up into

18   a push-up position and not complying, not giving us hands, and

19   not complying with our directions.

20   Q.      Is a 38-second struggle in your business, especially

21   in this situation, a lengthy struggle or not?

22   A.      It's a very lengthy struggle.

23   Q.      What do you expect to happen when you go into a house

24   like this?

25   A.      Most times everyone complies with our initial

commands coming through the door, to get down and to show us

your hands.  Once everybody complies, we make sure there's no

one hiding and causing anything else to be unsafe.  We take

everybody into custody, we move to a safer location, and then

we proceed with the investigation from there, which usually

takes very little time at all.

Q.      Were you aware of any health problems or heart

conditions, Officer, that Mr. Darden may have had before you

were able to secure him?

A.      At some point during the struggle, there were people

that were saying that he has asthma.

Q.      Did that tell you that he had a heart problem?

A.      No.

Q.      And did that cause you to say, we're not going to

continue trying to struggle with him?

A.      No.

Q.      Would such -- hearing such things alleviate your fear

about whether or not he may be able to reach for a weapon or

not?

A.      Not at all.

Q.      Can you explain that?

A.      In my personal experience, not having asthma and not

being a doctor, my personal experience dealing with someone

who is experiencing an asthma attack or something related to

that, on duty, is that they are less likely to be

```
1    confrontational and less likely to do anything physical
2    because of --
3              MR. WASHINGTON:  Your Honor, I object to this, this
4    line of questioning.  This individual has not been designated
5    as a medical expert.  He's speculating and he's giving an
6    opinion.
7              MR. EAST:  I'll withdraw that question.  That's not
8    where I was going or where I need to go.
9              THE COURT:  I'll overrule the objection.  You may
10   proceed.
11             MR. EAST:  All right.  Thank you, Your Honor.
12   Q    (BY MR. EAST)  Can you tell the jury why you didn't
13   simply just --
14             THE COURT:  Let's start your question over again.
15   Q    (BY MR. EAST)  Can you please state why you simply didn't
16   just stop trying to physically restrain him when you heard
17   somebody say he has asthma?
18   A.       Because he was still being noncompliant.  He was
19   still able to retrieve a weapon, if there was one, if he was
20   intending to.  He was still actively fighting us.
21   Q.       And somebody saying it, whether it's true or not, you
22   don't know what his -- do you know what his intentions were at
23   the time?
24   A.       No.  All we knew was what his actions were at the
25   time, which was continuing to fight.
```

```
 1   Q.        Thank you.  I'll play the video from this point.

 2             (Exhibit 138 played simultaneously with questioning)

 3   Q.        Do you know where you are yet?

 4   A.        I can't tell for sure, no.

 5   Q.        Was that a taser deployment we heard?

 6   A.        Yes, it sounded like it.

 7   Q.        Have you heard additional commands being yelled?

 8   A.        Yes, many commands to get down and show us your hands

 9   and get your hands up.

10   Q.        What do you see Mr. Darden doing there?

11   A.        Pushing himself back up off the ground and not

12   complying.

13   Q.        And that's after the taser cycle had stopped?

14   A.        Yes.

15   Q.        Were officers still trying to hold him down at that

16   point?

17   A.        It looks like it, yes.

18   Q.        Did you hear words, hit him again?

19   A.        I couldn't hear them, no, but I heard the taser

20   sound.

21   Q.        So at this point, he is fully up on his knees.  Did

22   you see that?

23   A.        Yes.

24   Q.        Is that where Lieutenant Verrett comes in?

25   A.        Yes.
```

1    Q.      I'm sorry, who was the officer that put his foot on

2    his hand?

3    A.      The one with his foot on Mr. Darden's hand is

4    Lieutenant Verrett.

5    Q.      Is the struggle over at this point?

6    A.      No.

7    Q.      At this point, to finish the process, all Mr. Darden

8    had to do was what?

9    A.      Put his hands behind his back.

10   Q.      And what do we see right there?

11   A.      He tightened up his arm like he pulled it away again.

12   Q.      Do you know who these officers are up towards his

13   head?

14   A.      The two in the top right look like Officer Brewer and

15   Officer Kaether, I believe.

16   Q.      And who were they?

17   A.      They were patrol officers that we had assisting us

18   that day.

19   Q.      Were they part of the entry team?

20   A.      No.

21   Q.      And so why are they in the house?

22   A.      Because they could see, through the open door, the

23   struggle, and how long it continued to go on, that they

24   knew that we needed more --

25            MR. WASHINGTON:  Your Honor, I'm going to object to

1    this.  This witness is speculating.  He doesn't know why

2    they -- well, it calls for speculation.

3                THE COURT:  What was the question?

4                MR. EAST:  If these officers weren't part of the

5    original entry team, why they would be in the house, and he

6    was explaining that.

7                THE COURT:  Do you have knowledge on that subject?

8                THE WITNESS:  Yes, sir.

9                THE COURT:  Okay.  What is the answer?  I'll

10   overrule the objection.

11               THE WITNESS:  That those two officers were the ones

12   that I assigned to the perimeter duties, and their job is to

13   be in the front yard during the entry, unless they are needed

14   somewhere else, and their job is to assist us in whatever job

15   we need to do, and they could tell from their vantage point

16   that the job they needed to do at the time was to assist with

17   the struggle.

18   Q    (BY MR. EAST)  Do you know who this officer is here?

19   A.        That looks like Officer Brady, I believe.

20   Q.        Okay.  So you stated that this officer, whoever this

21   is, has his arm and he's attempting to do what?

22   A.        To handcuff Mr. Darden.

23   Q.        Okay.  We'll go forward from here.  What just

24   happened?

25   A.        Mr. Darden pulled his arm away from him.

1    Q.       And what happens next?  What did he do there?

2    A.       He pulls his arm back to the front and puts it under

3    his body, completely away from where it needed to be.

4    Q.       And we're now 1 minute and 34 seconds into this

5    struggle?

6    A.       Yes.

7    Q.       And we are now sometime after the second taser

8    deployment, correct?

9    A.       Yes, I believe so.

10   Q.       How many taser deployment total were there?

11   A.       I believe there were two.

12   Q.       So what did he just do that we saw there?

13   A.       He actively pulled his arm away.

14   Q.       And where did he put it?

15   A.       He put it underneath him where we couldn't see it,

16   which is also next to the couch, which gives his hand the

17   ability to reach under the couch and under his body that we

18   can't see and don't know what's available to him.

19   Q.       Had he been searched at this point?

20   A.       No.

21   Q.       What happens when people do that with their arms

22   under their body when they are lying down?

23            MR. WASHINGTON:  Your Honor, objection, calls for

24   speculation.

25            THE COURT:  I'll overrule the objection.

```
 1              THE WITNESS:  Either one of two things, either

 2     trying to frustrate the arrest process to keep themselves from

 3     being handcuffed or to retrieve a weapon of some kind.

 4     Q    (BY MR. EAST)  Is that an easy position to overcome, to

 5     get somebody's hand out from under them?

 6     A.       Not at all.

 7     Q.       Is it common to see that happen in your experience?

 8     A.       Yes.

 9     Q.       And what was that command?

10     A.       Put your hands behind your back.

11     Q.       And what are officers attempting to do now?

12     A.       Extract his arms from under his body.

13     Q.       And the reason you identified Officer Brewer is on

14     top of him at this point is why?

15     A.       To extract his arms.

16     Q.       And where is he reaching?

17     A.       Under his body to reach his arm.

18     Q.       Does it appear to you that Mr. Darden is following

19     commands here?

20     A.       Not at all.

21     Q.       Do you notice anything there?

22     A.       He started to pull his hand away again once that

23     first flex cuff went on.

24     Q.       And you have identified Officer Kaether over here.

25     Can you see what he's doing over here?
```

```
 1   A.       Looks like he's trying to extract his other arm.

 2   Q.       I'm not sure I heard you.  Say it again, please.

 3   A.       Looks like he's trying to extract his other arm from

 4   under his body.

 5   Q.       Thank you.  So these two officers that are near his

 6   head, you're certain neither one of those are Officer Snow or

 7   Romero, correct?

 8   A.       Correct.

 9   Q.       And neither one of these -- and you've already

10   testified what they are doing?

11   A.       Correct.

12   Q.       Did you notice an officer put his knee on

13   Mr. Darden's back momentarily?

14   A.       I'm sorry, say it again.

15   Q.       Did you notice the officer placed his knee on

16   Mr. Darden's upper back momentarily?

17   A.       No, I didn't notice that.

18   Q.       Well, it's not there at this moment, is it?

19   A.       No.

20   Q.       And what's going on down here?

21   A.       They are trying to tighten up the plastic flex cuffs

22   on Mr. Darden.

23   Q.       And can you describe, in particular, what this item

24   is that is being used?

25   A.       It's a temporary plastic handcuff.  They are easier
```

```
1    to use in these kind of scenarios than metal handcuffs, and

2    they are used on many entries like this where there is large

3    groups of people that need to be detained at one time.

4    Q.      Lieutenant Verrett testified that these were -- they

5    were a newer item that was being tested or in an early phase,

6    I guess?

7    A.      Yes.

8    Q.      And I may have passed the point, but did you notice

9    something happen to those cuffs when he was trying to apply

10   them?

11   A.      Yes.  They are a little hard to maneuver and they are

12   hard to get closed.

13   Q.      So what's he doing there?

14   A.      Because of Mr. Darden's size, since the plastic ones

15   failed -- it looks like the closing ring broke off when he

16   tried to tighten them up -- he's going to use metal handcuffs,

17   and because of Mr. Darden's size, he's using two sets of metal

18   handcuffs because of the distance between the wrists.

19   Q.      And why are officers continuing to hold him at this

20   point?

21   A.      To make sure his hands stay there and he doesn't pull

22   them back under his body.

23   Q.      Is he fully handcuffed at this point?

24   A.      No, he's not.

25   Q.      Is this Officer Snow?
```

```
 1   A.        Yes.

 2   Q.        Has he been on his feet that whole time?

 3   A.        I'm sorry?

 4   Q.        Has he been on his feet that whole time?

 5   A.        It looked like it, yes.

 6   Q.        Why would he continue to be holding the taser, even

 7   after he's fired the probes?

 8   A.         The probes are still attached through those wires to

 9   the taser in his hand, and if -- up to that point, if he

10   needed to recycle the taser and have another five seconds of

11   taser deployment, he could pull the trigger and have another

12   electrical charge go through, if needed.

13   Q.        And that charge would have gone through the wires

14   that were already attached to Mr. Darden?

15   A.        Correct.

16   Q.        And even after watching -- we're now at 2 minutes and

17   50 seconds.  Do you see that?

18   A.        Yes.

19   Q.        Even after watching the last major portion of that

20   struggle, did Officer Snow ever redeploy the taser?

21   A.        No.

22   Q.        It would have been a possible option, correct?

23   A.        Yes.

24   Q.        But he did not and he allowed the other officers to

25   manually handcuff him?
```

```
 1    A.        Yes.

 2    Q.        And that's the end of that video.

 3              (Exhibit 138 concluded)

 4              MR. EAST:  I have a little difficulty -- oh, I'm

 5    sorry.  Let me do it this way.

 6              Now I will play --

 7              THE COURT:  What exhibit number was the one you just

 8    played?

 9              MR. EAST:  I'm almost certain it was 138, and that

10    is 18 -- yes, Your Honor, I just played 138.

11              THE COURT:  Okay.  Go ahead.

12              MR. EAST:  And this will be Number 1, Exhibit Number

13    1.

14              MR. WASHINGTON:  Your Honor, just one clarification.

15    On the video that was already played, we get to play these

16    videos twice?

17              THE COURT:  Are you asking a -- are you wanting

18    something to talk to the Court about?  Come up here.

19              MR. WASHINGTON:  Sure.  Sorry about that, Your

20    Honor.

21              (Bench conference on the record, out of the hearing

22              of the jury, as follows:)

23              THE COURT:  What was the question?

24              MR. WASHINGTON:  Are we going to be able to play the

25    same videos multiple times?
```

```
1              MR. EAST:  I wasn't allowed to --

2              MR. WASHINGTON:  But you got to play that video.

3    That's been played once, so --

4              THE COURT:  What's the point in playing that one

5    again?  I'm not saying you're not entitled to.  This is your

6    case, not the plaintiff's case.

7              MR. EAST:  Mr. Washington paused it on points that

8    were important to him and discussed it with his witnesses.

9    I'm entitled to one play through, per the Court's rules, to do

10   that with my witness.  This is my one play through.

11             THE COURT:  I just wondered why we're doing it.

12             MR. EAST:  We'll be highlighting different things

13   than Mr. Washington did, obviously.

14             MR. THOMAS:  Your Honor, I need to display where my

15   client is on this.  You haven't heard his name even mentioned

16   yet.

17             MR. EAST:  You will on this play through.  This one

18   will show --

19             THE COURT:  Y'all can both question him on this play

20   through, if you would like, so we don't do it again.

21             MR. WASHINGTON:  Your Honor, so we don't have to

22   come back here, with the Court's permission, since the

23   majority of the questions is through the video, I would like

24   the opportunity to cross him on this video because that's

25   been --
```

| | |
|---|---|
| 1 | MR. EAST:  We're not playing it again.  The Court's |
| 2 | instructions were followed by us during Mr. Washington's case |
| 3 | in chief.  He got to play the video, and we got to play it |
| 4 | during hours.  That's the ground rules. |
| 5 | MR. WASHINGTON:  He didn't attempt to do this |
| 6 | when -- |
| 7 | THE COURT:  Apparently you want to play it again? |
| 8 | MR. WASHINGTON:  She's gone through the stuff is my |
| 9 | question -- |
| 10 | THE COURT:  Okay.  I'll let you -- when this one is |
| 11 | being played, if you want to ask some questions, y'all make |
| 12 | known you want to, and you can ask questions as we go along. |
| 13 | MR. WASHINGTON:  Sure.  Thank you, Your Honor. |
| 14 | THE COURT:  That way we won't have to play it again. |
| 15 | MR. WASHINGTON:  Sure.  So you want me to -- I can |
| 16 | ask questions while it's going? |
| 17 | THE COURT:  As it's being played. |
| 18 | MR. WASHINGTON:  Okay.  Thank you, Your Honor. |
| 19 | (In the hearing of the jury, as follows:) |
| 20 | (Exhibit 1 played simultaneously with questioning) |
| 21 | Q   (BY MR. EAST)   Okay.  We're going to play the other |
| 22 | video.  This is a helmet camera from a different entry team |
| 23 | officer; is that correct? |
| 24 | A.     Yes. |
| 25 | Q.     And this is the same entry we saw before? |

```
1    A.        Yes.

2    Q.        Do you see the officer with the camera go in to the

3    right and go to the room to the right?

4    A.        Correct.

5              MR. WASHINGTON:  Your Honor, I would like to ask my

6    question at this point.

7              THE COURT:  You want to ask a question -- ask him a

8    question.

9              MR. WASHINGTON:  Yes.  Yes.

10             THE COURT:  Why don't y'all both stand at the

11   microphone.

12             MR. WASHINGTON:  Sure.

13             THE COURT:  Don't interrupt his -- I'm giving you a

14   special dispensation that you can ask some questions while

15   this is being shown, even though it's his case.

16             MR. WASHINGTON:  Sure.

17             THE COURT:  So don't interrupt his activities.

18             MR. EAST:  I'm going to finish my questioning, and

19   then I'll let Mr. Washington go before he restart it.

20             THE COURT:  Okay.

21   Q   (BY MR. EAST)  So this scene here, what do we see?

22   A.        Multiple people in the dining room, the front room of

23   that residence.

24   Q.        Okay.

25             MR. WASHINGTON:  Okay.  I have just brief follow-up.
```

```
 1   Do you mind, Ken?
 2             MR. EAST:  No, I don't -- because I won't get to go
 3   back.  I'll move the video, but -- I'll stop it anytime you
 4   want me to, and you can ask questions when it's stopped.
 5             Is that fair, Your Honor?
 6             MR. WASHINGTON:  Well, you asked him a question.
 7   There was one question prior --
 8             THE COURT:  Let's don't carry on between each other.
 9   I'm giving you an opportunity to do something I've never done
10   before, to ask questions during and interrupt the defendant's
11   questioning, so let's don't abuse it.
12             Do you have a question you want to ask,
13   Mr. Washington, at this time?
14             MR. WASHINGTON:  Yes, Your Honor, I --
15             THE COURT:  Okay.  Ask the question.
16             MR. WASHINGTON:  It requires that -- he let the
17   video go, so I need to put the video where the entry -- where
18   they came into -- that was my --
19             THE COURT:  Ask a question, if you have a question.
20   If you don't have a question, tell him, and let's move on.
21             MR. WASHINGTON:  My first question is:  When
22   Mr. Darden -- when y'all came into that home, you saw
23   Mr. Darden had both of his hands up?
24             THE WITNESS:  I didn't, no.
25             MR. WASHINGTON:  Am I allowed, Your Honor, to show
```

```
 1    him that portion, the portion that I asked Mr. East to stop,
 2    am I allowed --
 3               THE COURT:  You want to back up and show something?
 4               MR. WASHINGTON:  That was the portion, the first
 5    portion, yes, sir.
 6               THE COURT:  Okay.  Let's back up and let him ask the
 7    question he wants to ask, and then we won't spend more time
 8    with this.
 9               MR. EAST:  To make it not any more interruptions,
10    may we approach and clarify this?
11               THE COURT:  Okay.  Let's back up.
12               MR. EAST:  May we approach, Your Honor?
13               THE COURT:  Pardon?
14               MR. EAST:  May we approach and ask one --
15               THE COURT:  Let's back up.
16               MR. EAST:  Okay.
17               MR. WASHINGTON:  Prior to him backing up, Your
18    Honor, I can get my one question about this part, and then he
19    can back up and I can get my other question.
20               THE COURT:  Ask a question about this part, if you
21    want to.
22               MR. WASHINGTON:  Sure.  Can I borrow your mouse?
23               On this question here, Officer Johnson, on this
24    table, do you see any guns or any drugs or anything on this
25    table?
```

```
1                 THE WITNESS:  I can't tell from the table from
2      there.  It's too blurry.
3                 MR. WASHINGTON:  Okay.  You can move back.
4      Q   (BY MR. EAST)  So you don't know what's in these
5      containers?
6      A.      No.
7                 MR. WASHINGTON:  Okay.  Stop.  Go a little further.
8      Stop.
9                 So at this point, Officer Johnson, do you see
10     Mr. Darden's hands both up?
11                THE WITNESS:  I see what looks like his left hand is
12     up near his shoulder.  I can't tell where his right hand is.
13     And I couldn't see that, personally.  I can see it on the
14     video, but not personally.  I wasn't -- I was at the very end
15     of the line, so I couldn't see this personally, no.
16                MR. WASHINGTON:  So the testimony that you're
17     giving --
18                THE COURT:  The video shows what it shows.  Let's
19     don't spend a lot of time asking somebody what the video
20     shows.  It shows what it shows.
21                MR. WASHINGTON:  Right.
22     Q   (BY MR. EAST)  Officer Johnson, have you ever seen
23     anybody raise their hands and fight a police officer?
24     A.      Yes.
25     Q.      Have you ever seen anybody raise their hands and then
```

1    run?

2    A.       Yes.

3    Q.       Do you know how long Mr. Darden's hands are in this

4    position?

5    A.       I have -- no, I don't know.

6    Q.       And on the other videotape, when we showed from the

7    other angle, where did you say his hands were?

8    A.       On the back of the couch.

9            MR. WASHINGTON:  Stop.  Stop there.

10           And were you able to observe this officer at this

11   point with his foot on this person's head?

12           THE WITNESS:  While I was there, no, I couldn't see

13   this.

14           MR. WASHINGTON:  Okay.

15   Q   (BY MR. EAST)  When you make an entry into a house under

16   these circumstances, why -- first of all, did you ever hear

17   Officer Snow use profanity?

18   A.       No.

19   Q.       Did you ever hear Officer Romero use profanity?

20   A.       No.

21   Q.       Why do officers use loud commanding voices?

22   A.       To make sure it's very clear that we require

23   immediate compliance, immediately, with our directions.

24   Q.       Are you in there concerned about hurting feelings?

25   A.       No.

```
1    Q.        What's most important?

2    A.        Safety of everybody involved.

3    Q.        Okay.  So, from this angle, we're seeing into the

4    room where Mr. Darden is; is that correct?

5    A.        Yes.

6              MR. WASHINGTON:  Stop there.

7              Now, looking at this part of the video, it's moved

8    around, there is periods of time during this video that you

9    can't see everything that's going on --

10             THE WITNESS:  You can't see it on the video?

11             MR. WASHINGTON:  -- in the other room.

12             THE WITNESS:  I could see it because I was in the

13   other room, but the video doesn't show it, yes.

14             MR. WASHINGTON:  So there are things that happened

15   in the other room that this video would not be able to capture

16   or didn't capture?

17             THE WITNESS:  Yes.  Yes.

18             MR. WASHINGTON:  Thank you.

19   Q   (BY MR. EAST)  And in fact, we're 27 seconds into this

20   video at this point, correct?

21   A.        Yes.

22   Q.        And we've only seen glimpses into the other room so

23   far?

24   A.        Yes.

25   Q.        And your attention at some point -- you weren't
```

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

```
1    watching Officer Snow -- continuously from the very beginning,
2    when you got there, your attention was caught or not?
3    A.       No, because my job, when I come in last as a team
4    leader, is to make sure that I understand that the team has
5    flowed through the entire house, that we didn't miss any rooms
6    or something significant, immediately.
7            And so when I come in, my first glance is across
8    the -- everything that I can see, to make sure that I
9    understand what's going on, big picture, and that it's all
10   been taken care of as far as jobs go.
11   Q.       So there was a short period of time in the beginning
12   where even -- was there a period of time in the beginning
13   where even you, on the scene, did not see the struggle begin
14   between Snow and Romero?
15   A.       Correct, between Officer Snow and Mr. Darden, yes.
16   Q.       Of course, Officer Snow and Mr. Darden.  And what
17   drew your attention to it?
18   A.       The movement that I saw that brought my eyes back to
19   the struggle that he was having because he wasn't being --
20   Mr. Darden wasn't being compliant.
21   Q.       And what happens when a police officer is engaged in
22   a struggle under such circumstances?  Do they focus on
23   everything around them or what happens?
24   A.       No.  You tend to get tunnel vision, the longer it
25   occurs, and you only focus on what's going on right in front
```

144

```
1    of you and you lose the big picture.

2    Q.        Do you know who this officer is?

3    A.        No, I can't tell.

4    Q.        At this point, we're about 41 seconds into the video

5    to compare it to the other one.  Watch the front door.

6              MR. WASHINGTON:  Stop right here.  Thank you, Ken.

7              So looking at this video, this person here would

8    have had a direct view to the living room?  It's in the video

9    where I circled.

10             THE WITNESS:  That person's head is facing that

11   direction, yes.

12             MR. WASHINGTON:  Okay.

13   Q   (BY MR. EAST)  Where do you -- what's that?

14   A.        Looks like somebody else coming in to join the

15   altercation.

16             MR. WASHINGTON:  Stop there.

17   Q   (BY MR. EAST)  Do you know who that is?

18   A.        I believe that's Officer Romero.

19             MR. WASHINGTON:  Stop right there.

20             MR. EAST:  I won't -- I won't advance until I'm done

21   asking questions, I promise.

22   Q   (BY MR. EAST)  Okay.  So what is happening at this point?

23   A.        He sees a struggle still continuing and that the two

24   of us aren't getting compliance, so he joined us to help.

25   Q.        And was Officer Romero on your team?
```

```
 1   A.        Yes.

 2   Q.        And he was assigned where?

 3   A.        I believe he was assigned front perimeter.

 4   Q.        And if that's the case, in your experience what would

 5   have caused him to come into the house?

 6   A.        That he could see in the open front door and see that

 7   the two of us were struggling with somebody, that we were not

 8   winning, and we needed help.

 9             MR. EAST:  Okay.

10             MR. WASHINGTON:  And on this video at this still,

11   this person, this individual that's in this position, you

12   would agree that that person has a view into that room as

13   well?

14             THE WITNESS:  I can't tell from their position if

15   that couch blocks their view or not, so I don't know.

16             MR. WASHINGTON:  But you do see the person looking

17   into the room?

18             THE WITNESS:  Their head is facing that direction,

19   yes.

20   Q   (BY MR. EAST)  So we're now --

21             MR. THOMAS:  May I ask questions, too?

22             THE COURT:  Yes.  Come up here where you can ask

23   questions.  It's going to be a three-ring circus.

24             MR. THOMAS:  Thank you, Your Honor.

25             Did you see the officer just run into the room?
```

```
1              THE WITNESS:  Yes.

2              MR. THOMAS:  And you identified him, I believe, as

3   Officer Romero?

4              THE WITNESS:  Yes.

5              MR. THOMAS:  And once he reached there, do you see

6   him go down on his knees?

7              THE WITNESS:  Yes.

8              MR. THOMAS:  Okay.  That's all I have.

9              MR. WASHINGTON:  So, at this point, when Officer

10  Romero is in the room, these two individuals appear to be

11  looking in the room?

12             THE WITNESS:  Which two again?

13             MR. WASHINGTON:  These two individuals.

14             THE WITNESS:  Their heads are facing that way.  I

15  don't know what they are looking at or not looking at.

16             MR. WASHINGTON:  Looking at this video, we are

17  unable to see exactly what's going on inside the main room?

18             THE WITNESS:  Correct.

19             THE COURT:  Mr. Washington, the video shows what it

20  shows.  I'll remind all of you of that.

21             Okay.  Let's move on.  Mr. East, it's your turn.

22             MR. EAST:  Just tell me to stop if you need

23  anything, either one of you.

24  Q    (BY MR. EAST)  Do you recognize what's going on here?

25  A.      We're still struggling with him trying to gain
```

1    control of him.

2    Q.      Did you hear those last words?

3    A.      I couldn't hear them, no.

4    Q.      Now, do you know what it was?

5    A.      That was the taser command.

6    Q.      And that was -- was that push-up we had seen from the

7    other angle?

8    A.      Yes.  That was a --

9            THE REPORTER:  Was that push-up what?

10           MR. EAST:  We had seen from the other angle.  My

11   mouth is dry, sorry.

12           MR. WASHINGTON:  In addition to the push-up, you

13   saw -- did you see an individual grab Mr. Darden by the head

14   and push his head to the ground?

15           THE WITNESS:  I didn't in that part, no.

16           MR. WASHINGTON:  Are you able to see the officer

17   pushing his head to the ground?

18           THE WITNESS:  Looks like he had his hand on him from

19   there.  You have to play it for me to look at it again.  Yes.

20           MR. THOMAS:  Who was that individual who pushed him

21   to the ground?

22           THE WITNESS:  I have to look again.

23           MR. THOMAS:  Could that have been Romero?

24           THE WITNESS:  That was the same position that he had

25   been in previously, so probably, yes.

1    *Q    (BY MR. EAST)*  Under these circumstances, if Mr. Darden's

2    pushing himself up, would it be appropriate to try to push him

3    down?

4    *A.*      Absolutely.

5    *Q.*      Up until this point, have you seen anything where any

6    officers have done anything improper, as the team leader?

7    *A.*      No.

8            *MR. WASHINGTON:*  Okay.  On the video, did you hear

9    that they stated a number of times that he has asthma?

10           *THE WITNESS:*  I could hear it once on the playing of

11   it today.

12           *MR. WASHINGTON:*  Did you hear it multiple times when

13   you were inside the home?

14           *THE WITNESS:*  Did I hear it being said or somebody

15   specifically saying it?

16           *MR. WASHINGTON:*  It was being said.

17           *THE WITNESS:*  Yes, I heard it more than once being

18   said.  I don't know who was saying it.

19           *MR. WASHINGTON:*  Did you hear Mr. Darden say it?

20           *THE WITNESS:*  I don't recall him saying it,

21   specifically, no, but I heard it being said.

22           *MR. THOMAS:*  Once again, can you see this

23   individual, underneath the stomach of this officer, can you

24   see his knees are on the floor and his feet are almost out the

25   door there?

```
 1                 THE WITNESS:  Yes.
 2                 MR. THOMAS:  Is that the same position that Officer
 3      Romero was in earlier?
 4                 THE WITNESS:  Yes.
 5      Q    (BY MR. EAST)  Officer Johnson, there's been testimony
 6      about a kick in this case.  Are you familiar with any kicks in
 7      this case?
 8      A.      Yes.
 9      Q.      Can you tell us about it?
10      A.      There were -- to my personal knowledge, there were
11      two kicks delivered, both by me, both to his left hand.  After
12      the first taser deployment, when he pushed himself back into
13      the push-up position, I kicked at his left hand to knock his
14      leverage off to get that hand underneath him, and neither one
15      of them worked.
16      Q.      Are you aware of any other kicks being delivered by
17      anybody?
18      A.      No.
19      Q.      Is that based on your memory from the time and your
20      subsequent reviews of the videos?
21      A.      Yes.
22      Q.      I think we may -- I lose track of exactly where we
23      are, but I think one of these are you, and we're going to see
24      a kick in a moment.  Does that appear to be correct so far?
25      A.      I believe so.
```

```
1              MR. EAST:  Did you want --

2              MR. WASHINGTON:  No.

3    Q    (BY MR. EAST)  Do you see that?

4    A.      Yes.

5    Q.      Who was that?

6    A.      That was me.

7    Q.      And your intention was to hit what?

8    A.      His forearm, his left forearm and left hand, to keep

9    him from pushing himself up using that.

10   Q.      Is that what you think you hit?

11   A.      Yes.

12   Q.      Do you have any idea what would have happened if you

13   had hit him in the face with that kick?

14   A.      I'm sorry, say it again.

15   Q.      Was it a forceful kick?

16   A.      Yes.

17   Q.      Do you know if you hit him in the face?

18   A.      I do not.

19             MR. THOMAS:  I've got nothing.  Go ahead.

20             MR. WASHINGTON:  After the kick, you can't -- you

21   don't know every single thing that Officer Romero did, so you

22   can't say if he did not kick this guy or not, can you?

23             THE WITNESS:  I can say I didn't see anybody kick

24   him.

25             MR. WASHINGTON:  But it could be possible?
```

1      THE WITNESS:  I wasn't in the room the entire time,

2  so anything is possible, but I never saw it.  I was never

3  aware of it.

4      MR. THOMAS:  Now, if this -- if this were Mr. Virden

5  right here on the floor, and assuming his head is somewhere

6  behind this police officer here, looking into this room, what

7  side of Mr. Darden would you have been on, if you were looking

8  for him -- if you were looking into this side from this

9  direction, would it be the right side or the left side?

10      THE WITNESS:  From his point of view, it would have

11  been the right side.

12      MR. THOMAS:  And actually, Mr. Romero was on the

13  left side; is that correct?

14      THE WITNESS:  Correct.

15  Q   (BY MR. EAST)  And was that from the cameraman's point of

16  view?

17      MR. WASHINGTON:  Let me just --

18      THE REPORTER:  I'm sorry, I didn't hear you.

19      MR. WASHINGTON:  I need some brief follow-up on

20  this.

21      This is Officer Romero right here?

22      THE WITNESS:  Yes, looks like on the left side, as

23  you're facing the screen --

24      MR. WASHINGTON:  I understand, but this is Officer

25  Romero right here?

1          THE WITNESS:  It's blurry.  I can't tell what you're

2    actually circling, but that's the general position where he

3    is, yes.

4          MR. WASHINGTON:  And that's on the right side of

5    Jermaine, isn't it?

6          THE WITNESS:  As you're looking at it, no, it was on

7    my right side, which is this side.

8          MR. WASHINGTON:  This is him here, correct?

9          THE WITNESS:  I can't tell what you're circling.

10         MR. WASHINGTON:  Right here, this individual right

11   here, this officer.

12         THE WITNESS:  Okay.  From my vantage point, and the

13   view of the camera, that's the left side of Mr. Darden, and

14   I'm standing on the right side.

15         MR. WASHINGTON:  Okay.

16   Q    (BY MR. EAST)  And what was that?

17   A.      That sounds like the second taser deployment.

18   Q.      And did you hear a word spoken just then?

19   A.      I couldn't tell what it was from here.  I couldn't

20   tell.  (Video portion replayed).  I still can't hear it.

21   Q.      Are you the officer that testified earlier about the

22   word "support?"

23   A.      No, but that's what we use for -- if we need help,

24   that's the word that we use, so we know it's coming from

25   another officer that we need an assistance.

1    *Q.*       So what happened shortly thereafter?

2    *A.*       The front perimeter officers that heard the call for

3    more support come in to help.

4    *Q.*       First is who?

5    *A.*       Lieutenant Verrett.

6              *MR. THOMAS:*  Can you tell who this officer is?

7              *THE WITNESS:*  Looks like Officer Romero.

8              *MR. THOMAS:*  And is he once again on his knees?

9              *THE WITNESS:*  Yes.

10             *MR. WASHINGTON:*  Stop, Ken.

11             So, again, looking at this video, you can't tell

12   just from the video what's gone on in that other room.

13             *MR. EAST:*  Objection, Your Honor.  He's just making

14   a statement.  It's an argument.  We've established that the

15   video shows what it shows, and it doesn't show what it doesn't

16   show.

17             *MR. WASHINGTON:*  It's just a question asking is he

18   able to see what's gone on in this other room from this point

19   of the video.

20             *THE WITNESS:*  I'm not sure what you're asking.  I

21   was in the room, so I could see what was going on in the room,

22   yes.

23             *MR. WASHINGTON:*  I understand.  But on the video,

24   does the video capture what's gone on in the other room?

25             *THE WITNESS:*  Some of it, yes.

1          MR. WASHINGTON:  Not all of it?

2          THE WITNESS:  No.

3    Q    (BY MR. EAST)  And what just -- did you see there?

4    A.       Looks like the other patrol officers joining in to

5    help.

6    Q.       And that was Brewer and Kaether we discussed earlier?

7    A.       Yes, Officer Brewer and Officer Kaether.

8    Q.       And we know, from the other video, they went in to do

9    what?

10   A.       To assist taking him into custody by holding down and

11   extracting his arms once he pulled them under his body.

12   Q.       And at this point, we're 1 minute 28 seconds into

13   this?

14   A.       Yes.

15   Q.       And it would have shown on the other video, but

16   it --

17          THE COURT:  Ask a question.

18   Q    (BY MR. EAST)  Shortly between the second taser

19   deployment and -- actually, I don't remember the time.  I'll

20   ask you the question.  Was there a point in time when you

21   pulled out your taser?

22   A.       Yes.

23   Q.       Describe that.

24   A.       I believe it was after the first one didn't work and

25   he still wasn't in custody and he was still struggling, and I

```
 1    don't remember if I thought about it or somebody else said
 2    something, that we needed to tase him again.
 3              I wasn't sure the condition of Officer Snow's taser,
 4    if he still had it in his hand, if it was still functional, so
 5    when someone said that, I pulled mine out of the holster.
 6    Before I -- I couldn't remember if I turned it on or not, but
 7    I realized that Officer Snow's was still functional and still
 8    able to be used, so he used his the second time and I put mine
 9    back in the holster and didn't use it.
10    Q.      If Officer Snow had not, would you have used yours?
11    A.      Yes.
12    Q.      Was it an appropriate time to use the taser?
13    A.      Yes.
14    Q.      And is this the struggle we saw earlier?
15    A.      Yes.
16    Q.      To accomplish what?
17    A.      To extract his arms from underneath his torso.
18    Q.      And do you recall this being the patrol officer?
19    A.      Yes.
20    Q.      And it appears he's laying across his head.  We know
21    from the other video, he's doing what?
22    A.      He's laying across his back with a hold on his left
23    arm to use leverage to pull that arm out from under his body.
24              MR. WASHINGTON:  Can you stop it right there.
25              Officer Williams (sic), at this point this officer
```

1    is holding Jermaine face first?

2              THE WITNESS:  I'm Officer Johnson, and --

3              MR. WASHINGTON:  I'm sorry, I apologize, Officer

4    Johnson.

5              THE WITNESS:  And could you repeat the question?

6              MR. WASHINGTON:  Mr. Darden is being held down face

7    first?

8              THE WITNESS:  No, I can't see his head, so I'm not

9    sure where his head is, but the officer is laid over his back

10   and shoulders to use our -- the leverage to extract an arm

11   like we're taught.

12             MR. WASHINGTON:  But his stomach and face is facing

13   the ground?

14             THE WITNESS:  Yes.

15             MR. WASHINGTON:  And would that be the proper manner

16   to handle an obese person?

17             THE WITNESS:  To handle what?

18             MR. WASHINGTON:  To have an obese person face first

19   on the ground, would that be a manner in which to handle an

20   obese person?

21             THE WITNESS:  An obese person, yes, if they have

22   their hands pinned under their body, you're absolutely

23   required to extract those hands.  And their size only matters

24   as to how strong they are, and on this occasion, he was very

25   strong, so absolutely required that.

1          MR. EAST:  I'm sorry, Mr. Thomas had a question.

2          Right there?

3          MR. THOMAS:  Once again, does this appear to be

4    Officer --

5          THE COURT:  Do you want us all to hear what you're

6    saying?

7          MR. THOMAS:  I'm sorry, Your Honor.

8          Does this appear to be -- who is -- do you know who

9    this is right here?

10         THE WITNESS:  Looks like Officer Romero.

11         MR. THOMAS:  Okay.  Actually -- I'm not doing too

12   well.

13         Does he appear to be preparing to handcuff?

14         THE WITNESS:  Yes.

15   Q    (BY MR. EAST)  So does that inform (sic) your testimony

16   from the other video who was handcuffing?

17   A.       Yes.

18   Q.       And it was?

19   A.       It was Officer Romero applying the plastic handcuffs.

20         MR. WASHINGTON:  Stop there.

21         In addition to Officer Snow and Romero, were -- both

22   Officer Snow and Officer Romero is holding Jermaine down face

23   first at this point as well?

24         THE WITNESS:  No, looks like Officer Romero is

25   manipulating his handcuffs.

 1              MR. WASHINGTON:  He's being held face down,

 2    Mr. Darden?

 3              THE WITNESS:  He is face down, yes.

 4              MR. WASHINGTON:  And individuals are telling you

 5    that he cannot breathe?

 6              THE WITNESS:  No, they were saying he has asthma.

 7              MR. WASHINGTON:  No one said he could not breathe?

 8              THE WITNESS:  They may have.  I didn't hear anybody

 9    say that while I was there, while I was present.  I heard the

10    "he has asthma" mentioned.

11              MR. WASHINGTON:  Okay.

12    Q    (BY MR. EAST)  To clarify, Mr. Washington asked you if

13    Officer Snow was holding him down.  You already testified that

14    Officer Snow was on his feet at this point, correct?

15    A.        Correct.

16    Q.        And this is the point, in the other video, where

17    Mr. Darden's pulling his hand away?

18    A.        Yes.

19    Q.        And the point of holding him and wrestling his hands,

20    is that to stop his breathing?

21    A.        No.

22    Q.        It's to do what?

23    A.        To maintain control of him so he cannot reach for a

24    weapon or continue to fight.

25    Q.        The purpose of wrestling over --

```
 1                THE REPORTER:  I didn't understand you.
 2   Q    (BY MR. EAST)  The purpose of laying over the top of his
 3   body, wrestling to get his hand free, is to do what?
 4   A.        To maintain control of him so he can't reach for a
 5   weapon or continue to fight.
 6   Q.        And ultimately to accomplish what?
 7   A.        To take him into custody and have him handcuffed.
 8   Q.        And by this point, do you see a number of individuals
 9   already handcuffed in the other room?
10   A.        Yes.
11   Q.        And we're 2:15 into this video, and you just saw a
12   glimpse of what?
13   A.        Of Mr. Darden finally being handcuffed.
14             MR. WASHINGTON:  Stop, Ken, stop.
15   Q    (BY MR. EAST)  And this is an officer doing what?
16   A.        Double-checking that we didn't miss any closets or
17   any people hiding any places that we didn't look already.
18             MR. WASHINGTON:  And again, this video at the -- I'm
19   sorry, I can't see -- the 2.31 mark, there is no view of the
20   living room from this point?
21             THE WITNESS:  No, it's the stove, so it would be the
22   kitchen, I guess.
23             MR. WASHINGTON:  But Officer Romero and Officer Snow
24   are in the other room with Jermaine Darden?
25             THE WITNESS:  I couldn't say for sure because I'm
```

1    looking at a stove.

2          MR. WASHINGTON:  Okay.

3    Q    (BY MR. EAST)  But at this time on the other video, the

4    other video was showing what was happening?

5    A.       Yes.

6    Q.       Do you recognize this officer?

7    A.       That's -- at the time, it was Officer Tabor.  She's

8    now Sergeant Ricks.

9    Q.       What does that call mean?

10   A.       When you call secondaries, it means our primary sweep

11   of the residence has been complete.  We've checked all the

12   main areas.  A secondary sweep is to make sure we check the

13   smaller areas.  Like we have found people hiding in cabinets,

14   so we check cabinets in the smaller areas that it's possible

15   to hide, but not as likely as the primary look.  So we

16   double-check to make sure we didn't miss any bodies in the

17   house at all, no one is still hiding there, and then we call

18   it clear.

19   Q.       By the time you call for secondaries, are most

20   obvious threats handled?

21   A.       Yes.  We only call for secondaries after the entire

22   residence has been primary swept, anybody that we've

23   encountered has been taken into custody and there are no more

24   struggles.  There was no other noncompliance going on in the

25   house at all.  Everyone is calm, in custody, and then we move

1    to secondaries.

2                  MR. EAST:  That's the end of that video.

3                  (Exhibit 1 video playing concluded)

4    Q    (BY MR. EAST)  As the team leader, did you see anything

5    any officer did that was improper?

6    A.        No.

7                  MR. EAST:  Pass the witness.

8                  MR. THOMAS:  I have no more questions.

9                  THE COURT:  Do you have any questions?

10                 MR. THOMAS:  No, Your Honor, no questions.

11                 THE COURT:  Do you have any questions?

12                 MR. WASHINGTON:  Yes, Your Honor.

13                 THE COURT:  Okay.

14                           **CROSS-EXAMINATION**

15   **BY MR. WASHINGTON:**

16   Q.        I want to make sure I get this right.  Officer

17   Johnson?

18   A.        Yes, sir.

19   Q.        All right.  Can you go to Exhibit 137?

20   A.        Yes.

21   Q.        And can you go to the fourth page?

22   A.        Yes.

23   Q.        Okay.  I want you to go to paragraph 5.

24   A.        Okay.

25   Q.        Now, the purpose of you executing a no-knock warrant

1    is because this home was considered to be a dangerous home?

2    A.      No.  Basically any search warrant we serve is

3    probably going to be dangerous.  We assume everything is

4    dangerous.  A no-knock is specifically for a specific reason

5    articulated in the warrant.

6    Q.      Because it's -- so with this no-knock warrant, was it

7    executed because you considered this home to be dangerous?

8    A.      No.  The information that required a no-knock entry

9    is located on page 6 in number 18.

10   Q.      We're going to get to that.  I want to go back.  My

11   question is leading to paragraph 5 in the affidavit.

12           THE COURT:  Well, you asked him some questions after

13   that.  Let him answer the questions.

14           Go ahead with your answer.

15           THE WITNESS:  The -- on page 6, number 18 is where

16   it shows the reason for a no-knock entry into this warrant or

17   into this residence, which is the -- it was the knowledge by

18   the officer that wrote the warrant of lookouts in the area

19   that would -- if we made a normal entry, they could tip off

20   our location and make it more dangerous and more likely we

21   were injured in the execution of this warrant, so the reason

22   that it is a no-knock is listed in item 18 on page 6.

23   Q   (BY MR. WASHINGTON)  So you went there because of

24   lookouts.  Did you observe any lookouts when you got to this

25   home?

```
 1    A.      I did not, no.

 2    Q.      And on paragraph 5, it indicated -- does it indicate

 3    the amount of the purchase, which would have triggered this

 4    no-knock warrant?

 5            THE COURT:  Which purchase?

 6            MR. WASHINGTON:  It was a purchase -- they indicated

 7    that it was a purchase of drugs that made them execute the

 8    no-knock warrant.  So in this affidavit, I'm asking him the

 9    question.

10            THE COURT:  Was there only one purchase?

11            THE WITNESS:  The warrant, I believe, shows four,

12    but I wasn't part of that investigation so I couldn't say for

13    sure how many there were.

14    Q   (BY MR. WASHINGTON)  And what was the dollar amount?

15    A.      The dollar amount listed in paragraph 5 is $20 worth

16    of cocaine.

17    Q.      So you executed one of the most dangerous

18    warrants --

19            THE COURT:  Let's don't make an argument at this

20    time.  Do you have another question?

21    Q   (BY MR. WASHINGTON)  So if there are individuals who has

22    indicated that Officer Romero kicked Mr. Darden in the mouth,

23    you have nothing to dispute that, do you?

24    A.      Could you ask me the question again?  I'm not clear

25    on it.
```

1    *Q.*       If a number of individuals have indicated that

2    Mr. Darden was kicked in the mouth and in the face, you cannot

3    dispute what the other witnesses observed?

4    *A.*       No, because I wasn't in the room with him the entire

5    time.  I only know what I could observe and what I was present

6    for.

7    *Q.*       And if you go to Plaintiff Exhibit 11, Officer

8    Johnson, there's a notebook in front of you --

9              *THE COURT:*  Is that an exhibit that's already been

10   identified and discussed?

11             *MR. WASHINGTON:*  Yes, sir.  Yes, sir.

12             *THE COURT:*  Well, we were not going to discuss it

13   again.

14             *MR. WASHINGTON:*  I have not discussed this

15   particular exhibit.

16             *THE COURT:*  You have discussed that exhibit.  Isn't

17   that the one that shows some blood?

18             *MR. WASHINGTON:*  Yes, but that's not the exhibit I'm

19   discussing.

20             *THE COURT:*  Let me see which one you're discussing,

21   Mr. Washington.  We seem to be going in circles.

22             *MR. WASHINGTON:*  No, sir.  This one right here with

23   the --

24             *THE COURT:*  Ask him what you want to ask him about

25   Exhibit 11 and let's move on.

1   Q    (BY MR. WASHINGTON)  On Plaintiff Exhibit 11, underneath

2   Mr. Darden's eye, do you see that there is a bruise with blood

3   coming out?

4   A.      Well, first, I can't tell whose face this is.  It's

5   just a picture of an eye and a cheek, so I don't know who this

6   actually is in this picture.

7   Q.      But on this picture, do you observe blood and a cut

8   underneath --

9           THE COURT:  Mr. Washington, that exhibit is in

10  evidence and the jury will have all the exhibits in the jury

11  room with them.

12  Q    (BY MR. WASHINGTON)  You had an opportunity to do a

13  search of the house?

14  A.      Did I personally, no.

15  Q.      You were aware that a search of the house was

16  conducted?

17  A.      Yes.

18  Q.      And during that sweep or search of the house, was any

19  weapons recovered?

20  A.      I don't know.  I didn't search the house.  I'm not

21  sure what the result of the search was.

22  Q.      Did Mr. Darden ever hit you?

23  A.      No.

24  Q.      Did you observe Mr. Darden punch anyone else?

25  A.      No.

1    *Q.*       Would it be reasonable to kick someone in the face?

2    *A.*       Sure, I can think of reasons that -- to kick someone

3    in the face.  Is there a certain context to this?

4    *Q.*       In this context, would it be reasonable to kick

5    Mr. Darden in the head and in the face -- I mean, sorry, and

6    underneath his eye?  Would that be reasonable?

7    *A.*       I'm not sure I understand the question.

8              *THE COURT:*  He wants to know if it would be

9    reasonable, considering what you've seen on the -- saw at the

10   time and what you've seen on the video, for one of the

11   officers to kick Mr. Darden in the face.

12             *THE WITNESS:*  To have kicked him in the face during

13   this event, the way it unfolded specifically, or just in

14   general?

15   *Q   (BY MR. WASHINGTON)*  In general, would it have

16   been -- did you observe something that would have justified

17   them kicking Mr. Darden in the head and underneath the eye?

18   *A.*       Not that I personally observed, no.

19             *MR. WASHINGTON:*  Your Honor, I'll pass the witness.

20             *THE COURT:*  Okay.  Do you have any more questions of

21   this witness?

22             Okay.  Can he be excused as a witness?

23             *MR. EAST:*  Just a second, Your Honor.  I thought

24   Mr. Thomas was jumping in front of me, Your Honor.  He was

25   just --

```
1              THE COURT:  Do you want to excuse him as a witness
2    or not?
3              MR. EAST:  I don't -- I have one question, Your
4    Honor.
5                        REDIRECT EXAMINATION
6    BY MR. EAST:
7    Q.      When you went to this house, were you looking for
8    evidence of lookouts or other things to confirm what was in
9    the warrant?
10   A.      No.
11   Q.      Your job was to do what?
12   A.      Execute the warrant as safely as possible.
13             MR. EAST:  Pass the witness.
14                       RECROSS-EXAMINATION
15   BY MR. THOMAS:
16   Q.      Officer Johnson, from viewing the video, it appears
17   that you were in the room with Mr. Darden from the time
18   Officer Romero entered the room from the outside perimeter
19   until Mr. Darden was in handcuffs; is that -- would that be
20   accurate?
21   A.      I believe so.
22   Q.      And during that time, did you see Officer Romero kick
23   Mr. Darden?
24   A.      No.
25             MR. THOMAS:  Thank you.
```

```
1              THE COURT:  Okay.  Can he be excused as a witness?

2              MR. EAST:  Yes, Your Honor.

3              MR. THOMAS:  Yes, Your Honor.

4              THE COURT:  Okay.  You're excused as a witness.

5              It's time to go to lunch.  Why don't we take a lunch

6    break until 1:50.  Y'all are excused for lunch.

7              COURT SECURITY OFFICER:  All rise.

8              (Jury not present)

9              (Recess for lunch)

10             COURT SECURITY OFFICER:  All rise.

11             (Jury present)

12             COURT SECURITY OFFICER:  Please be seated.

13             (Pause in Proceedings)

14             COURT SECURITY OFFICER:  All rise.

15             (Judge enters)

16             COURT SECURITY OFFICER:  Please be seated.

17             THE COURT:  Okay.  Mr. East, you may proceed.

18             MR. EAST:  We'll call Officer Brad Danford, please.

19             THE COURT:  Okay.

20             MR. EAST:  May we approach about releasing some

21   witnesses?

22             THE COURT:  Yes, you can.

23             (Bench conference on the record, out of the hearing

24             of the jury, as follows:)

25             MR. EAST:  I don't intend to call --
```

```
1              THE COURT:  Go ahead.

2              MR. EAST:  I don't intend to call five of these

3    potential officer witnesses.

4              Is it okay if we release them?

5              THE COURT:  As far as I'm concerned, you can.

6              MR. WASHINGTON:  No objection from the plaintiffs.

7              THE COURT:  Who are they that you're not calling, so

8    I'll make a note on your list.  Let me just see your list.

9    You don't need to call them off.

10             MR. EAST:  If you can read it, it's Kaether,

11   Sandoval --

12             THE COURT:  Hmm, I don't see him.  Oh, here he is.

13   Chavez.

14             MR. EAST:  Yes, sir, with the top -- Ricks and then

15   Tabor or it might be Tabor Ricks, I'm not sure.

16             THE COURT:  J.R. Ricks?

17             MR. EAST:  Is one, and then a female Officer Ricks,

18   or she was named Tabor at the time.

19             THE COURT:  She's also named Tabor Ricks, but --

20             MR. EAST:  There we go.  That is it.

21             THE COURT:  Good night.  You still got -- of course,

22   a lot of those are the plaintiff's witnesses.  You're not

23   planning to call any of those, are you?

24             MR. EAST:  I don't believe so, Your Honor, no.

25             THE COURT:  You sure got a lot of witnesses left.
```

1    Move on.

2            MR. EAST:  We will move extremely quickly, Your

3    Honor.  Thank you.

4            THE COURT:  Let's don't repeat anything that's

5    already been done.

6            MR. EAST:  And there are two more that are probable

7    nots, but it depends on how everything else goes.

8            THE COURT:  Okay.

9            *(In the hearing of the jury, as follows:)*

10           MR. EAST:  Your Honor, Officer Danford is not back

11   from lunch yet, so we will -- we'll call Officer Seabourn,

12   Justin Seabourn.

13           THE COURT:  You're calling Officer Seabourn?

14           MR. EAST:  Yes, Your Honor.

15           MR. THOMAS:  Yes, Your Honor.

16           THE COURT:  He's the records custodian?

17           MR. EAST:  Yes, Your Honor.

18           THE COURT:  Okay.  Okay.  You may proceed.

19           MR. EAST:  Thank you, Your Honor.

20                         **JUSTIN SEABOURN,**

21   having been first duly sworn, testified as follows:

22                         **DIRECT EXAMINATION**

23   **BY MR. EAST:**

24   Q.      State your name, please, sir.

25   A.      Justin Seabourn.

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

```
 1   Q.        And how are you employed?

 2   A.        I'm a Sergeant with the Fort Worth Police Department.

 3   Q.        And what are your duties?

 4   A.        I'm the custodian of records.

 5   Q.        You were called a little bit out of the anticipated

 6   order so I'm getting organized, I apologize.  What does that

 7   mean?

 8   A.        Among other things, we appear in court settings to

 9   verify that documents are official Fort Worth Police

10   Department records.

11   Q.        And have you been asked to look at a number of

12   documents in preparation for your testimony here today?

13   A.        Yes, sir.

14   Q.        And were those documents records of the Fort Worth

15   Police Department?

16   A.        Yes, sir.

17   Q.        Were they -- let me identify them first, if I may.

18             MR. EAST:  All right.  May I approach, Your Honor?

19             THE COURT:  Yes.

20   Q   (BY MR. EAST)  Sergeant, I've handed you Exhibits Numbers

21   94, 112, 114, 119, and 120.  Do you see those?

22             MR. KITA:  Your Honor, may we approach briefly?

23             THE COURT:  Pardon?

24             MR. KITA:  Before Mr. East reads the titles of the

25   exhibits to the witness in front of the jury, I wanted to know
```

```
 1    if we could approach briefly?
 2              THE COURT:  I'm not sure what -- are you making an
 3    objection?
 4              MR. EAST:  If you know what they are, I think I can
 5    request ask without identifying them to --
 6              THE COURT:  Y'all don't talk to each other.  Talk to
 7    me, if you're going to talk to anybody, and don't just talk.
 8    If you have an objection, make an objection.
 9              MR. KITA:  I will have objections to the
10    admissibility of the exhibits he just referenced.  I thought
11    it would be better to take care of it now than --
12              THE COURT:  Okay.  He hasn't offered the exhibits
13    yet.  It's premature to make an objection.
14              MR. KITA:  Thank you, Your Honor.
15    Q    (BY MR. EAST)  Do you recognize those items, sir?
16    A.       Yes, sir.
17    Q.       And are they all records, reports, data compilations,
18    or memoranda that are maintained by the Fort Worth Police
19    Department?
20    A.       Yes, sir.
21    Q.       Do they reflect acts, events, conditions, opinions
22    that occurred at or near the time that they were made or
23    transmitted?
24    A.       Yes, sir.
25    Q.       And is it the normal practice of the Fort Worth
```

```
1    Police Department to maintain such records?
2    A.      Yes, sir.
3    Q.      And were they prepared and submitted by a person with
4    knowledge to do so?
5    A.      Yes, sir.
6    Q.      And is it the regular --
7                MR. EAST:  With that, Your Honor, I'll offer
8    Exhibits 94, 112, 114, 119, and 120.
9                THE COURT:  They are received.
10               MR. KITA:  Your Honor, I object.  May we approach?
11               THE COURT:  You're objecting on what ground?
12               MR. KITA:  That's what I would like to approach
13   about.
14               THE COURT:  The what?
15               MR. KITA:  I would like to approach to voice my
16   objection at the bench.
17               THE COURT:  Well, if you have a legal ground for an
18   objection, tell me what it is, so I can rule on it.
19               MR. KITA:  Okay.  I object that they are hearsay,
20   that they are more prejudicial than probative, that they
21   are --
22               THE COURT:  They are what?
23               MR. KITA:  More prejudicial than probative, and that
24   they are inadmissible under 404(b).
25               THE COURT:  Well, let me see the exhibits.  Hand
```

1    them to me and let me -- can you reach over?

2              THE WITNESS:  Yes, sir.

3              MR. EAST:  And to remind the Court, if I may, Your

4    Honor?

5              MR. KITA:  If I hadn't said it yet, Judge, on

6    relevance grounds also.

7              THE COURT:  Okay.  Let me have the attorneys come up

8    here just a minute.

9              MR. EAST:  Sure.

10             (Bench conference on the record, out of the hearing

11             of the jury, as follows:)

12             THE COURT:  Only one.  Tell your partner to go back.

13             MR. EAST:  These are objections that were already

14   overruled subject to authentication.

15             THE COURT:  Do what?

16             MR. EAST:  You had overruled his objections already,

17   subject to authentication, and that's all that was left.

18             THE COURT:  Okay.  Well, he's authenticated them.

19   What's the problem now?

20             MR. KITA:  The problem, Your Honor, is since we've

21   been here, the jury has been instructed, and it's now the

22   position of the Court, that the information that was in the

23   search warrant, or the reason that the officers went to the

24   house, they are not to consider the truth of those statements.

25   They are just wanting to know why a narcotics unit was --

1          *THE COURT:*  Okay.  Well, what's your objection?

2          *MR. KITA:*  The objection is that these are not --

3          *THE REPORTER:*  I need you in the microphone.

4          *MR. KITA:*  They are not judgments.  They are not

5    documents reflecting a felony conviction.  They are documents

6    that show other wrongs, crimes, or acts that are irrelevant to

7    the issues that are before the Court.  So, as a result, they

8    are inadmissible under 403, 404(b), and 401 because they are

9    simply not relevant here, and, of course, also hearsay.

10         *THE COURT:*  Well, it seems to me like you've spent a

11   lot of time trying to make this jury think your client is a

12   very productive person in society, and this seems to bear

13   on -- these seem to bear on that subject.

14         *MR. KITA:*  And usually you impeach a client's -- or

15   a person's credibility with judgments of conviction, but just

16   with charges of arrests, that's --

17         *THE COURT:*  Well, these tell about times he was in

18   jail.  It seems to me like you're trying to convince the jury

19   that he was a very upstanding person and that he was a very

20   productive member of society, and it seems to me like this has

21   some bearing on that.

22         What's your position on it?

23         *MR. EAST:*  Just that, Your Honor, that we are not

24   cross-examining Jermaine Darden, obviously, for those rules to

25   apply.  We are countering the damages argument about his --

```
 1              THE COURT:  Just what I said?

 2              MR. EAST:  Exactly right.

 3              MR. KITA:  And the only --

 4              THE COURT:  I think they are admissible for that

 5    purpose, so I'm going to overrule the objection.

 6              MR. KITA:  Thank you, Your Honor.

 7              (In the hearing of the jury, as follows:)

 8              THE COURT:  Can you reach them?

 9              THE WITNESS:  Yes, sir.

10    Q    (BY MR. EAST)  All right, sir.  Those documents have now

11    been admitted.  May I ask you a couple of questions about

12    them.

13              With regard to Number 94, without identifying any

14    other source material you may be familiar with, just state

15    what that is.

16    A.      I believe it's a mugshot of Jermaine Darden.

17    Q.      And with regard to 112, can you state what that is?

18    A.      This is an offense -- Fort Worth PD offense report

19    from May 9th of 2006 documenting an arrest of Jermaine Darden.

20    Q.      And that is with a -- suspects being whom?  I'm

21    sorry, the arrested persons being whom?

22    A.      Arrested persons being Donneika Goodacre and Jermaine

23    Darden.

24    Q.      And Number 114 is what?

25    A.      This is documenting the arrest of Gerald Darden, and
```

```
 1   this lists Jermaine Darden as a suspect.
 2   Q.       On -- go back to 112, if you would.  What were the
 3   offenses involved in that case?
 4   A.       Donneika Goodacre was arrested on charges of
 5   manufacture/delivery of a controlled substance, Penalty Group
 6   1, between 4 grams and 200 grams; and Jermaine Darden was
 7   arrested on a possession of marijuana charge, less than
 8   2 ounces, and the manufacture/delivery of a controlled
 9   substance, Penalty Group 1, greater than 4 grams, less than
10   200 grams.
11   Q.       Number 114, what are the charges in that case?
12   A.       Gerald Darden was arrested for possession of
13   marijuana underneath 2 ounces.
14   Q.       And Jermaine Darden was listed as what?
15   A.       He's just listed as a suspect.
16   Q.       And 120?
17   A.       I'm sorry, Exhibit 119 or 120?
18   Q.       I'm sorry, 119.  Thank you.
19   A.       This is an arrest from June 30th of 2008 listing the
20   arrest of Demarcus Porter for forgery of a financial
21   instrument, the arrest of Willie Blaylock on a Class C warrant
22   for speeding, a Class C warrant for failure to maintain
23   financial responsibility, some other unnamed Class C
24   misdemeanor warrants, and then the arrest of Jermaine Darden
25   on a warrant for manufacture/delivery of a controlled
```

1    substance.  It doesn't list the penalty group, but 4 grams to

2    200 grams.

3    *Q.*      And then finally, 120?

4    *A.*      This is a supplement to Report Number 13-47898 made

5    by crime scene Officer Jeanes of the Fort Worth Police

6    Department.  It appears to be a supplement to an incident

7    occurring at 3232 Thannisch Avenue.

8             *MR. EAST:*  Then, Your Honor, there are -- there are

9    three other exhibits, Your Honor, that are not Fort Worth

10   records, but now may be a good time to introduce them.  They

11   are certified copies of --

12            *THE COURT:*  What do you want, to offer something?

13            *MR. EAST:*  Yes, Your Honor.  I would like to offer

14   Exhibit Numbers 123, 124, and 125.

15            *THE COURT:*  Let me see what they are.  They are

16   received.

17            *MR. EAST:*  Thank you, Your Honor.  Then I'll pass

18   the witness, as long as they are --

19            *THE COURT:*  Do you need this witness to say

20   something about them?

21            *MR. EAST:*  If I could, briefly, just to identify.

22            *THE COURT:*  Well, apparently he was -- he doesn't

23   know anything about these, other than what you've told him.

24   Why don't you read anything you want to read from them.

25            *MR. KITA:*  Your Honor, could I take the witness on

 1    voir dire?

 2            *THE COURT:*  Well, he's not going to talk about

 3    these.  He's just going to read them.  There's no voir dire to

 4    question him about because he's not going to testify on those

 5    documents.

 6            *MR. KITA:*  But if they haven't been authenticated

 7    and they are hearsay, then how does the jury get to hear about

 8    them?

 9            *MR. EAST:*  They are a certified public record.

10    Sorry, Your Honor.

11            *THE COURT:*  Well, he just happens to be on the

12    witness stand when he's offering some exhibits that don't have

13    anything to do with this witness.

14            So if you want to read from those documents, you're

15    welcome to.

16            *MR. EAST:*  Thank you.

17            Exhibit Number 123 is a case in the 396th District

18    Court, State versus Jermaine Darden.  It includes the charges

19    of possession of controlled substance, 4 to 200 grams, with

20    intent to deliver.  It includes Mr. Darden's written plea

21    where he admits guilt to that offense.

22            Number 124 --

23            *THE COURT:*  What's the date of those things?  That

24    might be something we need to know.

25            *MR. EAST:*  The date of that written plea is

1    September 8th, 2006.

2              THE COURT:  That's when he pleaded guilty to what

3    offense?

4              MR. EAST:  Possession of a controlled substance,

5    4 grams to 200 grams, with intent to deliver with the --

6              THE COURT:  Okay.  Go ahead to the next one.

7              MR. EAST:  And that one was 2006 with a 10-year

8    probation on it.

9              And then Exhibit 124 is in State versus Jermaine

10   Darden, an unadjudicated judgment on plea of guilty involving

11   possession with intent to deliver controlled substance of

12   4 grams or more but less than 200, namely, cocaine.  Offense

13   date, May 9th, 2006.

14             THE COURT:  That was cocaine?

15             MR. EAST:  Yes, Your Honor.

16             THE COURT:  Okay.

17             MR. EAST:  And then finally in May 14th, 2007, the

18   state filed a petition to proceed to adjudication claiming

19   Mr. Darden had violated probation based on a list of consumed

20   substances.  There are listed three cocaine events, five or

21   six marijuana, and another cocaine, and the dates range from

22   September 2006 through April of 2007.

23             THE COURT:  Does it say what the effects of those

24   alleged violations were?

25             MR. EAST:  It was part of a probation revocation

1    proceeding, Your Honor.

2            *MR. KITA:*  Your Honor, may I make an objection?

3            *THE COURT:*  Well, does it indicate that the -- that

4    there was a revocation?

5            *MR. EAST:*  This document does not, Your Honor.

6            *THE COURT:*  Okay.  What were you going to tell me?

7            *MR. KITA:*  Objection, this document is hearsay and

8    relevance.  It's a petition to plead to adjudication.  It has

9    allegations in it but --

10           *THE COURT:*  Well, it seems to me like y'all have

11   been offering evidence of how productive Jermaine Darden was

12   and how beneficial he was to the society, and particularly the

13   members of his family, and these things seem to bear on that

14   subject.

15           *MR. KITA:*  Yes, Your Honor, but this is an

16   allegation by a witness that's not here in court.  This is

17   somebody's petition.  This is not a conviction showing that

18   he's --

19           *THE COURT:*  Well, these are documents that establish

20   what he just said, apparently.

21           *MR. KITA:*  Well, that's my objection, Your Honor.

22           I don't think it establishes what he said.  I think

23   it is evidence of somebody else's allegations, but I don't

24   think that's relevant here, and I think it's very

25   prejudicial.

```
 1              THE COURT:  Are you taking the position that these
 2    don't pertain to the Jermaine Darden that you've been -- whose
 3    family members you represent?
 4              MR. KITA:  I am taking the position that this
 5    document should not be admitted under the Federal Rules of
 6    Evidence.
 7              THE COURT:  No, I'm trying to find out if you're
 8    taking the position that this is not the same Jermaine Darden
 9    that is related to the family members you represent.
10              MR. KITA:  No, Your Honor, but I don't believe it
11    should be admitted.
12              THE COURT:  Okay.  Well, I'll overrule the
13    objection.  I'm not sure I understand what it is, but I
14    overrule it.
15              MR. EAST:  And I'll agree that I'm offering it only
16    for potential necessity to discuss those types of damages
17    issues that you referenced.
18              THE COURT:  Okay.
19              MR. EAST:  And that's all I have for this witness.
20    I pass the witness, Your Honor.
21              MR. WASHINGTON:  Your Honor, before we call the next
22    witness, may I approach, please?
23              THE COURT:  I'm sorry, I allow only one attorney to
24    make objections at a time.
25              MR. WASHINGTON:  Okay.  I'll wait until after this
```

1    witness is passed then, Your Honor.

2              *THE COURT:*  Okay.  Call your next witness.

3              Are you through with this witness, Mr. -- are you

4    through?

5              *MR. EAST:*  Yes.

6              *THE COURT:*  Okay.  You can step down.

7              *MR. KITA:*  Your Honor, do I have an opportunity to

8    ask questions?

9              *THE COURT:*  You want to ask him some questions,

10   that's fine.

11             *MR. EAST:*  Just so I don't lose these originals, may

12   I place them with the others?

13             *THE COURT:*  Well, they are already received in

14   evidence.  Are you --

15             *MR. EAST:*  I was trying to keep them --

16             *THE COURT:*  Are you stacking the evidence

17   someplace?

18             *MR. EAST:*  I think we were trying to keep all the

19   originals in the same place.

20             *THE COURT:*  Well, put them over here, whatever

21   you're doing with the originals.

22             Okay.  Mr. Kita, do you have a question you want to

23   ask the witness?

24             *MR. KITA:*  Yes, Your Honor.  Thank you.

25             *THE COURT:*  Okay.  Go ahead and do that now.

|    |    |
|----|----|
| 1  | **CROSS-EXAMINATION** |
| 2  | **BY MR. KITA:** |
| 3  | *Q.*      Sir, could you turn to Exhibit 94, please. |
| 4  | *A.*      Yes. |
| 5  | *Q.*      This document, I believe you stated, was a mugshot? |
| 6  | *THE COURT:*  You said a Joint Exhibit Number 4? |
| 7  | *MR. KITA:*  I said 94, Your Honor. |
| 8  | *THE COURT:*  94, I'm sorry. |
| 9  | *MR. KITA:*  I can make this very fast.  Let me ask a |
| 10 | different question, if that's okay. |
| 11 | *Q*   (BY MR. KITA)  Will you agree with me that all of the |
| 12 | documents that you were just shown, which are Trial Exhibits |
| 13 | 94, 112, 114, 119, and 126 (sic) involve activities that |
| 14 | happened in approximately 2006? |
| 15 | *A.*      No, sir. |
| 16 | *Q.*      If I'm missing one, please let me know. |
| 17 | *A.*      Which exhibits did you reference?  I'm sorry. |
| 18 | *Q.*      94, 112, 114, 119, and 126 (sic). |
| 19 | *THE COURT:*  You can just call off the dates as you |
| 20 | look at the document. |
| 21 | *THE WITNESS:*  I'm sorry, I don't have Exhibit 126. |
| 22 | *THE COURT:*  Well, do the others, and then we'll |
| 23 | worry about 126. |
| 24 | *Q*   (BY MR. KITA)  I'm sorry, it was sloppy handwriting.  It |
| 25 | was 120 was the last one.  It just looked like a 6. |

```
 1   A.        My answer would be no.

 2   Q.        Okay.  Which one am I incorrect about?

 3   A.        Exhibit 120.

 4   Q.        120.  I'll get back to that in just a moment, but

 5   would you agree with me that documents 94, 112, 114, 119, and

 6   120 are not judgments of conviction, correct?

 7   A.        Correct.

 8   Q.        These are documents that contain allegations?

 9   A.        Yes, sir.

10   Q.        Okay.  And you -- how long have you been the records

11   custodian for the Fort Worth Police Department?

12   A.        A little over 4 years.

13   Q.        So you've seen judgments of conviction before?

14   A.        Yes.

15   Q.        You've testified in the past to proving up a

16   conviction document?

17   A.        No, sir.  We don't hold conviction documents.

18   Q.        Okay.  Long story short is you have the personal

19   knowledge to say that this is not a judgment of conviction,

20   correct?

21   A.        Yes.

22             MR. KITA:  Your Honor, could I have one moment to

23   speak to my cocounsel?

24             THE COURT:  Yes, you can speak to your cocounsel.

25             MR. KITA:  Thank you.
```

```
1              (Conferring)

2              MR. KITA:  Your Honor, I have no more questions for

3   this witness.  Thank you very much.

4              THE COURT:  Okay.  Do y'all have any more questions

5   of this witness?

6              MR. EAST:  In response to that, if I may, Your

7   Honor, if I could ask him a question about the county records,

8   if I can show he has the ability to so testify?

9              THE COURT:  If you have another question, ask it.

10                    REDIRECT EXAMINATION

11  BY MR. EAST:

12  Q.      Do you have Number 123 in front of you, sir?

13             MR. KITA:  Your Honor, you already established that

14  he's not allowed to testify about these documents.

15             MR. EAST:  Unless I can establish his ability to do

16  so.  I'll ask him qualifying questions first, Your Honor.

17             THE COURT:  What are you asking him about now, the

18  documents that he didn't identify?

19             MR. EAST:  These are the certified records that were

20  admitted.

21             THE COURT:  Why don't you just get them and tell the

22  jury what the dates are on them.  Let's don't waste a lot of

23  time going through the witness.

24             MR. EAST:  I think we've already done that, Your

25  Honor.  That's okay.  I'll pass the witness.  No further
```

```
1    questions.
2              THE COURT:  Okay.  Can he be excused?
3              MR. EAST:  Yes, Your Honor.
4              THE COURT:  Okay.  You're excused as a witness.
5    Thank you.
6              MR. EAST:  Thank you, sir.
7              THE COURT:  Call your next witness.
8              MR. EAST:  We're going to try to call Brad Danford
9    again, Your Honor.
10             MR. WASHINGTON:  Your Honor, you said I could ask to
11   approach.  Would this be appropriate for me to approach now
12   before this witness?
13             THE COURT:  You can approach.
14             MR. WASHINGTON:  Thank you.
15             THE COURT:  Do the defendants' lawyers want to hear
16   what he's got to say?
17             MR. EAST:  Absolutely.
18             (Bench conference on the record, out of the hearing
19             of the jury, as follows:)
20             THE COURT:  Okay.  What have you got to say?
21             MR. WASHINGTON:  Your Honor, I just wanted to make a
22   brief comment.  Just a second ago, there was a comment that
23   was made in the presence of the jury about what the plaintiff
24   has been alleging about Mr. Darden the entire trial.
25             THE COURT:  That's the way I interpreted what you
```

1    were doing.

2            *MR. WASHINGTON:*  I understand, but I'm saying that

3    comment in the presence of the jury, Your Honor, leaves a

4    negative impression.

5            *THE COURT:*  Well, they heard what you've done all

6    along.  I didn't add anything to what they have already heard.

7            Is that all you wanted to do?

8            *MR. WASHINGTON:*  Yes.

9            *THE COURT:*  Okay.  Y'all can be seated.

10           *(In the hearing of the jury, as follows:)*

11           *THE COURT:*  Okay.  You can proceed, Mr. East.

12           *MR. EAST:*  Thank you, Your Honor.

13           *THE COURT:*  Who is this witness?

14           *MR. EAST:*  Officer Brad Danford.

15           Do you guys have the -- Matt, do you guys have the

16    notebook of the original exhibits?  Is that that black one

17    right there?

18           *THE COURT:*  You can be seated.

19           *THE WITNESS:*  Yes, sir.

20           *THE COURT:*  Tell me what your name is.  I couldn't

21    tell what he said.

22           *THE WITNESS:*  Nathan Danford.

23           *THE COURT:*  Thank you.

24                   **NATHAN DANFORD,**

25    having been first duly sworn, testified as follows:

|    |                                                    |
|----|----------------------------------------------------|
| 1  | **DIRECT EXAMINATION**                             |
| 2  | **BY MR. EAST:**                                   |
| 3  | Q.      Good afternoon, sir.  Would you state your name, |
| 4  | please.                                            |
| 5  | A.      Nathan Danford.                            |
| 6  | Q.      And how are you employed?                  |
| 7  | A.      I am a Fort Worth police officer.          |
| 8  | Q.      And how are you currently assigned?        |
| 9  | A.      I'm in the Tactical Investigation Division. |
| 10 | Q.      And what did you do before that?           |
| 11 | A.      Well, I've been in the Tactical Investigation |
| 12 | Division since, I guess, 2002.                     |
| 13 | Q.      What all does that division encompass?     |
| 14 | A.      Well, it has vice.  It has narcotics.  I'm kind of in |
| 15 | the admin position now.                            |
| 16 | Q.      And did you ever serve in any other positions? |
| 17 | A.      In narcotics?                              |
| 18 | Q.      Yes, sir.                                  |
| 19 | A.      Narcotics?                                 |
| 20 | Q.      Yes.                                       |
| 21 | A.      Yes.                                       |
| 22 | Q.      And how long were you there?               |
| 23 | A.      From 2011 until last year.                 |
| 24 | Q.      Okay.  So quite a while?                   |
| 25 | A.      Yes, sir.                                  |

```
 1   Q.       Were you the narcotics officer or case agent on the

 2   investigation of the address 3232 Thannisch in Fort Worth that

 3   culminated in a service of a warrant on May 13th, 2016 (sic)?

 4   A.       Yes, sir.

 5   Q.       Can you describe -- well, first of all, I'll hand you

 6   the exhibit book.

 7            MR. EAST:  May I approach?

 8            THE COURT:  Yes.  Mr. East, I can't find his name on

 9   the exhibit (sic) list.  How is he shown on the exhibit list,

10   under what name?

11            MR. EAST:  N.B. Danford.

12            THE COURT:  Okay.  Thank you.

13            MR. EAST:  Thank you.

14   Q    (BY MR. EAST)  In front of you is Exhibit Number 138; is

15   that correct?

16   A.       137?

17   Q.       Yes, sir, 137.

18   A.       Yes, sir.

19   Q.       And do you recognize that document?

20   A.       I do.  It's my search warrant.

21   Q.       And is there a document attached to that document

22   beginning at page 3?

23   A.       Yes, sir.

24   Q.       And what is that document?

25   A.       That's my affidavit in my search warrant.
```

```
 1    Q.        What led you to seek a search warrant for that
 2    address?
 3    A.        Well, at first a CI told me about the address.
 4              THE COURT:  Say what a CI is.
 5              THE WITNESS:  A confidential informant.
 6    Q   (BY MR. EAST)  And explain, please, what that is in your
 7    line of work.
 8    A.        That is somebody that helps us with investigations.
 9    They will tell us about different places that are selling
10    narcotics, or stealing stuff, or just anything in the criminal
11    activity.
12    Q.        Is it your job as a narcotics officer to investigate
13    those matters?
14    A.        Yes, sir.
15    Q.        When you obtain a warrant, do you go serve the
16    warrant yourself?
17    A.        No, sir.
18    Q.        So what you deal with is only the investigation part
19    of it?
20    A.        Yes, sir.
21    Q.        So tell us what led -- what happened next, after you
22    first got contact from a CI to investigate this property?
23    A.        Okay.  I checked the address in our system and found
24    out it was a location that's had several complaints of
25    narcotics activity.
```

```
1    Q.      And then what was the first thing you did to
2    investigate this location?
3    A.      I assigned the complaint to me.
4    Q.      Assigned it to yourself?
5    A.      Yes.
6    Q.      And what did you do then?
7    A.      Then I drove by the location.
8    Q.      By yourself?
9    A.      No, I had a partner with me.
10   Q.      Okay.  What I'm trying to get to is what led -- the
11   events that led to the search warrant, ultimately.  What did
12   you do after you drove by?
13   A.      Well, I was just checking out the house, looking at
14   it, and then I guess a few days later, I met with the CI and
15   we went and made a CI buy.
16   Q.      And is this a confidential informant that you were
17   comfortable with or familiar with?
18   A.      This was an intel officer's confidential informant.
19   Q.      And with a good recommendation from the intel
20   officer?
21   A.      Yes, sir.
22   Q.      Okay.  So if you can look at your affidavit, can you
23   tell us when the first, I guess, buy at that house was made?
24   A.      April the 2nd, 2013.
25           THE COURT:  What happened on that date?
```

1          *THE WITNESS:*  On April the 2nd, we made a CI buy.

2          *THE COURT:*  You made a what?

3          *THE WITNESS:*  A confidential informant made a buy

4    for us of narcotics.

5          *THE COURT:*  Bought some drugs?

6          *THE WITNESS:*  Yes, sir.

7          *THE COURT:*  What drugs?

8          *THE WITNESS:*  Cocaine.

9    *Q*   *(BY MR. EAST)*  And explain the amount and why it's that

10   amount.

11   *A.*      We bought $20 worth of cocaine.  I just -- I always

12   try to keep it low.  There's no sense of, you know, spending a

13   lot of city money to -- on an investigation.

14   *Q.*      And so, after this first buy when you made a

15   successful purchase, or your CI did, why didn't you run in and

16   start arresting people?

17   *A.*      Well, I wanted to continue the investigation.  My CI

18   didn't buy the narcotics from the person that he knew was

19   selling there.

20   *Q.*      What was the suspect description of the first buy?

21   Look at paragraph 5.

22   *A.*      A black female in her fifties, five two, light skin

23   with light brown eyes.

24   *Q.*      Did you later form an opinion of who that may be?

25   *A.*      Yes, sir.

```
 1   Q.      Who is that?

 2   A.      I believed it was the -- Mr. Darden's mother.

 3   Q.      Donna Randle ring a bell?

 4   A.      Yes, sir.

 5   Q.      How about the second buy?

 6   A.      We made from the same lady.

 7   Q.      That was in the same time period?

 8   A.      That was on the 9th of April of 2013.

 9   Q.      And what did you buy at that time?

10   A.      Cocaine.

11   Q.      And does anything -- is there any risk to your

12   confidential informant's identity if you were to go in and

13   make an arrest at that time?

14   A.      I don't understand the question.

15   Q.      Well, if you were to make an arrest based on what the

16   confidential informant told you right there on the spot, who

17   would be a witness?

18   A.      Well, the CI buys are used for probable cause for a

19   search warrant.  We can't charge them with what they buy,

20   because if they do, it makes the CI be a witness, then they

21   would have to testify, and it could threaten their life later

22   on.

23   Q.      Was there a third buy?

24   A.      Yes, sir.

25   Q.      Describe that, please.
```

```
 1   A.        It was on April the 30th of 2013.  We also bought
 2   cocaine, but it was from Mr. Darden.
 3   Q.        And he's described as a -- what's his physical
 4   description?
 5   A.        It says here black male, six foot, 300 pounds,
 6   heavyset, gold teeth, early 30s.
 7   Q.        And were there any more buys?
 8   A.        Yes, sir, on the 16th day of May, 2013.
 9   Q.        And describe that one.
10   A.        It was also cocaine, and it was also from Mr. Darden.
11   Q.        And when you make a buy with a confidential
12   informant, is there a particular process you go through in
13   order to know what's happened?
14   A.        Yes.  We'll meet with them away from the location in
15   a safe place.  We'll search them, make sure they have no
16   property on them, give them our money, and then we take them
17   personally to the place to buy the narcotics.
18   Q.        And after they make the buy?
19   A.        Then we go to another safe location, search them
20   again, make sure they have nothing else on them.
21   Q.        And you're trying to establish what by doing that?
22   A.        We're trying to establish -- I mean, that he's being
23   truthful to us.  You know, as soon as he comes out of the
24   house, I would always tell them keep the dope in your hand,
25   that way I can see them come and give it to me.
```

```
1    Q.      And by conducting a number of these buys, you're

2    attempting to get to what end?

3    A.      Get the --

4    Q.      You're making a number of drug buys so that you can

5    do what, ultimately?

6    A.      To write a search warrant for the house.

7    Q.      Okay.  And did that occur after that buy on May 16th?

8    A.      Yes.

9    Q.      And do you always do four buys?

10   A.      No.

11   Q.      Explain that.

12   A.      It depends.  On this particular one, we didn't make

13   the -- we made the buy from the lady, and we were trying to

14   make a buy from the -- Mr. Darden, except I did not know his

15   name at the time.

16   Q.      So what happened after you made that fourth buy --

17           THE COURT:  Let me ask a question.  Why were you

18   trying to make a buy from Mr. Darden?

19           THE WITNESS:  Because he was the subject that the CI

20   said was selling dope there.

21           THE COURT:  That the CI said what?

22           THE WITNESS:  Was selling the narcotics at that

23   location.

24           THE COURT:  Oh, okay.

25   Q    (BY MR. EAST)  And so on May 16th, did you decide that
```

1    you had enough probable cause to issue a warrant, a search

2    warrant?

3    A.      Well, I had enough probable cause on the first buy we

4    made from Mr. Darden, but it didn't work out, so I had to

5    refresh my probable cause with that buy on the 16th.

6    Q.      Do you guys try to get a warrant within a certain

7    time of making the buy?

8    A.      Yes, sir.

9    Q.      Can you explain that?

10   A.      Well, the rule is -- I mean, you don't want to make a

11   buy and then a week later run the -- write a warrant and get

12   it signed and run it.  You want to do it pretty close to your

13   last buy.

14   Q.      Is it more likely the same suspects will be present

15   if you do it that way?

16   A.      Yes, sir.

17   Q.      Okay.  So on May 16th, 2013, when you decided to seek

18   a warrant, did you contact anybody in any other divisions or

19   your sergeant and ask him to do so?

20   A.      Well, the warrant was already written.  I just had to

21   add -- I just had to add paragraphs 13, 14, and 15.  So I gave

22   the warrant to my sergeant, gave him the details that I had in

23   the investigation, and then his purpose was to find somebody

24   to run the warrant for us.

25   Q.      Meaning to serve the warrant once you got it signed

```
 1   by a judge?
 2   A.        Yes.
 3   Q.        And did you go to get the warrant signed by a judge?
 4   A.        Yes, sir.
 5   Q.        And how did that -- how do you go about doing that?
 6   A.        I went to the county office -- I mean, the county
 7   building, and met a magistrate in the basement.
 8   Q.        Magistrate is a type of judge?
 9   A.        Yes, sir.
10   Q.        And did you present her -- was it her?
11   A.        It was he.
12   Q.        Did you present him with your affidavit?
13   A.        Yes, sir.
14   Q.        And the proposed search warrant?
15   A.        Yes, sir.
16   Q.        And did he review everything?
17   A.        Yes, sir.
18   Q.        And signed it?
19   A.        Yes, sir.
20   Q.        And was it approved as a special type of warrant?
21   A.        A no-knock warrant.
22   Q.        Okay.  Describe what that means.
23   A.        That means that the police officers that are serving
24   the search warrant do not have to knock and announce before
25   entry.
```

1    Q.        And was that probable cause for the no-knock aspect

2    based upon paragraph 18?

3    A.        Yes, sir.

4    Q.        And describe what that says.

5    A.        Well, it's a narcotic location, and on some of the

6    buys, there were people outside.  On one of the buys, there

7    was somebody caddy-cornered at the house outside.  So they

8    could see us approach as --

9    Q.        I'm sorry.  Had the CI told you anything about that?

10   A.        Yeah.  He told me that the house caddy-cornered on

11   the next corner, which would be the northeast corner,

12   was -- that it was part of this house.

13   Q.        Can you elaborate just a little bit more on that?

14   A.        He said that the house on the northeast corner

15   supplied the house that we were going to hit.

16             THE COURT:  What do you mean "supplied?"

17             THE WITNESS:  Supplied with narcotics is what he

18   told me.

19             MR. WASHINGTON:  Your Honor, I object to this line

20   of questioning as being repetitive and not relevant.

21             MR. EAST:  I'll move on, Your Honor.

22             THE COURT:  I'm going to overrule the objection.

23   Q    (BY MR. EAST)  So based on that and what -- what your

24   sergeant initiated, a team was put together to serve this

25   warrant?

```
 1    A.        Yes, sir.

 2    Q.        Who was that?  Do you know?

 3    A.        The Central Zero Tolerance Team.

 4    Q.        And is it the job of a Central Zero Tolerance Team to

 5    double-check your homework and redo your investigation?

 6    A.        Well, they will investigate it, yeah.  I mean, they

 7    will look at it.

 8    Q.        Do they rely on what you provide them?

 9    A.        Yes.

10    Q.        Do they rely on what a judge signed?

11    A.        Yes.

12    Q.        Is it their job to reinvestigate the narcotics

13    aspect?

14    A.        No.

15    Q.        And so when this team was put together, did you go to

16    any part of the briefing?  Do you recall?

17    A.        Yes, I made it to the end of the briefing.

18    Q.        And by that time, you or somebody from narcotics had

19    supplied the documents we just discussed to that Zero

20    Tolerance Team?

21    A.        Yes, sir.

22    Q.        Okay.  And what happened after the briefing?  Did you

23    go to the location?

24    A.        Yes, sir.

25    Q.        And so if the ZT Team was out there to serve this
```

1    warrant, what's the purpose of narcotics?

2    A.       We've got to do the further investigation inside the

3    house after they make it safe.

4    Q.       Does narcotics go in to do the initial entry?

5    A.       No, sir.

6    Q.       When do you go in?

7    A.       We go in after they deem it safe.

8    Q.       And then when the ZT Team is in there, are they

9    opening drawers looking for narcotics or are they looking for

10   people?

11   A.       They're just looking for people.

12   Q.       So your job is to go in there and investigate the

13   narcotics, correct?

14   A.       Yes, sir.

15   Q.       Did you do that in this case?

16   A.       Yes, sir.

17   Q.       Let me ask you one question before we get to that.

18   Are you familiar with a person who ran out of the back of this

19   house?

20   A.       Yes, sir.

21   Q.       Do you know his name off the top of your head?

22   A.       Not off the top of my head, no.

23   Q.       Describe what happened.

24   A.       Well, I pulled up a little later, and I pulled up on

25   the east side of the location, and somebody yelled out

1   somebody was running out the back, and I assisted a couple of

2   officers in taking him into custody.

3   Q.      What -- were narcotics found as a result of your

4   team's search?

5   A.      Inside the house?

6   Q.      Yes, sir.  Yes, sir.

7   A.      Yes, sir.

8   Q.      And what did you find?

9   A.      Okay.  Would you like for me to name the narcotics

10  found in the house?

11  Q.      Yes, please.

12  A.      2.4 grams of cocaine, 1.8 grams of heroin,

13  1.44 ounces of marijuana, another .123 ounces of marijuana,

14  another 2.5 ounces of marijuana, another .105 ounces of

15  marijuana, and a .024 ounces of marijuana, and a .229 ounces

16  of marijuana.

17  Q.      And were people in that house charged with offenses

18  related to those items?

19  A.      Yes, sir.

20  Q.      Do you know who that was?

21  A.      Orlando Cook was charged with the heroin, Hunter

22  Rutledge was charged with possession of marijuana, and I

23  believe that's all the narcotics charges.

24  Q.      Do you know why nobody was charged with the cocaine?

25  A.      Because Mr. Darden, he was deceased.

```
 1   Q.        And you believed that to be his?

 2   A.        Yes.

 3   Q.        And are you the one who made those decisions about

 4   who to charge with what?

 5   A.        Yes.

 6   Q.        Okay.

 7             MR. EAST:  I'll pass the witness.

 8             THE COURT:  Do you have any questions of this

 9   witness?

10             MR. THOMAS:  No, Your Honor.

11             THE COURT:  Does the plaintiff have any questions of

12   this witness?

13             MR. WASHINGTON:  Yes, we do, Your Honor.

14             Your Honor, I hate to do this, but may we please

15   approach?

16             THE COURT:  I'm sorry, what did you ask?

17             MR. WASHINGTON:  I need to ask you about some

18   exhibits.

19             THE COURT:  Okay.  You can come up.

20             (Bench conference on the record, out of the hearing

21             of the jury, as follows:)

22             THE COURT:  What do you want to ask me about?

23             MR. WASHINGTON:  Your Honor, during the pretrial

24   hearing, there was a conversation that we weren't going to get

25   into the briefing meetings and the briefs that they had to do
```

1    prior to the no-knock entry.

2              Mr. East asked him about the briefing meetings and

3    what he did with the briefing meeting, and based on this, Your

4    Honor, I'm going to put this exhibit here to this officer, and

5    we're going to move to have this exhibit admitted into

6    evidence.

7              MR. EAST:  This was Officer Johnson's.  Officer

8    Johnson already testified, Your Honor.  He could have asked

9    Officer Johnson about this, if that's what he wanted to do.  I

10   asked Officer Johnson if he conducted a briefing.

11             MR. WASHINGTON:  You didn't get into the briefing

12   with him like you did with Officer Danford about the briefing

13   that --

14             THE COURT:  What do you want to do?

15             MR. WASHINGTON:  Your Honor, he used --

16             THE COURT:  Do you want to offer this exhibit

17   to -- these two exhibits?

18             MR. WASHINGTON:  It's one, Your Honor.

19             THE COURT:  You want to ask him if this is a

20   briefing sheet?

21             MR. WASHINGTON:  Yes.

22             THE COURT:  And that's all you want to ask him?

23             MR. WASHINGTON:  Well, there's an issue about guns

24   and stuff.  They talk about it being dangerous.  In the

25   affidavit, they represented to the magistrate, Your Honor,

1    that there were guns in the house.

2              MR. EAST:  Your Honor, what you're holding in your

3    hand is no different than what I'm holding in my hand before I

4    get up and talk.  It's the person's notes to themselves about

5    what they are going to tell the team about.

6              THE COURT:  This is something witness Johnson

7    prepared?

8              MR. EAST:  Yes, and he had the arrest warrant

9    affidavit with him, which he would testify that's why he --

10             THE COURT:  Well, this witness may not know anything

11   about it, but you can ask him about it, if you want to.  Let's

12   don't spend a lot of time on that.

13             *(In the hearing of the jury, as follows:)*

14             MR. WASHINGTON:  Your Honor, may I approach the

15   witness and give him a copy?

16             THE COURT:  Yes.  See if he knows anything about

17   them.

18             MR. WASHINGTON:  Yes, sir.

19             THE COURT:  What exhibit numbers are you talking

20   about?

21             MR. WASHINGTON:  It's Trial Exhibit 7.

22             THE COURT:  What?

23             MR. WASHINGTON:  Plaintiff's Trial Exhibit 7.

24             THE COURT:  Okay.  Do you have a question you want

25   to ask him about those things?

1          *MR. WASHINGTON:*  Sure.

2                          **CROSS-EXAMINATION**

3     **BY MR. WASHINGTON:**

4     *Q.*      Officer Danford, I've handed to you what's been

5     identified as Trial Exhibit 7.  Are you familiar with that

6     document?

7     *A.*      No, I am not.

8          *THE COURT:*  Okay.  Do you have anything else you

9     want to ask?

10         *MR. WASHINGTON:*  I have a follow-up question for him

11    on that, yes.

12    *Q*  *(BY MR. WASHINGTON)*  You have never seen this briefing

13    sheet --

14         *THE COURT:*  I think he said he wasn't familiar with

15    it.

16         *MR. WASHINGTON:*  Your Honor, can I -- I mean, I

17    would like to ask some questions to develop from his

18    deposition --

19         *THE COURT:*  Well, if he doesn't know anything about

20    it, I don't know that you've got anything to gain by asking

21    him about it.

22         *MR. WASHINGTON:*  Well, the issue is, Your Honor,

23    with this question, Officer Danford -- and I can get his

24    deposition.  Officer Danford is the individual that was over

25    the briefing.  He was the one that reported to the Court in

                    Debbie Saenz, CSR, RMR, CRR, TCRR
                       United States District Court
                             (817) 850-6661

```
1    order to get this affidavit.
2              THE COURT:  I don't think I asked you to tell me all
3    that.  Did you want to ask him about this document that he
4    says he doesn't know anything about?
5              MR. WASHINGTON:  Yes.  I want to develop that this
6    witness is familiar with this briefing sheet.
7              THE COURT:  Are you familiar with that sheet that's
8    marked Exhibit 7?
9              THE WITNESS:  No, sir, Your Honor, I'm not.
10             THE COURT:  He's answered the question.
11             MR. WASHINGTON:  Can I ask him a follow-up question,
12   Your Honor?
13             THE COURT:  You can do a follow-up question, but
14   don't ask the same thing again.
15   Q    (BY MR. WASHINGTON)  Prior to conducting the no-knock
16   search warrant, is a briefing schedule prepared?
17   A.      Prior to serving the warrant?
18   Q.      Yes.
19   A.      Yes, sir.
20   Q.      And in this briefing, what do you discuss?
21   A.      I was not in this briefing.  I got there at the end
22   of the briefing.
23   Q.      I understand.  Not that briefing, but in a briefing,
24   what do you discuss?
25   A.      You discuss everything involved in the investigation.
```

1    Q.        And do you discuss if there are weapons in the house?

2    A.        Yes, sir, you do.

3    Q.        And do you recall telling me during your deposition

4    that although Lieutenant Verrett represented that there were

5    guns in that house --

6             MR. EAST:  Objection, Your Honor.  May we approach?

7    May we approach?

8             THE COURT:  Yes, you can approach.

9             (Bench conference on the record, out of the hearing

10            of the jury, as follows:)

11            THE COURT:  What is it?

12            MR. EAST:  The first is --

13            THE REPORTER:  I can't understand you.

14            MR. EAST:  The first witness I called was Lieutenant

15   Verrett.  Mr. Washington, throughout this trial, has asked

16   witnesses about a statement that has never been made by

17   Lieutenant Verrett.  He claims that Lieutenant Verrett said

18   there were guns in the house.  There's no statement ever that

19   he said that.  He never made such a statement.

20            But Mr. Washington would ask witnesses questions,

21   well, if Mr. Verrett said there were guns in the house, he

22   would be wrong, wouldn't he?  And I would object.  There's no

23   evidence to that.  That assumes facts that never happened.  So

24   he now wants to put in the jury's mind that Verrett made a

25   statement he never made, and he had every opportunity to ask

1    Verrett about it and didn't.

2              THE COURT:  Did you just ask about that?

3              MR. WASHINGTON:  This is his sworn deposition

4    testimony, this officer here.  Verrett, in his affidavit and

5    to get the search warrant, Your Honor, there was a

6    representation --

7              THE COURT:  Has the jury heard those things?

8              MR. WASHINGTON:  Because Verrett -- and he did -- in

9    Verrett's affidavit --

10             MR. EAST:  I --

11             THE REPORTER:  I can only get one of y'all at a

12   time.

13             THE COURT:  Those things aren't in evidence.

14             MR. WASHINGTON:  It's the affidavit.  It's a search

15   warrant with an affidavit where it talked about being a

16   dangerous place.  This is what they had to do in order to get

17   the judge to execute --

18             MR. EAST:  There is nothing in there about guns,

19   Daryl.

20             THE COURT:  Let's go back and be honest and do what

21   you're supposed to do.

22             MR. WASHINGTON:  Sure.

23             (In the hearing of the jury, as follows:)

24             THE COURT:  Let's move on to something else.  I

25   think we've exhausted that.

```
 1   Q    (BY MR. WASHINGTON)  And for the record, are CI's felons?
 2   A.       Some of them are, yes.
 3   Q.       This CI that you were using at Mr. Darden's house,
 4   was he a felon?
 5   A.       I do not know.  He was not my CI, but I have used him
 6   several times.
 7   Q.       So if you used him several times, were you aware of
 8   the individual that you were using in order to get information
 9   from, were you aware of their background or his background?
10   A.       I was aware that he had been truthful to me every
11   time I've used him.
12   Q.       I understand.  My question is:  Were you aware of his
13   background?
14   A.       No, I was not.
15   Q.       Is it not important to make a determination, the
16   background of the CI?
17   A.       I know the backgrounds of my CIs, yes.
18   Q.       You talked about the drugs.  What are the value of
19   the drugs that you found or you allegedly found in the house?
20   A.       How much money they were worth?
21   Q.       Yes, sir.
22   A.       Probably, I don't know, 5, $600.
23   Q.       So the total value of what you found in the house was
24   $500?
25            THE COURT:  Isn't that what he just said?
```

```
 1   Q    (BY MR. WASHINGTON)  And you indicated --
 2              MR. WASHINGTON:  Yes, sir.
 3              THE COURT:  Let's don't repeat what the witness
 4   says.  Let's move on.  We've wasted enough time already.
 5              MR. WASHINGTON:  I'm trying to go as fast as
 6   possible.
 7              THE COURT:  Well, let's move on.
 8   Q    (BY MR. WASHINGTON)  So you made or your CI made a
 9   purchase of $20 one time or two times from Mr. Darden?
10   A.      Two times, yes, sir.
11   Q.      After the first time that your CI made that purchase,
12   you could have just arrested Mr. Darden?
13   A.      I could not.
14   Q.      Did you observe anything that went on in the house?
15   A.      Not inside the house, no, sir.
16   Q.      So you can't testify as to the injuries that
17   Mr. Darden received?
18   A.      No, sir.
19   Q.      Have you ever used CIs for high-dollar purchases?
20   A.      Like thousands of dollars or --
21   Q.      High dollar, more than a thousand.  Just high-dollar
22   manufacturing and distribution?
23   A.      No, I've gotten a lot of narcotics, but I've usually
24   only made, you know, $20, $30, $40 purchases.
25   Q.      I understand about the purchases, but my question is:
```

```
1    Do you use CIs for high-dollar purchases?
2    A.      Well, some of the houses we don't know exactly what's
3    in there until we get in there.
4    Q.      So the goal for you is just to get inside the house?
5    A.      If they are selling narcotics, yes.
6    Q.      How much money was found in that house?
7    A.      I would have to look at the report.
8    Q.      You can go ahead and look at the report.
9    A.      $265.
10   Q.      And where did you find that money?
11   A.      101 of it was in Mr. Darden's front right pants
12   pocket, and $164 was in Mr. Cook's front right shorts pocket.
13   Q.      Okay.  Did you arrest Clifton Crippert -- Crippen?
14   A.      Are you talking about Orlando Cook?
15   Q.      No, Clifton Crippen, an individual who was at the
16   house, white male?
17   A.      No, I did not.
18   Q.      You just allowed him just to leave?
19   A.      Yes.
20   Q.      And you talked about -- well, did you, once you
21   arrived at the house, did you observe any lookouts?
22   A.      I did not.
23   Q.      That was part of the reasons why you indicated the
24   no-knock warrant was necessary?
25   A.      Yes, sir.
```

```
 1   Q.        Did you observe any guns?

 2   A.        No, sir.

 3   Q.        You indicated that your CI told you that --

 4             THE COURT:  We've already developed the rule that

 5   you don't ask him what he's already said.  Let's move on.

 6   Q   (BY MR. WASHINGTON)  Your CI indicated to you that --

 7             THE COURT:  We don't go over what we've already gone

 8   over.

 9             MR. WASHINGTON:  I have not gone over.

10             THE COURT:  If you have a new question, ask a new

11   question.

12             MR. WASHINGTON:  Yes, sir, Your Honor.  I haven't

13   gone over this question with him, yes.

14             THE COURT:  Okay.

15   Q   (BY MR. WASHINGTON)  Your CI indicated that Mr. Jordan

16   (sic) was selling dope.  Did I hear that right?

17   A.        Yes.  Mister who?

18   Q.        Mr. Darden.

19   A.        Yes, sir.

20             THE COURT:  Are you telling me that hasn't been

21   developed through this witness yet?

22             MR. WASHINGTON:  I have not developed that through

23   this witness.

24             THE COURT:  That's been developed through this

25   witness more than once.  Let's move on to something new.
```

1   *Q    (BY MR. WASHINGTON)* Are no-knock warrants, if not

2   executed properly, dangerous for individuals inside of a

3   home?

4   *A.*      I -- I personally don't run them, so I don't know

5   if I could answer that.  I mean, anytime is dangerous when

6   you run into a house, for both officers and for people

7   inside.

8   *Q.*      I understand, but my question to you was:  If a

9   no-knock warrant is not executed properly, is it dangerous for

10  the individuals inside that home?

11       *THE COURT:*  That's what he just answered.  He said

12  it's dangerous for both the officers and the people in the

13  house.

14       *MR. WASHINGTON:*  Your Honor, my question,

15  specifically, was if it was not executed properly.  That was

16  the question.

17       *THE COURT:*  That was not your original question.

18  You're changing your question.

19       *MR. WASHINGTON:*  I did not change that.

20       *THE COURT:*  But he's answered your question.  Go on

21  to another question.

22       *MR. WASHINGTON:*  Your Honor, I'll pass the witness.

23       *THE COURT:*  Do y'all have any more questions of this

24  witness?

25       *MR. THOMAS:*  I do, Your Honor, briefly.

1                                **CROSS-EXAMINATION**

2   **BY MR. THOMAS:**

3   *Q.*       Officer Danford?

4   *A.*       Yes, sir.

5   *Q.*       Is one of the functions of the no-knock warrant and

6   the procedures that took place at 3232 Thannisch or 3030

7   Thannisch, and investigations as you were running, related in

8   any way to various complaints that may come to you through the

9   community businesses or other persons with knowledge?

10                  *MR. WASHINGTON:*  Your Honor, I'm going to object to

11   that on the basis of hearsay.

12                  *THE COURT:*  I haven't the slightest idea what he

13   said.

14                  *MR. THOMAS:*  He spoke of receiving complaints with

15   regard to this location.

16                  *THE COURT:*  What was your question?  Can you speak

17   up, so I can tell what you're saying?

18                  *MR. THOMAS:*  Yes.  I'm sorry, Your Honor.

19                  *THE COURT:*  What is your question?

20                  *MR. THOMAS:*  My question is:  Is one of the

21   functions of the type the buys that you were making, and

22   the subsequent warrant that you obtained to deal with or

23   to -- related in any way to complaints that you may have

24   received about that location?

25                  *MR. WASHINGTON:*  Your Honor, I object to that being

1    hearsay.

2              THE COURT:  I guess I just can't hear well.  I

3    haven't the slightest idea what you --

4              MR. THOMAS:  I'm asking him about complaints he may

5    have received about that location, Your Honor.

6              THE COURT:  Well, he's told us about a lot of

7    complaints he's received.  Now what is it you want to find out

8    about them?

9              MR. THOMAS:  My question was, was the activity like

10   the activity that he engaged in, in taking a CI or a

11   confidential informant to that location and buying drugs and

12   then having a --

13             THE COURT:  Are you trying to find out if the series

14   of complaints led to the no-knock warrant?

15             MR. THOMAS:  If that was a factor in him getting the

16   no-knock --

17             THE COURT:  Is that your question?

18             MR. THOMAS:  Yes.

19             THE COURT:  Answer that question, if you heard what

20   I said.

21             THE WITNESS:  Okay.  The no-knock warrant was done

22   because of people standing outside during our CI buys.

23             THE COURT:  He's said that before.  Why don't we

24   listen to what they say and then we'll know the answer.

25             MR. THOMAS:  I don't know.  Sometimes my ears get

1    stopped up, Your Honor.

2         *THE COURT:*  I think he's been called upon twice to

3    say that already.

4         *MR. THOMAS:*  I apologize.

5         *THE COURT:*  Okay.

6         *MR. THOMAS:*  Thank you.

7         *THE COURT:*  Okay.

8         *MR. EAST:*  One redirect after Mr. Washington's

9    cross?

10        *THE COURT:*  Okay, but let's move on.

11        *MR. EAST:*  Extremely short.

12                    **REDIRECT EXAMINATION**

13   **BY MR. EAST:**

14   *Q.*     Did you not arrest Clifton Crippen because of his

15   race?

16        *MR. WASHINGTON:*  Your Honor, I'm going to object to

17   that line of questioning.  That exceeds the scope of any -- I

18   didn't even get into --

19        *THE COURT:*  Let's just don't get into things like

20   that.

21        *MR. EAST:*  He asked him, was that guy arrested, and

22   he's the white guy who was not arrested, right?  That was his

23   question.

24        *THE COURT:*  Okay.  Well, that may be a legitimate

25   question.  Go ahead.

1           *THE WITNESS:*  I did not arrest him because he did

2    not have any warrants and I couldn't link any narcotics to

3    him.

4    *Q     (BY MR. EAST)*  Did you arrest Hunter Rutledge?

5    *A.*        I believe -- let's see.  Yes, I did.

6    *Q.*        What was his race?

7    *A.*        He's a white male.

8           *MR. EAST:*  Pass the witness.

9           *MR. WASHINGTON:*  Your Honor, just a brief follow-up

10   question, please?

11          *THE COURT:*  Let's don't follow up on that.  We've

12   heard enough of that subject.

13          *MR. WASHINGTON:*  Okay, Your Honor.  I respectfully

14   would like to ask him a question on Mr. Crippen, very brief.

15          *THE COURT:*  Well, ask him a question about

16   Mr. Crippen.

17                        **RECROSS-EXAMINATION**

18   **BY MR. WASHINGTON:**

19   *Q.*        Based on your experience, would it be proper protocol

20   not to take a witness statement or arrest everybody inside of

21   the house until you are -- until you know exactly what took

22   place in that house?

23   *A.*        Everyone is marked where they are at.  We write down

24   where they are taken down at, where they came from in the

25   house.  We detain everybody, and then we do our investigation

```
1    inside, and if we can link any kind of narcotics to one of the
2    people by, you know, it being in their wallet somewhere or
3    being underneath where they were laying or where they were
4    sitting -- does that answer your question?
5              MR. WASHINGTON:  Not really, but I will take that,
6    that answer, Your Honor.  I pass the witness.
7                   THE COURT:  Okay.  Can this witness be excused?
8                   MR. EAST:  Yes, Your Honor.
9                   THE COURT:  You're excused as a witness.
10                  THE WITNESS:  Thank you, Your Honor.
11                  THE COURT:  Is this your last witness, I hope?
12                  MR. EAST:  We were going to call our clients, Your
13   Honor.
14                  THE COURT:  Okay.  Well, let's move on.
15                  MR. EAST:  Yes, Your Honor.  Call Officer William
16   Snow.
17                        WILLIAM SNOW,
18   having been first duly sworn, testified as follows:
19                       DIRECT EXAMINATION
20   BY MR. EAST:
21   Q.      Good afternoon, Officer.  Can you state your name,
22   please.
23   A.      William Snow.
24   Q.      And you're employed how?
25   A.      Through the City of Fort Worth.
```

```
 1   Q.      And what do you do currently?

 2   A.      I'm assigned to the Fort Worth Police Department.

 3   Q.      And what currently?

 4   A.      I'm assigned to the federal drug task force.

 5   Q.      So you're a Fort Worth police officer?

 6   A.      Yes.

 7   Q.      But your current assignment is what you just said?

 8   A.      Yes, to the DEA.

 9   Q.      And what is involved in that assignment currently?

10   A.      I deal with mid-to-high-level narcotics trafficking

11   in the area.

12   Q.      When did you join the department?

13   A.      I joined it in 2004.

14   Q.      What had you done prior to that?

15   A.      I did patrol, and then I was assigned to --

16   Q.      I'm sorry, prior to joining the force.

17   A.      Prior to joining, I was in college.

18   Q.      Okay.  And then, so when you joined the department,

19   what happened?  Did you go through an academy?

20   A.      Yes, sir, I did.

21   Q.      Did you graduate?

22   A.      Yes, sir.

23   Q.      And then what did you do?

24   A.      I did field training, and then I was assigned to a

25   patrol division at that time.
```

```
1    Q.       And how long were you in patrol?

2    A.       I was there six years.

3    Q.       What did you do after patrol?

4    A.       After patrol, I went to the Zero Tolerance Unit.

5    Q.       So that was six years into your employment?

6    A.       It was 2010, yes, sir.

7    Q.       Okay.

8             MR. EAST:  May I approach the witness?

9             THE COURT:  Yes.

10   Q   (BY MR. EAST)  I've handed you two documents marked 108

11   and 144; is that correct?

12   A.       Yes, sir.

13            THE COURT:  What numbers did you say?  I'm sorry.

14            MR. EAST:  108, 108.

15            THE COURT:  And 144?

16            MR. EAST:  Yes, Your Honor.

17            THE COURT:  Okay.

18   Q   (BY MR. EAST)  What is 108?

19   A.       108 is a Texas Commission on Law Enforcement

20   personnel information form.

21   Q.       For whom?

22   A.       For myself.

23   Q.       Okay.  And 144 is what?

24   A.       It's a document for a weapons information regarding

25   the taser I was issued.
```

| | |
|---|---|
| 1 | MR. EAST:  Move to admit 108 and 144, Your Honor. |
| 2 | THE COURT:  108 and 124? |
| 3 | MR. EAST:  144. |
| 4 | MR. WASHINGTON:  Your Honor -- |
| 5 | THE COURT:  I'm sorry, did you say 124? |
| 6 | MR. EAST:  144. |
| 7 | THE COURT:  They are received. |
| 8 | MR. WASHINGTON:  Your Honor, can I put my objection |
| 9 | on this? |
| 10 | THE COURT:  Oh, if you have an objection, go ahead |
| 11 | and make them. |
| 12 | MR. WASHINGTON:  Yes, sir.  Your Honor, on 108, it |
| 13 | has to deal with the training, training issues, which is in |
| 14 | violation of the Motion in Limine.  We were not going to bring |
| 15 | up issues that's not relative to the claim. |
| 16 | And I have no objections on the -- on 144. |
| 17 | THE COURT:  On 144, you don't have any objection? |
| 18 | MR. WASHINGTON:  No, Your Honor. |
| 19 | THE COURT:  It's admitted, 144 is admitted. |
| 20 | Now, let me see 108. |
| 21 | MR. EAST:  Can you hand that to him, Officer? |
| 22 | THE COURT:  Could you hand me 108? |
| 23 | THE WITNESS:  Yes, sir. |
| 24 | THE COURT:  Thank you.  What is the legal objection |
| 25 | to 108? |

1          MR. WASHINGTON:  Relevance.  It's -- the training

2    has no relevance on the use of force.

3          THE COURT:  Are these -- are these a list -- courses

4    listed, different courses you've taken?

5          THE WITNESS:  Yes, sir, it is.

6          THE COURT:  As a police officer?

7          THE WITNESS:  Yes, sir, it is.

8          MR. WASHINGTON:  It's also hearsay, Your Honor.

9          THE COURT:  I'll admit it.  I overrule the objection

10   because it appears to me that it has indications of the

11   training he's had that could have relevance in this case.

12          Go ahead with the next question.

13          MR. EAST:  Thank you.

14          THE COURT:  I'm receiving both of those exhibits,

15   108 and 144.

16          MR. EAST:  Thank you, Your Honor.

17   Q    (BY MR. EAST)  Is Exhibit Number 108, Officer, a state

18   mandated list of all your training through the date this list

19   was printed out?

20   A.      Yes, sir, it was.

21   Q.      And you've received training since this was printed

22   out some time ago now?

23   A.      Yes.

24   Q.      Okay.  When you joined the Zero Tolerance Unit, what

25   type of training did you receive from them?

```
 1   A.       I received in-house SWAT training on entries.

 2   Q.       Did you, as a police officer, receive, in addition to

 3   that, a variety of defensive tactics --

 4   A.       Yes, sir, I did.

 5   Q.       -- type training throughout the -- your entire time

 6   as a police officer?

 7   A.       Yes.  Those are mandated every year.

 8   Q.       On page 3 toward the bottom, in 2011 you took a basic

 9   SWAT course?

10   A.       Yes, sir, I did.

11            THE COURT:  Why don't we let that document speak for

12   itself, and let's ask him something else.

13   Q   (BY MR. EAST)  This goes on and on, but earlier, opposing

14   counsel had asked or stated to a witness that you had received

15   no training since joining the ZT Team.

16            That's not true, is it?

17   A.       No, sir, it's not correct.

18   Q.       On the date of May 16th, 20 -- May 13th, 2016 when

19   you found out -- or did I have it right the first time.  I'm

20   tired.

21            On the date of this incident, Officer, when you found

22   out that they were putting together a team to serve a warrant

23   at Thannisch Avenue, what was one of the first things you did?

24   A.       My job was, at that time, was to do a reconnaissance

25   of the house.
```

```
 1   Q.       And describe what that is.
 2   A.       It's basically driving by the house to get a location
 3   to make sure the warrant matches the description on the house.
 4   Q.       Were you looking for anything else at the house?
 5   A.       Looking for any children toys, barricades, or any
 6   fortifications made to the outside of the house that would
 7   hamper our efforts.
 8   Q.       Anything that may give you trouble?
 9   A.       Yes, sir.
10   Q.       Okay.  After you completed that, did you go back to
11   the briefing room?
12   A.       Yes, sir, I did.
13   Q.       And by that time, was the warrant signed?
14   A.       I believe so.
15   Q.       Officer Johnson conducted a briefing?
16   A.       Yes, sir.
17   Q.       Were you given a suspect description?
18   A.       Yes, sir, I was.
19   Q.       And what was that?
20   A.       It was -- one was a black male, five ten to six foot,
21   300 pounds, and the other one was an elderly black female.
22   Q.       So one of the suspects was a large black male.  Did
23   you know the nature of the warrant, narcotics or whatever it
24   may be?
25   A.       Just as a narcotics warrant.
```

```
 1    Q.       And were you assigned a team responsibility at that

 2    point?

 3    A.       I was assigned to the entry team.

 4    Q.       Okay.  Your team then went to the house, correct?

 5    A.       Yes, sir.

 6    Q.       And what did you do when you got there?

 7    A.       I was the point man up to the front door.

 8    Q.       And what does that mean?

 9    A.       I was the lead person up to the front door.

10    Q.       Does that mean you're the first one through that

11    door?

12    A.       Yes, sir, at the time I was.

13    Q.       Did you know what you were going to encounter?

14    A.       No.

15    Q.       Can you encounter a variety of things?

16    A.       There's numerous things you can encounter.

17    Q.       And describe what you mean by that.

18    A.       You can encounter people on the outside, obstacles in

19    your way trying to get to the door.

20    Q.       Could there be potential danger inside?

21    A.       Absolutely.

22    Q.       Can you describe what that means?

23    A.       There's people ready to fight, to run, unknown layout

24    of the house.

25    Q.       We've heard descriptions of why you serve a no-knock
```

```
 1    warrant.  Do you agree with those that you've heard?
 2    A.      I agree.
 3    Q.      When you entered the house, did you encounter
 4    Jermaine Darden?
 5    A.      Yes, sir, I did.
 6    Q.      Did you -- we see on the videotape that he flinched
 7    like this (indicating).  Did you process that as him
 8    surrendering?
 9    A.      Not at that time.
10    Q.      Did he -- what did he do immediately after that?
11    A.      He put his hands behind the couch.
12    Q.      Did you know if there were any weapons on that sofa?
13    A.      Not at that time, sir.
14    Q.      Have you heard of such incidents where people hide
15    weapons in sofas?
16    A.      Yes, sir.
17    Q.      And is it the standard practice of your unit, and
18    police that do this type of work, to put everybody on the
19    floor?
20    A.      Yes, sir, for safety.
21            MR. WASHINGTON:  Your Honor, I object to that as
22    being leading.
23            THE COURT:  Overrule the objection.
24    Q   (BY MR. EAST)  Did you attempt to do that in this case?
25    A.      I attempted.
```

```
1    Q.      Did you tell Jermaine Darden any commands?

2    A.      I told him to get down.

3    Q.      To get down.  Did he follow those commands?

4    A.      No, sir, he did not.

5    Q.      Did you attempt to physically move him to the floor?

6    A.      Yes, sir, I did.

7    Q.      Were you successful initially?

8    A.      Not initially, no.

9    Q.      When you enter that situation, when the door has been

10   rammed open and you're the first man through and you encounter

11   somebody, how much time do you have to think about what you're

12   going to do?

13   A.      Split second.

14   Q.      Do you have time to review videotapes and see what

15   might be all throughout the house?

16   A.      No, sir, you don't.

17   Q.      So in that split second, you decided to get Jermaine

18   Darden on the ground.  How did you try to accomplish that?

19   A.      By pulling the back of his shirt.

20   Q.      Was that successful?

21   A.      No, sir, it ripped.

22   Q.      What did you do next?

23   A.      Next I -- after Officer Gray and Brady passed by me,

24   I went up and grabbed Mr. Darden by the hand and attempted to

25   pull him off the couch.
```

```
1    Q.      And there's some -- how much did you weigh at that
2    time?
3    A.      About 165.
4    Q.      How much did Mr. Darden weigh?
5    A.      350.
6    Q.      So he was basically twice your weight?
7    A.      Yes, sir.
8    Q.      And all the officers went in other directions to
9    secure other rooms in the house, correct?
10   A.      Yes, sir.
11   Q.      Did all the other occupants who were told to get
12   down -- I know it wasn't what you were focused on at the time,
13   but have you come to learn that the other occupants obeyed
14   commands and got on the ground?
15   A.      Yes, sir, after the fact, yes.
16   Q.      So what ended up happening, through no design, you,
17   one of the smaller team members, ended up with the largest
18   person in the house who was --
19           THE COURT:  Let's don't, in effect, make an
20   argument.  Let's ask questions.
21   Q   (BY MR. EAST)  You were by yourself with Jermaine Darden;
22   is that true?
23   A.      Yes, sir, it is.
24   Q.      For a short period of time?
25   A.      Yes, sir.
```

```
 1   Q.      Okay.  And when you pulled his hand to try to get him

 2   on the floor, what happened?

 3   A.      I was able to get him on the ground for a second.

 4   Q.      And what happened after that?

 5   A.      Mr. Darden stood up.

 6   Q.      Were you trying to hold him down?

 7   A.      Tried to.

 8   Q.      Were you successful?

 9   A.      No.

10   Q.      Why not?

11   A.      Shear size.

12   Q.      Was he strong?

13   A.      Yes, sir, he was.

14   Q.      Who first came to help you?

15   A.      Officer Johnson was the first one to help me.

16   Q.      During the entire time you dealt with Mr. Darden, did

17   you throw any strikes?

18   A.      No, sir, I did not.

19   Q.      Any punches, any kicks?

20   A.      No, sir.

21   Q.      What is a distractionary strike?

22   A.      A distractionary strike is a strike to basically

23   confuse somebody for a second to make them stop what they are

24   doing.

25   Q.      If you deliver a strike to one part of their body,
```

1    maybe they --

2    A.        Basically stun them for a second.

3    Q.        Would -- throughout the course of this struggle,

4    would it have been appropriate for officers to deliver one or

5    more distractionary strikes?

6    A.        Yes, sir, in this course.

7    Q.        So going back to Officer Johnson arrives to help you,

8    what do the two of you then do?

9    A.        At this time I was on Mr. Darden's back and I was

10   trying to extract his arms from underneath him.  At that time

11   Mr. Darden basically did a push-up and sat me up and threw me

12   off his back.

13   Q.        What was Officer Johnson doing during that early part

14   of the time?

15   A.        He was trying to get his other arm.

16   Q.        Even with the two of you, were you successful?

17   A.        No, sir.

18   Q.        Okay.  And part of what you just described, you now

19   know, was there a portion of the videos in the first 20

20   seconds or so that didn't capture any of that?

21   A.        Yes, sir.

22   Q.        And then after that point in time, between one video

23   or the other, is most of it pretty well captured?

24   A.        Yes, sir, it is.

25   Q.        During that initial part where you and Officer

```
 1    Johnson were struggling with him, did either one of you use

 2    any weapons?

 3    A.        No, sir.

 4    Q.        What happened after the two of you were unsuccessful

 5    in trying to control him?

 6    A.        After Mr. Darden pushed me off, I stood back and

 7    that's when Officer Johnson said taser.

 8    Q.        And what did you do?

 9    A.        Transitioned and pulled out my taser at that time.

10    Q.        And what's the hope of using a taser?

11    A.        To get compliance out of somebody.

12    Q.        Did you say anything or do anything at that point?

13    A.        I announced taser, taser, taser.

14    Q.        And that is to do what?

15    A.        To notify the suspect and other officers that a taser

16    is going to be deployed.

17    Q.        And do you recall that we heard some -- we can't play

18    the video again, but we're a good 30, 45 seconds or more into

19    the struggle by this point?

20    A.        About that, yes.

21    Q.        Is that a prolonged struggle?

22    A.        Yes, sir, it is.

23    Q.        What happened?  Did the taser end the resistance?

24    A.        Taser was deployed.  It cycled for five seconds, at

25    which time Mr. Darden fell onto the couch.  After the five
```

1    seconds was up, he was back to resisting.

2    Q.      And then what did you do next?

3    A.      We tried again and then, I believe it was Officer

4    Johnson, said, hit him again, so I announced taser again and

5    deployed the taser.

6    Q.      After the time you deployed the taser the first time,

7    on the video, we can hear a variety of comments being made.

8    Did you hear them at the time?

9    A.      I heard that he has asthma.

10   Q.      You heard somebody yelling he has asthma?

11   A.      Yes, sir.

12   Q.      And on the video, we can hear people yelling he can't

13   breathe?

14   A.      Correct.

15   Q.      Do you recall hearing any of that prior to your first

16   taser deployment?

17   A.      Not prior to it.

18   Q.      Do you recall Donna Randle yelling to Jermaine to

19   stop moving, stop fighting?

20   A.      Not on her.  I heard other officers to tell him stop

21   moving, stop fighting.

22   Q.      You didn't hear Donna say that?

23   A.      Not that I'm aware.

24   Q.      By the time you've been fighting with somebody for

25   close to a minute, are you hyperfocused on what you're doing?

```
 1   A.       Yes, sir.

 2   Q.       Are you knowing why he's fighting you?

 3   A.       Not at that point.

 4   Q.       Can a resisting suspect end in a bad result for an

 5   officer or somebody else?

 6   A.       It can end bad for both parties, yes.

 7   Q.       Have you had situations where people have fought you

 8   before?

 9   A.       Yes, sir.

10   Q.       Have you had to wrestle people into compliance?

11   A.       Yes, sir.

12   Q.       Have you had to sit on people and hold them down and

13   wrestle their arms behind their back?

14   A.       Yes, sir.

15   Q.       Have you had to handcuff them after a long struggle?

16   A.       Yes, sir.

17   Q.       Anybody die as a result of you -- or following you

18   doing anything of that?

19   A.       No, sir.

20   Q.       In your time as a police officer, have you ever been

21   disciplined?

22   A.       No, sir, I have not.

23   Q.       After the second taser deployment --

24            MR. WASHINGTON:  Your Honor, just for a second, I

25   want to lodge an objection to --
```

```
1              THE COURT:  Are you making an objection?

2              MR. WASHINGTON:  I'm making an --

3              THE COURT:  What is the legal objection?

4              MR. WASHINGTON:  It's improper character evidence.

5    It goes to assume that if this person is not --

6              THE COURT:  I'll overrule your objection.

7              MR. WASHINGTON:  Thank you.

8    Q    (BY MR. EAST)  Following the second taser deployment, did

9    Mr. Darden give up his resistance?

10   A.        No, sir.  He still continued.

11   Q.        What were other officers doing at that time?

12   A.        Other officers entered the house and tried to gain

13   control of Mr. Darden's hands.

14   Q.        Were you fully aware of what everybody was there --

15   who they were and what they were doing?

16   A.        No.

17   Q.        Were you aware that at one point Officer Johnson

18   pulled out his own taser?

19   A.        Not until after the fact.

20   Q.        Not until after the fact.  Did you see the patrol

21   officers enter?

22   A.        At the very last moment, yes.

23   Q.        Was Jermaine Darden resisting until the time he was

24   handcuffed?

25   A.        Up to the moment he was handcuffed, yes, sir.
```

1  Q.       When he was rolling over and sort of on his side at
2  one point, do you recall the patrol officers trying to simply
3  pull his hand behind his back?
4  A.       Yes, sir.
5  Q.       What did Jermaine Darden do?
6  A.       He pulled it right back underneath him.
7  Q.       And is that a difficult position?
8  A.       It's difficult to deal with, yes.
9  Q.       Explain what you mean.  Explain what you mean by
10 that.
11 A.       When he dove his hands underneath him, he's forcing
12 it on him, on top of his weight, and it was harder for
13 officers to grab ahold of it.
14 Q.       Were you involved, physically, in that -- in any part
15 of that struggle?
16 A.       No, sir, I was not.
17 Q.       After you deployed your taser, did you ever lay hands
18 on Mr. Darden again?
19 A.       No, sir, I did not.
20 Q.       Did you redeploy your taser, recycle it after the two
21 deployments?
22 A.       No, sir, I did not.
23 Q.       Could you have?
24 A.       I could have, yes.
25 Q.       You saw the officers struggling with Jermaine Darden,

1    correct?

2    A.        Yes, sir.  I saw multiple officers with him.

3    Q.        And did you consider it an option to redeploy the

4    taser?

5    A.        I thought about it, but seeing that there was enough

6    officers there, I figured they can handle it at that time.

7    Q.        And by that time, we're a couple of minutes into the

8    struggle or so, and how many officers had arrived?

9    A.        Five to six, maybe.

10   Q.        And even until the moment he was handcuffed, he never

11   gave up his resistance?

12   A.        Correct.

13   Q.        Do you know why Jermaine Darden was fighting against

14   you?

15   A.        No, sir, I don't.  I don't have a reason.

16   Q.        If he had been trying to get a weapon, and you

17   stopped trying to control him, no telling what would have

18   happened, correct?

19   A.        Yes, sir, correct.

20   Q.        Mr. Washington, I predict, will ask you about a

21   deposition you gave where you made a statement about a kick

22   being delivered.  Do you recall that?

23   A.        Yes, sir, I do.

24   Q.        And in your deposition, was it suggested to you that

25   Officer Romero was the officer who made that kick?

```
 1   A.        I believed it was Officer Romero at the time.

 2   Q.        And you agreed with that at the time?

 3   A.        At the time, yes, sir, I did.

 4   Q.        So in your deposition, you testified Officer Romero

 5   was the officer who kicked him?

 6   A.        I stated, yeah, I believe it was Officer Romero.

 7   Q.        Since then, including preparing for this trial, have

 8   you formed a different opinion?

 9   A.        Yes, sir, I did.

10   Q.        Based on what?

11   A.        Based on the video I've seen.

12   Q.        How many officers do you see delivering a kick on the

13   video?

14   A.        Just one.

15   Q.        And who was that?

16   A.        Officer Johnson.

17   Q.        Any doubt about that?

18   A.        No, sir.

19   Q.        I don't think it will become a part of this case, but

20   one of the things the plaintiff is asking for are damages

21   against you, and one of the things that's relevant to that is

22   what your net worth is.

23             Do you own vacation homes?

24   A.        No, sir, I do not.

25   Q.        Roughly what is your net worth, including your house,
```

```
1    your cars, and your pension?

2    A.        Anywhere 50 to 100,000.

3    Q.        Have you ever done anything other than be a police

4    officer in your adult life?

5    A.        No, sir, I have not.

6              MR. EAST:  Pass the witness.

7              THE COURT:  Do you have any questions of this

8    witness?

9              MR. THOMAS:  Briefly, Your Honor.

10                         CROSS-EXAMINATION

11   BY MR. THOMAS:

12   Q.        Officer Snow, did you see Officer Romero do anything

13   that was not necessary to try to subdue Mr. Darden?

14   A.        No, sir, I didn't.

15   Q.        And after reviewing the video, you no longer believe

16   he was the person who you saw kick?

17   A.        Correct.

18             MR. THOMAS:  Thank you.

19             THE COURT:  Does the plaintiff have any questions of

20   this witness?

21             MR. WASHINGTON:  Yes, I do, Your Honor.

22             Your Honor, may I approach this witness, please?

23             THE COURT:  Pardon?

24             MR. WASHINGTON:  May I approach this witness?

25             THE COURT:  Approach the -- you want to hand him
```

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

1    something?

2              *MR. WASHINGTON:*  Yes, sir.

3              *THE COURT:*  Yes, you can hand him something.

4              *MR. WASHINGTON:*  I'll just put this right here for a

5    second.

6                          **CROSS-EXAMINATION**

7    **BY MR. WASHINGTON:**

8    *Q.*      Officer Snow, when did you first review the video?

9    *A.*      It was sometime after the incident.

10   *Q.*      In 2013?

11   *A.*      Yes, sir.

12   *Q.*      And how many times would you have reviewed the video

13   in 2013?

14   *A.*      I can't give you a number.

15   *Q.*      More than once?

16   *A.*      More than once.

17   *Q.*      And do you recall reviewing the video in 2014?

18   *A.*      I believe so.

19   *Q.*      You did?

20   *A.*      I believe so.

21   *Q.*      And would you have reviewed the video in 2016?

22   *A.*      Yes, sir.

23   *Q.*      So, is it fair to say that you reviewed

24   the -- between 2013 and 2016, you reviewed the video at least

25   five, six times?

```
 1   A.        About that.

 2   Q.        And do you recall when I took your deposition?

 3   A.        I remember that day.

 4   Q.        What year did I take your deposition?

 5   A.        2016.

 6   Q.        I took your deposition in 2016, so you would have

 7   already reviewed that video at least six times before I took

 8   your deposition?

 9   A.        Correct.

10   Q.        And at your deposition, I asked you, did you observe

11   Officer Romero kick Jermaine Darden in the head, and what did

12   you tell me?

13   A.        I said, I believe it was Officer Romero.

14   Q.        And at that time you had already reviewed the video?

15             THE COURT:  I think you've asked how many times he's

16   reviewed it.  Let's move on.  And he's told you what he

17   answered, so you don't need to go over that again.

18   Q   (BY MR. WASHINGTON)  And you are aware that putting an

19   individual on his stomach can cause breathing issues?

20   A.        Over a prolonged time, yes.

21   Q.        And you did not receive any training on how to deal

22   with obese individuals while making an arrest?

23   A.        Correct.

24   Q.        You were also aware that Jermaine Darden could not

25   breathe because he told you he could not breathe, correct?
```

```
1    A.       I believe.  I believe so.
2              MR. EAST:  I'll object to the question as compound,
3    Your Honor.
4              THE COURT:  I'll overrule the objection.
5              MR. EAST:  He hasn't -- he asked --
6              THE COURT:  I think I'll overrule the objection.
7              MR. EAST:  I'm sorry, thank you.
8    Q    (BY MR. WASHINGTON)  And during your deposition, you
9    admitted that a person placed on their stomach would have a
10   very difficult time breathing?
11   A.       Over a prolonged time, yes, sir.
12   Q.       And I'm going to ask you the question and give you
13   your answer.
14            So the question was:  Sir, are you aware whether a
15   person lying on his stomach has trouble breathing when
16   pressure is applied to the back?  Your answer is:  I am aware.
17            MR. EAST:  Your Honor, this is -- objection,
18   improper impeachment.  He's asking a witness about a question
19   that he already gave the answer that counsel wanted.
20            THE COURT:  I don't know why you're reading an
21   answer when he's answered in the way you want him to answer
22   from the witness stand.
23            MR. WASHINGTON:  I understand.  Your Honor, his
24   response was it caused breathing problems.
25            THE COURT:  I heard what his response was from the
```

1    stand, and I heard what you read, and he's already answered

2    your question.  Let's don't ask him a question as to whether

3    he said something on a deposition and then read from the

4    deposition after he has answered the question that says the

5    same thing the deposition said.

6           MR. WASHINGTON:  It was inconsistencies in the

7    response, Your Honor.

8           THE COURT:  Well, he didn't word it exactly the

9    same, but it was the same response.  Let's move on.

10   Q   (BY MR. WASHINGTON)  And isn't it true that you ignored

11   Jermaine Darden's pleas for help?

12   A.     No, because we were still taking him into custody at

13   that time.

14   Q.     I can't --

15   A.     No, sir.  We were taking Mr. Darden into custody at

16   that time.

17          MR. WASHINGTON:  Your Honor, I request permission to

18   read his response during his deposition.

19          THE COURT:  You can read the response in the

20   deposition.

21   Q   (BY MR. WASHINGTON)  Sir, didn't he tell you that he

22   could not breathe?  Your answer:  Correct.

23          Despite telling you that he could not breathe, you

24   just ignored -- you basically ignored his pleas?  Answer:

25   Correct.

```
1                 Did I read that right?
2      A.       Yes, sir.
3                 THE COURT:  You don't need to ask if you read it
4      right.  I'll assume you did, unless Mr. East objects to it.
5                  MR. EAST:  No.
6      Q    (BY MR. WASHINGTON)  And did you observe Jermaine Darden
7      hit anyone?
8      A.       No, sir.
9      Q.       Did you observe when you -- when you first walked
10     into the home, did you observe Jermaine raise both of his
11     hands?
12     A.       They were up.
13     Q.       And do you recall stating that Jermaine was startled
14     when you walked into the house?
15     A.       His face appeared startled, yes.
16     Q.       And at any time, did you see Jermaine reach for a
17     weapon?
18     A.       I didn't see any weapons at the time.
19     Q.       And after Mr. Darden and a number of individuals told
20     you that Mr. Darden could not breathe, you went on to tase him
21     a second time?
22     A.       Because he was still actively fighting with us.
23     Q.       So you tased him a second time after they told you
24     that he could not breathe?
25     A.       Correct.
```

```
 1    Q.       Now, have you ever been in a situation, Officer Snow,

 2    where you feel like you are suffocating?

 3    A.       Yes, sir.

 4    Q.       During that period of time, would you just --

 5    wouldn't it cause you panic, trying to catch your breath,

 6    feeling that you're about to die?

 7    A.       You feel panic, yes.

 8    Q.       And would you agree with me that there's a difference

 9    between panicking because you can't breathe and resisting?

10    A.       There's a difference.

11    Q.       And would you agree with me, Officer Snow, that

12    kicking an individual in the mouth and in the face would not

13    be reasonable?

14             MR. EAST:  Objection, vague, without context,

15    incomplete hypothetical I guess.

16             THE COURT:  I'll overrule the objection.  He can

17    answer that question.

18             THE WITNESS:  Repeat the question.

19    Q   (BY MR. WASHINGTON)  Would you agree with me that kicking

20    someone in the head and in the mouth would not be reasonable

21    under the circumstances that you've heard here today?

22    A.       It couldn't be.

23    Q.       It could be?

24    A.       It couldn't be.  It could not.

25    Q.       That wouldn't be reasonable?
```

1   *A.*      Correct.

2            *MR. WASHINGTON:*  I pass the witness, Your Honor.

3                    **RECROSS-EXAMINATION**

4   **BY MR. THOMAS:**

5   *Q.*      Officer Snow, did you see anyone kick Mr. Darden in

6   the head and in the mouth?

7   *A.*      No, sir, I did not.

8            *MR. THOMAS:*  Thank you, Your Honor.

9                    **REDIRECT EXAMINATION**

10  **BY MR. EAST:**

11  *Q.*      Just briefly.  You stated that during the struggle

12  you heard Jermaine Darden make the comment "I can't breathe?"

13  *A.*      Correct.

14  *Q.*      You don't know, yourself, do you, what his physical

15  condition was?

16  *A.*      Correct.

17  *Q.*      Do you have any idea if he had an underlying coronary

18  disease?

19  *A.*      No, sir, I did not know.

20  *Q.*      When you say you ignored -- Mr. Washington was asking

21  you about ignoring him, explain what you meant by your, I

22  guess, acquiescence to that word during your deposition.

23           *MR. WASHINGTON:*  Objection, asked and answered.

24           *MR. EAST:*  I'm asking him to explain why he said

25  what he said, not to say it again.

```
 1              THE COURT:  Well, you want to ask the question
 2      again, so he'll know what you're asking.
 3      Q   (BY MR. EAST)  Explain what you were thinking or meaning
 4      by the word "ignored" in that context?
 5      A.       When I said ignored, I wasn't ignoring Mr. Darden's
 6      pleas.  I was still trying to focus on getting him into
 7      custody.
 8      Q.       Because you heard him or somebody else say something,
 9      did that change the facts of what he was actually physically
10      doing?
11      A.       No, it did not change.
12      Q.       Mr. Washington asked you about --
13              THE COURT:  Let's don't ask what Mr. Washington
14      asked.  Let's just ask a question if you have one.
15              MR. EAST:  Yes, Your Honor.
16      Q   (BY MR. EAST)  Were there times when he pulled his hands
17      away?
18      A.       There were times, yes.
19      Q.       If there had been a weapon that you didn't know
20      about, would that be concerning?
21      A.       Absolutely.
22      Q.       And when somebody pulls their hands away and you
23      don't know the environment you're in, is that a danger?
24      A.       Yes, sir, it is.
25              MR. EAST:  I'll pass the witness.
```

```
1              THE COURT:  Okay.  Can he be excused?

2              MR. WASHINGTON:  Just brief follow-up, Your Honor.

3              THE COURT:  Okay.  If you have another question, ask

4    it.

5              MR. WASHINGTON:  I beg your pardon, Your Honor?

6              THE COURT:  If you have another question, go ahead

7    and ask it.

8              MR. WASHINGTON:  Oh, yes, sir.

9                         RECROSS-EXAMINATION

10   BY MR. WASHINGTON:

11   Q.        Have you ever been told that cuffing someone's --

12   cuffing a person's hands behind their back and lying someone

13   in the prone position is dangerous?

14   A.        Again, for a prolonged time, it is.

15   Q.        And do you believe officers should exercise extreme

16   caution when arresting a person who is obese?

17   A.        All the time, yes, sir.

18   Q.        And would it surprise you to know that your general

19   orders requires you to exercise extreme caution with obese

20   suspects and not to cuff their hands behind their back?

21             MR. EAST:  It does not.  Your Honor, may we

22   approach?  This is a direct violation of the Motion in Limine,

23   Your Honor.

24             THE COURT:  Okay.  To whatever extent the objection

25   is that that's repetitious, I sustain that objection.  We've
```

```
1    heard that question asked different ways several times and

2    answered.

3              MR. WASHINGTON:  Your Honor, can we approach,

4    please?

5              THE COURT:  You can approach.

6              (Bench conference on the record, out of the hearing

7              of the jury, as follows:)

8              MR. EAST:  Your Honor --

9              THE REPORTER:  I need y'all in the microphone.

10             MR. EAST:  Your Honor, this is in direct violation

11   of the Motion in Limine that says plaintiffs cannot bring in

12   any general orders because general orders do not make a

13   constitutional standing, and the general order Mr. Washington

14   is referring to says you can't place people on their stomach

15   after handcuffing them.  It doesn't say you can't handcuff

16   somebody fighting you, no matter what size they are.  It's

17   a --

18             THE COURT:  Well, what is the point?  What are

19   you --

20             MR. EAST:  He's trying to bring in something that

21   the Court has already excluded, and that's my first objection.

22   It violates the Motion in Limine.

23             THE COURT:  Well, what is the question?  I'm not --

24             MR. EAST:  He's trying to get into a general order

25   that says once you handcuff somebody, you can't place them
```

```
1   face down if they are obese, but that general order does not

2   prohibit them from handcuffing somebody.  During the

3   handcuffing process, you've got to deal with the struggle.

4           THE COURT:  What is your question?  I'm not sure

5   what --

6           MR. WASHINGTON:  Because I came up in here, Your

7   Honor, in making a -- Mr. East entered --

8           THE REPORTER:  I need you in the microphone.

9           MR. WASHINGTON:  Mr. East admitted the TCOLE records

10  over our objections about training not being relevant to the

11  use of force.  Now, Your Honor, and as we have discussed with

12  the Court, it is stated in the Fifth Circuit opinion that the

13  resistance occurs by -- the notice to officers is relevant in

14  analyzing the reasonableness.  We look at the totality of the

15  circumstances.

16          THE COURT:  What is your question?  I don't know

17  what we're arguing about.

18          MR. WASHINGTON:  About asking him the question about

19  the general orders that indicate that you don't put an obese

20  person on their stomach with handcuffs behind their backs.

21  That's a general order, so when you --

22          THE COURT:  Well, you can ask him that.

23          MR. EAST:  That's fine, if he asks that question.

24          (In the hearing of the jury, as follows:)

25          MR. WASHINGTON:  May I?
```

```
1              THE COURT:  You may proceed.

2              MR. WASHINGTON:  Thank you, Your Honor.

3  Q    (BY MR. WASHINGTON)  So, Officer Snow, you know that the

4  Fort Worth Police Department's general orders requires that

5  officers exercise extreme caution with obese suspects and not

6  to cuff their hands behind their backs.

7              MR. EAST:  Your Honor, that is not the question he

8  said he was going to ask.

9              THE COURT:  You came up here and asked me if you

10 could ask a particular question, and that's not the question

11 you asked me if you could ask.

12             MR. WASHINGTON:  Your Honor, that is the exact

13 question.

14             THE COURT:  You want to ask the question you asked

15 me if you could ask?

16             MR. WASHINGTON:  About the general orders.

17             THE COURT:  Do you understand that there's some

18 directive that you don't put a handcuffed heavyset person on

19 his stomach?

20             THE WITNESS:  Yes, sir.

21             THE COURT:  Okay.  Was this man a handicapped -- was

22 this man handcuffed when he went on his stomach?

23             THE WITNESS:  He was at that time, yes, sir, but

24 seated up afterwards.

25             THE COURT:  After he was put on his stomach is when
```

1    he was handcuffed?

2              THE WITNESS:  Yes, sir.

3              THE COURT:  Okay.

4              MR. WASHINGTON:  And, Your Honor, and that was the

5    question.  What this witness is saying -- and I can ask the

6    questions without stating -- what this witness is saying is

7    that they did not put the handcuffs until he seated him up in

8    the prone position --

9              MR. EAST:  No, it's not.

10             THE COURT:  I think he's already given the answer to

11   your question.

12             MR. WASHINGTON:  That he put the handcuffs on when

13   he was seated or when he was on his stomach?

14             THE COURT:  He put the -- they put the handcuffs on

15   while he was either on his stomach or on the side.

16             Is that correct?

17             THE WITNESS:  He was on his stomach, sir.

18             THE COURT:  So he's answered your question.

19             MR. WASHINGTON:  That answers it, yes, Your Honor.

20   Yes.  Thank you.

21             THE COURT:  Okay.  Can he be excused as a witness?

22             MR. EAST:  I've got to clean this up, Your Honor.

23                       **REDIRECT EXAMINATION**

24   BY MR. EAST:

25   Q.     Officer Snow, is there any prohibition against

1    handcuffing a resisting suspect?

2    *A.*       No, you're supposed to.

3    *Q.*       Does it matter what their size is?

4    *A.*       No, sir.

5    *Q.*       Does it matter what position they have to be in in

6    order to accomplish the task?

7    *A.*       Not as long as it gets done.

8    *Q.*       There's a prohibition against leaving somebody, once

9    they are handcuffed, on their stomach, especially if they are

10   obese, correct?

11   *A.*       Correct.

12            *MR. WASHINGTON:*  Your Honor, I object as leading.

13            *THE COURT:*  Let's don't lead the witness.

14   *Q   (BY MR. EAST)*  In this case --

15            *THE COURT:*  Don't lead him.  Ask a question.

16   *Q   (BY MR. EAST)*  What happened after Mr. Darden was

17   handcuffed?

18   *A.*       He was placed in a seated position.

19            *MR. EAST:*  Thank you.  Pass the witness.

20            *THE COURT:*  Okay.  Can he be excused as a witness?

21            *MR. EAST:*  Yes, Your Honor.

22            *THE COURT:*  Okay.  You can step down.

23            *THE WITNESS:*  Thank you, Judge.

24            *THE COURT:*  Okay.  Call your -- are you calling your

25   client now, Mr. Thomas?

```
 1              MR. THOMAS:  Yes, Your Honor.
 2              THE COURT:  Okay.  Well, let's call him.
 3              MR. THOMAS:  Call Javier Romero, Your Honor.
 4              THE REPORTER:  Can you pull that microphone in front
 5    of you, please.
 6              MR. THOMAS:  How's that?
 7              THE REPORTER:  Thank you.
 8                        JAVIER ROMERO,
 9    having been first duly sworn, testified as follows:
10                      DIRECT EXAMINATION
11    BY MR. THOMAS:
12    Q.      Your name, please.
13    A.      Javier Romero.
14    Q.      And are you an officer in the Fort Worth Police
15    Department?
16    A.      Yes, sir.
17    Q.      What is your preparatory or your high school
18    education?
19    A.      I graduated high school, Amon Carter Riverside in
20    2003.
21    Q.      That's here in Fort Worth?
22    A.      Yes, sir.
23    Q.      After high school, did you attend college or what did
24    you do?
25    A.      I enlisted in the Marine Corps.
```

```
1    Q.        And how long did you serve as a Marine?

2    A.        In total, six years.

3    Q.        Where did you serve?

4    A.        One of my deployments was to Iraq and, like, the last

5    four were as a reservist.

6    Q.        So in all, you had how many years of marine service?

7    A.        Six years, sir.

8    Q.        Have you attended any college courses?

9    A.        After I came back from Iraq and I was on reserve

10   status, I was going to TCC while I was working full-time.

11   Q.        And you received 30 hours of credit at TCC?

12   A.        Yes, sir.

13   Q.        And after your college credits or during that time,

14   did you also attend the Fort Worth City Police Academy?

15   A.        Yes, sir.

16   Q.        And are you currently a certified police officer?

17   A.        Yes, sir.

18   Q.        Certified in 2007?

19   A.        Yes, sir.

20   Q.        And have you received numerous certifications from

21   the Texas Commission on Law Enforcement also known as TCOLE?

22   A.        Yes, sir.

23             MR. THOMAS:  May I approach the witness, Your Honor?

24             THE COURT:  Yes.

25   Q    (BY MR. THOMAS)  I hand you what appears to be a Texas
```

1    Commission on Law Enforcement status report and ask if that

2    appears to be yours and if you're familiar with the credits

3    that are listed on it.

4              THE COURT:  Does that have an exhibit number?

5              MR. THOMAS:  Yes.  I'm sorry, Your Honor, it's 109.

6              THE COURT:  Okay.

7              THE WITNESS:  Yes, sir.

8              THE COURT:  Are you offering 109?

9              MR. THOMAS:  I'm offering it, Your Honor.

10             MR. WASHINGTON:  Your Honor, we're going to object

11   to that document as being not relevant.

12             THE COURT:  I'll overrule that objection.  That

13   exhibit is received.

14   Q    (BY MR. THOMAS)  Does the document that I've handed you

15   marked as 109 contain a record of your educational courses and

16   training through the Texas Commission on Law Enforcement?

17   A.       Yes, sir.

18   Q.       Does it appear to be accurate?

19   A.       It is not up to date, but for the most part, yes, it

20   is accurate.

21   Q.       Okay.  It's probably not completely current.  You are

22   still a certified police officer; is that correct?

23   A.       Yes, sir.

24   Q.       And how are you currently employed?

25   A.       I'm part of the SWAT team, the Special Weapons and

```
 1   Tactics Team for the Fort Worth Police Department.
 2   Q.       You're now a member of the SWAT team?
 3   A.       Yes, sir.
 4   Q.       How is that different from the Zero Tolerance?
 5   A.       We deal with more high-risk threats.  We respond to
 6   hostage rescue, burglary of persons.  We have also more
 7   equipment that our regular patrol officers don't have and more
 8   training.
 9   Q.       And how long have you been a member of the SWAT team
10   for the city of Fort Worth?
11   A.       Five years and a half.
12   Q.       In 2013, were you a member of the Zero Tolerance?
13   A.       Yes, sir.
14   Q.       And how long had you been a unit -- a member of the
15   Zero Tolerance or ZT Unit?
16   A.       Approximately one month, one month at that time, yes.
17   Q.       At the time -- that was at the time of the incident
18   that we're here about today; is that correct?
19   A.       Yes.
20   Q.       So you had been there one month?
21   A.       Yes.
22   Q.       And I think -- would you agree that one of the
23   objects or purposes of the Zero Tolerance Unit is to serve
24   narcotics search warrants and no-knock search warrants; is
25   that correct?
```

```
 1   A.      Yes, sir.

 2   Q.      Were you briefed --

 3   A.      Yes.

 4   Q.         -- on the situation that you were going to be going

 5   into on May 16th --

 6   A.      Yes.

 7   Q.      -- of 2013?

 8   A.      Yes.

 9   Q.      And how did you determine that the warrant that you

10   were going to serve was proper?

11   A.      I never checked the warrant, so I assume the team

12   leader and the corporal had read the warrant.

13   Q.      Is it their job to check the warrant?

14   A.      Yes, sir.

15   Q.      And it's your job to follow their instructions after

16   they determine what is proper; is that correct?

17   A.      Yes, sir.

18   Q.      When the police van arrived at the Darden residence,

19   where did you take a position or what was your assigned

20   position?

21   A.      My assigned position was the Adam side perimeter,

22   which is the --

23              THE REPORTER:  Was the what?

24              THE WITNESS:  Adam side, A.  Adam side, A side, yes.

25   Q   (BY MR. THOMAS)  Okay.  Would that be on the perimeter of
```

1    the house?

2    A.        Yes, sir.

3    Q.        And why were you stationed there?

4    A.        I mean, I wasn't entry certified at the time, so I

5    couldn't make entry with the rest of the guys on the initial

6    entry.  I was assigned there since I was driving the -- I was

7    the driver of the van.  It was close to me to get to the front

8    side of the house.

9    Q.        Okay.  So you were positioned in front of the front

10   door of the house?

11   A.        Yes, sir.

12   Q.        Could you see into the house?

13   A.        Yes, sir.

14   Q.        After the door was breached?

15   A.        Yes, sir.

16   Q.        What did you see that caught your attention in the

17   house, if anything?

18   A.        I saw Officer Snow struggling with, now, Mr. Darden.

19   Q.        And how long was that struggle, did that struggle go

20   on?

21   A.        It seemed forever, but I'm guessing 30 seconds or so.

22   Q.        And did you do anything in response to seeing that

23   struggle?

24   A.        Yes.  So I looked around and looked at one of the

25   narcotics officers, who was in perimeter with me, and he gave

```
1    me the nod to go inside the house and help Officer Snow, so I

2    went inside the house to help Officer Snow.

3    Q.       So there was a narcotics officer out there with you?

4    A.       Yes, and two patrol officers.

5    Q.       And --

6    A.       In the front of the house.

7    Q.       And he indicated for you to go ahead and go?

8    A.       Yes, sir.

9    Q.       And what did you do at that time?

10   A.       I got there.  I went to -- when I got there,

11   Mr. Darden was on the couch, so I tried to grab his hand.  He

12   pulled away.  I struck him one time with my closed fist on the

13   left side of his face and then tried to grab his arm again.

14   Q.       Why did you strike him?

15   A.       To try to distract him so I could have the vantage

16   point to grab his arm and get him caught off guard and get his

17   hands behind his back.

18   Q.       Was that pursuant to any police training that you had

19   received?

20   A.       Yes, sir.

21   Q.       That is, in fact, a tactic that you were taught?

22   A.       Yes, sir.

23   Q.       And what occurred at that point?

24   A.       He went back.  I grabbed his arm, he pulled away.  At

25   the same time, I heard taser, taser, taser, so I backed off of
```

```
 1   him and then, of course, the taser was deployed.

 2   Q.      And why did you back off of him?

 3   A.      Because I didn't want to be close to the person who

 4   is being tased because I could get a current, too.

 5   Q.      So, in fact, you're trying to get away from the

 6   person --

 7   A.      Yes.

 8   Q.      -- in a struggle of that nature --

 9   A.      Yes.

10   Q.      -- when a taser is about to be used?

11   A.      Yes.

12   Q.      After Mr. Darden was tased, how did he react to the

13   first taser?

14   A.      He went down for a split second and he -- like, he

15   pushed himself up.  I tried to grab his arm again.  He still

16   pulled away.

17   Q.      Did you once again -- at that point, were you down on

18   your knees?

19   A.      Yes, sir.

20   Q.      Did you at any time kick Mr. Darden?

21   A.      No, sir.

22   Q.      Were you really in a position to kick him?

23   A.      No, sir.

24   Q.      What occurred after you reengaged with Mr. Darden

25   after the first taser?
```

```
 1    A.       We were struggling there.  I was focused on the arm

 2    that I was trying to grab.  I seen other officers were on the

 3    other side, and then I hear another taser being deployed, so I

 4    back off again, and then tried to engage again to grab his

 5    arm.

 6    Q.       Were you successful?

 7    A.       No.

 8    Q.       What was he doing?

 9    A.       He was putting his arm, like, underneath him, which

10    is really hard.  He was really strong.  Around the same time,

11    two patrol officers came in and extracted -- his arms were

12    underneath.  Somebody did, I don't knowledge who it was,

13    somebody gave me a pair of flex cuffs, plastic handcuffs,

14    which I tried to put on Mr. Darden, but as soon as I pulled

15    the ring, it ripped, so they were not successful.

16    Q.       Well, was that before or after the second --

17    A.       That was after the second.

18    Q.       That was after the second taser?

19    A.       Yes.

20    Q.       So, now, these handcuffs that you say that you

21    attempted to cuff him with, they were called -- are those

22    called flex cuffs?

23    A.       Yes, sir.

24    Q.       And basically, are they similar to a plastic tie?

25    A.       Yes, in some ways.
```

```
 1   Q.        And were -- had you used those particular handcuffs
 2   for a long period of time?
 3   A.        No, sir.
 4   Q.        Was that a new product --
 5   A.        Yes, sir.
 6   Q.        -- that was being tried by your department?
 7   A.        Yes, sir.
 8   Q.        And did they fail?
 9   A.        Yes, sir.
10   Q.        And what did you do then?
11   A.        Somebody gave me a pair of regular handcuffs.  I put
12   them on one arm.  Around the same time, I pulled my own set of
13   handcuffs, put them on the other arm, or wrist, and put them
14   together.
15   Q.        Now, why did you use two handcuffs?
16   A.        Because he was a big man.
17   Q.        So you were actually giving him more room?
18   A.        Yes.
19   Q.        So he wouldn't have to stretch his arms so far behind
20   his back?
21   A.        Yes, sir.
22   Q.        And that's something you're trained to do?
23   A.        Yes, sir.
24   Q.        Now, how many officers do you recall assisting in the
25   subduing of Mr. Darden?
```

1    A.       At some points, there were at least six of us, I

2    believe, inside the room.

3    Q.       Now, did you do anything that was different from the

4    training that you received with regard to placing individuals

5    who are resisting in handcuffs?

6    A.       No, sir.

7    Q.       Had that occurred to you before?

8    A.       What?

9    Q.       That particular situation where someone was

10   resisting --

11   A.       Yes, sir.  Yes, sir.  Yes, sir.

12   Q.       -- handcuffs?  Did you have any prior condition -- or

13   did you have any prior knowledge of any medical condition that

14   Mr. Darden might have?

15   A.       No, sir.

16   Q.       And while you were struggling with Mr. Darden on the

17   floor, did -- or while he was being tased and you were not

18   struggling with him, did you hear anyone state that he had

19   asthma?

20   A.       I heard people saying something like that, yes, sir.

21   Q.       And what did you do about that?

22   A.       Nothing.

23   Q.       Why?

24   A.       Because I don't know if he has asthma or not.  He's

25   still resisting, so my priority is to put him in handcuffs.

```
 1   Q.      So your first priority had to be, under the
 2   circumstances --
 3   A.      To secure him, yes.
 4   Q.      Okay.  When you sat Mr. Darden in a seated position
 5   up against the couch, did you place your knee against his
 6   back --
 7   A.      I did.
 8   Q.      -- to prevent him from falling back?
 9   A.      I did.
10   Q.      And how long did you remain like that?
11   A.      I couldn't tell.  Maybe 30 seconds maybe.
12   Q.      And what happened then?  Did someone else?
13   A.      Yes, Officer Brady came and put his knee behind his
14   back, and I had other duties to do, so I left the location and
15   went outside.
16   Q.      So, approximately 30 seconds after he sat up, you
17   left the room; is that correct?
18   A.      Yes, sir.  Yes, sir.
19   Q.      And why did you do that?
20   A.      Why did I leave?
21   Q.      Why did you leave?
22   A.      I had to take the names of all the persons that were
23   inside the house.  Being the new guy, that was one of my
24   duties after the execution of the search warrant.
25   Q.      So since you were the -- you were the newest person
```

```
 1    on the team?

 2    A.        Yes, sir.  Yes.

 3    Q.        And that was a duty that you had been assigned prior?

 4    A.        Yes.  Yes.

 5    Q.        Prior to the event?

 6    A.        Yes, sir.

 7    Q.        And did you do that?

 8    A.        Yes, sir.

 9    Q.        And did you have any more engagement with Mr. Darden

10    after that?

11    A.        No, sir.

12    Q.        Officer Romero, are you being sued in your individual

13    capacity --

14    A.        Yes, sir.

15    Q.        -- in this suit?  Does that mean that you're going to

16    be personally responsible for paying any judgment entered

17    against you in this case?

18    A.        Yes, sir.

19    Q.        Is that because state law prohibits the City from

20    paying any judgment?

21    A.        Yes, sir.

22            MR. WASHINGTON:  Your Honor, objection.  That's a

23    complete violation of the Motion in Limine that we had

24    addressed on yesterday talking about indemnification by the

25    City of Fort Worth.
```

```
1              MR. THOMAS:  I don't believe that's correct, Your

2     Honor.

3              MR. EAST:  There's an order expressly allowing that.

4              MR. THOMAS:  There's an order allowing that.

5              MR. WASHINGTON:  That's clearly on insurance --

6              THE COURT:  I've authorized them to do exactly what

7     he's doing.

8     Q    (BY MR. THOMAS)  Do you have an insurance policy that

9     will cover or pay for any judgment taken against you?

10    A.        No, sir.

11    Q.        What is your approximate net worth?

12    A.        It's around $55,000.

13    Q.        Does that include your homestead?

14    A.        Yes, sir.

15             MR. THOMAS:  Pass the witness, Your Honor.

16             MR. EAST:  Nothing for me, Your Honor.

17             THE COURT:  Do you have any questions?

18             MR. EAST:  No, Your Honor.

19             THE COURT:  Do you have any questions of this

20    witness?

21             MR. WASHINGTON:  Yes.  May I proceed, Your Honor?

22             THE COURT:  Yes.

23                         CROSS-EXAMINATION

24    BY MR. WASHINGTON:

25    Q.        Officer Romero, do you think the fact that you
```

```
 1    allegedly only have a net worth of only $50,000, that for some
 2    reason it should be okay for what you did?
 3              THE COURT:  That's a terrible question and you know
 4    that's not a proper question.
 5              MR. WASHINGTON:  We're talking about the net worth.
 6              THE COURT:  That's right, and I told them they could
 7    prove their net worth, bearing in mind what you were asking in
 8    your pleading.
 9    Q    (BY MR. WASHINGTON)  And you indicated that you punched
10    Jermaine Darden in the face?
11    A.       I did.
12    Q.       Did you punch Jermaine Darden in the face prior to
13    Officer Snow tasing him?
14    A.       I believe I did.
15    Q.       And when you punched Jermaine Darden in the face, did
16    he attempt to hit you back?
17    A.       No, sir.
18    Q.       Did he attempt to say anything to you?
19    A.       No, sir.
20    Q.       Did you observe Jermaine Darden threatening anyone?
21    A.       No, sir.
22    Q.       Jermaine was a big obese guy?
23    A.       He was a big guy, yes.
24    Q.       Would you agree with me if Jermaine wanted to punch
25    or hit someone, he could have done that?
```

```
 1    A.        Probably.

 2    Q.        And you are a pretty big guy as well?

 3    A.        Yes, not as big as him, but yes.

 4    Q.        But you're strong?

 5    A.        Yes.

 6    Q.        You work out?

 7    A.        Yes.

 8    Q.        And you would agree with me that at the moment that

 9    you held Mr. Darden, when he was in a seated position and when

10    you were holding him with your knee in his back, that for the

11    30-second period, he did not move one single time?

12    A.        I don't recall that.

13    Q.        You don't recall him moving?

14    A.        Yes, or no moving.

15    Q.        So would it be fair to say that at that point,

16    Mr. Darden was dead?

17    A.        I don't know that.

18    Q.        Did you check?

19    A.        No, I did not check.

20    Q.        Did you talk to anyone in the house about his asthma?

21    A.        No, I did not.

22    Q.        Are you familiar with the Fort Worth Police

23    Department general order, general orders on dealing with an

24    obese individual?

25    A.        The one that was spoken with Officer Snow?
```

1   Q.      Yes.  Are you familiar with it?

2   A.      Yes, sir.

3   Q.      And would you agree that you are not to place

4   handcuffs behind an obese person and put them face down?

5   A.      Well, under these circumstances, since he was

6   resisting, I was just trying to get him under control and in

7   custody, the safest to everybody involved.

8   Q.      Prior to joining the no-knock unit, did you have any

9   training on handling arrests in that unit?

10  A.      What kind of unit?

11  Q.      The no-knock, the Zero Tolerance Unit.  Did you have

12  any training on how to execute a no-knock warrant?

13  A.      No.

14  Q.      Did you observe any lookout at that house?

15  A.      No.  I was focused on the front door, my job.

16  Q.      Did anyone tell you they observed lookouts?

17  A.      Now, looking back, I have heard that before.  I don't

18  know which time I heard it, but in seven years, I have heard

19  that that was one of the reasons of the warrant, yes.

20  Q.      Right.  But did they tell you that they saw lookouts

21  when y'all got to the residence?

22  A.      Oh, no.

23  Q.      Did you observe any guns?

24  A.      I did not.

25  Q.      And do you recall telling me that you are aware that

1    a taser can cause seriously body -- serious bodily injury?

2    A.      Yes.

3    Q.      And you would agree with that?

4    A.      That I told you that?

5    Q.      Yes.

6    A.      Yes.

7    Q.      And do you also recall saying that if someone in the

8    house tells you that a person has asthma, or they can't

9    breathe, that it would not be appropriate to tase them?

10   A.      I don't remember that.

11   Q.      Let me read the question.  So, if you have

12   individuals in the house saying that a person cannot breathe,

13   he has asthma, would that not be a physical condition that you

14   would take into consideration before deploying your taser?

15   Answer:  At that time.

16   A.      Okay.

17   Q.      And would you agree with me, Officer Romero, that

18   Mr. Darden was placed on his stomach for a period of time

19   prior to you putting him in the seated position?

20   A.      Are you talking about after handcuffs or --

21   Q.      Yes.

22   A.      It was about a split second, yes.

23   Q.      And on the punching, we -- were you able to -- in

24   your review of the video, were you able to look at this video

25   and look at the moment that you punched Jermaine Darden?

```
1    A.       No.

2    Q.       So we cannot see that in the video?

3    A.       No.

4    Q.       You also indicated that all occupants of a residence

5    should be placed in a prone position until the residence has

6    been secured and determined to be safe.

7             Do you recall that?

8    A.       Yes.

9    Q.       Did you put Jermaine Darden in the prone position?

10   A.       We tried to.

11   Q.       Did you put him in it?

12   A.       We tried to.

13   Q.       Now, what part of Mr. Darden's face did you punch him

14   in?

15   A.       It had to be on his left side.  I don't remember

16   exactly where, but I punched him with my right side.

17   Q.       Did you punch him in the mouth?

18   A.       No.

19   Q.       Did you come to learn that he was bleeding from the

20   mouth?

21   A.       After the fact, I saw pictures, yes, over seven

22   years.

23   Q.       So, you know someone hit Mr. Darden in the mouth?

24   A.       Probably, yes.

25   Q.       And Officer Romero, your acts in punching and kicking
```

```
 1    Mr. Darden would be separate from the acts of Officer Snow
 2    tasing and kneeing Mr. Darden?
 3    A.      I did not kick Darden.
 4    Q.      Would your acts be different though, your acts that
 5    you performed that day, would they be different, the force
 6    that you used, be different from what Officer Snow used?
 7    A.      I did not kick Darden.
 8    Q.      I understand.  I'm saying your force, would it be
 9    different though?
10    A.      Yes.  My force was with hands and he was with a
11    taser.  It was different.
12    Q.      Were you given any type of reports of there being
13    guns in the house?
14    A.      No.
15    Q.      And do you think it would be reasonable to punch and
16    kick someone in the face?
17    A.      It depends on when -- it depends on the situation.
18    Q.      What situation would be reasonable with the facts --
19    facts similar to this case, where it would be okay to kick
20    someone in the face?
21    A.      I don't think it's reasonable to kick somebody in the
22    face in this situation.
23            MR. WASHINGTON:  I pass the witness, Your Honor.
24            THE COURT:  Do y'all have any more questions of this
25    witness?
```

1          *MR. EAST:*  Very briefly, very briefly.

2                        **CROSS-EXAMINATION**

3    **BY MR. EAST:**

4    *Q.*      Is it your position that it's a violation of any

5    policy to use the taser against somebody who is resisting if

6    somebody yells, he has asthma?

7    *A.*      No.

8    *Q.*      You're not aware of any such policy, are you?

9    *A.*      No.

10   *Q.*      When Mr. Washington keeps asking about handcuffing

11   people, are you familiar with the policy that says whenever a

12   person is handcuffed, the officer shall roll them on their

13   side or place them in a sitting position and caution should be

14   taken in that circumstance if the suspect is obese,

15   intoxicated, et cetera?  Are you familiar with that?

16   *A.*      Yes.

17   *Q.*      And are you -- is it your general order policy that

18   after somebody is handcuffed, you should, especially if they

19   are obese, you should seat them up?

20   *A.*      Yes.

21   *Q.*      And that's what happened in this case, correct?

22   *A.*      Yes.

23          *MR. EAST:*  Pass the witness.

24          *THE COURT:*  Okay.  Can he be excused as a witness?

25          *MR. WASHINGTON:*  Just very briefly, Your Honor.

```
1              THE COURT:  Pardon?

2              MR. WASHINGTON:  I just have a very brief question.

3              THE COURT:  Okay.  Come back.

4                        RECROSS-EXAMINATION

5    BY MR. WASHINGTON:

6    Q.      As an officer, Officer Romero, did you do anything to

7    confirm if Mr. Darden had asthma?

8    A.      I did not.

9              MR. WASHINGTON:  Pass the witness.

10             THE COURT:  Can he be excused as a witness?

11             MR. THOMAS:  Yes, he's a defendant though, Your

12   Honor.

13             THE COURT:  He's excused.  You can step down.  Thank

14   you.

15             Do the defendants rest?

16             MR. EAST:  Your Honor, may we approach?

17             THE COURT:  Pardon?

18             MR. EAST:  May we approach?  May we approach?

19             THE COURT:  Yes, you can come up here.

20             (Bench conference on the record, out of the hearing

21             of the jury, as follows:)

22             THE COURT:  Go ahead.

23             MR. EAST:  Two things, and they are related.  One is

24   the hour of the day and a break, which ties into my next

25   question.  We have a use-of-force expert that we want to take
```

1  a minute to talk about whether we want to call him or not, and

2  it would be appropriate and permissible if we could take about

3  a --

4          THE COURT:  I think this jury has heard all they

5  want to hear, but y'all decide that yourselves.  We'll take

6  the recess.

7          MR. EAST:  Thank you.

8          (In the hearing of the jury, as follows:)

9          THE COURT:  It's midafternoon and I promised we

10  would take a recess around midafternoon, so we're going to

11  take a 15-minute recess.

12          COURT SECURITY OFFICER:  All rise.

13          (Jury not present)

14          (Recess)

15          COURT SECURITY OFFICER:  All rise.

16          (Jury present)

17          COURT SECURITY OFFICER:  Please be seated.

18          (Pause in Proceedings)

19          COURT SECURITY OFFICER:  All rise.

20          (Judge enters)

21          COURT SECURITY OFFICER:  Please be seated.

22          THE COURT:  Why don't the attorneys come up here

23  just a second.

24          (Bench conference on the record, out of the hearing

25          of the jury, as follows:)

```
 1              THE COURT:  What did y'all decide?

 2              MR. EAST:  We will call no more witnesses, Your

 3    Honor.

 4              THE COURT:  No more?  So y'all are resting?

 5              MR. EAST:  Yes, sir.

 6              THE COURT:  Okay.  Do y'all have any rebuttal?

 7              MR. WASHINGTON:  No rebuttal, Your Honor.

 8              THE COURT:  Do you close?

 9              MR. WASHINGTON:  We close.

10              THE COURT:  Do you close?

11              MR. EAST:  We close.

12              MR. THOMAS:  We close.

13              THE COURT:  Okay.  I want to give y'all the verdict

14    form as it now exists.  The only change between this and the

15    last version, that was attached to an order I last issued with

16    a form attached to it, is I added the -- I added the issue

17    that the Fifth Circuit suggested I add.

18              I had to change a condition.  I changed the

19    condition that's ahead of number 5 and added a new question.

20    I called it 6(a), the new question that the Fifth Circuit

21    suggested.  I think I've reviewed the exact wording -- no,

22    it's 5(a).

23              MR. EAST:  There should be one for each officer.

24              THE COURT:  Y'all study it.  Read 5 through 6(a) and

25    that will be the areas where there's some change.  The only
```

1    change is I've added a new issue, then I had to change two

2    conditions because I added that new issue.  I didn't condition

3    anything on the answer to 6(a), which is the new issue, which

4    I think is what the Fifth Circuit suggested that I not

5    condition anything on that issue.

6              Here's a copy for each of you.

7              *MR. EAST:*  Thank you.

8              Your Honor, for the record, although I don't know

9    that it's required by the rules anymore, we would like to

10   reurge the prior 50(a) motion on the same grounds.

11             *THE COURT:*  And I deny it.  I'm not saying it's not

12   a good motion, I'm just not granting it.

13             *MR. EAST:*  I understand, Your Honor.

14             *(In the hearing of the jury, as follows:)*

15             *THE COURT:*  Okay.  The evidence is over.  Both sides

16   have rested and both sides have closed, and that means they

17   are not going to offer any more evidence, and I'm sure y'all

18   will be disappointed you're not going to get to hear some more

19   witnesses.

20             I am to the point now where I have to give y'all the

21   legal instructions that will guide your deliberations and go

22   over -- your verdict will be answering a series of questions.

23   The number of questions you have to answer will depend on what

24   you've answered to some of the first few, and it may be that

25   you'll only answer two or it may be you'll have to answer

```
 1   30-some-odd.  It all depends on your answers.

 2              And it's going to take a while for me to read all

 3   this.  The law contemplates that I'll read the whole thing to

 4   you, the instructions on the law, and the verdict form, and

 5   the instructions that are in the verdict form.

 6              So that's what I'm going to do, and it may take me

 7   an hour to do that, and y'all probably will want to go home as

 8   soon as I get through doing that and come back tomorrow.  And

 9   if that's your decision, and I think it would be a wise

10   decision for you to make, that's what you'll do.

11              If you want to continue working and the lady that

12   has to drive, what, an hour and a half?

13              JUROR:  An hour-and-a-half.

14              THE COURT:  I'm sure she'll want to go home, and I

15   don't blame her.

16              So, y'all be patient with me while I read this.  Let

17   me find what I have to read.

18              MR. KITA:  Your Honor, can I approach briefly before

19   you begin the reading?

20              THE COURT:  Pardon?

21              MR. KITA:  May I approach briefly before you begin

22   the reading?

23              THE COURT:  You want to approach?

24              MR. KITA:  Please.

25              THE COURT:  Yes, you can.
```

```
1              MR. KITA:  Thank you.

2              (Bench conference on the record, out of the hearing

3              of the jury, as follows:)

4          THE COURT:  Yes.

5              MR. KITA:  I know -- I'm not trying to be a

6     nuisance, but this is just me doing my job.  I wanted to

7     reurge the objections that we filed to the Charge, as given.

8     We paper filed them back in, whatever it was, August and given

9     your ruling, but I feel like I wouldn't do -- I have to reurge

10    it before you read it to the jury.

11         THE COURT:  Well, what objections -- you want to

12    make the same objections y'all made in response to my orders?

13             MR. KITA:  Yes.

14         THE COURT:  I'll consider that you've made all those

15    objections to this verdict form --

16             MR. KITA:  Okay.

17         THE COURT:  -- that y'all have made in response to

18    my different orders where I attached a verdict form to the

19    order and gave y'all an opportunity to object to it.

20             MR. KITA:  Okay.

21         THE COURT:  I'll consider that you made all of those

22    objections to this verdict form.

23             MR. EAST:  All parties?

24         THE COURT:  Both parties.

25             MR. EAST:  Yes, Your Honor.
```

```
 1              THE COURT:  That way you don't have to make them

 2   now.

 3              Now, here's the -- here are four copies of the

 4   Charge that I'm going to read to the jury.  I think it's

 5   identical to the one that was attached to the first order I

 6   did with a verdict form, which I don't think there was ever

 7   any objection to the Court's Charge by either one of you.

 8              MR. KITA:  To the Court's Charge?

 9              MR. EAST:  The introductory part --

10              MR. KITA:  Oh, sorry, right.

11              THE COURT:  I don't think there was.

12              The only thing I can think of is I changed one word

13   someplace, and I don't think it was a substantive change, so

14   I'm going to give you all copies of that so you can see ahead

15   of time what that is.

16              MR. EAST:  Your Honor, for the record, and

17   considering the evidence that was presented --

18              THE REPORTER:  I need you in the microphone.

19              MR. EAST:  For the record, and considering the

20   evidence that was presented as to this part, there was one

21   additional pattern instruction that we would request.  Here

22   are copies of that.

23              THE COURT:  What do y'all think of his requested

24   instruction?  It looks like it's 2.12 out of something.

25   What's this from?
```

```
1              MR. EAST:  The Fifth Circuit Pattern Jury
2    Instructions, Your Honor.  I have the book with me, if anybody
3    needs it.
4              MR. KITA:  I would object that it was conflictive of
5    the other instructions that are already in --
6              THE COURT:  I think they are going to make whatever
7    conclusions they are going to make from what they have heard,
8    so I'm not going to give it.  I understand you've made that
9    request, and let me keep a copy of it so I'll know what you've
10   done.
11             Okay.  Y'all can go back and sit down.
12             MR. KITA:  One last thing.  So all the stuff we
13   filed, we don't need to restate it now?
14             THE COURT:  Do what?
15             MR. KITA:  Everything we filed before, it doesn't
16   need to be stated again?  It's all overruled?  Same ruling?
17             THE COURT:  I'm sorry?  Do you mean the same
18   objections y'all made in the different responses to my orders?
19             MR. KITA:  Yeah.
20             THE COURT:  I'm -- if they are being reurged -- I'm
21   treating them as reurged on both sides, and I'm treating --
22   I'm overruling them again.
23             MR. KITA:  You didn't say the word "overruled," so I
24   was just --
25             THE COURT:  Yeah, I'm overruling them.
```

```
 1              (In the hearing of the jury, as follows:)
 2              THE COURT:  Y'all be patient with me.  I'm going to
 3    read it, and it's a long one.
 4              And I need to take my Hall's pill before I start.
 5    These are pretty good on your throat if you have to do a lot
 6    of reading.
 7              Okay.  I'm going to start with what we call
 8    the -- if I can find it -- what we call the Court's Charge to
 9    the jury.  That's the initial legal instructions -- did I give
10    y'all all of my Court's Charges?  Somebody give me one back.
11    Thank you.
12              MR. KITA:  You're welcome.
13              THE COURT:  Okay.  Members of the Jury:
14              Now that you have heard the evidence and the
15    argument, it becomes my duty to give you the instructions of
16    the Court as to the law applicable to this case.
17              It is your duty as jurors to follow the law as
18    stated in the instructions of the Court and to imply -- to
19    apply the rules of law so given to the evidence in this
20    case.
21              Neither are you concerned with the wisdom of any
22    rule of law stated by the Court.  Regardless of any opinion
23    you may have as to what the law ought to be, it would be a
24    violation of your sworn duty to base a verdict upon any other
25    view of the law than those given in the instructions of the
```

1    Court, just as it would be a violation of your sworn duty as

2    judges of the facts to base a verdict upon anything but the

3    evidence or lack of evidence in the case.

4            Those are the words I added, by the way, "or lack of

5    evidence."  I added that twice.

6            Justice through trial by jury must always depend

7    upon the willingness of each individual juror to seek the

8    truth as to the facts from the same evidence presented to all

9    of the jurors and to arrive at a verdict by applying the same

10   rules of law as given in the instructions of the Court.

11           At the outset, I am sure you understand that -- by

12   this time that all parties to this litigation must be treated

13   exactly alike insofar as their rights are concerned.  This

14   case should be considered and decided by you as an action

15   between persons of equal standing in the community, of equal

16   worth, and holding the same or similar stations in life.

17           Do not let bias, prejudice, sympathy, resentment, or

18   any such sympathy (sic) play any part in your deliberations,

19   and do not speculate on matters not shown by the evidence.

20   Keep constantly in mind that it would be a violation of your

21   sworn duty to base a verdict on anything but the evidence or

22   lack of evidence in the case.  You will carefully and

23   impartially consider all of the evidence in the case, follow

24   the law as stated by the Court, and reach a just verdict,

25   regardless of the consequences.

1            The case is submitted to you on questions in a

2     "Verdict of the Jury" form, and I'll go over those questions

3     with you in a minute after I read this.

4            You will answer all but two of the questions based

5     on a preponderance of the evidence submitted to you under the

6     rulings of the Court, answering the questions by unanimous

7     consent -- every question has to be unanimously agreed

8     upon -- the answer has to be unanimously agreed on as to each

9     of the answers.  So you will write -- you will answer the

10    questions by the unanimous consent of the jury through your

11    foreperson, who will write your unanimous answers in the space

12    provided therefor following each question.  Each of the

13    questions has a place to put the answer.

14           Two of the questions contained in the verdict form

15    require that you base your answers on clear and convincing

16    evidence.  The answers to those questions must be unanimous

17    answers.  You will place your answers in the space provided

18    therefor following each of those questions, but you will base

19    your answers on clear and convincing evidence, rather than a

20    preponderance of the evidence as to those questions.

21           Clear and convincing evidence is defined as follows:

22           "Clear and convincing evidence" is evidence that

23    produces in your mind a firm belief or conviction as to the

24    matter in issue.  This involved a greater degree of persuasion

25    than is necessary to meet the preponderance of the evidence

1    standard; however, proof to an absolute certainty is not

2    required.

3           It is evidence -- it is necessary for the jury to be

4    advised of and understand certain legal terms which play such

5    a large part in the determination of this sort of litigation.

6    So, at the outset, I will give you some definitions and

7    explanations.  Additional definitions and explanations will be

8    provided to you in the verdict form.

9           And when I go over the verdict form, I'll go over

10   those definitions and explanations.  Actually, there are very

11   many definitions and explanations in the verdict form.

12   Continuing on with the reading here:

13          Unless otherwise instructed, you will answer the

14   questions in the verdict form with a "yes" or "no."  Except as

15   to the two questions that require answers based on clear and

16   convincing evidence, a yes or no answer must be based on a

17   preponderance of the evidence and must be the unanimous answer

18   of the jury.

19          When a question required other than a yes or no

20   answer, appropriate instructions will be supplied, and you

21   will answer in any event -- your answer, in any event, must be

22   based on a preponderance of the evidence and be the unanimous

23   answer of the jury.  If the question does not require a yes or

24   no answer, but directs you to make a finding from a

25   preponderance of the evidence, your answer to such a

1    question will be what you find the answer to be based on a

2    preponderance of the evidence and must be the unanimous answer

3    of the jury.

4           By the term "preponderance of the evidence" is meant

5    the greater weight and degree of credible evidence in the

6    case.  To establish by a preponderance of the evidence means

7    to prove something is more likely so than not so.  In other

8    words, a preponderance of the evidence in the case means such

9    evidence, as when considered and compared with that opposed to

10   it, has more convincing force and produces in your minds

11   belief that what is sought to be proved is more likely than

12   not.

13          It does not necessarily mean the greater volume of

14   evidence or the greater number of witnesses, but it means that

15   when you sift through all the evidence in the case, the

16   evidence that you consider credible or worthy of belief, you

17   take that evidence on each side and the side that has greater

18   weight, or that tips the scale, is the one that preponderates.

19          In determining whether any fact in issue has been

20   proved by a preponderance of the evidence in the case, the

21   jury may, unless otherwise instructed, consider the testimony

22   of all witnesses, regardless of who may have called them, and

23   all exhibits received in evidence, regardless of who may have

24   produced them.  So the preponderance of the evidence merely

25   means the greater weight and degree of the credible evidence.

1          By the way, all of the exhibits will go into the

2    jury room, so they will be available for y'all to look at when

3    you start your deliberations.

4          You, as jurors, are the sole judges of the

5    credibility of the witnesses and the weight their testimony

6    deserves.

7          You should carefully scrutinize all the testimony

8    given, the circumstances under which each witness has

9    testified, and every matter in evidence which tends to show

10   whether a witness is worthy of belief.  Consider each

11   witness's intelligence, motive, and state of mind, and

12   demeanor and manner while on the witness stand.  Consider the

13   witness's ability to observe the matter as to which he or she

14   testified and whether he or she impresses you as having an

15   accurate recollection of those matters.

16         Consider also any relation each witness may have had

17   to either side in the case, and the extent to which, if at

18   all, each witness is either supported or contradicted by other

19   evidence in the case.

20         Inconsistencies or discrepancies in the testimony of

21   a witness, or between the testimony of different witnesses,

22   may or may not cause the jury to discredit such testimony.

23   Two or more persons witnessing an incident or a transaction

24   may see it or hear it differently, and innocent

25   misrecollections, like failure of recollections, is not an

1    uncommon experience.  In weighing the effect of a discrepancy,

2    always consider whether it pertains to a matter of importance

3    or an important –– unimportant detail, and whether the

4    discrepancy results from innocent error or intentional

5    falsehood.

6            After making your own judgment, you will give the

7    testimony of each witness such credibility, if any, as you may

8    think it deserves.

9            In the final analysis, it is the responsibility of

10   the jury to make its own independent decision as to the

11   ultimate facts in this case and to reach that opinion based on

12   all of the evidence, regardless of the source from which it

13   came.

14           There are two kinds of evidence that may be

15   introduced as to the facts of a case.  One is direct evidence,

16   such as the testimony of an eyewitness.  The other is indirect

17   or circumstantial evidence, the proof of a chain of

18   circumstances pointing to the existence or nonexistence of

19   certain facts.

20           A fact is established by circumstantial evidence

21   when the fact sought to be established may be fairly and

22   reasonably inferred from other –– from all other facts and

23   circumstances proved in the case.  In order to establish a

24   theory, conclusion, or hypothesis by circumstantial evidence,

25   the proved facts and circumstances must be such to make that

1    theory, conclusion, or hypothesis more probable, not merely

2    possible, than any other theory, conclusion, or hypothesis

3    based on those facts and circumstances.

4              In other words, the fact to be proved is established

5    by an inference from proven circumstances.  A fact is

6    established by circumstantial evidence only if its existence

7    is more probable than any other fact that can reasonably be

8    inferred from all of such evidence.

9              As a general rule, the law makes no distinction

10   between direct or circumstantial evidence, but simply requires

11   that the jury find the facts in accordance with the

12   preponderance of all the evidence in the case or clear and

13   convincing evidence, both direct or circumstantial.  In other

14   words, the finding of a fact cannot be based on mere surmise

15   or speculation.

16             In making up your mind and reaching a verdict, you

17   may not -- do not make any decision simply because there were

18   more witnesses on one side than the other.  Do not reach a

19   conclusion on a particular point because there was just more

20   witnesses testifying for one side on that point.  Your job is

21   to think about the testimony of each witness you have heard

22   and decide how much you believe of what each witness had to

23   say.

24             Where there is no dispute concerning certain facts,

25   the attorneys may agree or stipulate as to those facts.  A

1    stipulation is something that the attorneys agree is accurate.

2    When there is no dispute about certain facts, the attorneys

3    may agree or stipulate about those facts.  You may accept

4    stipulated facts as evidence and treat them as facts -- as

5    having been proved as facts -- as having been proved here in

6    court.

7           Y'all might remember, it's been a long time ago, but

8    I read y'all some stipulated facts before, really, the trial

9    started.  That's what that refers to.

10          Now, certain evidence is presented -- been -- well,

11   this is not applicable.  I'm going to strike it out.  I am

12   going to modify it just a little bit.

13          You've had questions asked of witnesses, didn't you

14   say something on the deposition or not, so I am going to pick

15   back up here.

16          A deposition is the sworn, recorded answers to

17   questions a witness was asked under oath in advance of trial.

18          That explains what all those questions were about,

19   depositions.

20          Under some circumstances, if a witness cannot be

21   present to testify -- well, that's not applicable here.  I'm

22   going to leave that sentence out because it's simply not

23   applicable.

24          The next sentence I'm going to leave out, too,

25   because it's not applicable.

1          I'm going to pick back up with the paragraph

2     starting with the words "during the trial."

3          During the trial, you have heard the opinion of at

4     least one person who was presented as an expert.  If

5     scientific, technical, or specialized knowledge might assist

6     the jury in understanding the evidence or determining a fact

7     in issue, a witness qualified as an expert by knowledge,

8     skill, experience, training, or education may testify and

9     state an opinion concerning such matters.

10          Merely because an expert witness has expressed an

11     opinion does not mean, however, that you must accept that

12     opinion.  The same as is true as with any other witness, it is

13     up to you to decide whether you believe the testimony of an

14     expert and choose to rely on it.  Part of that decision will

15     depend on your judgment about whether the witness's background

16     or training and experience is sufficient for the witness to

17     give the expert opinion that you heard.  You must also decide

18     whether the witness's opinions were based on sound reasons,

19     judgment, and information.

20          When words are used in the questions in the verdict

21     form in a sense which varies from the meaning commonly

22     understood, you will be given, either in this Charge or in the

23     verdict form, a proper legal definition, which you are bound

24     to accept in place of every other definition or meaning.  You

25     will be guided by the instructions contained in the verdict

1    form the same as you are to be guided by the instructions I'm

2    giving you now.

3           You are the exclusive judges of the facts proved,

4    the credibility of the witnesses, and the weight to be given

5    their testimony, but you are bound to receive the law from the

6    Court, as stated herein, and in the verdict form, and be

7    governed accordingly.

8           To reach a verdict, all of you must agree.  Your

9    verdict must be unanimous and your -- on each question you

10   answer.  Your deliberations will be secret.  You will never

11   have to explain your verdict to anyone.

12          It is your duty to consult with one another and to

13   deliberate in an effort to reach agreement, if you can do so.

14   Each of you must decide the case for yourself, but only after

15   an impartial consideration of the evidence with your fellow

16   jurors.

17          During your deliberations, do not hesitate to

18   reexamine your own opinions and change your mind if convinced

19   that you were wrong, but do not give up your honest beliefs as

20   to the weight or effect of the evidence solely because of the

21   opinion of your fellow jurors or for the mere purpose of

22   returning of a verdict.

23          During your deliberations, you must not communicate

24   with or provide any information to anyone by any means about

25   this case.  You may not use electronic devices -- any

1   electronic device or media, such as a telephone, a cell phone,

2   smart phone, iPhone, BlackBerry or computer, the internet, or

3   any internet service, any text or instant messaging service,

4   any internet chat room, blog, or website such as Facebook,

5   MySpace, LinkedIn, YouTube, or Twitter, to communicate with

6   anyone about information -- anyone -- to anyone to -- let me

7   back up -- to communicate to anyone any information about this

8   case or to conduct any research about this case until after I

9   accept your verdict.

10          In other words, you cannot talk to anyone by phone,

11  correspond with anyone, or electronically communicate with

12  anyone about this case.  You can only discuss this case in the

13  jury room with your fellow jurors during deliberations.

14          You may not use any electronic means to investigate

15  or communicate about this case because it is important that

16  you decide this case based solely on the evidence presented in

17  the courtroom.  Information on the internet or available

18  through social media might be wrong, incomplete, or

19  incorrect.

20          You are only permitted to discuss this case with

21  your fellow jurors during deliberations because they have seen

22  and heard the same evidence you have.  In our judicial system,

23  it is important that you not be influenced by anything or

24  anyone outside this -- by anyone or anything outside this

25  courtroom.  Otherwise, your deliberations may be based on

1    information known only to you and not to your fellow jurors or

2    to the parties in the case.  That would unfairly and adversely

3    affect -- impact the judicial process.

4            Now, bearing in mind the foregoing instructions, as

5    well as the further instructions later given to you by me

6    orally or in writing, you will return herein answers to the

7    questions in the verdict form or to such of those -- or

8    to -- as such of them as may be necessary according to the

9    specific explanations in connection with such questions.

10           After you retire to the jury room, you will select

11   your foreperson.

12           It is the duty of your foreperson:

13           One, to preside over your deliberations.

14           Two, to see that your deliberations are conducted in

15   an orderly manner and in accordance with the instructions of

16   this Charge.

17           Three, to write out and hand to the court security

18   officer --

19           By the way, the court security officer will stand

20   right outside your door throughout your deliberations, so if

21   there's a message that you want to send to the Court, it

22   should be written out by your foreperson and handed to the

23   court security officer, and he'll bring it to me.  Let me

24   repeat what I just said.

25           To write out and hand to the court security officer

1    any communications concerning the case that you desire to have

2    delivered to me.

3          The fourth thing is to conduct a vote on the

4    questions.  That's another function of the foreperson.

5          And the fifth thing is to write your answers to the

6    questions in the spaces provided in the verdict form.

7          And six, to certify to your verdict in the space

8    provided for the foreperson's signature.

9          Now, bear in mind you are never to reveal to any

10   person, not even to the Court, how the jury stands,

11   numerically or otherwise, on any question until after you have

12   reached a verdict.

13         Let me have an attorney for each party come up here

14   just a second.

15               *(Bench conference on the record, out of the hearing*

16               *of the jury, as follows:)*

17         *THE COURT:*  Does the plaintiff have any objection to

18   the Court's Charge as I've read and explained it to the jury?

19         *MR. KITA:*  Are the stipulated facts supposed to be

20   included in the Charge itself?

21         *THE COURT:*  It's just the Court's Charge, that I've

22   already read.

23         *MR. KITA:*  Other than the absence of the stipulated

24   facts, no.

25         *THE COURT:*  What?

```
1              MR. KITA:  I said, other than the facts that are
2    stipulated, that were read to the jury in the beginning,
3    should probably be given to them in the Charge.
4              THE COURT:  I'm asking you if you have any objection
5    to the Court's Charge as I've read and explained it to the
6    jury.
7              MR. KITA:  I have an objection that the stipulated
8    facts are not included in it.
9              THE COURT:  Okay.  I overrule that objection.
10             Does either defendant have any objection to the
11   Court's Charge as I've read and explained it to the jury?
12             MR. EAST:  Not to what you just read, no.
13             MR. THOMAS:  No, Your Honor.
14             THE COURT:  Okay.  That's what I was asking.
15             (In the hearing of the jury, as follows:)
16             THE COURT:  Okay.  Now I'm going to read the verdict
17   form of --
18             (Bench conference on the record, out of the hearing
19             of the jury, as follows:)
20             MR. EAST:  Your Honor, Matt, Lee.  I think it's a
21   mistake, not an objection, but if I need to make an objection,
22   I will.
23             Questions number 3 and 4, that's a sort of a
24   double-negative.  The question should be is no -- that no
25   reasonable officer could have found that the force was
```

1    reasonable.  This says no reasonable officer could have found

2    it was excessive.

3              *THE REPORTER:*  I didn't hear you.

4              *MR. EAST:*  I said it's flipping the qualified

5    immunity question, the questions 3 and 4 are --

6              *THE COURT:*  You're talking about questions 3 and 4?

7              *MR. EAST:*  Yes, Your Honor.

8              *MR. KITA:*  Do you have a Pattern Jury Charge?

9              *THE COURT:*  I think it's correct the way I had it

10   worded.

11             *MR. EAST:*  Your Honor, it's hard to think through it

12   because --

13             *THE COURT:*  Ask him if he agrees with what you've

14   done, and if both of you agree to it --

15             *MR. KITA:*  Do you have a PJC?

16             *MR. EAST:*  I don't know that he got that one from

17   it, but I can find it.

18             *MR. KITA:*  Can you give us two seconds to consult,

19   Judge?  Judge --

20             *(Conferring between counsel away from bench*

21             *(Reapproaching the bench)*

22             *THE COURT:*  Have y'all agreed on that?

23             *MR. EAST:*  Yes, Your Honor.  The -- this is the

24   qualified immunity standard.

25             *THE COURT:*  Well, where is the language you're

```
 1    talking about?

 2            MR. EAST:  Well, if you -- I just lost it.  It was

 3    right there.

 4            THE COURT:  Where is it?

 5            MR. EAST:  I think it's that paragraph with the

 6    handwriting on it.  Qualified immunity applies if --

 7            THE COURT:  Could have believed what?

 8            MR. EAST:  Could have believed that it was lawful,

 9    and in yours it says could have believed that it was

10    excessive.  That's the -- backwards.

11            MR. KITA:  Those are the changes that we agreed to.

12            THE COURT:  Okay.  If y'all agree to it, I'm going

13    to change 3 to read the way you did it.  I'm going to change

14    the "would" to "could."  I'm going to change the word

15    "excessive" to "lawful."  That's in 3 and 5 or 3 and 4.

16            MR. EAST:  3 and 4.

17            THE COURT:  I'm going to take out the word "or" and

18    I'm going to take the U-N in front of unreasonable, and those

19    are the changes I'm going to make.

20            MR. KITA:  And then the same ones in Question 4

21    because it's --

22            THE COURT:  And I'll have her retype this before I

23    give it to the jury.  I'll make the same changes in Question

24    4.

25            MR. EAST:  Very good.
```

```
 1              THE COURT:  Both of you do agree to it?
 2              MR. KITA:  Yes, Your Honor.
 3              THE COURT:  Okay.  Do you agree to that?
 4              MR. THOMAS:  I agree, yes, Your Honor.
 5              THE COURT:  I'm glad y'all agree on something.
 6    Here, do you want this back?
 7              MR. KITA:  Oh, yeah.  Here, I'll take it from you.
 8              (In the hearing of the jury, as follows:)
 9              THE COURT:  Okay.  Now I'm going to read the verdict
10    form.  It's longer than the last one, so y'all be patient with
11    me.
12              It's called, Verdict of the Jury, and it says:
13              We, the jury, return our answers to the following
14    questions as our verdict in this case.
15              Question Number 1:  Do you find from a preponderance
16    of the evidence that while participating in the detention of
17    Jermaine Darden defendant W.F. Snow used excessive force?
18              You are instructed that in answering Question Number
19    1, you will be guided by the following explanations and
20    instructions:
21              For you to answer "yes" to Question Number 1, you
22    must find that each of the following three elements has been
23    established by a preponderance of the evidence:
24              First element:  An injury.
25              The second element:  That such injury resulted
```

1    directly and only from the use by W.F. Snow of force that was

2    clearly excessive.

3           And the third element is:  That the excessiveness of

4    the force used by W.F. Snow was clearly unreasonable.

5           Now, there's a separate issue for Officer Snow, and

6    then there will be a separate one for Officer Romero, and what

7    I'm doing now is talking about the Officer Snow issue.

8           You are instructed that in deciding whether the

9    second and third elements have been established by a

10   preponderance of the evidence, you are to consider the

11   following additional instructions.

12          And I'm going to remind you what those two elements

13   are.  The second element is that such injury resulted directly

14   and only from the use by W.F. Snow of force that was clearly

15   excessive, and the third element is that the excessiveness of

16   the force used by W.F. Snow was clearly unreasonable.

17          Now, I'm going to continue on with the instructions:

18          You are instructed that in deciding whether the

19   second and third elements may have been established by a

20   preponderance of the evidence, you are to consider the

21   following additional instructions:

22          Officers executing a search warrant for contraband

23   have the authority to detain the occupants of the premises

24   while a proper search is being conducted.  Such detentions are

25   appropriate because the character of the additional intrusion

1    caused by detention is slight and because the justifications

2    for detention are substantial.

3           The detention of an occupant is less intrusive than

4    the search warrant -- search itself, and the presence of a

5    warrant assures that a neutral magistrate has determined that

6    the probable -- that a probable cause exists to search the

7    home.

8           Against this incremental intrusion, there are three

9    legitimate law enforcement interests that provide substantial

10   justification for detaining an occupant:

11          Preventing flight in the event incriminating

12   evidence is found; minimizing the risk of harm to the

13   officers; and facilitating the orderly completion of the

14   search.

15          You must carefully balance the nature and quality of

16   the intrusion by W.F. Snow on Jermaine Darden to be protected

17   from excessive force against the government's right to use

18   some degree of physical coercion or threat of coercion to

19   detain Jermaine Darden.  Not every push or shove, even if it

20   may later seem unnecessary in hindsight, constitutes excessive

21   force.

22          You must pay careful attention to the facts and

23   circumstances, including the severity of the crime that led to

24   the entry of the officers into the residence on the occasion

25   when the officers attempted to detain Jermaine Darden, whether

1    Jermaine Darden posed an immediate threat to the safety of

2    W.F. Snow or others, whether W.F. Snow reasonably perceived

3    that Jermaine Darden posed an immediate threat to the safety

4    of W.F. Snow or others, whether Jermaine Darden was actively

5    resisting or attempting to evade detention, and whether W.F.

6    Snow reasonably perceived that Jermaine Darden was actively

7    resisting or attempting to evade detention.  The drug offense

8    that led to the issuance of the no-knock search warrant was a

9    serious crime.

10           Finally, the reasonableness of a particular use of

11   force is based on what a reasonable officer would do under the

12   circumstances and not on the state of mind of W.F. Snow or

13   Jermaine Darden.  You must decide whether a reasonable officer

14   on the scene would view W.F. Snow's use of force as reasonable

15   without the benefit of 20/20 hindsight.

16           That inquiry must take into account the fact that

17   police officers are sometimes forced to make split-second

18   judgments in circumstances that are tense, uncertain, and

19   rapidly evolving about the amount of force that is necessary

20   in a particular situation.

21           If you find that the force used by W.F. Snow was

22   used by him because Jermaine Darden was actively resisting

23   detention when the force was used, or because W.F. Snow

24   reasonably perceived that Jermaine Darden was actively

25   resisting detention when the force was used; or, if you find

1    that Jermaine Darden did not comply with the commands of W.F.

2    Snow or other officers, or that W.F. Snow reasonably perceived

3    that Jermaine Darden did not comply with the commands of W.F.

4    Snow and other officers, as W.F. Snow and the other officers

5    were attempting to detain him, you must take those facts into

6    account in determining whether the force W.F. Snow used was

7    excessive and whether the force was unreasonable.  You must

8    also consider whether a detainee is not actively resisting

9    arrest, the degree of force the officer can be used -- let me

10   read that sentence over again.

11         You must also consider that when a detainee is not

12   actively resisting detention, the degree of force an officer

13   can use is reduced.

14         What would ordinarily be considered reasonable force

15   does not become excessive force when the force aggravates,

16   however severely, a preexisting condition, the existence and

17   extent of which would not -- would have been unknown to a

18   reasonable police officer, situated as W.F. Snow was at the

19   time.

20         And then it has a place for you to answer that first

21   question.  All of those instructions I've given you were

22   instructions related to the question asking whether -- do you

23   find from a preponderance of the evidence while participating

24   in the detention of Jermaine Darden defendant W.F. Snow used

25   excessive force?  And the explanations and instructions I've

1    given you, that I've read so far, all pertain to that

2    question.

3            After those instructions, it has a place for an

4    answer.  Answer to Question Number 1:  It says answer "yes" or

5    "no" and it has a place for an answer, either a yes answer or

6    a no answer.  And you can either answer by writing in

7    the -- the foreperson can either answer by writing in a yes or

8    no or simply checking either the yes or no blank.

9            Now, Question Number 2 is identical to Question

10   Number 1, only it asks about Romero.  I'm not going to read

11   all that because it's identical.  The question is identical,

12   all those instructions are identical that were in Question

13   Number 1, and the way to answer it is the same, so I'm not

14   going to take up your time reading that one, if you don't

15   mind.

16           And then the next -- there are conditions between

17   the questions, and this is a condition to Question Number 3.

18   It tells you what you do beyond -- after you've answered one

19   question, it will tell you what to do after that.  If it

20   doesn't tell you what to do, then you just go ahead and answer

21   the next question.

22           The Condition to Question Number 3:  If you have

23   answered Question Numbers 1 and 2 -- that's the two questions

24   about the -- whether the defendants used excessive force, and

25   it says, if you have answered Questions Numbers 1 and 2 and

1    your answer to each is no, do not answer any further questions

2    in this verdict form; however, if you have answered Question

3    Number 1 -- and that's the one having to do with Officer

4    Snow -- if you have answered that question "yes," then you

5    answer Question Number 3.

6           And Question Number 3 is:  Do you find from a

7    preponderance of the evidence that a reasonable officer could

8    have believed that the force you have found in your answer to

9    Question Number 1 was --

10          Should that be lawful or reasonable?

11          MR. EAST:  Yes, Your Honor.

12          THE COURT:  Let me read that question back.

13          Do you find from a preponderance of the evidence

14   that no reasonable police officer could have believed that the

15   force you have found in your "yes" answer to Question Number 1

16   was lawful or reasonable under the circumstances facing W.F.

17   Snow at that time?

18          And the answer to that is yes or no, and there's a

19   place for an answer.

20          And then the Condition to Question Number 4:

21          If you have answered Question Number 2 -- which is

22   the question asking about Romero, whether he used excessive

23   force -- if you have answered that yes, then you answer

24   Question Number 4.

25          And Question Number 4 is:  Do you find from a

1    preponderance of the evidence that no reasonable police

2    officer could have believed that the force you have found in

3    your "yes" answer to Question Number 2 was lawful or

4    unreasonable under the circumstances --

5              *MR. EAST:*  Lawful --

6              *THE COURT:*  -- facing J. Romero at the time.

7              *MR. EAST:*  Your Honor, you added the word "un" back

8    in on that last reading.

9              *THE COURT:*  After the word "lawful," I said and?

10             *MR. EAST:*  Lawful or reasonable, and you said lawful

11   or unreasonable.

12             *THE COURT:*  Okay.  I misspoke.  Let me read that

13   question again.  It was the same as Question Number 3, but

14   this time it refers to defendant Romero instead of defendant

15   Snow.

16             Question Number 4:  Do you find from a preponderance

17   of the evidence that no reasonable police officer could have

18   believed that the force you have found in your "yes" answer to

19   Question Number 2 was lawful or reasonable under the

20   circumstances facing J. Romero at the time?

21             And then it has a place for an answer, and the

22   answer is yes or no.

23             Then the next condition is ahead of Question Number

24   5.  That condition is:  If you have answered both Questions

25   Numbers 3 and 4 and your answer to each of them is "no," do

1    not answer any further questions in this verdict form.  If you

2    have answered "yes" to Question Number 3, answer Question

3    Numbers 5 and 5(a).  If you have answered "yes" to Question

4    Number 4, then answer Question Numbers 6 and 6(a).

5           Question Number 5 is:  Do you find from a

6    preponderance of the evidence that such force used by W.F.

7    Snow was the direct and only cause of the death of Jermaine

8    Darden?

9           Let me read that again.

10          Do you find from a preponderance of the evidence

11   that such force used by W.F. Snow was the direct and only

12   cause of the death of Jermaine Darden?

13          And then the instruction below that:  You are

14   instructed that in answering Question Number 5, you will be

15   guided by the following explanations and instructions:

16          The fact that preexisting conditions suffered by

17   Jermaine Darden increased his risk of death during the events

18   relating to his detention, or that those conditions

19   contributed to cause his death, does not prevent excessive

20   force used by W.F. Snow from being the direct and only cause

21   of his death, so long as you find from a preponderance of the

22   evidence:

23          One, that a reasonable police officer situated as

24   W.F. Snow was at the time would have known of the existence

25   and extent of those conditions; and two, that Jermaine

1    Darden's death would not have occurred had W.F. Snow used the

2    excessive force, if any, he used as he was participating in

3    the detention of Jermaine Darden.

4              And it has a place for a yes or no answer.

5              And then Question Number 5(a), which is one of the

6    questions you will answer if you -- if you have answered yes

7    to Question Number 3 and 5 -- well, Questions Numbers 3 and 4.

8    If you have answered "yes" to Questions Numbers 3 and 4,

9    you'll answer Question Number 5.

10             Do you find from a preponderance of the evidence

11   that such force used by J. Romero was the direct and only

12   cause of the death of Jermaine Darden?

13             And I give the same instructions there that I give

14   following the question asking about whether the excessive

15   force, if any, used by Snow was the direct and only cause of

16   the death.

17             It's:  You're instructed that in answering Question

18   Number 6, you will be guided by the following explanations and

19   instructions:

20             The fact that preexisting conditions suffered by

21   Jermaine Darden increased his risk of death during the events

22   related to his detention, or that those conditions contributed

23   to cause his death, does not prevent excessive force used by

24   J. Romero from being the direct and only cause of the death,

25   so long as you find from a preponderance of the evidence that

1   a reasonable police officer situated as J. Romero was at the

2   time -- that time, would have known of the existence and

3   extent of those conditions; and, two, that Jermaine Darden's

4   death would not have occurred had J. Romero not used the

5   excessive force, if any, he used as he was participating in

6   the detention of Jermaine Darden.

7           Then it has a place to answer that question yes or

8   no.

9           Then the next question doesn't have a condition:

10          Do you find from a preponderance of the evidence

11  that J. Romero knew or should have known of the existence and

12  extent of Jermaine Darden's preexisting condition?

13          And it has a place for a yes or no answer.

14          Then the next condition precedes Question Numbers 7

15  through 12, and it's a condition to questions -- Question

16  Numbers 7-12, and the condition is:

17          If you have answered both Question Numbers 5 and 6,

18  and your answer to each is "no," you will not answer Question

19  Numbers 7 through 12, but you will go to and answer Question

20  Numbers 13 and 14.

21          *MR. KITA:*  Judge, can I interrupt you briefly?

22          *THE COURT:*  Pardon?

23          *MR. KITA:*  May I approach, please?  Can we have a

24  conference?

25          *THE COURT:*  I'm sorry, did I misspeak?  Did I

```
1    misread something?

2              MR. KITA:  You didn't misspeak.  I just caught

3    another thing I would like to bring to your attention.

4              THE COURT:  Well, let me read that condition -- the

5    condition is what I misread?

6              MR. KITA:  No, it was on 5 and 6.

7              THE COURT:  What?

8              MR. KITA:  It was on 5 and 6, and I don't think you

9    misread it.  I think we need to address something.

10             THE COURT:  Come up here and tell me what you say

11   I've misread.

12             (Bench conference on the record, out of the hearing

13             of the jury, as follows:)

14             THE COURT:  Show me what I misread.

15             MR. KITA:  It's not --

16             THE REPORTER:  I need you in the mic.

17             MR. KITA:  The first question says to recover for

18   excessive force, we have to show the injury or causation and

19   then the -- the 5 and 6 both use the word "death" not injury.

20   I think that needs to be injury or death or --

21             MR. EAST:  This precedes the wrongful death damages

22   only, Number 7.

23             THE COURT:  We have -- way on over there, we have

24   injury as a separate --

25             MR. EAST:  These are --
```

```
 1              THE REPORTER:  I can't hear you.
 2              MR. KITA:  Thank you, Your Honor.
 3              THE COURT:  Are you satisfied I didn't misread
 4    anything?
 5              MR. KITA:  You did not misread it.
 6              THE COURT:  Thank you.
 7              (In the hearing of the jury, as follows:)
 8              THE COURT:  I think I read 6(a).  I was reading the
 9    condition to Question Numbers 7 and (sic) 12.
10              If you have answered both Questions 5 and 6 and your
11    answer to each is "no," you will not answer Question Numbers 7
12    through 12, but you will go to and answer Question Numbers 13
13    and 14.
14              Now, because of the possibility you will answer
15    Questions 7 through 12, I'm going to read those.
16              Question Number 7 is:  Find from a preponderance of
17    the evidence what sum of money, if any, paid now in cash,
18    would fairly and reasonably compensate the estate of Jermaine
19    Darden for the reasonable amount of expenses for the funeral
20    and burial of Jermaine Darden in a manner reasonably suitable
21    to his situation in life.
22              Then it has a place for an answer, and the
23    instruction about the answer is:
24              Answer in dollar and cents, if any, or none, as you
25    find from a preponderance of the evidence.
```

```
1              Then it has a place to put a dollar amount after the
2      words "funeral and burial expenses, if any."
3              Then Question Number 8:  Do you find from a
4      preponderance of the evidence that one or more of the persons
5      named below suffered damages by reason of the death of
6      Jermaine Darden?
7              And those persons listed are:  Harriet Darden,
8      Daylin Darden, Dashawn Darden, Donneika Darden, those persons.
9              Then the next instruction is:
10             You are instructed in answering Question Number 8,
11     you will be guided by the following explanations and
12     instructions:
13             The word "damages," as used in Question Number 8,
14     includes, and is limited to, the following elements.  You will
15     consider none other than answering -- none other in answering
16     the question.
17             And those elements are:
18             One:  Pecuniary loss, which means the past or future
19     loss of care, maintenance, support, service, advice,
20     counsel, and reasonable contributions of pecuniary value,
21     including (sic) any possible loss of inheritance that the
22     person that you were considering, in reasonable probability,
23     would have received in the past and would have received in the
24     future from Jermaine Darden had Jermaine Darden not died when
25     he did.
```

```
 1              Number two:  Loss of companionship and society,

 2    which means the past or future loss of the positive benefits

 3    flowing from the love, comfort, companionship, and society

 4    that the person that you are considering, in reasonable

 5    probability, would have received in the past or would have

 6    received in the future from Jermaine Darden had Jermaine

 7    Darden not died when he did.

 8              And the third element is mental anguish, which means

 9    the past or future emotional pain, torment, or (sic) suffering

10    that the person you are considering suffered in the past or

11    will suffer in the future because of the death of Jermaine

12    Darden.

13              Then it has a place to answer below that, and the

14    answer will be yes or no as to each of those persons, that is,

15    Harriet Darden, Daylin Darden, Dashawn Darden, and Donneika

16    Darden, and it has a yes or no answer as to each of them.

17              The instruction is:  Answer "yes" or "no" as to each

18    such person as you find from a preponderance of the evidence.

19              And I need to remind you what the question is:

20              Do you find from a preponderance of the evidence

21    that one or more of the persons named below suffered damages

22    by reason of the death of Jermaine Darden?

23              And the answer to the question has a yes or no as to

24    each of those persons, and the instruction is that you'll

25    answer yes or no as to each of those persons as you find from
```

1    a preponderance of the evidence.  In other words, whatever you

2    find, yes or no, you'll answer it.

3            Then there's a condition to Question Numbers 9

4    through 12.

5            If you have answered question numbers -- question --

6    if you have not answered -- let me back up.

7            If you have not answered "yes" to any person named

8    in Question Number 8, you do not answer -- you need not answer

9    any of the Question Numbers 9 through 12, but instead you will

10   go to and answer Question Number 13.  Otherwise, you will

11   answer the question or questions in Questions Numbers 9

12   through 12 that match up to the person or persons as to whom

13   you have answered "yes" in Question Number 8.

14           That is, those four persons.  Each one of those

15   persons you answered "yes" as to in Question Number 8, then

16   you answer the comparable question in 9 through 12.  And the

17   questions in 9 through 12 are identical -- well, let me go

18   ahead and read -- these are explanations as to the Questions

19   Numbers 9 through 12.

20           The next series of questions numbers -- Question

21   Numbers 9-12 requires that you find from a preponderance of

22   the evidence the amount of damage, if any, each of the persons

23   named in Question Number 8 as to whom you have answered "yes"

24   has suffered as to each of the elements of damage mentioned in

25   that question.

1          You are instructed that any monetary recovery by

2    these persons for pecuniary loss is subject to federal income

3    taxes, and that any recovery by any of those person for loss

4    of society or companionship or mental anguish is not subject

5    to federal income taxes.  You will not duplicate any amount in

6    your answer to any question that was included in your answer

7    to any other question, nor would you include any amount that

8    represents a funeral or burial expense.

9          And the condition to Question Number 9:

10         If you have answered "yes" to Question Number 8 as

11   to Harriet Darden, answer Question Number 9; otherwise, do not

12   answer Question Number 9, but go to Question Number 10.

13         Question Number 9:  Do you find from a preponderance

14   of the evidence -- let me start that one over again.

15         Find from a preponderance of the evidence what sum

16   of money, if any, if now paid in cash, would fairly and

17   reasonably compensate Harriet Darden for her damages, if any,

18   resulting from the death of Jermaine Darden.

19         And the instructions under that is:  You will be

20   guided by the following instructions -- explanations and

21   instructions in answering Question Number 9:

22         In determining the damages, if any, of Harriet

23   Darden, you may consider the health and life expectancy of

24   Jermaine Darden, the relationship between Jermaine Darden and

25   Harriet Darden, their living arrangements, Jermaine Darden's

```
 1    occupation and earnings history, any extended absence from one

 2    or another -- one another, the harmony of their family

 3    relations, and their common interests and activities, if any.

 4              Consider the elements of damage listed below and

 5    none other.  Those elements of damage are defined in the

 6    instructions and explanations in Question Number 8.  Consider

 7    each element separately.  Do not award any sum of money for

 8    any element if you have otherwise, under some other element,

 9    awarded the sum of money for the same loss, that is, do not

10    compensate twice for the same loss, if any.  Do not include

11    interest on any amount of damage you find.

12              And then Question Number 9:

13              Answer separately as to each element of damages in

14    dollars and cents, if any, or "none," as you find from a

15    preponderance of the evidence.

16              1.  Pecuniary loss, if any, in the past and future.

17              And a dollar mark blank for the dollar amount, if

18    any.

19              The number 2:  Loss of companionship and society, if

20    any, in the past and future.

21              And has a dollar amount there, if any.

22              And then the next is number 3:  Mental anguish, if

23    any, in the past and in the future.

24              And has a dollar amount.

25              Now, that question pertained to Harriet Darden.  If
```

1    the jury had answered "yes" in Question Number 8 to Harriet

2    Darden, that was the question that they would next answer as

3    to her.

4              There's an identical question, Number 10, with the

5    same instructions and the same -- exactly the same form of

6    answer as to Daylin Darden, and then question number -- well,

7    Question Number 10 -- well, Question Number 10 is identical as

8    to Daylin Darden, both with the condition of the question and

9    the form of answer.

10             And then Question Number 11 is identical with the

11   same condition, question, instructions, and form of answer

12   pertaining to Dashawn Darden.

13             And then Question Number 12 is identical as to the

14   condition, the wording of the question, and the instructions,

15   and the form of answer as to Donneika Darden.

16             Then Question Number 13 -- I think I instructed you

17   sometime back you wouldn't answer Questions 7 through 12 under

18   some circumstances, you would go directly to 13.  And if you

19   were guided by those instructions and had not terminated

20   pursuant to an earlier instruction, this is where you would

21   go, Question Number 13, and the question is:

22             Do you find from a preponderance of the evidence

23   that Jermaine Darden experienced physical pain or mental

24   anguish before his death as a direct result of the force, if

25   any, used by W.F. Snow while participating in the detention of

1    Jermaine Darden, that you found was excessive in your answer

2    to Question Number 1?

3            In other words, it's limited to the force you found

4    was excessive.

5            And then the instructions that go with this question

6    are:

7            You are instructed that in answering Question Number

8    13, you will be guided by the following explanations and

9    instructions:

10           You are instructed that the term "physical pain"

11   means the conscious physical pain, if any, experienced by

12   Jermaine Darden before his death as a result -- direct result

13   of the force, if any, used by W.F. Snow while participating in

14   the detention of Jermaine Darden, that you have found was

15   excessive in your answer to Question Number 1.

16           Continuing on with the instruction:

17           You are instructed that the term "mental anguish"

18   means the emotional pain, trauma, and suffering, if any,

19   experienced by Jermaine Darden as a direct result of the

20   force, if any, used by W.F. Snow while participating in the

21   detention of Jermaine Darden, that you have found was

22   excessive in your answer to Question Number 1.

23           Continuing on with the instructions:

24           The fact that a preexisting -- that preexisting

25   conditions suffered by Jermaine Darden contributed to cause

1    him to experience physical pain and mental anguish before his

2    death did not prevent the excessive force, if any, used by

3    W.F. Snow from being a direct cause of such physical pain or

4    mental anguish, if any, he suffered prior to his death, so

5    long as you find from a preponderance of the evidence:  One,

6    that a reasonable police officer situated as W.F. Snow was at

7    the time would have known of the existence and extent of those

8    conditions; and, two, that such physical pain and mental

9    anguish would not have occurred had W.F. Snow not used the

10   excessive force, if any, he used as he was participating in

11   the detention of Jermaine Darden.

12          And then I have a place for an answer:  Answer yes

13   or no as you find from a preponderance of the evidence.

14          Now, the Question Number 14 that follows that is an

15   identical question to Number 13 that pertains to J. Romero.

16   The instruction is the same, the question is the same, and the

17   form of answer is the same.  I don't think there's anything to

18   gain by me reading that again, so I'm just telling you that

19   that Question Number 14 is identical to Question Number 13,

20   the instructions are the same as in Question 13, and the form

21   of answer is the same as Question Number 13.  I've already

22   read that, so I don't think you need to read it again.

23          The next question is Question Number 15:

24          If you have answered question -- you have answered

25   "yes" to Question Number 13, answer Question Number 15;

1    otherwise, do not answer Question Number 15, but go to and

2    answer Question Number 16.

3           As a reminder, Question Number 13 was the one asking

4    about whether Jermaine Darden suffered pain and suffering as a

5    result of the excessive force you found in Question Number 1

6    against defendant Officer Snow.

7           The Question Number 15 is:

8           Find from a preponderance of the evidence what sum

9    of money, if any, now paid in cash, would fairly and

10   reasonably compensate the estate of Jermaine Darden for

11   damages Jermaine Darden suffered prior to his death by reason

12   of his physical pain or mental anguish, if any, directly

13   caused by the excessive force you have found in your answer to

14   Question Number 1 that W.F. Snow used as he was participating

15   in the detention of Jermaine Darden.

16          And there are some instructions that go with that.

17          You are instructed that in answering Question Number

18   15, you will be guided by the following explanations and

19   instructions:

20          You will include in your answer to Question Number

21   15 only the amount you find from a preponderance of the

22   evidence that Jermaine Darden suffered by reason of mental

23   pain -- of pain and mental anguish directly caused by the

24   excessive force you have found in your answer to Question

25   Number 1 that W.F. Snow used as he was participating in the

1    detention of Jermaine Darden.

2            You will not include in your answer to Question

3    Number 15 any amount of damages Jermaine Darden suffered prior

4    to his death by reason of pain or mental anguish caused by any

5    other police officer -- any other police officer as Jermaine

6    Darden was being detained.

7            The fact that preexisting conditions suffered by

8    Jermaine Darden contributed to cause him to experience

9    mental -- pain and mental anguish before his death did not

10   prevent the force used by W.F. Snow from being a direct cause

11   of such pain and mental anguish, if any, he suffered prior to

12   his death, so long as you find from a preponderance of the

13   evidence (1) that a reasonable police officer situated as W.F.

14   Snow was at the time would have known of the existence and

15   extent of those condition; and (2) that such pain and mental

16   anguish would not have occurred had W.F. Snow not used the

17   excessive force, if any, he used as he was participating in

18   the detention of Jermaine Darden.

19           Now, the next question is Number 15.

20           Answer separately in dollars and cents, if any, as

21   you -- as to each element of damage or "none" as you find from

22   a preponderance of the evidence.

23           And then this is the question asking how much would

24   reasonably compensate Dwayne (sic) Darden -- the estate of

25   Dwayne Darden for damages, if any, he suffered prior to his

1    death by reason of the excessive force, if any, you have found

2    W.F. Snow used in detaining Jermaine Darden.

3              And there's a place for an answer to that question

4    in the verdict form.

5              Answer separately in dollars and cents, if any, as

6    to each element of damage or "none" as you find from a

7    preponderance of the evidence, and then it has a place to put

8    a dollar amount for physical pain, if any, and a dollar amount

9    for mental anguish, if any.

10             Now, Question Number 16 is conditioned on a "yes"

11   answer to Question Number 14; otherwise, you don't answer

12   Question Number 16.

13             Question Number 14 is the one asking about the

14   conduct of defendant Romero and whether or not that caused

15   physical pain or mental anguish, if there was any excessive

16   force used by him.

17             The Question Number 16 -- you don't answer 17,

18   unless you've answered "yes" to 16 -- I mean, to 14, I'm

19   sorry.

20             And 16, the question pertains to J. Romero, asking

21   about the amount of money that would compensate the estate of

22   Jermaine Darden based on any physical pain and mental anguish

23   Jermaine Darden suffered as a result, if any, of the excessive

24   force you found against Jermaine Darden -- I mean, Romero,

25   Javier Romero, if you found any in answer to Question Number

1    2.

2         Question Number 16 is exactly the same as the

3    question that asked about the amount of money that would

4    compensate Jermaine Darden's estate for the conduct of -- pain

5    and suffering resulting from the conduct, excessive force

6    conduct, of defendant Snow.  It's exactly the same question,

7    exactly the same instructions, and exactly the same form of

8    answer.

9         Now, Question Number 17 is:

10        If you have answered Question Number 15 by a dollar

11   amount as to either element of damage, answer Question 17.

12        And Question 15 was the one asking about whether

13   Dwayne Darden -- asking about whether the damages, if any,

14   suffered by the estate of Mr. Darden, Mr. Snow was responsible

15   for, if any, by reason of any excessive force he used, and

16   this is asking the same question as to Mr. Romero.

17        If you have answered Question Number 15 by a dollar

18   amount as to -- that was as to Mr. Romero -- as to each

19   element -- as to each element of damage, answer Question

20   Number 17; otherwise, do not answer Number 17, but go to

21   answer Question Number 18.

22        Let me restate that.

23        It's:  If you have answered Question Number 15 as to

24   a dollar amount as to either element of damage, answer

25   Question Number 17; otherwise, do not answer Question Number

```
 1   17, but go to Question Number 18.

 2              Question Number 17 is:

 3              Do you find from a -- by clear and convincing

 4   evidence that punitive damages should be assessed against W.F.

 5   Snow and awarded to the estate of Jermaine Darden because of

 6   the harm Jermaine Darden suffered by reason of the excessive

 7   force on the part of W.F. Snow you have found in your answer

 8   to Question Number 17 (sic)?

 9              And the instructions that go with this:

10              You are instructed that in answering Question Number

11   17, you will be guided by the following explanations and

12   instructions:

13              Clear and convincing evidence is evidence that

14   produces in your mind a firm -- a firm belief or conviction as

15   to the matter in issue.  This involves a greater degree of

16   persuasion than is necessary to meet the preponderance of the

17   evidence standard; however, proof to an absolute certainty is

18   not required.

19              The purpose of punitive damages is to punish and

20   deter, not to compensate.  Punitive damages serve to punish a

21   defendant for malicious or reluctant -- reckless conduct, and,

22   by doing so, do deter others from engaging in similar conduct

23   in the future.  You are not required to award punitive

24   damages, but if you decide to award punitive damages, you must

25   use sound reason in setting the amount.
```

1          Punitive damages should be awarded only if a

2    defendant's conduct is so reprehensible as to warrant the

3    imposition of extra sanctions against a defendant to achieve

4    punishment or deterrence.

5          And it has a question -- place for a yes or no

6    answer below that.

7          Question Number 18 has a condition, and it's

8    conditioned on a "yes" answer to Question Number 17.

9          And the question is:

10         What sum of money, if any, should be assessed

11   against W.F. Snow and awarded to the estate of Jermaine Darden

12   as punitive damages for the harm Jermaine Darden suffered by

13   reason of the excessive force on the part of W.F. Snow that

14   you have found in answer to Question Number 1?

15         And the instructions that go with that is that:

16         You are instructed that in answering Question Number

17   18, you will be guided by the following instructions --

18   explanations and instructions:

19         You will take into account and be guided by the same

20   explanations and instructions you were given in the last

21   paragraph of the explanations and instructions contained in

22   Question Number 17.

23         Factors to be considered in awarding community (sic)

24   damages are:

25         1.  The nature of the wrong, if any.

1              The character of the conduct involved.

2              3.   The degree of culpability of W.F. Snow.

3              4.   The situation and sensibilities of the parties

4    concerned.

5              5.   The extent to which such conduct of W.F. Snow

6    offends the public sense of justice and propriety.

7              6.   The net worth of W.F. Snow.

8              And then there's a question for the answer:

9              Answer in dollars and cents, if any, or "none" and

10   it has a blank space following the words "punitive damages, if

11   any."

12             Now, Questions Number 19 and 20 are identical to 17

13   and 18, the questions, the condition, the explanations, so on,

14   except this time they pertain to defendant Romero, Officer

15   Romero, and they are asking first if punitive damages should

16   be awarded, assessed against defendant Romero, and, if so, how

17   much.

18             And that's the end of the verdict form.  Whew.

19             Anybody got any questions?

20             (Laughter)

21             *THE COURT:*  I didn't mean that.  Y'all come -- one

22   of you come up here.

23             *(Bench conference on the record, out of the hearing*

24             *of the jury, as follows:)*

25             *THE COURT:*  Does the plaintiff have any objection to

1    the verdict form as I've read and explained it to the jury,

2    beyond those objections that were made in writing by the

3    plaintiff to the various versions of the verdict form that I

4    attached to an order from time to time?

5              *MR. KITA:*  No objections, other than the ones we've

6    already made.

7              *THE COURT:*  Those that you were talking about that

8    were made in writing?

9              *MR. KITA:*  Yeah.

10             *THE COURT:*  And does the -- do either defendant have

11   any objection to the wording or -- about the verdict form or

12   the way I've explained it to the jury?

13             *MR. EAST:*  Same response, Your Honor.  No

14   objections, other than those already provided.

15             *THE COURT:*  In the objections to the various forms

16   of verdict that I've attached to various orders?

17             *MR. EAST:*  Yes, Your Honor.

18             *THE COURT:*  Okay.  That's all.

19             *(In the hearing of the jury, as follows:)*

20             *THE COURT:*  I don't think y'all want to reach a

21   verdict tonight.  If you do, everybody raise your hand.  I

22   don't see any hands on that.

23             I'll see y'all at the 9:00 in the morning.

24             *COURT SECURITY OFFICER:*  All rise.

25             *(Jury not present)*

1          *THE COURT:*  I'll see y'all at 9:00 in the morning.

2          *MR. KITA:*  Thank you, Judge.

3          *MR. EAST:*  Thank you, Your Honor.

4          *THE COURT:*  Oh, let me do one other thing before the

5    lawyers leave.

6          I want to be sure I have an accurate list of the

7    exhibits that have been received in evidence because we're

8    going to have to put together all the exhibits and take them

9    to the jury room, so I want to be sure I have an accurate

10   list.

11         I'm going to first go over the plaintiff's exhibit

12   list -- I mean, the plaintiff's exhibits, the ones I show

13   that -- okay.

14         Okay.  Somebody follow along with what I'm doing, so

15   I'll know I have an accurate list.  These are the list of

16   exhibits that I show the plaintiff offered and were received:

17   1, 4, 7, 10, 11, 22, 24, 48 --

18         *MR. EAST:*  Your Honor --

19         *THE COURT:*  Let me do it, and then you tell what

20   I've overlooked.

21         The next one is 72.

22         Okay.  That's what I show as being plaintiff's

23   exhibits that were offered and received.

24         *MR. EAST:*  Did you say -- did you say 48, Your

25   Honor?

```
1                 THE COURT:  Let me read it again, so there won't be
2      any misunderstanding:  7, 10, 11, 22, 24, 49, 72, 138.  I show
3      those as being the exhibits the plaintiff offered and were
4      received.
5                 Anybody disagree with that?
6                 MR. KITA:  It matches up with mine, Judge.
7                 THE COURT:  Pardon?
8                 MR. EAST:  I think we agree, Your Honor.
9                 THE COURT:  Are you saying you agree?
10                MR. EAST:  Yes, Your Honor.
11                MR. KITA:  Yes.
12                THE COURT:  Both of you agree?
13                MR. KITA:  On that, yes.  Those are the ones
14     plaintiff offered and received, yes.
15                THE COURT:  Okay.  I've called off the right numbers
16     of the exhibits the plaintiff offered and has received; is
17     that correct?
18                MR. WASHINGTON:  Yes.
19                THE COURT:  Okay.  Both sides agree to that.
20                I'm going to call off now the exhibits the defendant
21     offered and were received, so follow me as I do this.
22                MR. WASHINGTON:  Your Honor, just one interruption.
23     I think you may have called out the entire list of all the
24     exhibits.
25                MR. EAST:  No, he didn't.
```

```
1              MR. WASHINGTON:  138 wasn't one of our exhibits.
2              MR. EAST:  Okay.  Mr. Washington says 138 was
3    originally a defense exhibit.  He's right, but we admitted it
4    by agreement early during his case, so I don't know how we --
5              MR. WASHINGTON:  That's fine.  That's fine.
6              THE COURT:  Okay.  These are the exhibits that
7    defendant offered and were received:  94, 97, 100, 108, 109,
8    112, 114, 119, 120, 123, 124, 137, and 144, and 145.
9              MR. KITA:  What about Exhibits 1 and 4, Judge?
10             THE COURT:  Pardon?
11             MR. KITA:  Exhibits 1 and 4?  Did you say that
12   earlier?
13             MR. EAST:  You didn't say it on the second reading a
14   moment ago, but you said it on your first reading, yes.
15             THE COURT:  Do you want me to go over, again, the
16   ones I find as the defendant's exhibits that were offered and
17   received?
18             MR. EAST:  Your Honor, if you don't mind doing the
19   entire list, irrespective of who offered.
20             THE COURT:  Well, I can do that, but let's deal with
21   one thing at a time.
22             I want to find out if I've accurately described the
23   exhibits the defendant offered and received.
24             MR. EAST:  Yes, Your Honor.
25             THE COURT:  Are you not able to do that?  Do you not
```

1   have a list that would enable you to do that?  I'm sure your

2   cocounsel has such a list.

3         Do you have such a list?

4         MR. EAST:  I have one.

5         MR. THOMAS:  Yes, Your Honor.  It's probably not any

6   more accurate than his, however.

7         THE COURT:  Mr. East, let me ask you:  Did you not

8   keep a list of your exhibits that you -- were offered and

9   received?

10        MR. EAST:  Yes, Your Honor, but in the heat of the

11  moment, there may have been a few that I missed, so --

12        THE COURT:  Well, are you telling me you don't have

13  a way to separate the plaintiff's exhibits from the

14  defendant's exhibits?  I'm trying to figure out what your

15  problem is.

16        MR. KITA:  The problem is we have them in a big long

17  list, all consecutively numbered, and we have been checking

18  them off as we go, but when you were reading them, we were

19  trying to check them off and flip pages, so --

20        THE COURT:  Do you want me to read the defendant's

21  exhibits slower?

22        MR. WASHINGTON:  The entire list, Your Honor, just

23  the entire list that you have.

24        THE COURT:  Okay.  And then I'm going to find out --

25  y'all want them read separately as to plaintiff's and

 1  defendant's.  I've already established that I have accurately

 2  read the plaintiff's exhibits.

 3          I'm going to read the defendant's exhibits, and I

 4  want somebody out there to pay enough attention to what I'm

 5  reading to tell me if I've read it correctly.

 6          I show the defendant's exhibits are 94 -- I'll go

 7  slow -- 97, 100, 108, 109, 112, 114, 119, 120, 123, 124, 137,

 8  144, 145.

 9          Have I read accurately the exhibits the defendant

10  offered and were received, Mr. East?

11          *MR. EAST:*  Yes, Your Honor.

12          *MR. THOMAS:*  Yes, Your Honor, I agree with that

13  also.

14          *THE COURT:*  Pardon?

15          *MR. THOMAS:*  I also agree.

16          *THE COURT:*  You agree with what I've read as being

17  accurate?

18          *MR. KITA:*  For the defendants, yes.

19          *THE COURT:*  Okay.  Now, let's -- somebody put all

20  those exhibits together.

21          *MR. WASHINGTON:*  And they are.  They are all

22  combined now.

23          *MR. EAST:*  Your Honor, I apologize, but I think 125

24  was offered and admitted.

25          *MR. KITA:*  Yeah, it's in here because I saw it.  The

1  other one is 17.

2          MR. EAST:  Was 125 on your list, Your Honor?

3          THE COURT:  I don't show that it was admitted.  I

4  have a check mark by it, which indicates that I intended to.

5  I don't show that it was admitted, so we'll ask the court

6  reporter to tell us.

7          Was plaintiff's 125?

8          She says it was admitted, so I'll add 125 as being a

9  defendant's exhibit that was admitted.

10          MR. EAST:  Thank you, Your Honor.

11          MR. KITA:  The other one, Judge, was 17 admitted?

12          THE COURT:  Whoever said 17 was admitted is correct.

13  That's a plaintiff's exhibit.  I'm sorry we overlooked that

14  one.

15          MR. KITA:  Yeah, I almost missed it, but I think

16  that this book is complete.

17          THE COURT:  Okay.  Now, have y'all put all the

18  exhibits in one place so we don't give the jury less than the

19  exhibits?

20          Y'all be sure that volume has only the exhibits that

21  are to go to the jury and has all of them in it.

22          MR. EAST:  Matthew, is your 4 not here?

23          MR. KITA:  4 is the letters of administration.

24          MR. WASHINGTON:  Make sure it's not behind

25  something, Matt.

```
1                    (Counsel conversing at table)

2              MR. EAST:  Matt, 70 was the one that he unadmitted

3    because it's a duplicate of the earlier one.

4              MR. KITA:  Okay.

5              MR. EAST:  So that comes out.  I'm almost through my

6    run-through of them.  Yep, that matches.

7              MR. WASHINGTON:  Do we leave this with you?

8              THE REPORTER:  Yes, do that today.

9              MR. KITA:  Are we off the record?

10             THE COURT:  That's all.  I'm telling the court

11   reporter she can go.

12             MR. EAST:  Yes, Your Honor.

13             THE COURT:  Y'all don't get to approach the bench

14   anymore.

15             MR. EAST:  Yes, Your Honor.

16             (Laughter)

17             (End of Proceedings)

18

19

20

21

22

23

24

25
```

1                    **REPORTER'S CERTIFICATE**

2        I, Debra G. Saenz, CSR, RMR, CRR, certify that the

3   foregoing is a true and correct transcript from the record

4   of proceedings in the foregoing entitled matter.

5        I further certify that the transcript fees format

6   comply with those prescribed by the Court and the Judicial

7   Conference of the United States.

8        Signed this 3rd day of August, 2020.

9

10                         /s/ Debra G. Saenz

11                         DEBRA G. SAENZ, CSR, RMR, CRR
                           Texas CSR No. 3158
12                         Official Court Reporter
                           The Northern District of Texas
13                         Fort Worth Division

14

15   CSR Expires:        1/31/2022

16   Business Address:   501 W. 10th Street, Room 424
                         Fort Worth, Texas  76102
17

18   Telephone:          817.850.6661

19   E-Mail Address:     debbie.saenz@yahoo.com

20

21

22

23

24

25

**$**

$164 [1] 212/12
$20 [4] 163/15 193/11 211/9 211/24
$265 [1] 212/9
$30 [1] 211/24
$40 [1] 211/24
$50,000 [1] 268/1
$500 [1] 210/24
$55,000 [1] 267/12
$600 [1] 210/22

**'**

'12 [1] 105/6

**-**

-- if [2] 151/8 309/6
-- no [1] 277/21
-- on [1] 258/4
-- the [1] 311/4
-- well [1] 62/19

**.**

.024 [1] 202/15
.024 ounces [1] 202/15
.105 [1] 202/14
.105 ounces [1] 202/14
.123 [1] 202/13
.123 ounces [1] 202/13
.229 [1] 202/15
.229 ounces [1] 202/15

**/**

/s [1] 336/10

**0**

05 [1] 3/3

**1**

1.44 ounces [1] 202/13
1.8 grams [1] 202/12
1/31/2022 [1] 336/15
10 [7] 11/24 81/10 316/12 318/4 318/7 329/17 330/2
10 -- well [1] 318/7
10-year [1] 180/7
100 [2] 331/7 333/7
100,000 [1] 329/2
101 [2] 4/1 212/11
103 [1] 3/7
108 [16] 4/16 221/10 221/14 221/14 221/18 221/19 222/1 222/2 222/12 222/20 222/22 222/25 223/15 223/17 331/7 333/7
109 [6] 4/16 256/5 256/8 256/15 331/7 333/7
10th [2] 2/5 336/16
11 [8] 1/7 5/2 164/7 164/25 165/1 318/10 329/17 330/2
112 [10] 4/17 171/21 173/8 176/17 177/2 184/13 184/18 185/5 331/8 333/7
113 [1] 4/20
114 [10] 4/17 171/21 173/8 176/24 177/11 184/13 184/18 185/5 331/8 333/7
119 [10] 4/18 171/21 173/8 177/17 177/18 184/13 184/18 185/5 331/8 333/7
12 [17] 37/5 37/5 310/15 310/16 310/19 312/9 312/12 312/15 315/4 315/9 315/12 315/16 315/17 315/19 315/21 318/13 318/17
120 [12] 4/18 171/21 173/8 177/16

177/17 178/3 184/25 185/3 185/4 185/6 331/8 333/7
122 [6] 4/19 178/9 178/21 186/22 331/8 333/7
124 [8] 4/19 178/14 179/22 180/9 222/2 222/5 331/8 333/7
125 [8] 4/20 90/4 90/12 178/14 333/23 334/2 334/7 334/8
126 [4] 184/13 184/18 184/21 184/23
13 [15] 25/13 197/21 310/20 312/12 315/10 318/16 318/18 318/21 319/8 320/15 320/19 320/20 320/21 320/25 321/3
13-47898 [1] 178/4
137 [10] 4/20 25/15 112/9 113/8 114/13 161/19 190/16 190/17 331/8 333/7
138 [14] 30/24 31/8 31/9 119/13 120/5 120/11 126/2 134/3 134/9 134/10 190/14 330/2 331/1 331/2
13th [2] 190/3 224/18
14 [8] 197/21 310/20 312/13 320/14 320/19 323/11 323/13 323/18
144 [13] 4/21 221/11 221/15 221/23 222/1 222/3 222/6 222/16 222/17 222/19 223/15 331/8 333/8
145 [10] 6/11 40/25 90/2 90/3 90/13 90/14 90/16 90/17 331/8 333/8
14th [1] 180/17
15 [28] 13/17 14/1 21/19 33/11 40/24 41/3 41/16 42/15 43/14 48/20 49/20 51/6 51/12 51/13 90/3 197/21 320/23 320/25 321/1 321/7 321/18 321/21 322/3 322/19 324/10 324/12 324/17 324/23
15-minute [2] 103/11 276/11
16 [8] 51/9 321/2 323/10 323/12 323/17 323/18 323/20 324/2
161 [1] 4/1
165 [1] 229/3
167 [2] 4/2 4/2
16th [8] 60/18 195/8 196/7 196/25 197/5 197/17 224/18 258/5
17 [16] 323/17 324/9 324/11 324/20 324/20 324/25 325/1 325/2 325/8 325/11 326/8 326/22 327/12 334/1 334/11 334/12
170 [1] 4/3
173 [5] 4/15 4/17 4/17 4/18 4/18
178 [3] 4/19 4/19 4/20
18 [9] 162/9 162/15 162/22 199/2 324/21 325/1 326/7 326/17 327/13
18 -- yes [1] 134/10
184 [1] 4/3
186 [1] 4/4
187 [1] 4/4
19 [1] 327/12
1:50 [1] 168/6

**2**

2 ounces [2] 177/8 177/13
2.12 [1] 281/24
2.31 [1] 159/19
2.4 grams [1] 202/12
2.5 ounces [1] 202/14
20 [4] 35/21 231/19 303/15 327/12
20 -- May 13th [1] 224/18
20/20 [1] 303/15
200 [1] 180/12
200 grams [5] 177/6 177/10 178/2 179/19 180/5
2002 [1] 189/12
2003 [1] 254/20
2004 [1] 220/13

2006 [6] 176/19 180/1 180/7 180/13 180/22 184/14
2007 [2] 189/11 180/28 255/16
2008 [1] 177/19
2010 [1] 221/6
2011 [2] 189/23 224/8
2012 [1] 105/6
2013 [16] 58/9 58/22 60/18 102/8 102/11 111/17 192/24 194/8 195/1 195/8 197/17 240/10 240/13 240/24 257/12 258/7
2014 [2] 105/6 240/17
2016 [6] 190/3 224/18 240/21 240/24 241/5 241/6
2020 [3] 1/7 5/2 336/8
2022 [1] 336/15
206 [1] 4/5
214.699.1863 [1] 1/19
214.880.4883 [1] 1/17
215 [1] 4/5
217 [1] 4/6
218 [1] 4/6
219 [1] 4/7
22 [2] 329/17 330/2
222 [1] 4/21
223 [1] 4/16
23 [1] 32/12
239 [1] 4/7
24 [2] 329/17 330/2
240 [1] 4/7
246 [2] 4/8 4/9
248 [1] 4/9
252 [1] 4/9
254 [1] 4/10
256 [1] 4/16
267 [1] 4/10
27 [1] 142/19
274 [1] 4/10
275 [1] 4/11
277 [2] 3/8 3/9
278 [2] 3/10 3/11
28 [1] 154/12
280 [1] 3/12
283 [1] 3/13
2:15 [1] 159/11
2:30 [1] 214/20
2nd [2] 192/24 193/1

**3**

30 [5] 232/18 255/11 259/21 265/11 265/16
30-second [1] 269/11
30-some-odd [1] 279/1
300 pounds [3] 117/6 195/5 225/21
3030 [1] 215/6
306 [1] 1/22
30s [2] 117/7 195/6
30th [2] 177/19 195/1
3158 [1] 336/11
32 [1] 3/20
3232 [5] 62/2 112/16 178/7 190/2 215/6
325 [1] 1/16
329 [2] 3/14 4/15
336 [1] 3/15
337 [1] 3/16
34 [1] 129/4
340 pounds [1] 73/15
35 [1] 3/21
350 [1] 229/5
38 [1] 121/16
38-second [1] 123/20
3950 [1] 1/16
396th [1] 179/17

**3**

3rd [1] 336/8

**4**

4 grams [5] 177/6 177/9 178/1 180/5
180/12
40 [2] 3/22 119/22
401 [1] 175/8
403 [1] 175/8
404 [2] 173/24 175/8
41 [1] 144/4
424 [2] 2/5 336/16
45 [1] 232/18
47898 [1] 178/4
48 [3] 3/22 329/17 329/24
49 [6] 29/11 29/16 94/15 94/18 97/10
330/2
4:15-CV-221-A [1] 1/4

**5**

5 -- well [1] 309/7
5-minute [1] 57/1
50 [7] 3/5 3/10 54/13 54/25 133/17
239/2 278/10
501 [2] 2/5 336/16
507 [1] 2/2
50s [1] 117/5
51 [1] 3/23
5119 [1] 1/18
53 [1] 3/23
54 [2] 3/4 3/5
56 [1] 3/6
57 [1] 3/24

**6**

600 [1] 1/22

**7**

7-12 [1] 310/16
70 [1] 335/2
72 [2] 329/21 330/2
75201 [1] 1/16
75208 [1] 1/19
76102 [3] 1/22 2/5 336/16
76164-9135 [1] 2/2
79 [1] 3/24
7th [1] 1/22

**8**

80 [1] 3/24
817.625.8866 [1] 2/3
817.788.1111 [1] 1/23
817.850.6661 [2] 2/6 336/18
8th [1] 180/1

**9**

9-12 [1] 315/21
9135 [1] 2/2
94 [12] 4/15 171/21 173/8 176/13 184/3
184/7 184/8 184/13 184/18 185/5 331/7
333/6
96 [1] 3/25
97 [2] 331/7 333/7
9:00 [1] 329/1
9:00 in [1] 330/4
9:07 [2] 1/9 5/2
9th [3] 176/19 180/13 194/8

**A**

a -- by [1] 325/3
a -- Mr. East [1] 250/7
a -- there [1] 22/18

a -- what's [1] 195/3
a -- whether [1] 16/11
a -- your [1] 27/2
a.m [2] 1/9 5/2
ability [5] 100/23 129/17 186/8 186/15
288/13
able [32] 11/8 11/17 16/10 26/4 34/12
37/17 46/24 53/4 63/15 71/8 77/10 83/6
86/24 91/6 94/25 98/13 99/1 115/8
115/12 124/9 124/18 125/19 134/24
141/10 142/15 147/16 153/18 155/8
230/3 271/23 271/24 331/25
about [226]  6/24 8/2 8/8 9/3 9/10 9/17
9/21 9/21 10/22 11/6 11/20 13/5 13/24
14/1 14/3 15/15 16/16 16/17 17/18
17/23 18/2 18/7 21/9 21/25 22/3 22/14
22/15 22/17 23/5 23/9 23/12 23/17
23/19 23/22 24/1 24/4 24/9 25/4 26/11
26/14 26/24 26/24 27/19 28/3 28/13
29/5 29/7 29/13 29/21 32/15 33/7 34/8
35/24 36/9 36/20 36/24 37/22 40/11
41/2 41/7 41/10 42/16 46/6 46/25 50/3
50/9 50/12 56/11 60/2 61/21 62/12
72/23 73/8 82/1 85/1 86/1 87/19 87/21
88/11 88/14 88/18 97/3 97/10 97/11
98/17 98/22 101/14 101/15 103/10
105/4 106/18 107/2 107/3 107/3 108/3
108/7 109/7 111/1 114/15 117/16
124/18 134/18 134/19 139/18 139/20
141/24 144/4 149/6 149/9 152/21 155/1
164/24 168/20 173/13 175/17 175/25
176/11 178/20 178/23 179/2 179/4
179/7 184/23 185/2 186/7 186/14
186/17 187/23 187/24 191/3 191/9
194/5 198/5 199/9 203/3 203/17 203/22
204/2 204/9 204/12 204/23 204/24
205/4 205/5 205/11 205/11 205/16
205/20 205/25 206/19 206/21 207/3
207/4 208/16 209/1 209/2 209/15
209/18 210/18 211/25 212/14 212/20
215/24 216/4 216/5 216/6 216/8 218/15
228/11 229/3 232/20 237/5 237/20
237/21 238/17 241/1 242/18 245/6
246/21 247/12 247/20 250/10 250/17
250/18 250/18 251/16 257/18 261/10
264/1 266/24 268/5 269/20 271/20
271/22 274/10 276/1 276/2 290/21
291/2 291/3 291/18 292/15 293/24
294/6 294/7 294/8 294/12 294/15 298/6
299/1 301/7 303/19 305/10 305/24
306/22 309/14 312/23 321/4 323/13
323/21 324/3 324/12 324/13 328/7
328/11 331/9
about -- anything [1] 23/9
about -- well [1] 212/20
absence [2] 296/23 317/1
absolute [2] 286/1 325/17
absolutely [8] 71/10 85/5 148/4 156/22
156/25 187/17 226/21 247/21
abuse [1] 138/11
academy [2] 220/19 255/14
accept [5] 62/24 291/3 292/11 292/24
294/9
accomplish [4] 155/16 159/6 228/18
253/6
accomplishing [1] 68/11
accordance [2] 290/11 295/15
according [1] 295/8
accordingly [1] 295/7
account [3] 303/16 304/6 326/19
accuracy [1] 91/4
accurate [11] 45/23 167/20 256/18
256/20 288/15 291/1 329/6 329/9

329/15 332/6 333/17
accurately [4] 46/21 331/22 333/1 333/9
acquiescing [1] 21/20
achieve [1] 326/3
acquiescence [1] 246/22
across [4] 84/18 143/7 155/20 155/22
acted [1] 56/5
acting [3] 64/2 64/3 64/4
action [7] 8/1 80/8 105/20 105/22
105/23 110/3 284/14
actions [4] 77/16 79/21 94/12 125/24
actively [9] 125/20 129/13 244/22 303/4
303/6 303/22 303/24 304/8 304/12
activities [3] 137/17 184/13 317/3
activity [4] 191/11 191/25 216/9 216/10
acts [7] 70/24 172/21 175/6 272/25
273/1 273/4 273/4
actual [7] 30/24 31/4 31/12 64/18 67/19
67/22 114/15
actually [23] 33/20 34/13 34/16 46/13
48/8 60/6 64/19 67/13 67/22 70/2 78/10
78/11 78/17 94/13 94/14 151/12 152/2
154/19 157/11 165/6 247/9 263/17
286/10
Actually -- I'm [1] 157/11
Adam [3] 258/21 258/24 258/24
add [5] 188/6 197/21 197/21 277/17
334/8
add -- I [1] 197/21
added [10] 30/24 30/25 277/16 277/16
277/19 278/1 278/2 284/4 284/5 307/7
addition [4] 16/12 147/12 157/21 224/2
additional [13] 47/8 47/13 47/15 73/21
75/4 77/8 110/15 126/7 281/21 286/7
301/11 301/21 301/25
address [13] 16/11 88/2 112/12 112/16
116/24 118/12 190/2 191/2 191/3
191/23 311/9 336/16 336/19
addressed [16] 266/24
adequately [2] 100/21 100/23
adjacent [5] 51/18 51/22 51/23 92/23
93/5
adjudication [3] 4/20 180/18 181/8
admin [1] 189/15
administration [1] 334/23
ADMINISTRATOR [1] 1/4
admissibility [1] 172/10
admissible [1] 176/4
admissions [2] 3/14 56/10
admit [2] 222/1 223/9
admits [1] 179/21
admitted [24] 4/14 5/15 9/23 31/1 90/10
90/12 108/20 176/11 182/5 182/11
186/20 204/5 222/19 222/19 242/9
250/9 331/3 333/24 334/3 334/5 334/8
334/9 334/11 334/12
adult [1] 239/4
advance [2] 144/20 291/17
advantage [1] 71/11
adversely [1] 295/2
advice [3] 33/23 33/24 313/19
advised [1] 286/4
affect [1] 295/3
affidavit [20] 113/19 113/25 114/1
114/15 115/15 115/19 115/25 116/22
162/11 163/8 190/25 192/22 198/12
204/25 205/9 207/1 209/4 209/9 209/14
209/15
affidavit -- whose [1] 113/25
after [118] 9/19 11/10 11/18 12/5 12/6
13/5 13/5 13/11 18/3 18/7 20/15 20/24
23/6 41/13 43/15 43/21 47/14 48/22
49/3 50/13 50/14 64/23 73/2 75/25

A

after [94] 76/10 76/14 78/13 78/2 79/6
81/19 81/23 82/17 83/17 83/17 83/22
84/9 94/8 96/25 111/23 119/5 121/25
122/25 126/13 129/7 133/7 133/16
133/19 149/11 150/20 154/24 160/21
162/12 182/25 191/21 192/12 193/14
195/18 196/7 196/16 200/22 201/3
201/7 211/11 217/8 221/3 221/4 225/10
227/10 228/23 229/15 230/4 231/22
232/4 232/6 232/25 233/6 234/15
234/23 235/19 235/20 236/17 236/20
239/15 240/9 243/4 244/19 244/23
249/15 251/25 253/16 254/23 255/9
255/13 258/15 259/14 261/12 261/24
261/25 262/16 262/17 262/18 265/16
265/24 266/10 271/20 272/21 274/18
285/3 289/6 293/14 294/8 295/10
296/11 305/3 305/18 305/19 307/9
313/1
After -- was [1] 121/25
afternoon [4] 5/17 63/23 189/3 219/21
afterwards [1] 251/24
again [70] 8/25 10/18 13/17 17/3 20/14
22/13 28/10 36/3 51/17 51/24 61/9
62/18 69/18 76/7 76/8 92/22 108/2
108/8 113/13 116/10 125/14 126/18
127/11 130/22 131/2 131/14 135/5
135/20 136/1 136/7 136/14 146/12
147/19 147/22 148/22 150/14 153/8
153/11 155/2 157/3 159/18 163/24
164/13 187/9 195/20 207/14 232/18
233/3 233/4 233/4 236/18 241/17
246/25 247/2 248/14 260/13 261/15
261/17 262/4 262/4 282/16 282/22
304/10 307/13 308/9 316/14 320/18
320/22 330/1 331/15
against [22] 56/18 76/24 79/3 97/4
103/23 237/13 238/21 252/25 253/8
265/5 265/5 266/17 267/9 274/5 302/8
302/17 321/6 323/24 325/4 326/3
326/11 327/16
age [1] 117/1
agent [3] 60/23 61/1 190/1
aggravated [1] 94/14
aggravates [1] 304/15
agitated [1] 94/14
ago [7] 8/5 39/22 105/4 187/22 223/22
291/7 331/14
agree [46] 8/3 8/5 16/13 42/25 44/8
44/9 45/22 83/12 83/15 83/19 87/6 95/6
110/24 116/8 145/12 182/15 184/11
185/5 227/1 227/2 245/8 245/11 245/19
257/22 268/24 269/8 270/3 271/3
271/17 290/25 291/1 291/3 293/8
298/14 299/12 300/1 300/3 300/4 300/5
330/8 330/9 330/12 330/19 333/12
333/15 333/16
agreed [10] 13/12 13/14 22/9 55/23
83/21 238/2 285/7 285/8 298/22 299/11
agreement [8] 21/11 21/12 29/10 29/12
29/13 63/23 293/13 331/4
agrees [1] 298/13
ahead [30] 40/16 42/18 54/20 57/12
61/24 62/10 62/25 63/5 84/11 85/9
90/16 101/10 134/11 150/19 162/14
169/1 180/6 183/25 212/8 217/25
222/10 223/12 248/6 260/7 275/22
277/19 281/14 305/20 307/23 315/18
ahold [1] 236/13
alike [1] 284/13
alive [5] 45/3 45/11 45/12 45/14 45/18

all [140] 5/4 8/2 10/4 12/7 13/20 14/23
15/18 18/13 20/13 26/13 26/18 27/2
29/23 29/25 36/20 36/25 37/20 45/10
47/8 48/25 49/9 50/6 53/8 60/11 69/16
70/4 72/2 78/8 83/9 83/19 88/12 97/8
99/10 100/10 100/25 102/20 103/5
103/12 103/16 104/22 105/5 105/24
106/1 106/15 111/6 111/19 114/25
115/7 116/19 118/19 119/6 121/5 123/6
123/7 124/6 124/20 125/11 125/24
127/7 130/6 130/20 141/16 143/9 146/8
146/20 154/1 157/5 160/11 160/17
160/25 161/19 165/10 168/7 168/10
168/14 171/18 172/17 174/17 176/10
182/19 183/18 184/11 188/5 188/7
189/13 190/5 202/23 204/22 207/2
223/18 228/15 229/8 229/11 248/17
255/6 265/22 272/4 276/4 276/12
276/15 276/19 279/1 279/2 280/14
280/21 280/23 281/14 282/12 282/16
283/10 284/8 284/12 284/23 285/4
287/15 287/22 287/23 288/1 288/7
288/18 289/12 289/22 290/8 290/12
291/18 293/8 304/21 305/1 305/11
305/12 328/18 328/24 329/8 330/23
332/17 333/19 333/21 334/17 334/21
335/10
allegation [3] 96/15 96/17 181/16
allegations [3] 181/9 181/23 185/8
alleged [1] 180/24
allegedly [3] 86/13 210/19 268/1
alleging [2] 100/8 187/24
alleviate [2] 8/11 124/17
allow [5] 6/4 47/5 60/4 120/3 182/23
allowed [10] 7/11 7/23 66/19 98/11
133/24 135/1 138/25 139/2 186/14
212/18
allowing [2] 267/3 267/4
allows [2] 43/4 46/16
almost [7] 7/4 49/2 62/22 134/9 148/24
334/15 335/5
along [4] 29/6 136/12 188/6 329/14
already [63] 10/13 10/14 12/11 15/13
16/3 16/21 17/14 18/5 18/11 19/17
39/19 40/23 60/15 76/18 76/18 77/22
87/24 89/21 90/9 90/10 91/3 98/23
99/12 100/10 109/5 111/13 117/21
118/15 119/10 119/10 131/9 133/14
134/15 158/13 159/9 159/17 164/9
170/5 174/13 174/16 183/13 186/13
186/24 188/6 197/20 204/8 211/4 213/4
213/5 213/7 217/3 241/7 241/14 242/19
243/1 249/21 252/10 282/5 296/22
320/21 328/6 328/14 333/1
also [35] 11/7 30/16 42/24 43/3 43/7
43/18 43/23 56/4 59/17 60/2 67/13
81/23 87/7 94/21 123/8 129/16 169/19
174/6 175/9 195/1 195/10 195/10 223/8
241/24 255/14 255/21 257/6 271/7
272/4 288/16 292/17 304/8 304/11
333/13 333/15
altercation [4] 121/14 122/3 122/5
144/15
alternative [1] 75/9
although [3] 56/11 208/4 278/8
always [7] 33/6 33/19 193/11 195/24
196/9 284/6 289/2
am [15] 66/19 73/17 102/4 112/19
138/25 139/2 182/4 185/2 189/7 206/7
242/16 278/20 284/11 291/11 291/14
Amon [1] 97/9
among [4] 50/7 69/6 103/3 171/8
amount [26] 89/20 163/3 163/14 163/15

193/9 193/10 303/19 312/19 313/1
315/22 316/5 316/7 317/11 317/17
317/21 317/24 322/21 322/23 323/8
323/8 323/21 324/3 324/11 324/18
324/24 325/25
analysis [1] 289/9
analyzing [1] 250/14
angle [4] 141/7 142/3 147/7 147/10
angry [1] 35/19
anguish [11] 314/8 316/4 317/22 318/24
319/17 320/1 320/4 320/9 321/12
321/23 322/4 322/9 322/11 322/16
323/9 323/15 323/22
announce [1] 198/24
announced [2] 232/13 233/4
another [28] 46/3 50/25 63/25 63/25
75/14 92/10 93/19 97/24 103/24 133/10
133/11 152/25 163/20 180/21 186/9
195/19 202/13 202/14 202/14 214/21
248/3 248/6 262/3 293/12 296/4 311/3
317/2 317/2
answer [141] 85/10 105/13 128/9
162/13 162/14 185/1 214/5 216/19
216/24 219/4 219/6 242/13 242/16
242/19 242/21 242/21 243/22 243/24
245/17 252/10 271/15 278/3 278/23
278/25 278/25 285/4 285/8 285/9
285/13 286/13 286/16 286/17 286/20
286/21 286/21 286/23 286/24 286/25
287/1 287/2 293/10 300/21 304/20
305/4 305/4 305/4 305/5 305/5 305/6
305/6 305/7 305/13 305/20 306/1 306/1
306/5 306/8 306/15 306/18 306/19
306/23 307/3 307/18 307/21 307/22
307/25 308/1 308/2 308/4 309/4 309/6
309/9 310/7 310/13 310/18 310/18
310/19 312/11 312/11 312/12 312/14
312/22 312/23 312/24 314/13 314/14
314/16 314/17 314/23 314/25 315/2
315/8 315/8 315/10 315/11 315/16
316/6 316/6 316/11 316/12 317/13
318/2 318/6 318/9 318/11 318/15
318/17 319/1 319/15 319/22 320/12
320/12 320/17 320/21 320/25 321/1
321/2 321/13 321/20 321/24 322/2
322/20 323/3 323/5 323/11 323/11
323/17 323/25 324/8 324/11 324/19
324/20 324/21 324/24 324/25 325/7
326/6 326/8 326/14 327/8 327/9
answer -- you [1] 315/8
answered [43] 89/22 91/13 105/17
118/14 207/10 214/11 214/20 241/17
242/21 243/1 243/4 246/23 249/2
252/18 278/24 305/18 305/23 305/25
306/2 306/4 306/21 306/23 307/24
308/2 308/3 309/6 309/8 310/17 312/10
315/5 315/6 315/7 315/13 315/15
315/23 316/10 318/1 320/24 320/24
323/18 324/10 324/17 324/23
answered -- let [1] 315/6
answering [13] 278/22 285/6 300/18
308/14 309/17 313/10 313/15 313/15
316/21 319/7 321/17 325/10 326/16
answering -- none [1] 313/15
answers [15] 61/20 252/19 279/1 285/9
285/11 285/15 285/16 285/17 285/17
285/19 286/15 291/16 295/6 296/5
300/13
anticipated [1] 171/5
anxiety [2] 32/20 33/8
any [252] 8/7 10/21 10/21 11/5 12/5
13/9 16/20 19/10 21/11 22/10 23/8 26/1
26/6 26/6 26/8 26/23 27/1 27/5 31/13

A

any [233] 34/20 34/23 38/11 40/21
45/17 48/2 50/21 53/11 56/1 65/11
70/20 77/16 78/4 79/5 79/5 79/9 79/21
80/8 80/18 85/4 85/23 87/3 88/16 89/10
89/24 89/25 94/24 96/1 96/3 96/6 96/9
97/15 100/22 104/15 104/16 104/20
104/25 105/19 105/22 105/22 105/23
107/21 108/8 109/1 109/23 110/3
110/13 110/15 123/4 124/7 139/9
139/24 139/24 143/5 148/5 149/6
149/16 150/12 159/16 159/17 159/17
160/16 161/5 161/9 161/11 162/2
162/24 165/18 166/20 169/23 176/13
186/4 189/16 194/11 195/7 197/18
200/16 203/8 203/11 212/21 213/1
214/23 215/8 215/23 217/17 218/2
218/2 219/1 222/17 225/5 225/5 227/12
228/1 230/17 230/19 230/19 231/20
232/2 233/15 236/14 238/17 239/7
239/19 241/21 244/16 244/18 246/17
249/12 252/25 255/8 260/18 261/20
264/12 264/13 264/13 266/9 266/16
266/20 267/9 267/17 267/19 270/8
270/12 270/14 270/23 273/12 273/24
274/4 274/8 277/6 278/17 281/7 283/21
283/22 283/24 284/18 284/18 286/21
286/21 287/19 288/16 289/7 290/2
290/7 290/17 292/12 293/24 293/24
293/25 294/3 294/3 294/4 294/7 294/8
294/14 296/1 296/9 296/11 296/17
297/4 297/10 306/1 308/1 309/2 309/15
310/5 312/17 312/24 313/2 313/21
315/7 315/9 315/22 316/1 316/3 316/3
316/5 316/6 316/7 316/7 316/16 316/17
316/22 317/1 317/3 317/7 317/8 317/10
317/11 317/14 317/16 317/18 317/20
317/21 317/23 318/25 319/11 319/13
319/18 319/20 320/2 320/4 320/10
321/9 321/12 322/3 322/4 322/5 322/11
322/17 322/20 322/25 323/1 323/5
323/8 323/9 323/15 323/22 323/23
323/25 324/13 324/15 324/15 326/10
326/25 327/9 327/11 327/19 327/25
328/11 328/22 330/2 332/5
any -- I [1] 217/17
any -- I'll [1] 104/15
anybody [22] 36/7 65/20 70/23 78/19
105/11 105/19 109/6 109/21 121/11
121/12 140/23 140/25 149/17 150/23
158/8 160/22 172/7 197/18 234/17
282/2 327/19 330/5
anybody's [1] 29/14
anymore [2] 278/9 335/14
anyone [20] 45/24 94/2 165/24 244/7
246/5 264/18 268/20 269/20 270/16
293/11 293/24 294/6 294/6 294/6 294/7
294/10 294/11 294/12 294/24 294/24
anything [70] 12/4 12/9 13/5 17/1 23/9
28/12 36/10 36/17 37/16 37/21 50/9
53/16 58/23 59/16 70/21 75/13 82/7
82/10 100/11 108/7 109/22 110/13
110/18 110/20 119/22 119/24 124/3
125/1 130/21 139/24 146/23 148/5
148/6 151/2 161/4 170/4 178/23 178/24
179/13 188/6 191/10 194/11 199/9
205/10 205/16 206/8 206/19 206/20
207/4 211/14 225/4 225/8 232/12
232/12 234/18 239/3 239/12 259/17
259/22 264/3 268/18 275/6 278/3 278/5
284/2 284/21 294/23 294/24 312/4
320/17

anything -- is [1] 194/11
anytime [2] 138/3 214/5
anyway [1] 239/8
apologize [8] 15/11 24/5 46/2 75/22
156/3 171/6 217/4 333/23
apparently [5] 10/24 104/13 136/7
178/22 181/20
appear [9] 94/24 130/18 146/10 149/24
157/3 157/8 157/13 171/8 256/18
appeared [1] 244/15
appears [8] 45/8 121/1 155/20 167/16
178/6 223/10 255/25 256/2
appears -- I'm [1] 121/1
applicable [6] 63/14 283/16 291/11
291/21 291/23 291/25
applied [1] 242/16
applies [1] 299/6
apply [3] 132/9 175/25 283/19
applying [2] 157/19 284/9
Appreciate [1] 47/24
approach [51] 6/22 54/10 81/7 82/19
82/20 84/25 87/15 87/16 91/15 101/15
112/5 112/6 117/9 117/10 139/10
139/12 139/14 168/20 171/18 171/22
172/1 173/10 173/12 173/15 182/22
187/11 187/11 187/13 190/7 199/8
203/15 205/14 208/6 208/7 208/8 221/8
239/22 239/24 239/25 248/22 249/3
249/5 255/23 275/16 275/18 275/18
279/18 279/21 279/23 310/23 335/13
approached [1] 8/5
approaching [2] 67/11 84/2
appropriate [11] 75/9 75/10 109/5 148/2
155/12 187/11 231/4 271/9 276/2
286/20 301/25
approval [1] 65/6
approved [1] 198/20
approximate [2] 117/1 267/11
approximately [3] 184/14 257/16 265/16
April [5] 180/22 192/24 193/1 194/8
195/1
are [356]
are -- our [1] 10/18
are -- there [1] 178/8
are -- until [1] 218/21
area [5] 84/21 93/25 119/2 162/18
220/11
areas [4] 160/12 160/13 160/14 277/25
aren't [3] 16/25 144/24 209/13
argue [6] 9/21 52/7 86/10 93/9 93/11
93/14
arguing [3] 15/3 15/13 250/17
argument [12] 3/3 8/2 12/20 15/16
45/25 52/13 93/10 153/14 163/19
175/25 229/20 283/15
argumentative [1] 93/8
arguments [1] 93/20
arm [23] 76/23 76/24 127/11 128/21
128/25 129/2 129/13 130/17 131/1
131/3 155/23 155/23 156/10 231/15
260/13 260/16 260/24 261/15 262/1
262/5 262/9 263/12 263/13
arms [13] 78/16 78/19 80/10 123/15
129/21 130/12 130/15 154/11 155/17
231/10 234/13 262/11 263/19
around [24] 44/14 44/21 44/23 73/14
75/5 80/3 104/7 142/8 143/23 259/24
262/10 263/12 267/12 276/10
arrangements [1] 316/25
arrest [22] 10/5 26/25 58/25 71/20
86/24 130/2 176/19 176/25 177/19
177/20 177/21 177/24 194/13 194/15
205/8 212/13 217/14 218/1 218/4

218/20 241/22 304/9
arrested [9] 86/13 176/21 176/22 177/4
217/7 217/12 217/12 217/13 217/22
arresting [2] 193/16 248/16
arrests [2] 175/16 270/9
arrive [1] 284/9
arrived [5] 66/23 89/25 212/21 237/8
258/18
arrives [1] 231/7
article [6] 3/7 103/25 105/4 106/3
107/19 108/21
articles [4] 107/7 107/9 108/3 108/6
articulated [1] 162/5
as [330] 1/4 5/18 8/12 8/12 8/13 10/9
11/6 12/13 12/13 16/7 16/9 16/22 16/22
17/13 17/13 17/19 22/6 22/9 23/25
29/14 32/4 33/2 33/6 35/3 35/8 35/14
35/14 36/8 38/15 38/17 40/2 42/3 43/5
45/15 45/24 47/3 49/5 54/12 55/1 56/24
57/22 61/9 61/23 62/8 62/17 64/3 64/8
64/11 65/5 66/1 66/7 66/25 68/2 70/11
70/11 70/19 70/19 72/2 72/21 75/9
79/16 80/3 80/4 82/22 84/6 87/18 89/4
89/11 91/1 97/19 98/8 100/7 101/1
101/21 102/2 110/13 111/21 112/8
113/12 114/4 115/5 117/4 117/6 117/12
117/24 118/4 118/7 118/18 118/19
121/7 123/9 123/11 125/5 134/22
136/12 136/17 136/19 143/3 143/10
143/10 145/12 146/2 148/6 151/22
152/6 156/24 157/23 160/15 160/15
161/4 166/22 167/1 167/12 167/12
168/1 168/4 168/24 169/5 169/5 170/9
170/21 174/11 175/7 176/7 177/1
177/14 177/15 178/18 178/18 184/19
187/4 187/19 188/10 188/25 191/12
195/3 195/23 195/23 198/20 199/8
199/20 202/3 203/21 205/13 206/5
208/10 209/23 211/5 211/5 211/16
215/7 219/9 219/18 223/6 224/2 224/6
225/25 227/7 227/21 234/17 234/20
242/2 243/2 249/7 250/11 250/24
252/21 253/7 253/7 253/12 253/20
254/9 255/1 255/5 255/5 255/21 256/11
256/15 262/14 262/14 269/2 269/3
269/3 274/24 275/6 275/10 275/21
276/8 276/25 277/14 278/14 279/7
279/8 280/3 280/7 281/20 282/21 283/1
283/16 283/17 283/17 283/23 284/1
284/1 284/8 284/10 284/13 284/14
284/24 285/8 285/20 285/21 285/23
286/14 287/9 288/4 288/13 288/14
289/7 289/10 289/15 289/16 290/9
290/25 291/4 291/4 291/4 291/5 291/5
292/4 292/7 292/12 292/12 293/1 293/6
293/19 294/1 294/4 295/4 295/5 295/8
295/8 296/16 296/18 297/5 297/11
297/15 297/19 300/8 300/14 303/14
304/4 304/18 307/13 308/21 308/23
309/2 309/25 310/1 310/5 311/13
311/24 312/7 312/24 313/13 314/14
314/16 314/17 314/18 314/23 314/25
314/25 315/12 315/15 315/18 315/23
315/24 316/10 317/13 317/14 318/2
318/6 318/7 318/13 318/15 318/24
319/12 319/19 320/5 320/6 320/10
320/13 320/20 320/21 321/3 321/4
321/14 321/25 322/5 322/12 322/13
322/17 322/20 322/21 322/21 323/5
323/6 323/23 324/2 324/11 324/16
324/18 324/18 324/18 324/19 324/23
324/24 325/14 326/2 326/12 327/24
328/1 328/19 329/22 330/3 330/21

**A**

as -- [5] 331/16 332/18 332/25 333/16
334/8
as -- I'm [1] 23/25
ask [118] 10/20 15/19 17/11 17/11
17/18 18/11 19/13 22/8 22/24 35/13
41/2 41/7 41/10 46/3 48/3 51/1 51/7
52/17 52/18 52/23 63/7 77/25 82/2 85/6
85/17 85/17 85/20 92/10 93/3 93/11
93/14 98/13 98/22 99/11 99/11 99/25
99/25 100/4 104/15 116/8 136/11
136/12 136/16 137/5 137/7 137/7
137/14 138/4 138/10 138/12 138/15
138/19 139/6 139/7 139/14 139/20
145/21 145/22 154/17 154/20 163/24
164/24 164/24 172/5 176/11 183/8
183/9 183/23 184/9 186/7 186/9 186/16
187/10 196/17 197/19 201/17 203/16
203/17 203/22 204/19 204/22 205/11
205/25 206/9 206/17 207/3 207/11
207/14 208/20 208/25 209/2 213/5
213/10 218/14 218/15 224/12 229/20
237/20 242/12 243/2 244/3 247/1
247/13 247/14 248/3 248/7 250/22
251/8 251/10 251/11 251/14 251/15
252/5 253/15 256/1 298/13 332/7 334/5
asked [57] 15/20 15/21 18/21 18/22
22/19 25/8 25/8 26/14 26/15 26/24 27/8
27/11 27/17 51/3 63/10 63/10 66/7
75/18 80/24 85/9 88/18 89/21 97/3
98/12 98/23 99/10 100/4 114/9 114/10
117/15 117/17 118/13 138/6 139/1
158/12 162/12 171/11 204/2 204/8
204/10 207/2 208/15 217/21 224/14
241/10 241/15 242/5 246/23 247/12
247/14 249/1 251/9 251/11 251/14
291/13 291/17 324/3
asked -- he [1] 25/8
asked -- were [1] 63/10
asking [40] 22/11 22/14 24/24 43/25
61/21 74/19 82/13 90/10 110/18 116/7
134/17 140/19 144/21 153/17 153/20
163/8 186/17 206/20 216/4 238/20
242/18 246/20 246/24 247/2 250/18
268/7 274/10 297/4 297/14 304/22
306/22 309/14 321/3 322/23 323/13
323/20 324/12 324/13 324/16 327/15
asks [2] 250/23 305/10
aspect [2] 199/1 200/13
assaulted [1] 71/19
assembling [1] 64/14
asserted [1] 118/4
assessed [3] 325/4 326/10 327/16
assigned [24] 59/23 63/19 67/25 68/5
68/9 68/12 68/25 79/17 128/12 145/2
145/3 189/8 192/3 192/4 220/2 220/4
220/15 220/24 226/1 226/3 258/19
258/21 259/6 266/3
assignment [4] 67/10 102/3 220/7 220/9
assignments [1] 67/9
assist [8] 60/7 77/8 122/14 122/14
128/14 128/16 154/10 292/5
assistance [2] 75/4 152/25
assisted [1] 202/1
assisting [2] 127/17 263/24
assume [6] 28/7 70/15 162/3 235/5
244/4 258/11
assumes [1] 208/23
assuming [1] 151/5
assure [1] 106/21
assures [1] 302/5
asthma [16] 124/11 124/22 124/24

125/17 148/9 158/6 158/10 233/9
233/10 264/19 264/24 269/20 271/8
271/13 274/5 275/3
attached [11] 42/11 116/1 133/8 133/14
190/21 277/15 277/16 280/18 281/5
328/4 328/16
attachment [1] 115/3
attachments [1] 115/16
attack [1] 124/24
attempt [6] 122/19 136/5 227/24 228/5
268/16 268/18
attempted [7] 10/17 122/13 122/20
227/25 228/24 262/21 302/25
attempting [7] 80/12 128/21 130/11
196/2 303/5 303/7 304/5
attempts [2] 73/18 75/8
attend [2] 254/23 255/14
attended [1] 255/8
attention [17] 26/1 27/15 29/14 34/14
72/17 72/17 79/24 80/4 109/2 109/3
142/25 143/2 143/17 259/16 302/22
311/3 333/4
attorney [2] 182/23 296/13
attorneys [7] 103/20 109/20 174/7
276/22 290/25 291/1 291/2
August [2] 280/8 336/8
authenticated [2] 174/18 179/6
authentication [2] 174/14 174/17
authority [1] 301/23
authorized [1] 267/6
automatically [2] 76/1 94/11
autopsy [35] 5/14 5/23 6/7 6/10 6/19 7/1
8/15 9/5 9/15 10/2 10/7 10/7 10/18
12/24 13/17 18/17 18/19 18/22 19/22
21/23 28/25 39/1 39/7 39/11 40/12
40/19 41/16 42/11 43/11 45/23 46/23
90/18 91/5 92/1 92/3
auxiliary [1] 59/18
available [6] 17/8 60/4 63/15 129/18
288/2 294/17
Avenue [6] 2/2 60/19 62/3 112/16 178/7
224/23
average [2] 73/13 120/4
average-height [1] 73/13
avoid [2] 69/21 74/19
awake [7] 7/11 20/4 44/13 44/16 44/21
45/10 45/12
award [3] 317/7 325/23 325/24
awarded [5] 317/9 325/5 326/1 326/11
327/16
awarding [1] 326/23
aware [45] 26/14 28/4 40/15 64/20
68/12 69/13 70/14 70/15 72/21 73/2
73/15 74/5 74/21 74/24 76/2 81/4 85/1
85/2 89/20 89/24 94/4 95/1 96/1 96/3
96/14 121/11 121/12 123/6 124/7
149/16 151/3 165/15 210/7 210/9
210/10 210/12 233/23 235/14 235/17
241/18 241/24 242/14 242/16 270/25
274/8
aware -- I [1] 70/14
aware -- you [1] 85/1
away [18] 70/25 71/8 72/8 117/15
127/11 128/25 129/3 129/13 130/22
158/17 195/14 247/17 247/22 260/12
260/24 261/5 261/16 298/20

**B**

back [106] 7/15 16/7 16/14 17/8 17/10
18/16 19/13 20/22 21/22 22/23 28/21
28/25 38/6 38/7 39/21 47/19 49/19 54/3
65/24 70/10 71/16 71/22 73/3 80/10
84/17 92/5 92/9 95/24 97/12 98/5

103/20 105/6 106/13 115/9 115/12
120/19 122/22 123/16 123/17 126/11
127/9 129/9 130/10 131/1 131/3 131/6
132/22 135/22 136/9 139/3 139/6
139/11 139/15 139/19 140/3 141/8
143/18 149/12 155/9 155/22 156/9
162/10 170/10 174/12 177/2 185/4
201/18 202/1 209/20 225/10 228/19
231/7 231/9 231/12 232/6 233/1 234/13
236/3 236/6 242/16 248/12 248/20
255/9 260/17 260/24 261/2 262/4
263/20 265/6 265/8 265/14 268/16
269/10 270/17 275/3 279/8 280/8
282/11 283/10 291/15 292/1 294/7
300/6 306/12 307/7 315/6 318/17
backdoor [1] 12/16
backed [1] 260/25
background [5] 210/9 210/9 210/13
210/16 292/15
backgrounds [1] 210/17
backing [1] 139/17
backs [2] 250/20 251/6
backwards [1] 299/10
bad [5] 26/3 32/20 33/8 234/4 234/6
balance [1] 302/15
barricades [1] 225/5
base [5] 283/24 284/2 284/21 285/15
285/18
based [31] 12/4 29/22 52/1 52/19 53/3
95/17 110/10 115/25 123/3 149/19
180/19 194/15 199/2 199/23 204/3
218/19 238/10 238/11 285/4 286/15
286/16 286/22 287/1 289/11 290/3
290/14 292/18 294/16 294/25 303/11
323/22
basement [1] 198/7
basic [1] 224/8
basically [15] 10/4 11/12 13/19 28/2
76/6 78/7 98/17 162/2 225/2 229/6
230/22 231/2 231/11 243/24 262/24
basis [4] 89/16 116/1 117/23 215/11
basketball [1] 36/17
battle [2] 28/4 28/8
be [299] 5/6 6/15 7/23 9/15 11/8 11/17
13/12 13/15 14/8 14/13 15/14 16/10
17/8 17/21 22/7 23/4 25/15 26/4 27/17
28/8 31/22 32/16 34/17 35/1 36/8 38/15
41/19 44/6 46/24 47/4 47/15 51/24
53/24 53/25 54/17 54/21 55/12 57/20
60/3 63/14 63/15 63/19 63/22 64/21
66/7 67/12 67/16 71/2 71/14 75/21 84/4
86/24 87/9 87/25 88/19 89/7 89/8 91/2
92/19 93/7 93/12 93/15 94/13 94/24
95/20 95/23 96/15 96/17 97/17 98/5
98/13 99/1 99/19 99/21 99/22 99/25
100/4 100/5 100/11 100/19 101/5
101/13 101/17 102/21 103/8 103/18
104/13 105/6 105/22 107/7 107/9
107/21 108/2 108/3 110/20 111/8 118/3
118/5 119/21 119/22 119/22 119/23
119/23 119/24 119/24 121/1 121/6
122/11 124/3 124/18 124/25 128/5
128/13 129/3 132/3 133/6 134/12
134/24 135/12 142/15 145/23 146/10
148/2 149/24 150/25 151/9 155/8
156/15 156/19 157/3 157/8 157/13
159/21 162/1 162/3 162/7 164/21 166/1
166/4 166/6 166/8 166/22 167/19 168/1
168/12 168/16 169/15 172/11 176/14
178/6 178/10 179/11 179/24 182/5
182/11 185/1 187/2 187/11 188/9
188/18 193/24 194/17 194/20 197/14
199/11 203/1 208/22 209/20 217/24

**B**

be - [130] 218/19 219/7 225/21 226/20 228/15 232/16 239/3 245/13 245/20 245/22 245/23 245/24 245/25 247/20 248/1 252/21 253/5 253/20 255/25 256/2 256/18 258/4 258/25 261/3 261/10 265/1 266/16 268/2 269/15 271/9 271/13 272/5 272/6 272/15 273/1 273/4 273/5 273/6 273/8 273/15 273/18 273/19 274/13 274/24 275/10 276/2 276/17 276/21 277/23 277/25 278/18 278/22 278/24 279/25 279/9 279/16 280/5 282/16 283/2 283/23 283/23 284/1 284/12 284/14 284/20 285/7 285/8 286/12 286/3 286/7 286/16 286/17 286/20 286/21 286/22 287/1 287/1 287/2 287/11 288/2 289/14 289/21 289/21 289/25 290/4 290/7 290/14 291/20 292/22 292/25 293/1 293/4 293/6 293/9 293/10 294/18 294/23 294/25 295/8 295/22 296/19 297/3 297/24 300/10 300/19 301/6 302/16 304/9 304/14 306/10 308/14 309/18 311/20 313/11 314/14 316/19 319/8 321/18 325/4 325/11 326/1 326/10 326/17 326/19 326/23 327/16 329/6 329/9 330/1 334/20
be -- they [1] 118/3
be -- who [1] 157/8
bear [4] 175/12 175/13 181/13 296/9
bearing [3] 175/21 268/7 295/4
became [9] 20/6 43/15 43/20 44/2 48/22 50/15 64/4 71/25 91/12
because [96] 8/1 10/3 10/25 11/3 11/19 12/15 12/23 15/15 16/9 21/23 26/18 29/24 29/25 62/2 67/14 70/6 78/15 83/8 87/6 87/9 87/22 88/10 89/8 99/1 100/8 101/12 104/12 105/10 105/21 107/8 107/12 108/10 110/21 122/17 123/8 125/2 125/18 127/22 132/14 132/17 132/18 135/24 138/2 142/12 143/3 143/19 159/25 162/1 162/6 162/7 162/23 164/4 175/8 179/4 194/20 196/19 202/25 209/8 216/22 217/14 218/1 223/10 241/25 243/12 244/22 245/9 247/8 249/12 250/6 261/3 261/4 263/16 264/24 266/19 278/2 290/17 290/19 291/22 291/25 292/10 293/20 294/15 294/21 298/12 299/21 301/25 302/1 303/22 303/23 305/11 312/14 314/11 325/5 329/7 333/25 335/3
become [5] 62/23 74/24 94/11 238/19 304/15
becomes [2] 70/2 283/15
been [113] 12/3 13/3 14/23 14/25 17/14 17/25 29/8 29/14 30/9 30/11 30/25 32/4 34/12 35/8 37/17 37/19 37/20 40/2 57/22 60/15 60/25 61/5 63/16 64/17 64/19 67/4 69/6 69/22 76/18 78/6 83/10 86/17 86/20 86/21 87/23 90/8 90/9 90/10 90/11 95/1 98/24 100/7 100/22 101/21 104/7 109/5 109/7 112/8 121/19 125/4 129/19 133/2 133/4 133/22 135/3 135/25 143/10 147/23 147/25 149/5 151/7 151/11 160/11 160/22 160/23 164/9 166/16 170/5 170/21 171/11 174/21 174/21 176/11 179/6 181/11 182/2 185/10 187/24 188/25 189/11 206/4 208/16 210/10 213/20 213/24 217/2 219/18 233/4 233/24 234/20 237/16 245/1 247/19 248/11 254/9 257/9 257/14 257/20 266/3 272/6 287/19 291/5 291/5 291/7 291/10 300/22 301/9 301/19 304/17 329/7 332/11 332/12
been -- did [1] 166/16
been -- it [1] 29/14
been -- whose [1] 182/2
before [59] 1/12 5/9 13/7 13/13 28/13 43/2 49/13 49/16 55/2 56/20 58/7 66/10 84/16 88/3 88/21 93/3 97/12 97/23 99/8 103/20 105/21 106/24 115/8 115/12 119/11 123/17 124/8 136/25 137/19 138/10 155/6 171/24 175/7 182/21 185/13 187/12 189/10 198/24 201/17 205/3 216/23 234/8 241/7 262/16 264/7 270/17 271/14 279/18 279/21 280/10 282/15 283/4 291/8 299/22 318/24 319/12 320/1 322/9 329/4
beg [1] 248/5
began [2] 51/16 92/21
begin [6] 59/24 60/13 70/3 143/13 279/19 279/21
beginning [10] 20/1 104/10 104/14 108/6 121/23 143/1 143/11 143/12 190/22 297/2
Begins [1] 103/23
behalf [1] 54/22
behavior [2] 122/12 123/16
behind [20] 67/1 67/4 80/10 119/25 123/2 127/9 130/10 151/6 227/11 234/13 236/3 248/12 248/20 250/20 251/6 260/17 263/19 265/13 270/4 334/24
being [71] 5/14 15/11 34/8 36/24 43/12 43/16 69/9 71/8 72/2 72/18 84/23 89/8 94/14 97/4 98/18 114/4 117/17 122/4 124/23 125/18 126/7 130/3 131/24 132/5 136/11 136/17 137/15 143/19 143/20 148/14 148/16 148/17 148/21 149/16 155/18 156/6 158/1 159/13 176/20 176/21 176/22 195/22 199/20 204/24 209/15 215/25 219/2 219/3 227/22 233/7 237/22 250/10 256/11 261/4 262/3 263/6 264/17 265/23 266/12 273/12 282/20 301/24 308/20 309/24 320/3 322/6 322/10 329/22 330/3 333/16 334/8
belief [5] 285/23 287/11 287/16 288/10 325/14
beliefs [1] 293/19
believe [40] 6/11 6/14 41/1 56/13 57/19 87/15 120/7 120/10 127/15 128/19 129/9 129/11 144/18 145/3 146/2 149/25 154/24 163/11 167/21 169/24 176/16 182/10 184/5 202/23 218/5 225/14 233/3 238/6 239/15 240/18 240/20 241/13 242/1 242/1 248/15 264/2 267/1 268/14 290/22 292/13
believe -- let's [1] 218/5
believed [11] 56/14 194/2 203/1 238/1 299/7 299/8 299/9 306/8 306/14 307/2 307/18
bell [1] 194/3
below [6] 308/13 313/5 314/13 314/21 317/4 326/6
bench [26] 3/8 3/12 54/11 82/21 87/17 98/7 101/15 117/11 134/21 168/23 173/16 174/10 187/18 203/20 208/9 249/6 275/20 276/24 280/2 296/15 297/18 298/20 298/21 311/12 327/23 335/13
beneficial [1] 181/12
benefit [1] 303/15
benefits [1] 314/2
best [6] 36/7 36/11 37/14 63/3 71/5 123/3
better [4] 54/14 78/24 193/6 196/11
between [22] 21/10 71/22 75/23 97/1 100/17 119/23 132/18 138/8 143/14 143/15 154/18 177/6 231/22 240/24 245/9 277/14 284/15 288/21 290/10 298/20 305/16 316/24
between -- that [1] 21/10
beyond [4] 12/9 47/22 305/18 328/2
bias [1] 284/17
big [9] 101/5 143/9 144/1 263/16 268/22 268/23 269/2 269/3 332/16
bigger [1] 74/15
binder [2] 81/8 81/9
bit [7] 59/3 101/13 103/1 103/7 171/5 199/13 291/12
black [9] 117/4 117/6 119/8 188/16 193/22 195/5 225/20 225/21 225/22
BlackBerry [1] 294/2
blame [1] 279/15
blank [3] 305/8 317/17 327/10
Blaylock [1] 177/21
bleeding [1] 272/19
block [1] 67/1
blocks [1] 145/15
blog [1] 294/4
blood [4] 81/18 164/17 165/2 165/7
blurry [2] 140/2 152/1
bodies [1] 160/16
bodily [1] 271/1
body [18] 6/1 13/23 73/23 78/16 86/20 129/3 129/17 129/22 130/12 130/17 131/4 132/22 154/11 155/23 156/22 159/3 230/25 271/1
book [5] 31/6 91/21 190/6 282/2 334/16
bookend [1] 48/17
borrow [1] 139/22
both [36] 3/9 13/12 29/19 54/22 55/3 66/20 94/19 121/2 122/17 122/22 135/19 137/10 138/23 140/10 149/11 149/11 157/21 214/6 214/12 223/14 234/6 244/10 278/15 278/16 280/24 282/21 290/13 298/14 300/1 307/24 310/17 311/19 312/10 318/8 330/12 330/19
bottom [2] 106/8 224/8
bought [3] 193/5 193/11 195/1
bound [2] 292/23 293/5
box [2] 1/18 48/8
box-like [1] 48/8
Brad [3] 168/18 187/8 188/14
Brady [3] 128/19 228/23 265/13
Brady's [2] 79/4 82/8
breach [2] 69/3 69/9
breached [3] 70/2 72/22 259/14
breaches [1] 67/22
break [6] 101/6 103/9 103/10 103/11 168/6 275/24
breath [1] 245/5
breathe [13] 158/5 158/7 233/13 241/25 241/25 243/22 243/23 244/20 244/24 245/9 246/12 271/9 271/12
breathing [8] 44/25 45/6 45/9 158/20 241/19 242/10 242/15 242/24
Brewer [4] 127/14 130/13 154/6 154/7
brief [12] 32/16 51/2 57/4 108/22 117/2 137/25 151/19 187/22 218/9 218/14 248/2 275/2
briefed [5] 112/17 112/18 113/23 118/8 258/2
briefing [23] 4/15 111/22 200/16 200/17 200/22 203/25 204/2 204/3 204/10

**B**

briefing [14]  284/11 304/10 304/20
 206/12 206/25 207/6 207/16 207/20
 207/21 207/22 207/23 207/23 225/11
 225/15
briefly [18]  24/4 32/17 35/24 36/5 88/2
 117/8 171/22 172/1 178/21 214/25
 239/9 246/11 274/1 274/1 274/25
 279/18 279/21 310/21
briefs [1]  203/25
bring [10]  10/17 24/13 31/14 31/18
 111/2 222/14 249/11 249/20 295/23
 311/3
bringing [3]  16/7 27/14 109/2
brings [1]  16/6
Briskin's [1]  107/4
broke [1]  132/15
brother [5]  36/24 37/1 37/25 38/3 49/7
brought [3]  12/17 29/13 143/18
brown [2]  117/5 193/23
bruise [1]  165/2
Brutality [1]  103/23
building [1]  198/7
burden [4]  55/3 55/5 55/18 55/25
burglary [1]  257/6
burial [3]  312/20 313/2 316/8
business [2]  123/20 336/16
businesses [1]  215/9
buy [31]  38/6 86/1 86/1 86/4 86/13
 86/15 86/18 192/15 192/23 193/1 193/3
 193/14 193/18 193/20 194/5 194/9
 194/19 194/23 195/11 195/17 195/18
 196/7 196/13 196/14 196/16 196/18
 197/3 197/5 197/7 197/11 197/13
buying [1]  216/11
buys [14]  61/5 62/3 115/18 116/24
 116/25 194/18 195/7 196/1 196/4 196/9
 199/6 199/6 215/21 216/22
bypassed [1]  84/23

**C**

cabinets [2]  160/13 160/14
caddy [2]  199/7 199/10
caddy-cornered [2]  199/7 199/10
call [46]  17/3 21/22 31/25 32/2 35/4
 35/5 54/5 54/8 57/15 59/25 60/18 61/14
 71/18 71/18 75/2 89/12 101/3 101/4
 122/23 153/2 160/9 160/10 160/17
 160/19 160/21 168/18 168/25 169/2
 169/9 169/23 170/11 182/21 183/2
 184/19 187/7 187/8 219/12 219/15
 253/24 254/2 254/3 276/1 277/2 283/7
 283/8 330/20
called [21]  8/14 16/21 17/8 18/12 56/3
 58/20 60/13 60/21 84/14 106/14 116/2
 171/5 208/14 217/2 262/21 262/22
 277/20 287/22 300/12 330/15 330/23
called -- are [1]  262/21
calling [7]  8/13 8/21 64/15 91/2 169/7
 170/13 253/24
calls [3]  9/25 128/2 129/23
calm [1]  160/25
cam [1]  6/1
came [18]  5/9 43/8 46/13 106/20 106/24
 107/4 117/13 122/3 138/18 138/22
 218/24 230/14 250/6 251/9 255/9
 262/11 265/13 289/13
camera [3]  136/22 137/2 152/13
cameraman's [1]  151/15
can [201]  6/11 6/19 7/21 8/11 9/21 13/7
 15/16 16/5 17/10 18/8 19/20 21/5 23/17
 25/14 25/19 25/22 26/20 28/19 32/9

33/1 35/1 35/13 35/14 35/14 35/16
 35/25 36/2 36/5 36/11 38/15 38/17
 39/15 39/16 40/22 40/24 43/4 45/14
 45/3 48/12 50/16 51/6 53/24 54/2 54/16
 54/19 57/4 57/7 58/19 58/22 65/15 66/7
 67/16 70/8 70/9 70/23 71/5 71/6 71/7
 73/22 73/23 81/10 82/20 85/9 87/10
 87/16 90/2 91/24 92/5 94/15 95/9 95/18
 97/17 100/13 100/15 100/20 106/20
 109/8 109/11 109/25 110/1 115/6
 117/10 118/5 124/21 125/12 125/15
 130/25 131/23 135/19 136/12 136/15
 137/14 138/4 139/18 139/19 139/19
 139/22 140/3 140/13 143/8 145/22
 148/22 148/23 149/9 150/22 150/23
 153/6 155/24 161/19 161/21 166/2
 166/22 168/1 168/22 169/5 169/10
 172/4 173/18 174/1 176/8 176/17 183/6
 184/9 184/19 185/24 186/8 186/15
 187/2 187/13 188/9 188/11 188/18
 190/5 192/22 192/22 195/25 196/4
 197/9 199/13 203/19 205/11 206/16
 206/23 207/11 207/13 208/8 209/11
 212/8 215/16 215/17 219/1 219/7
 219/21 222/8 222/21 226/15 226/16
 226/18 226/22 233/7 233/12 234/4
 234/6 237/6 240/3 241/19 243/19
 245/16 248/1 249/3 249/5 250/22 252/5
 252/21 253/20 253/22 254/4 271/1
 274/24 275/10 275/13 275/19 279/18
 279/25 281/12 281/14 282/11 283/8
 290/7 293/13 294/12 298/17 298/18
 304/9 304/13 305/6 305/7 310/21
 310/23 331/20 335/11
can't [45]  16/19 16/20 17/20 17/20
 17/22 31/13 63/24 88/5 91/10 107/10
 110/22 126/4 129/18 140/1 140/12
 142/9 142/10 144/3 145/14 150/20
 150/22 152/1 152/9 152/20 153/11
 156/8 159/4 159/19 165/4 190/8 194/19
 208/13 211/16 216/2 232/17 233/12
 240/14 243/14 245/9 246/12 249/14
 249/15 249/25 271/8 312/1
can't -- you [1]  150/20
cannot [12]  18/5 23/5 86/9 158/5 158/23
 164/2 249/11 271/12 272/2 290/14
 291/20 294/10
capable [1]  68/10
capacity [1]  266/13
capture [4]  142/15 142/16 153/24
 231/20
captured [1]  231/23
cardio [1]  10/5
care [10]  8/1 15/21 34/3 37/22 37/24
 84/11 109/24 143/10 172/11 313/19
careful [1]  302/22
carefully [3]  284/22 288/7 302/15
carry [1]  138/8
carrying [1]  66/25
cars [4]  36/25 37/1 37/1 239/1
Carter [1]  254/19
case [83]  14/12 12/5 12/18 13/13
 15/16 18/18 23/3 27/21 55/7 55/22
 60/23 61/1 61/2 61/4 62/2 62/23 64/21
 65/20 66/12 66/17 67/13 70/14 76/3
 87/25 105/20 106/19 107/5 108/3 108/7
 108/17 110/10 111/20 112/25 135/6
 135/6 136/2 137/15 145/4 149/6 149/7
 177/3 177/11 179/17 190/1 201/15
 223/11 227/24 238/19 253/14 266/17
 273/19 274/21 283/16 283/20 284/3
 284/14 284/22 284/23 285/1 287/6
 287/8 287/15 287/20 288/17 288/19

289/11 289/15 289/23 290/12 293/14
 293/25 294/8 294/8 294/12 294/12
 294/15 289/15 294/20 295/3 296/1
 300/14 331/4
cases [1]  105/4
cash [3]  312/17 316/16 321/9
cassette [2]  48/7 48/8
cassettes [6]  46/19 46/21 46/25 47/4
 47/10 48/14
catch [1]  245/5
caught [4]  143/2 259/16 260/16 311/2
causation [1]  311/18
cause [30]  8/1 43/19 52/10 70/23 87/10
 95/18 123/14 124/14 194/18 197/1
 197/3 197/5 199/1 241/19 245/5 271/1
 288/22 302/6 308/7 308/12 308/19
 308/20 309/12 309/15 309/23 309/24
 319/25 320/3 322/8 322/10
caused [11]  52/11 53/21 55/12 64/20
 145/5 242/24 302/1 321/13 321/23
 322/4 323/14
causes [4]  26/16 74/2 75/13 75/17
causing [1]  124/3
caution [4]  248/16 248/19 251/5 274/13
cell [1]  294/1
Central [7]  2/2 59/20 63/16 102/4 102/7
 200/3 200/4
cents [5]  312/24 317/14 322/20 323/5
 327/9
certain [15]  5/20 17/19 61/11 61/22 62/8
 72/5 131/6 134/9 166/3 197/6 286/4
 289/19 290/24 291/2 291/10
certainly [2]  25/4 53/9
certainty [2]  286/1 325/17
Certificate [2]  3/15 336/1
certifications [1]  255/20
certified [7]  178/11 179/9 186/19 255/16
 255/18 256/22 259/4
certify [3]  296/7 336/2 336/5
cetera [4]  5/22 24/17 26/12 274/15
chain [1]  289/17
change [13]  214/19 247/9 247/11
 277/14 277/18 277/25 278/1 278/1
 281/13 293/18 299/13 299/13 299/14
changed [3]  47/11 277/18 281/12
changes [4]  53/16 299/11 299/19
 299/23
changing [1]  214/18
character [3]  235/4 301/25 327/1
charge [27]  3/8 3/12 3/13 58/10 58/12
 60/10 60/11 86/6 133/12 133/17 177/7
 194/19 203/4 280/7 281/4 281/7 281/8
 283/8 292/22 295/16 296/18 296/20
 296/21 297/3 297/5 297/11 298/8
charge -- you [1]  60/10
charged [6]  26/14 27/8 202/17 202/21
 202/22 202/24
charges [6]  175/16 177/4 177/11 179/18
 202/23 283/10
chat [1]  294/4
Chavez [1]  169/13
check [11]  38/19 99/8 160/12 160/14
 160/16 200/5 258/13 269/18 269/19
 332/19 334/4
checked [3]  160/11 191/23 258/11
checking [5]  121/5 159/16 192/13 305/8
 332/17
cheek [1]  165/5
chemicals [1]  48/10
chief [1]  136/3
children [6]  87/22 88/6 88/8 88/10 88/10
 225/5
choose [2]  60/4 292/14

C

CHRONOLOGICAL [1] 3/18
Chuck [1] 79/4
CI [25] 61/5 86/23 191/3 191/4 191/22
192/14 192/15 193/1 193/15 193/17
194/18 194/20 196/19 196/21 199/9
210/3 210/5 210/16 211/8 211/11 213/3
213/6 213/15 216/10 216/22
CI's [1] 210/1
circled [1] 144/9
circles [1] 164/21
circling [2] 152/2 152/9
Circuit [6] 55/22 250/12 277/17 277/20
278/4 282/1
circumstance [1] 274/14
circumstances [22] 113/21 141/16
143/22 148/1 245/21 250/15 265/2
270/5 288/8 289/18 289/23 289/25
290/3 290/5 291/20 302/23 303/12
303/18 306/16 307/4 307/20 318/18
circumstantial [6] 289/17 289/20 289/24
290/6 290/10 290/13
circus [1] 145/23
CIs [3] 210/17 211/19 212/1
city [26] 20/19 24/14 24/19 24/25 26/7
26/13 26/17 26/18 26/19 26/22 27/6
27/18 58/8 58/11 58/13 58/17 58/24
60/8 84/18 102/2 193/13 219/25 255/14
257/10 266/19 266/25
civil [1] 59/1
claim [6] 8/2 11/5 12/5 12/17 55/2
222/15
claiming [1] 180/18
claims [3] 8/2 12/16 208/17
clarification [2] 30/15 134/14
clarify [5] 10/21 18/9 40/9 139/10
158/12
clarity [2] 19/21 40/18
Class [3] 177/21 177/22 177/23
clean [1] 252/22
clear [21] 9/19 9/20 12/11 12/22 17/21
44/20 59/17 83/2 83/5 122/11 141/22
160/18 163/24 285/15 285/19 285/21
285/22 286/15 290/12 325/3 325/13
clearly [12] 7/13 11/18 35/14 55/20
55/20 56/5 56/6 267/5 301/2 301/4
301/14 301/16
clerk [2] 20/16 20/17
client [3] 135/15 175/11 253/25
client's [1] 175/14
clients [1] 219/12
Clifford [1] 26/11
Clifton [3] 212/13 212/15 217/14
close [16] 3/9 33/21 35/14 49/3 49/11
78/17 101/5 197/12 233/25 259/7 261/3
277/8 277/9 277/10 277/11 277/12
closed [3] 132/12 260/12 278/16
closer [1] 33/5
closets [1] 159/16
closing [1] 132/15
clothes [2] 38/6 38/6
coach [1] 33/21
cocaine [12] 163/16 180/12 180/14
180/20 180/21 193/8 193/11 194/10
195/2 195/10 202/12 202/24
cocounsel [5] 100/14 100/15 185/23
185/24 332/2
coercion [2] 302/18 302/18
cohesive [1] 68/1
college [4] 220/17 254/23 255/8 255/13
combative [1] 94/11
combination [1] 52/15
combined [4] 4/2 56/10 122/17 333/22
come [34] 13/7 18/5 46/17 57/20 65/17
68/3 78/17 82/5 95/4 98/2 98/5 104/17
105/2 134/18 135/22 143/3 143/7 145/5
145/22 153/3 174/7 195/25 203/19
215/8 229/13 272/19 275/3 275/19
276/22 279/8 296/13 311/10 327/21
327/22
comes [6] 20/21 44/3 103/20 126/24
195/23 335/5
comfort [1] 314/3
comfortable [1] 192/17
coming [7] 7/15 8/7 81/18 124/1 144/14
152/24 165/3
comma [1] 20/2
command [5] 42/5 94/9 123/6 130/9
147/5
commanding [1] 141/21
commands [15] 70/3 76/25 94/5 94/11
120/21 122/10 124/1 126/7 126/8
130/19 228/1 228/3 229/14 304/1 304/3
comment [5] 7/2 187/22 187/22 188/3
246/12
comments [2] 77/25 233/7
Commission [4] 221/19 255/21 256/1
256/16
committing [1] 84/24
common [2] 130/7 317/3
commonly [1] 292/21
communicate [5] 293/23 294/5 294/7
294/11 294/15
communications [1] 296/1
community [3] 215/9 284/15 326/23
companionship [4] 314/1 314/3 316/4
317/19
comparable [1] 315/16
compare [1] 144/5
compared [1] 287/9
compensate [8] 312/18 316/17 317/10
321/10 322/24 323/21 324/4 325/20
compilation [1] 49/9
compilations [1] 172/17
complaining [2] 16/22 21/13
complaint [4] 27/22 27/24 30/8 192/3
complaints [7] 191/24 215/8 215/14
215/23 216/4 216/7 216/14
complete [4] 21/4 160/11 266/23 334/16
completed [2] 18/4 225/10
completely [3] 71/7 129/3 256/21
completing [1] 112/1
completion [1] 302/13
compliance [8] 72/25 73/19 75/8 76/3
141/23 144/24 232/11 234/10
compliant [5] 90/24 91/8 94/13 122/4
143/20
complied [8] 14/22 15/25 42/5 42/20
75/7 92/17 92/20 97/5
complies [2] 123/25 124/2
comply [10] 41/14 42/4 42/23 51/16
92/22 94/6 123/14 304/1 304/3 336/6
complying [5] 122/12 122/18 123/18
123/19 126/12
compound [1] 242/2
computer [7] 2/9 30/24 30/25 31/4
31/11 57/7 294/2
concern [5] 8/11 23/8 41/10 108/14
108/16
concerned [6] 104/15 141/24 169/5
283/21 284/13 327/4
concerning [5] 105/20 247/20 290/24
292/9 296/1
concerns [1] 111/1
concluded [2] 134/3 161/3
conclusion [4] 289/24 290/1 290/2
290/19
conclusions [1] 282/7
condition [34] 5/22 55/25 56/12 155/3
246/15 264/12 264/13 271/13 277/18
277/19 278/2 278/5 304/16 305/17
305/22 306/20 307/23 307/24 310/9
310/12 310/14 310/15 310/16 311/4
311/5 312/9 315/3 316/9 318/8 318/11
318/14 322/15 326/7 327/1 327/5
conditioned [2] 323/10 326/8
conditions [14] 10/6 124/8 172/21 278/2
305/16 308/16 308/18 308/25 309/20
309/22 310/3 319/25 320/8 322/7
conduct [12] 11/8 294/8 296/3 323/14
324/4 324/5 324/6 325/21 325/22 326/2
327/1 327/5
conducted [8] 49/14 86/1 86/4 165/16
204/10 225/15 295/14 301/24
conducting [4] 60/15 64/18 196/1
207/15
conducts [2] 62/13 121/7
confer [2] 100/13 100/15
conference [23] 3/8 3/12 54/11 82/21
87/17 98/7 117/11 134/21 168/23
174/10 187/18 203/20 208/9 249/6
275/20 276/24 280/2 296/15 297/18
310/24 311/12 327/23 336/7
conferred [1] 109/20
conferring [4] 100/17 109/19 186/1
298/20
Confession [1] 4/19
confidence [1] 63/17
confidential [10] 61/5 86/23 191/5
192/16 192/18 193/3 194/12 194/16
195/11 216/11
confirm [5] 88/9 88/15 100/2 167/8
275/7
conflict [1] 43/18
conflictive [1] 282/4
conflicts [1] 44/8
confrontational [1] 125/1
confuse [1] 230/23
confusion [1] 16/8
connection [1] 295/9
conscious [1] 319/11
consecutively [1] 332/17
consent [2] 285/7 285/10
consequences [1] 284/25
consider [23] 72/25 108/19 110/1 118/3
174/24 237/3 280/14 280/21 284/23
287/16 287/21 288/10 288/12 288/16
289/2 301/10 301/20 304/8 304/11
313/15 316/23 317/4 317/6
consideration [2] 271/14 293/15
considered [6] 162/1 162/7 284/14
287/9 304/14 326/23
considering [6] 166/9 281/17 281/19
313/22 314/4 314/10
constantly [1] 284/20
constitutes [1] 302/20
constitutional [1] 249/13
consult [2] 293/12 298/18
consumed [1] 180/19
contact [2] 191/22 197/18
contacted [2] 62/1 63/14
contain [2] 185/8 256/15
contained [5] 8/20 86/20 285/14 292/25
326/21
containers [1] 140/5
contemplates [1] 279/3
contention [1] 12/20
contentions [1] 12/21

## C

context [4] 166/3 166/4 245/11 247/1
contingents [1] 67/13
continue [9] 24/24 76/7 124/15 133/6
158/24 159/5 193/17 279/11 301/17
continued [7] 51/18 76/25 92/23 103/24
111/11 127/23 235/10
continues [2] 28/2 116/8
continuing [11] 12/7 50/16 76/10 76/12
76/20 125/25 132/19 144/23 286/12
319/16 319/23
continuously [1] 143/1
contraband [1] 301/22
contradicted [1] 288/18
contradiction [3] 43/1 43/2 51/24
contrary [5] 8/21 10/6 56/23 91/12
contributed [6] 53/6 53/9 308/19 309/22
319/25 322/8
contribution [2] 50/1 50/6
contributions [1] 313/20
control [11] 65/15 75/16 84/22 107/10
147/1 158/23 159/4 232/5 235/13
237/17 270/6
controlled [7] 71/7 177/5 177/8 177/25
179/19 180/4 180/11
controlling [1] 74/22
controverse [1] 8/25
convenient [1] 65/17
conversation [3] 83/4 84/9 203/24
conversing [1] 335/1
convey [1] 118/9
conviction [11] 27/20 175/5 175/15
181/17 185/6 185/13 185/16 185/17
185/19 285/23 325/14
convictions [1] 28/3
convince [2] 109/3 175/18
convinced [1] 293/18
convincing [9] 285/15 285/19 285/21
285/22 286/16 287/10 290/13 325/3
325/13
Cook [5] 24/23 27/7 56/13 202/21
212/14
Cook's [1] 27/19 212/12
cooperate [1] 76/13
coordinate [1] 64/12
copies [4] 178/11 281/3 281/14 281/22
copy [20] 6/18 6/21 6/23 19/15 28/19
39/1 39/7 39/13 39/16 39/16 39/18
39/20 39/22 92/1 106/5 114/9 114/10
205/15 278/6 282/9
cord [3] 47/17 47/20 47/21
corner [3] 199/11 199/11 199/14
cornered [2] 199/7 199/10
coronary [3] 55/10 55/15 246/17
corporal [4] 64/1 64/4 120/7 258/12
Corps [1] 254/25
correct [113] 16/3 23/21 42/21 42/24
43/17 43/22 47/1 48/15 48/16 48/18
48/19 48/23 48/24 49/12 49/15 49/18
50/10 50/11 50/17 50/18 52/1 53/17
53/21 58/21 59/9 59/10 60/10 61/12
62/3 62/11 62/14 62/17 65/7 65/8 68/3
69/2 69/16 70/16 70/17 73/10 74/11
110/8 111/14 111/15 114/19 114/22
115/20 115/21 115/23 115/24 116/2
116/3 116/9 117/25 121/17 121/20
121/21 129/8 131/7 131/8 131/11
133/15 133/22 136/23 137/4 142/4
142/20 143/15 146/18 149/24 151/13
151/14 152/8 158/14 158/15 185/6
185/7 185/20 190/15 201/13 221/11
224/17 226/4 229/9 233/14 237/1

237/12 237/18 237/19 239/17 241/9
241/23 241/25 243/22 243/25 244/25
246/1 246/18 246/16 250/16 253/10
253/11 256/22 257/18 257/25 258/18
265/17 267/1 274/21 298/9 330/17
334/12 336/3
correctly [1] 333/5
correspond [1] 294/11
couch [12] 71/14 119/8 120/19 129/16
129/17 141/8 145/15 227/11 228/25
232/25 260/11 265/5
could [96] 5/21 5/21 7/12 22/9 33/4
33/22 36/4 39/7 41/25 45/24 52/20 53/6
53/9 55/14 55/16 56/17 57/1 77/1 77/15
78/24 81/4 83/20 84/1 86/13 95/7 103/1
107/24 108/2 114/21 119/21 119/22
119/22 119/23 119/23 119/24 119/24
121/6 127/22 128/15 133/11 142/12
145/6 147/23 148/10 150/25 153/21
156/5 158/7 162/19 163/24 164/5 172/1
178/21 178/25 184/3 185/22 186/7
187/10 194/21 199/8 204/8 211/12
211/13 214/5 222/22 223/11 226/20
236/23 236/24 241/24 241/25 243/22
243/23 244/20 244/24 245/23 245/24
251/10 251/11 251/15 259/12 260/15
261/4 268/6 268/25 276/2 297/25 298/1
299/7 299/8 299/9 299/14 306/7 306/14
307/2 307/17
couldn't [20] 37/13 80/5 105/6 126/19
129/15 140/13 140/15 141/12 147/3
152/19 152/19 155/6 159/25 163/12
188/20 218/2 245/22 245/24 259/5
265/11
counsel [9] 8/4 83/14 100/17 109/19
224/14 242/19 298/20 313/20 335/1
countering [1] 175/25
country [1] 105/5
county [7] 15/23 28/7 28/9 65/3 186/7
198/6 198/6
couple [7] 5/13 39/8 51/7 77/7 176/11
202/1 237/7
course [8] 67/24 143/16 169/21 175/9
224/9 231/3 231/6 261/1
courses [4] 223/3 223/4 255/8 256/15
court [91] 1/1 1/12 2/4 5/8 5/18 5/19 6/4
6/15 8/3 8/9 8/12 10/10 10/11 10/11
10/13 10/14 10/15 11/6 13/1 13/10
13/13 13/19 15/19 15/22 18/5 18/14
18/15 18/16 18/20 18/22 19/2 21/3 22/6
22/9 22/17 23/10 23/20 23/25 24/5 24/6
24/12 25/1 27/13 29/23 31/5 39/6 39/20
55/2 55/23 88/2 105/19 105/24 106/3
107/2 107/13 107/16 108/25 109/21
110/4 110/13 110/16 111/14 134/18
171/8 174/3 174/22 175/7 179/18
181/16 206/25 249/21 250/12 283/16
283/18 283/22 284/1 284/10 284/24
285/6 291/6 293/6 295/17 295/19
295/21 295/23 295/25 296/10 334/5
335/10 336/6 336/12
Court -- as [1] 8/12
Court -- I [1] 18/15
Court's [26] 3/6 3/11 3/13 12/4 21/3
27/15 27/16 30/9 54/21 62/11 108/17
108/20 109/4 110/5 110/14 135/9
135/22 136/1 281/7 281/8 283/8 283/10
296/18 296/21 297/5 297/11
courtroom [6] 7/17 20/22 22/4 54/15
294/17 294/25
courtroom -- I [1] 22/4
courts [1] 28/8
cover [2] 10/2 267/9

covered [1] 52/4
crashed [1] 37/12
created [1] 54/3
created [1] 47/15
credibility [4] 175/5 288/5 289/7 293/4
credible [3] 287/5 287/16 287/25
credit [1] 255/11
credits [2] 255/13 256/2
crime [9] 26/15 59/5 84/17 84/19 84/21
84/24 178/5 302/23 303/9
crime-fighting [1] 59/5
crimes [1] 175/6
criminal [4] 26/11 26/25 102/4 191/10
Crippen [6] 26/11 212/13 212/15 217/14
218/14 218/16
Crippert [1] 212/13
Crippert -- Crippen [1] 212/13
cross [19] 3/19 16/8 16/16 21/18 23/12
48/5 79/12 80/21 135/24 161/14 175/24
184/1 206/2 215/1 217/9 239/10 240/6
267/23 274/2
cross-examination [12] 16/8 48/5 79/12
80/21 161/14 184/1 206/2 215/1 239/10
240/6 267/23 274/2
cross-examine [3] 16/16 21/18 23/12
cross-examining [1] 175/24
crowds [1] 59/3
CRR [3] 2/4 336/2 336/11
crying [1] 37/13
CSR [5] 2/4 336/2 336/11 336/11
336/15
cuff [4] 130/23 248/20 251/6 262/21
cuffing [2] 248/11 248/12
cuffs [7] 78/7 78/7 78/11 131/21 132/9
262/13 262/22
culminated [1] 190/3
culpability [1] 327/2
cure [1] 16/5
curious [1] 104/1
current [5] 102/3 123/9 220/7 256/21
261/4
currently [9] 32/13 35/22 58/6 189/8
220/1 220/3 220/9 255/16 256/24
cushion [1] 71/9
cushions [2] 71/15 71/22
custodian [3] 170/16 171/4 185/11
custody [18] 28/3 28/8 71/6 72/8 121/15
122/6 123/11 124/4 154/10 154/25
159/7 160/23 160/25 202/2 243/12
243/15 247/7 270/7
custom [1] 62/23
cut [1] 165/7
CV [1] 1/4
cycle [4] 75/24 75/25 76/17 126/13
cycled [1] 232/24
cycling [1] 123/16

## D

dad [6] 32/16 34/3 34/10 35/25 36/6
36/25
daddy [1] 33/23
daily [1] 33/7
Dallas [2] 1/16 1/19
damage [10] 315/22 315/24 317/4
317/5 317/11 322/21 323/6 324/11
324/19 324/24
damages [25] 11/7 175/25 182/16
238/20 311/21 313/5 313/13 314/21
316/17 316/22 317/13 321/11 322/3
322/25 324/13 325/4 325/19 325/20
325/24 325/24 326/1 326/12 326/24
327/10 327/15
Danford [21] 4/5 60/25 64/16 64/20

**D**

Danford -- [1] 64/25
114/2 168/18 170/10 187/8 188/14
188/22 188/24 189/5 190/11 204/12
206/4 206/23 206/24 215/3
danger [2] 226/20 247/23
dangerous [26] 66/6 73/5 87/6 87/7
87/9 87/22 95/20 95/23 99/1 99/4 99/6
99/6 100/6 162/1 162/3 162/4 162/7
162/20 163/17 204/24 209/16 214/2
214/5 214/9 214/12 248/13
dangerous -- to [1] 99/6
DARDEN [267] 1/4 1/5 3/20 3/21 4/15
6/2 7/13 10/4 11/4 11/11 15/25 18/3
23/6 29/19 32/2 32/3 32/10 35/6 35/7
35/17 42/4 42/20 44/2 44/12 44/20 45/3
45/18 48/22 49/25 50/8 51/21 52/3 53/7
56/11 56/14 70/15 70/18 72/12 72/22
73/15 74/22 79/22 80/8 80/15 80/25
81/13 81/16 81/24 82/5 82/7 82/16 83/3
83/4 83/5 83/14 83/22 84/9 90/24 91/8
92/17 93/4 94/18 95/1 96/1 96/14 96/25
98/18 104/6 105/9 120/16 120/24
121/15 122/4 124/8 126/10 127/7
128/22 128/25 130/18 131/22 133/14
138/22 138/23 142/4 143/15 143/16
143/20 147/13 148/19 151/7 152/13
156/6 158/2 159/13 159/24 163/22
164/2 165/22 165/24 166/5 166/11
166/17 167/17 167/19 167/23 175/24
176/16 176/19 176/23 176/25 177/1
177/6 177/12 177/14 177/24 179/18
180/10 180/19 181/11 182/2 182/8
187/24 195/2 195/10 196/14 196/18
197/4 202/25 211/9 211/12 211/17
213/18 227/4 228/1 228/18 228/24
229/4 229/21 230/5 230/16 231/11
232/6 232/25 235/9 235/23 236/5
236/18 236/25 237/13 239/13 241/11
241/24 243/15 244/6 244/19 244/20
246/5 246/12 253/16 258/18 259/18
260/11 261/12 261/20 261/24 262/14
263/25 264/14 264/16 265/4 266/9
268/10 268/12 268/15 268/20 269/9
269/16 271/18 271/25 272/9 272/23
273/1 273/2 273/3 273/7 275/7 300/17
302/16 302/19 302/25 303/1 303/3
303/4 303/6 303/13 303/22 303/24
304/1 304/3 304/24 308/8 308/12
308/17 309/3 309/12 309/21 310/6
312/19 312/20 313/6 313/7 313/8 313/8
313/8 313/24 313/24 314/6 314/7
314/12 314/15 314/15 314/15 314/16
314/22 316/11 316/17 316/18 316/23
316/24 316/24 316/25 317/25 318/2
318/6 318/8 318/12 318/15 318/23
319/1 319/12 319/14 319/19 319/21
319/25 320/11 321/4 321/10 321/11
321/15 321/22 322/1 322/3 322/6 322/8
322/18 322/24 322/25 323/2 323/2
323/23 323/24 324/13 324/14 325/5
325/6 326/11 326/12
Darden -- asking [1] 324/13
Darden -- I [1] 323/24
Darden's [32] 5/22 46/14 47/17 52/11
52/21 55/8 56/6 97/11 127/3 131/13
131/16 132/14 132/17 140/10 141/3
148/1 158/17 165/2 179/20 194/2 210/3
212/11 231/9 235/13 243/11 247/5
272/13 309/1 310/3 310/12 316/25
324/4
darts [5] 46/14 46/16 47/16 47/18 49/22

DARYL [2] 1/15 209/19
Dashawn [8] 3/20 32/2 32/3 32/10
32/11 313/9 314/15 314/16
data [1] 172/17
date [11] 61/16 64/15 111/20 179/23
179/25 180/13 192/25 223/18 224/18
224/21 256/19
dates [3] 180/21 184/19 186/22
day [16] 22/1 36/14 36/25 37/2 38/8
43/10 63/20 63/21 63/22 106/15 127/18
195/8 241/3 273/5 275/24 336/8
Daylin [13] 3/21 35/6 35/7 35/13 35/17
35/18 35/20 35/24 37/3 313/8 314/15
318/6 318/8
days [1] 192/14
DEA [1] 220/8
dead [7] 7/13 11/11 11/13 11/19 12/13
37/9 269/16
deal [14] 58/24 71/5 71/7 77/1 105/21
191/18 215/22 220/10 222/13 236/8
241/21 250/3 257/5 331/20
dealing [7] 24/16 56/15 59/1 59/3 98/18
124/23 269/23
dealt [1] 230/16
death [42] 33/10 34/11 37/4 37/6 37/17
44/5 50/2 50/7 50/10 52/10 52/12 52/21
53/6 95/10 308/7 308/12 308/17 308/19
308/21 309/1 309/12 309/16 309/21
309/23 309/24 310/4 311/19 311/20
311/21 313/5 314/11 314/22 316/18
318/24 319/12 320/2 320/4 321/11
322/4 322/9 322/12 323/1
deaths [1] 105/5
debbie.saenz [2] 2/6 336/19
DEBRA [4] 2/4 336/2 336/10 336/11
deceased [2] 32/22 202/25
decedent [3] 14/20 51/16 92/21
decide [11] 56/21 196/25 276/5 277/1
290/22 292/13 292/17 293/14 294/16
303/13 325/24
decided [3] 197/17 228/17 284/14
deciding [2] 301/8 301/18
decision [8] 17/25 88/4 110/10 279/9
279/10 289/10 290/17 292/14
decisions [1] 203/3
deem [1] 201/7
defendant [24] 1/21 2/1 85/2 85/2 85/13
85/13 275/11 297/10 300/17 304/24
307/14 307/14 321/6 323/14 324/6
325/21 326/3 327/14 327/16 328/10
330/20 331/7 331/23 333/9
defendant's [12] 3/5 3/10 56/4 138/10
326/2 331/16 332/14 332/20 333/1
333/3 333/6 334/9
defendants [12] 1/9 54/22 54/25 55/7
56/18 57/15 101/4 104/16 113/7 275/15
305/24 333/18
defendants' [1] 187/15
defense [1] 331/3
defensive [1] 224/3
defined [2] 285/21 317/5
definitely [1] 20/12
definition [2] 292/23 292/24
definitions [4] 286/6 286/7 286/10
286/11
degree [8] 285/24 287/5 287/25 302/18
304/9 304/12 325/15 327/2
DeHoyos [1] 63/21
deliberate [1] 293/13
deliberations [12] 278/21 284/18 288/3
293/10 293/17 293/23 294/13 294/21
294/25 295/13 295/14 295/20
deliver [5] 179/20 180/5 180/11 230/25

231/4
delivered [5] 114/2 149/11 149/16
237/23 296/2
delivering [1] 238/12
delivery [3] 177/5 177/8 177/25
Demarcus [1] 177/20
demeanor [1] 288/12
deny [1] 278/11
department [19] 43/16 49/2 58/11 58/14
67/25 171/2 171/10 171/15 172/19
173/1 178/6 185/11 220/2 220/12
220/18 254/15 257/1 263/6 269/23
Department's [1] 251/4
depend [5] 86/15 94/10 278/23 284/6
292/15
depends [6] 22/13 170/7 196/12 273/17
273/17 279/1
deployed [14] 46/15 47/16 47/18 48/22
49/20 49/21 123/10 232/16 232/24
233/5 233/6 236/17 261/1 262/3
deployed -- the [1] 47/18
deploying [1] 271/14
deployment [26] 9/18 9/19 11/11 11/18
12/10 43/21 46/7 46/16 46/17 49/23
50/1 50/7 50/13 50/15 76/10 122/24
126/5 129/8 129/10 133/11 149/12
152/17 154/19 233/16 234/23 235/8
deployments [3] 46/16 236/21 255/4
deposition [21] 206/18 206/24 208/3
209/3 237/21 237/24 238/4 241/2 241/4
241/6 241/8 241/10 242/8 243/3 243/4
243/5 243/18 243/20 246/22 291/14
291/16
depositions [2] 85/14 291/19
describe [17] 32/17 35/25 36/5 59/13
113/25 117/2 131/23 154/23 190/5
194/25 195/9 198/22 199/4 201/23
225/1 226/17 226/22
describe -- well [1] 190/5
described [7] 29/20 106/11 115/19
116/22 195/3 231/18 331/22
describing [2] 117/16 117/18
description [10] 4/14 6/8 13/23 47/3
116/25 118/11 193/20 195/4 225/3
225/17
descriptions [3] 30/17 117/2 226/25
deserves [2] 288/6 289/3
design [1] 229/16
designated [4] 16/9 16/22 17/5 125/4
designed [3] 65/10 75/11 75/12
desire [1] 296/1
Despite [1] 243/23
destruction [1] 69/15
detail [4] 45/24 88/2 116/19 289/3
detailed [5] 6/8 6/8 44/1 88/12 99/8
detailed -- there [1] 6/8
details [4] 13/21 14/5 66/3 197/22
detain [5] 218/25 301/23 302/19 302/25
304/5
detained [2] 132/3 322/6
detainee [2] 304/8 304/11
detaining [3] 119/7 302/10 323/2
Detective [4] 13/25 14/13 49/7 102/4
detention [21] 300/16 302/1 302/2 302/3
303/5 303/7 303/23 303/25 304/12
304/24 308/18 309/3 309/22 310/6
318/25 319/14 319/21 320/11 321/15
322/1 322/18
detentions [1] 301/24
deter [2] 325/20 325/22
determination [3] 46/24 210/15 286/5
determinations [1] 62/13
determine [3] 45/18 258/9 258/16

**D**

determined [2] 278/6 302/5
determining [4] 287/19 292/6 304/6 316/22
deterrence [1] 326/4
develop [4] 98/14 100/23 206/17 207/5
developed [8] 87/25 100/22 100/23 116/11 213/4 213/21 213/22 213/24
device [2] 75/8 294/1
devices [2] 59/18 293/25
devices -- any [1] 293/25
did [358]
did -- in [1] 209/8
didn't [68] 8/2 8/6 17/6 19/9 26/23 27/1 27/17 30/3 34/9 34/13 44/18 44/23 52/10 52/22 67/3 79/24 81/13 85/22 89/22 104/11 104/12 106/15 122/16 123/14 125/12 125/15 131/17 136/5 138/24 142/16 143/5 147/15 150/23 151/18 154/24 155/9 158/8 159/1 159/16 159/17 160/16 165/20 186/18 188/6 193/15 193/18 196/12 197/4 204/11 209/1 217/18 231/20 233/22 239/14 243/8 243/21 244/18 247/19 261/3 278/2 282/23 291/13 298/3 311/2 312/3 327/21 330/25 331/13
didn't -- to [1] 123/14
die [3] 53/21 234/17 245/6
died [5] 10/4 43/19 55/10 313/24 314/7
difference [3] 104/9 245/8 245/10
different [28] 9/16 22/19 24/10 41/5 44/9 49/10 67/16 84/4 102/22 119/6 135/12 136/22 184/10 191/9 205/3 223/4 238/8 249/1 257/4 264/3 273/4 273/5 273/6 273/9 273/11 280/18 282/18 288/21
differently [1] 288/24
difficult [3] 236/7 236/8 242/10
difficulty [1] 134/4
difficulty -- oh [1] 134/4
dining [1] 137/22
dire [2] 179/1 179/3
direct [34] 3/19 4/2 8/25 27/13 32/5 35/9 40/4 50/1 50/6 57/23 64/12 101/22 111/11 144/8 170/22 189/1 219/19 248/22 249/10 254/10 289/15 290/10 290/13 308/7 308/11 308/20 309/11 309/15 309/24 318/24 319/12 319/19 320/3 322/10
direction [3] 144/11 145/18 151/9 229/8
directions [4] 122/13 123/19 141/23 229/8
directive [1] 251/18
directly [8] 55/19 67/1 77/18 301/1 301/13 318/18 321/12 321/23
directs [1] 286/24
disagree [2] 25/2 330/5
disappointed [1] 278/18
disapproved [1] 23/13
disciplined [1] 234/21
disclosed [1] 25/5
disclosure [1] 106/12
discover [1] 46/13
discredit [1] 288/22
discrepancies [1] 288/20
discrepancy [1] 289/1 289/4
discretion [1] 110/5
discuss [14] 5/9 16/9 103/19 109/11 109/12 109/17 164/12 182/16 207/20 207/24 207/25 208/1 294/12 294/25
discussed [14] 8/9 25/6 40/19 49/25 51/8 53/15 104/8 135/8 154/6 164/10

164/14 164/16 200/19 250/11
discusses [1] 12/25
discussing [1] 164/8 164/20
Discussion [1] 3/7
discussions [1] 5/21
disease [5] 53/20 55/10 55/12 55/15 246/18
disengaged [1] 123/7
disks [3] 30/24 31/4 31/12
dispensation [1] 137/14
display [1] 135/14
dispute [5] 85/22 163/23 164/3 290/24 291/2
disregard [1] 83/16
disregarded [2] 108/17 108/20
distance [1] 132/18
distinction [1] 290/9
distract [1] 260/15
distractionary [3] 230/21 230/22 231/5
distribution [1] 211/22
DISTRICT [5] 1/1 1/2 1/12 179/17 336/12
disturbance [2] 71/18 71/18
disturbances [1] 59/2
division [6] 1/3 189/9 189/12 189/13 220/25 336/13
divisions [1] 197/18
do [429]
do -- read [1] 108/6
do -- what [1] 65/9
doctor [1] 124/23
document [28] 8/10 15/13 25/15 27/4 112/9 112/14 112/17 112/20 112/22 113/11 113/18 114/5 181/5 181/7 182/5 184/5 184/20 185/16 190/19 190/21 190/21 190/24 206/6 207/3 221/24 224/1 256/5 256/11 256/14
documenting [2] 176/19 176/25
documents [24] 16/14 24/22 25/4 25/17 26/23 27/1 118/10 171/9 171/12 171/14 175/5 175/5 176/10 179/5 179/14 181/19 184/12 185/5 185/8 185/17 186/14 186/18 200/19 221/10
does [65] 6/15 6/18 19/14 24/24 25/19 45/7 59/24 71/8 71/11 73/5 73/7 83/13 83/16 83/21 84/8 90/4 92/16 92/20 105/11 105/19 109/6 109/21 113/15 113/25 130/18 149/24 153/24 157/3 157/8 157/13 157/15 160/9 163/2 171/6 179/7 180/23 181/3 181/5 189/13 194/11 201/4 203/11 219/4 226/18 226/10 239/19 248/21 250/1 253/3 253/5 256/4 256/14 256/18 266/15 267/13 286/23 287/13 292/11 296/17 297/10 304/15 308/19 309/23 327/25 328/10
doesn't [18] 21/22 24/11 27/3 30/13 74/3 128/1 132/21 142/13 153/15 153/15 178/1 178/22 206/19 207/4 249/15 282/15 305/20 310/9
dogs [1] 36/19
doing [51] 14/23 15/13 16/7 22/17 36/21 37/20 38/8 40/10 53/2 58/9 58/22 60/16 69/23 73/2 75/20 79/25 82/7 86/14 102/23 106/16 111/17 111/25 121/8 123/17 126/10 130/25 131/10 132/13 135/11 155/21 157/11 159/15 183/21 188/1 195/21 198/5 230/24 231/13 233/25 234/18 235/11 235/15 247/10 262/8 267/7 279/8 280/6 301/7 325/22 329/14 331/18
dollar [17] 163/14 163/15 211/19 211/21 211/21 212/1 312/24 313/1 317/17

317/17 317/21 317/24 323/8 323/8 324/10 324/17 324/24
dollars [5] 211/20 317/11 322/20 323/5 327/9
don't [207] 5/24 7/16 7/19 8/7 11/23 13/9 13/10 15/14 16/19 17/1 17/13 17/19 17/24 17/24 18/21 22/10 25/3 25/17 26/21 27/22 30/7 30/10 32/20 33/4 36/8 36/8 37/12 37/19 37/19 37/22 40/22 43/3 45/14 45/15 46/1 46/20 52/5 52/7 52/13 52/13 52/17 54/14 63/2 63/2 66/3 71/1 74/17 77/24 82/2 82/13 84/2 85/17 86/10 86/22 86/25 87/2 88/10 89/1 89/4 89/23 90/11 90/25 91/20 91/21 92/1 92/8 93/2 93/9 93/10 93/20 94/8 96/7 97/1 98/20 99/3 99/13 100/8 100/22 102/16 105/16 107/9 107/13 108/8 109/23 110/15 110/17 110/20 115/14 116/12 116/19 118/14 125/22 129/18 135/20 135/21 137/10 137/13 137/17 138/2 138/8 138/11 138/20 140/4 140/19 141/5 145/15 146/15 148/18 148/20 150/21 154/19 155/1 163/19 165/5 165/20 167/3 168/5 168/25 169/2 169/9 169/12 169/24 170/4 172/6 172/7 178/24 179/12 181/22 181/23 182/2 182/10 183/11 184/21 185/17 186/21 186/22 194/14 197/10 205/12 206/20 207/2 207/14 210/22 211/3 212/2 213/5 213/7 214/4 214/4 216/23 216/25 217/19 218/11 222/17 224/11 228/16 229/19 237/15 237/15 238/19 241/17 242/20 243/2 244/3 246/14 247/13 247/23 250/16 250/19 251/18 253/13 253/15 257/7 262/12 264/24 267/1 269/12 269/13 269/17 270/17 271/10 272/15 273/21 276/22 278/8 279/15 281/1 281/6 281/11 281/13 282/13 298/16 305/14 311/8 320/17 320/22 323/11 323/17 328/20 328/22 331/4 331/18 332/12 334/3 334/5 334/18 335/13
don't -- I [3] 36/8 107/9 167/3
done [35] 15/14 17/5 17/14 20/18 21/5 21/25 31/3 36/7 40/23 69/22 76/18 78/24 81/19 86/16 86/18 86/22 86/23 99/12 108/7 118/15 118/20 122/11 138/9 144/20 148/6 170/5 186/24 188/5 216/21 220/14 239/3 253/7 268/25 282/10 298/14
Donna [3] 194/3 233/18 233/22
Donneika [6] 4/17 176/22 177/4 313/8 314/15 318/15
door [31] 7/15 12/23 66/10 67/11 67/23 69/3 70/2 72/21 75/6 76/17 79/19 119/1 119/7 119/16 119/18 119/25 120/9 124/1 127/22 144/5 145/6 148/25 226/7 226/9 226/11 226/19 228/9 259/10 259/14 259/15 295/20
dope [3] 195/24 196/20 213/16
double [4] 159/16 160/16 200/5 297/24
double-check [2] 160/16 200/5
Double-checking [1] 159/16
double-negative [1] 297/24
doubt [1] 238/17
dove [1] 236/11
down [43] 7/3 20/1 38/18 54/3 70/5 70/5 71/4 76/19 97/7 97/8 120/13 120/14 122/12 122/16 123/10 124/1 126/8 126/15 129/22 131/20 146/6 148/3 154/10 156/6 157/22 158/1 158/3 158/13 183/6 218/23 218/24 228/2 228/3 229/12 230/6 234/12 250/1

**D**

down -- [6] 253/22 261/14 261/17 270/4
275/13 282/11
down -- I [1] 229/12
Dr [1] 16/4
Dr. [28] 8/13 8/22 9/1 10/1 10/3 10/20
14/17 14/19 14/24 15/10 15/19 16/11
18/11 18/14 18/16 21/18 21/22 22/7
22/22 38/20 38/21 39/10 40/6 42/12
44/17 51/6 52/10 91/3
Dr. Greenberg [27] 8/13 8/22 9/1 10/1
10/3 10/20 14/19 14/24 15/10 15/19
16/11 18/11 18/14 18/16 21/18 21/22
22/7 22/22 38/20 38/21 39/10 40/6
42/12 44/17 51/6 52/10 91/3
Dr. Peerwani [1] 14/17
draped [1] 120/19
drawers [1] 201/9
drew [1] 143/17
drive [1] 279/12
driver [1] 259/7
driving [2] 225/2 259/6
drove [2] 192/7 192/12
drug [15] 61/5 62/3 86/1 86/1 86/4
86/12 86/13 86/15 86/18 115/18 116/24
116/25 196/4 220/4 303/7
drug -- if [1] 86/12
drugs [10] 62/6 87/3 100/7 139/24
163/7 193/5 193/7 210/18 210/19
216/11
dry [1] 147/11
due [4] 10/5 10/5 18/13 63/23
duly [9] 32/4 35/8 40/2 57/22 101/21
170/21 188/25 219/18 254/9
duplicate [2] 316/5 335/3
during [40] 9/17 12/10 21/25 41/14
64/13 71/18 85/14 87/25 107/7 124/10
128/13 136/2 136/4 138/10 142/8
165/18 166/12 167/22 203/23 208/3
216/22 230/16 231/13 231/25 242/8
243/18 245/4 246/11 246/22 250/2
255/13 292/2 292/3 293/17 293/23
294/13 294/21 308/17 309/21 331/4
duties [4] 128/12 171/3 265/14 265/24
duty [10] 60/5 124/25 266/3 283/15
283/17 283/24 284/1 284/21 293/12
295/12
Dwayne [3] 322/24 322/25 324/1
dynamic [1] 59/16

**E**

e-mail [3] 2/6 29/12 336/19
each [44] 46/16 64/15 67/10 78/25
79/24 138/8 172/6 277/23 278/6 284/7
285/8 285/12 285/12 285/18 287/17
288/8 288/10 288/16 288/18 289/7
290/21 290/22 293/9 293/14 296/13
300/22 306/1 307/25 310/18 312/11
314/14 314/16 314/17 314/24 314/25
315/14 315/22 315/24 317/7 317/13
322/21 323/6 324/18 324/19
earlier [12] 82/1 82/1 118/14 118/14
149/3 152/21 154/6 155/14 224/13
318/20 331/12 335/3
early [5] 117/7 132/5 195/6 231/13
331/4
earnings [1] 317/1
ears [1] 216/25
ease [1] 23/8
easier [1] 131/25
east [74] 1/21 1/21 7/24 8/13 8/21 9/14
9/25 9/25 10/11 10/17 11/6 12/23 14/23

15/20 16/6 17/20 21/12 21/20 21/20
21/21 21/22 24/6 24/18 24/24 27/15
28/21 28/16 30/5 31/3 51/8 53/9 55/11 54/9
57/24 61/9 67/4 71/17 75/1 75/18 88/2
88/18 96/13 99/6 101/23 109/14 110/4
111/12 114/9 114/10 115/17 116/10
116/20 118/13 139/1 146/21 167/6
168/17 170/23 171/24 186/11 188/11
189/2 190/8 201/25 204/2 217/13
219/20 244/4 246/10 250/7 250/9
252/24 274/3 332/7 333/10
East's [1] 23/8
easy [1] 130/4
education [2] 254/18 292/8
educational [1] 256/15
effect [4] 84/20 229/19 289/1 293/20
effective [1] 74/6
effects [1] 180/23
efficient [1] 78/8
effort [1] 293/13
efforts [2] 55/9 225/7
either [22] 16/6 64/18 70/21 73/25
105/16 130/1 130/1 146/23 232/1
252/15 281/7 288/17 288/18 292/22
297/10 305/5 305/6 305/7 305/8 324/11
324/24 328/10
elaborate [1] 199/13
elderly [1] 225/21
electric [1] 123/9
electrical [1] 133/12
electronic [3] 293/25 294/1 294/14
electronically [1] 294/11
element [3] 300/24 300/25 301/3
301/13 301/15 314/8 317/7 317/8 317/8
317/13 322/21 323/6 324/11 324/19
324/19 324/24
element -- as [1] 324/19
elements [9] 300/22 301/9 301/12
301/19 313/14 313/17 315/24 317/4
317/5
elicited [1] 83/14
else [22] 17/1 24/8 28/12 99/12 99/18
100/11 100/18 122/23 124/3 128/14
144/14 155/1 165/24 177/10 195/20
206/8 209/24 224/12 225/4 234/5 247/8
265/12
else's [1] 181/23
embarrass [1] 57/9
embedded [1] 48/10
emotional [2] 314/9 319/18
employed [7] 58/5 58/7 102/1 171/1
189/6 219/24 256/24
employees [1] 20/19
employment [1] 221/5
empty [1] 332/1
enable [1] 332/1
encompass [1] 189/13
encounter [6] 226/13 226/15 226/16
226/18 227/3 228/10
encountered [2] 70/15 160/23
encounters [1] 96/25
encourages [1] 109/3
end [15] 7/4 7/5 75/11 104/14 134/2
140/14 161/2 196/2 200/17 207/21
232/23 234/4 234/6 327/18 335/17
ended [4] 12/14 18/24 229/16 229/17
endless [1] 119/21
enforcement [5] 221/19 255/21 256/1
256/16 302/9
engage [1] 262/4
engaged [3] 41/13 143/21 216/10
engagement [1] 266/9
engaging [1] 325/22

enlisted [1] 254/25
enough [11] 24/2 78/17 89/9 102/23
110/8 117/17 193/3 211/4 248/6 237/5
333/4
enter [5] 77/4 79/14 118/25 228/9
235/21
entered [10] 75/6 77/8 97/7 118/22
118/24 167/18 227/3 235/12 250/7
266/16
entering [2] 65/13 87/10
enters [4] 5/5 103/17 168/15 276/20
entire [14] 13/20 14/24 25/5 143/5
151/1 160/21 164/4 187/24 224/5
230/16 330/23 331/19 332/22 332/23
entirely [1] 102/22
entitled [6] 84/3 85/6 91/5 135/5 135/9
336/4
entries [5] 59/17 59/17 59/19 132/2
224/1
entry [29] 65/6 65/10 65/21 67/6 67/17
67/22 68/5 68/13 119/15 119/17 120/3
127/19 128/5 128/13 136/22 136/25
138/17 141/15 162/8 162/16 162/19
198/25 201/4 204/1 226/3 259/4 259/5
259/6 302/24
environment [1] 247/23
equal [2] 284/15 284/15
equipment [1] 257/7
equivalent [1] 59/15
ERIC [1] 1/4
error [1] 289/4
escape [1] 69/15
escaping [1] 65/18
especially [3] 123/20 253/9 274/18
establish [10] 12/13 84/18 86/16 86/18
181/19 186/15 195/21 195/22 287/6
289/23
established [14] 56/6 77/22 84/16
111/16 153/14 186/13 289/20 289/21
290/4 290/6 300/23 301/9 301/19 333/1
establishes [1] 181/22
estate [9] 1/4 312/18 321/10 322/24
323/21 324/4 324/14 325/5 326/11
estimating [1] 103/8
et [4] 5/22 24/17 26/12 274/15
evade [2] 303/5 303/7
even [20] 8/6 11/23 12/21 26/4 49/16
88/10 88/25 89/1 133/6 133/16 133/19
135/15 137/15 143/12 143/13 217/18
231/16 237/10 296/10 302/19
even -- was [1] 143/12
event [6] 104/8 166/13 266/5 286/21
286/21 302/11
events [5] 172/21 180/20 192/11 308/17
309/21
eventually [3] 50/14 76/8 78/1
ever [26] 34/12 34/17 36/23 71/14 83/2
96/3 96/6 96/18 96/20 96/22 99/7
133/20 140/22 140/25 141/16 141/19
165/22 189/16 208/18 211/19 234/20
236/17 239/3 245/1 248/11 281/6
every [14] 33/20 36/14 38/8 62/22
107/18 110/21 150/21 208/25 210/10
224/7 285/7 288/9 292/24 302/19
everybody [13] 65/16 65/17 67/11 70/9
124/2 124/4 142/2 218/20 218/25
227/18 235/14 270/7 328/21
everyone [3] 123/25 160/25 218/23
everything [18] 13/10 21/5 36/17 36/19
37/21 37/22 70/8 70/9 81/1 119/25
142/9 143/8 143/23 162/3 170/7 198/16
207/25 282/15
evidence [141] 6/14 6/16 8/15 9/18 9/22

**E**

evidence [136] 10/9 15/14 16/3 18/4
22/21 30/10 55/11 55/13 56/9 56/10
56/16 69/16 99/25 100/4 100/5 107/3
108/4 109/25 110/10 114/5 114/6 114/7
114/13 115/15 121/10 165/10 167/8
181/11 181/23 182/6 183/14 183/16
204/6 208/23 209/13 235/4 278/15
278/17 281/17 281/20 283/14 283/19
284/3 284/3 284/5 284/8 284/19 284/21
284/22 284/23 285/5 285/16 285/19
285/20 285/21 285/22 285/22 285/25
286/3 286/16 286/17 286/22 286/25
287/2 287/4 287/5 287/6 287/8 287/9
287/14 287/15 287/16 287/17 287/20
287/23 287/24 287/25 288/9 288/19
289/12 289/14 289/15 289/17 289/20
289/24 290/6 290/8 290/10 290/12
290/13 291/4 291/10 292/6 293/15
293/20 294/14 294/22 300/16 300/23
301/10 301/20 302/12 304/23 306/7
306/13 307/1 307/17 308/6 308/10
308/22 309/10 309/25 310/10 312/17
312/25 313/4 314/18 314/20 315/1
315/22 316/14 316/15 317/15 318/22
320/5 320/13 321/8 321/22 322/13
322/22 323/7 325/4 325/13 325/13
325/17 329/7
evidence -- it [1] 286/3
evidence -- let [1] 316/14
evolving [1] 303/19
exact [3] 46/20 251/12 277/21
exactly [17] 62/11 82/13 86/22 146/17
149/22 176/2 212/2 218/21 243/8 267/6
272/16 284/13 318/5 324/2 324/6 324/7
324/7
examination [37] 4/2 16/8 18/22 32/5
35/9 40/4 48/5 51/4 53/13 57/23 79/12
80/21 96/12 101/22 111/11 161/14
167/5 167/14 170/22 184/1 186/10
189/1 206/2 215/1 217/12 218/17
219/19 239/10 240/6 246/3 246/9 248/9
252/23 254/10 267/23 274/2 275/4
examine [4] 16/16 21/18 23/12 47/21
examiner [2] 15/24 52/2
examiner's [1] 14/17
examining [1] 175/24
example [4] 20/16 24/23 28/3 115/18
exceeding [1] 87/14
exceeds [1] 217/17
except [3] 196/14 286/14 327/14
excessive [40] 55/2 55/4 55/18 55/20
298/2 299/10 299/15 300/17 301/2
301/15 302/17 302/20 304/7 304/15
304/25 305/24 306/22 308/19 309/2
309/14 309/23 310/5 311/18 319/1
319/4 319/15 319/22 320/2 320/10
321/5 321/13 321/24 322/17 323/1
323/15 323/23 324/5 324/15 325/6
326/13
excessiveness [3] 55/20 301/3 301/15
excluded [2] 8/3 249/21
exclusive [1] 293/3
excuse [2] 97/23 167/1
excused [25] 35/1 35/3 38/15 38/17
53/24 54/1 54/2 54/17 97/17 97/19
101/2 166/22 168/1 168/4 168/6 187/2
187/4 219/7 219/9 248/1 252/21 253/20
274/24 275/10 275/13
execute [10] 59/24 66/5 88/21 89/12
99/9 112/15 163/7 167/12 209/17
270/12

execute -- is [1] 66/5
executed [9] 64/21 85/25 89/15 118/19
168/21 163/17 214/21 214/24 214/25
executing [6] 66/5 87/5 87/13 89/16
161/25 301/22
execution [4] 65/5 118/20 162/21
265/24
exercise [3] 248/15 248/19 251/5
exhausted [1] 209/25
exhibit [74] 3/14 6/11 27/20 29/11 29/13
29/15 29/16 29/20 29/21 30/16 30/19
30/21 31/6 39/11 40/24 81/10 90/2 90/3
90/4 90/6 91/16 91/24 94/15 94/18
97/10 112/9 113/8 114/10 114/12
119/13 120/5 120/11 126/2 134/3 134/7
134/12 136/20 161/3 161/19 164/7
164/9 164/15 164/16 164/18 164/25
165/1 165/9 177/17 178/14 179/17
180/9 184/3 184/6 184/21 185/3 190/6
190/9 190/9 190/14 204/4 204/5 204/16
205/19 205/21 205/23 206/5 207/8
223/17 256/4 256/13 329/11 331/3
334/9 334/13
exhibits [53] 3/3 4/13 29/7 29/10 31/1
31/1 31/7 31/9 114/18 165/10 171/20
171/25 172/10 172/12 173/8 173/25
178/9 179/12 184/12 184/17 188/16
203/18 204/17 223/14 287/23 288/1
329/7 329/8 329/12 329/16 329/23
330/3 330/16 330/20 330/24 331/1
331/6 331/9 331/11 331/16 331/23
332/8 332/13 332/14 332/21 333/2
333/3 333/6 333/9 333/20 334/18
334/19 334/20
exist [1] 8/3
existence [8] 289/18 290/6 304/16
308/24 310/2 310/11 320/7 322/14
exists [3] 105/25 277/14 302/6
exits [1] 7/17
expect [2] 99/24 123/23
expectancy [1] 316/23
expected [1] 114/21
expense [1] 316/8
expenses [2] 312/19 313/2
experience [13] 68/6 95/17 105/8
124/22 124/23 130/7 145/4 218/19
289/1 292/8 292/16 320/1 322/8
experienced [6] 32/18 68/18 68/23
318/23 319/11 319/19
experiencing [1] 124/24
expert [11] 8/13 8/14 16/10 16/23 125/5
275/25 292/4 292/7 292/10 292/14
292/17
expertise [1] 59/3
experts [1] 17/6
Expires [1] 336/15
explain [22] 33/1 45/2 61/10 61/20
61/22 62/7 83/20 83/23 113/20 114/20
115/4 124/21 191/6 193/9 196/11 197/9
236/9 236/9 246/21 246/24 247/3
293/11
explained [6] 117/21 296/18 297/5
297/11 328/1 328/12
explaining [2] 72/4 128/6
explains [1] 291/18
explanation [1] 61/24
explanations [20] 286/7 286/7 286/10
286/11 295/9 300/19 304/25 308/15
309/18 313/11 315/18 316/20 317/6
319/8 321/18 325/11 326/18 326/20
326/21 327/13
expose' [1] 105/4
exposed [1] 107/9

expressed [2] 111/1 292/10
expressly [1] 267/3
extended [2] 83/13 95/23 317/16
extent [10] 55/24 248/24 288/17 304/17
308/25 310/3 310/12 320/7 322/15
327/5
extra [5] 39/1 39/7 39/13 39/18 326/3
extract [8] 130/12 130/15 131/1 131/3
155/17 156/10 156/23 231/10
extracted [1] 262/11
extracted -- his [1] 262/11
extracting [1] 154/11
extreme [3] 248/15 248/19 251/5
extremely [2] 170/2 217/11
eye [4] 165/2 165/5 166/6 166/17
eyes [5] 76/14 76/15 117/5 143/18
193/23
eyes -- was [1] 76/14
eyewitness [1] 289/16

**F**

face [30] 76/19 95/12 150/13 150/17
156/1 156/6 156/12 156/18 157/22
158/1 158/3 164/2 165/4 166/1 166/3
166/5 166/11 166/12 244/15 245/12
250/1 260/13 268/10 268/12 268/15
270/4 272/13 273/16 273/20 273/22
Facebook [1] 294/4
facilitate [3] 59/19 64/12 119/5
facilitating [1] 302/13
facing [8] 144/10 145/18 146/14 151/23
156/12 306/16 307/6 307/20
fact [30] 6/9 7/22 18/8 20/15 20/24 56/2
88/6 94/13 123/3 142/19 229/15 235/19
235/20 260/21 261/5 267/25 272/21
287/19 289/20 289/21 290/4 290/5
290/7 290/14 292/6 303/16 308/16
309/20 319/24 322/7
factor [1] 216/15
Factors [1] 326/23
facts [35] 26/24 27/1 55/16 55/22 85/8
110/9 113/21 208/23 247/9 273/18
273/19 284/2 284/8 289/11 289/15
289/19 289/22 289/25 290/3 290/11
290/24 290/25 291/2 291/3 291/4 291/4
291/5 291/8 293/3 296/19 296/24 297/1
297/8 302/22 304/5
facts -- as [1] 291/5
fail [1] 263/8
failed [1] 132/15
failing [1] 41/14
failure [3] 11/5 177/22 288/25
fair [3] 138/5 240/23 269/15
fairly [5] 68/20 289/21 312/18 316/16
321/9
fairness [2] 15/19 106/1
faith [1] 110/1
falling [1] 265/8
falsehood [1] 289/5
familiar [18] 68/15 72/9 77/16 102/13
102/15 149/6 176/14 192/17 201/18
206/5 206/14 207/6 207/7 256/2 269/22
270/1 274/11 274/15
family [8] 71/17 71/18 104/6 104/6
181/13 182/3 182/9 317/2
far [8] 26/9 120/12 142/23 143/10
149/24 169/5 263/19 305/1
fast [4] 78/8 91/11 184/9 211/5
father [15] 32/18 32/22 33/18 33/25
34/5 36/6 36/12 36/13 36/16 36/23 37/8
37/18 37/24 38/2 38/8
father's [4] 33/10 34/11 37/4 37/6
favor [1] 55/17

F

fear [2] 106/17 131/17
FEBRUARY [2] 1/7 5/2
federal [4] 182/5 220/4 316/2 316/5
feel [4] 37/15 245/2 245/7 280/9
feeling [3] 35/18 82/14 245/6
feelings [1] 141/24
fees [1] 336/5
feet [4] 133/2 133/4 148/24 158/14
fell [1] 232/25
fellow [5] 293/15 293/21 294/13 294/21 295/1
felon [1] 210/4
felons [1] 210/1
felony [2] 66/6 175/5
felt [1] 37/14
female [4] 71/17 71/19 117/5 169/17 193/22 225/21
few [8] 8/5 10/1 10/20 40/8 79/11 192/14 278/24 332/11
field [2] 78/6 220/24
fifth [7] 55/22 250/12 277/17 277/20 278/4 282/1 296/5
fifties [1] 193/22
fight [6] 123/7 125/25 140/23 158/24 159/5 226/23
fighting [9] 59/5 125/20 233/19 233/21 233/24 234/2 237/13 244/22 249/16
figure [2] 88/20 332/14
figured [1] 237/6
file [2] 25/6 25/7
filed [6] 55/23 180/18 280/7 280/8 282/13 282/15
fill [1] 64/11
filled [1] 64/3
final [4] 15/17 30/23 44/11 289/9
finally [6] 76/8 77/14 159/13 178/3 180/17 303/10
financial [2] 177/20 177/23
financially [3] 34/3 37/24 38/4
find [55] 6/10 8/17 25/14 29/18 182/7 190/8 197/23 202/8 212/10 216/7 216/13 279/17 283/8 287/1 290/11 298/17 300/15 300/22 303/21 303/25 304/23 306/6 306/13 306/25 307/16 308/5 308/10 308/21 309/10 309/25 310/10 312/16 312/25 313/3 314/18 314/20 314/25 315/2 315/21 316/13 316/15 317/11 317/14 318/22 320/5 320/13 321/8 321/21 322/12 322/21 323/6 325/3 331/16 331/22 332/24
finding [3] 14/15 286/24 290/14
findings [13] 9/4 15/8 15/9 15/25 17/16 41/11 41/12 42/22 43/5 43/18 46/6 46/9 47/9
fine [12] 22/15 39/12 54/24 57/13 78/9 83/18 105/17 110/16 183/10 250/23 331/5 331/5
finish [3] 21/4 127/7 137/18
fired [1] 133/7
firm [4] 1/15 285/23 325/14 325/14
firm -- a [1] 325/14
first [83] 5/14 14/7 14/8 15/4 21/8 23/17 32/4 34/12 35/8 41/12 43/14 54/8 57/22 69/4 69/7 72/2 74/18 76/14 80/23 84/17 101/21 104/4 106/8 113/11 117/4 119/3 119/4 119/10 120/8 122/7 130/23 138/21 139/4 141/16 143/7 149/12 153/4 154/24 156/1 156/7 156/18 157/23 165/4 170/21 171/17 186/16 188/25 190/5 191/3 191/22 192/1 192/23 193/14 193/20 197/3 208/12

208/14 211/11 219/18 224/19 224/23
226/10 228/10 230/14 230/15 231/19
238/6 233/15 240/6 244/9 249/2 255/20
261/13 261/25 265/1 278/24 281/5
300/24 304/20 311/17 327/15 329/11
331/14
fist [1] 260/12
fit [1] 43/5
five [15] 21/5 60/9 73/14 73/14 117/5
133/10 169/2 180/20 193/22 225/20
232/24 232/25 237/9 240/25 257/1
fixable [1] 13/3
flee [2] 65/20 121/11
flex [6] 78/7 78/10 130/23 131/21
262/13 262/22
flexing [1] 29/24
flight [1] 302/11
flinch [1] 97/10
flinched [1] 227/6
flip [1] 332/19
flipping [1] 298/4
floor [11] 71/12 72/12 72/13 76/19
76/19 148/24 151/5 227/19 228/5 230/2
264/17
flowed [1] 143/5
flowing [2] 67/2 314/3
focus [5] 80/5 80/5 143/22 143/25 247/6
focused [4] 36/21 229/12 262/1 279/17
follow [20] 40/8 41/4 51/2 80/23 109/25
110/9 137/25 151/19 206/10 207/11
207/13 218/9 218/11 228/3 248/2
258/15 283/17 284/23 329/14 330/21
follow-up [6] 40/8 41/4 51/2 137/25
151/19 206/10 207/11 207/13 218/9
248/2
followed [2] 108/11 136/2
following [31] 7/6 7/10 20/2 20/3 23/16
44/12 50/2 55/9 88/17 122/13 130/18
234/17 235/8 285/12 285/18 300/13
300/19 300/22 301/11 301/21 308/15
309/14 309/18 313/11 313/14 316/20
319/8 321/18 325/11 326/17 327/10
follows [49] 32/4 35/8 40/3 54/12 56/24
57/22 82/22 84/6 87/18 89/11 98/8
101/1 101/21 117/12 118/7 134/22
136/19 168/24 170/9 170/21 174/11
176/7 187/19 188/10 188/25 203/21
205/13 208/10 209/23 219/18 249/7
250/24 254/9 275/21 276/8 276/25
278/14 280/3 283/1 285/21 296/16
297/15 297/19 300/8 311/13 312/7
320/14 327/24 328/19
foot [8] 77/3 117/5 117/6 127/1 127/3
141/11 195/5 225/20
football [1] 33/21
for him [1] 151/8
force [79] 18/3 50/7 52/20 53/5 55/2
55/4 55/8 55/11 55/18 55/19 73/21 76/7
78/19 79/5 97/4 220/4 220/16 223/2
250/11 273/5 273/8 273/10 275/25
287/10 297/25 300/17 301/1 301/4
301/14 301/16 302/17 302/21 303/11
303/14 303/19 303/21 303/23 303/25
304/6 304/7 304/9 304/12 304/14
304/15 304/15 304/25 305/24 306/8
306/15 306/23 307/2 307/18 308/6
308/11 308/20 309/2 309/11 309/15
309/23 310/5 311/18 318/24 319/3
319/13 319/20 320/2 320/10 321/5
321/13 321/24 322/10 322/17 323/1
323/16 323/24 324/5 324/15 325/7
326/13
force -- if [1] 306/23

forced [1] 303/17
forceful [1] 150/15
forearm [2] 150/8 150/8
foregoing [3] 295/4 336/3 336/4
foreperson [6] 285/11 295/11 295/12
295/22 296/4 305/7
foreperson's [1] 296/8
forever [1] 259/21
forgery [1] 177/20
forget [1] 111/13
forgot [1] 63/9
form [39] 53/1 193/24 221/20 277/14
277/16 279/4 279/5 280/15 280/18
280/22 281/6 285/2 285/14 286/8 286/9
286/11 286/14 292/21 292/23 293/1
293/6 295/7 296/6 297/17 300/10 306/2
308/1 318/5 318/9 318/11 318/15
320/17 320/20 323/4 324/7 327/17
328/1 328/3 328/11
formal [1] 68/7
formalin [1] 48/10
format [1] 336/5
formed [1] 238/8
former [1] 59/21
forms [1] 328/15
FORT [53] 1/3 1/6 1/22 2/2 2/5 24/14
24/19 24/25 26/7 26/13 26/19 26/19
26/22 27/1 27/6 27/18 28/5 28/9 32/14
43/16 58/8 58/11 58/14 58/17 60/19
102/2 103/21 103/23 105/9 171/2 171/9
171/14 172/18 172/25 176/18 178/5
178/9 185/11 189/7 190/2 219/25 220/2
220/5 251/4 254/14 254/21 255/14
257/1 257/10 266/25 269/22 336/13
336/16
forth [1] 38/7
fortifications [1] 225/6
forward [3] 93/15 93/18 128/23
fought [1] 234/7
found [31] 87/3 96/6 160/13 191/23
202/3 202/10 210/19 210/19 210/23
212/6 224/19 224/21 297/25 298/1
302/12 306/8 306/15 307/2 307/18
319/1 319/3 319/14 319/21 321/5
321/13 321/24 323/1 323/24 323/25
325/7 326/14
foundation [1] 91/2
four [9] 21/5 46/14 77/12 109/8 163/11
196/9 255/5 281/3 315/14
fourth [3] 161/21 196/16 296/3
free [1] 159/3
freeze [1] 11/3
front [43] 8/9 18/2 40/25 46/21 75/6
79/16 79/19 81/10 90/4 94/16 103/22
110/23 118/25 119/1 119/7 119/8
119/16 120/20 121/14 128/13 129/2
137/22 143/25 144/5 145/3 145/6 153/2
164/8 166/24 171/25 186/12 190/14
212/11 212/12 226/7 226/9 254/4 259/7
259/9 259/9 260/6 270/15 299/18
frustrate [1] 130/2
full [4] 59/5 94/21 106/12 255/10
full-time [2] 59/5 255/10
fully [3] 126/21 132/23 235/14
function [1] 296/4
functional [2] 155/4 155/7
functionally [1] 60/5
functioned [1] 123/13
functions [2] 215/5 215/21
funeral [3] 312/19 313/2 316/8
furniture [1] 119/23 119/23
further [14] 40/2 48/2 50/23 53/11 89/10

**F**

further [8] 96/9 105/22 140/7 186/25
 201/2 295/5 306/1 308/1 336/5
Furthermore [1] 13/9
future [10] 313/18 313/24 314/2 314/6
 314/9 314/11 317/16 317/20 317/23
 325/23
FWPD [4]  4/17 4/17 4/18 4/18

**G**

gain [7]  75/8 76/2 110/18 146/25 206/20
 235/12 320/18
gained [1]  110/20
gas [1]  38/7
gathered [1]  49/10
gathering [1]  58/4
gave [12]  33/24 39/6 123/6 197/21
 197/22 237/11 237/21 242/19 259/25
 262/13 263/11 280/19
gender [1]  117/3
general [19]  119/1 121/3 152/2 166/14
 166/15 248/18 249/12 249/12 249/13
 249/24 250/1 250/19 250/21 251/4
 251/16 269/23 269/23 274/17 290/9
gentleman [1]  65/23
Gerald [2]  176/25 177/12
get [150]  6/21 13/1 18/4 20/15 22/4
 22/5 23/7 23/8 26/20 27/5 28/13 28/17
 28/19 33/17 35/13 43/10 45/18 47/11
 53/4 54/19 56/25 57/4 59/25 60/18
 65/15 65/15 66/3 66/10 70/1 70/5 70/5
 70/7 70/8 70/9 70/10 70/18 70/22 70/25
 71/4 71/4 71/5 71/6 72/12 72/13 72/15
 72/16 73/18 73/24 74/1 75/15 75/15
 76/8 76/25 77/13 77/13 77/14 78/1
 78/12 78/18 78/23 78/24 79/22 80/10
 88/5 88/20 88/25 89/6 91/15 91/24 92/5
 93/4 97/7 97/8 98/5 99/1 100/18 100/20
 101/10 104/3 105/9 105/15 107/22
 116/19 117/14 120/13 120/14 120/14
 120/21 122/5 122/15 123/9 123/15
 124/1 126/8 126/9 130/5 132/12 134/15
 138/2 139/18 139/19 143/24 149/14
 159/3 161/16 162/10 179/7 185/4
 186/21 192/10 196/2 196/3 197/6
 197/11 198/3 201/17 203/24 204/11
 205/4 206/23 207/1 209/5 209/11
 209/16 210/8 212/3 212/4 216/25
 217/18 217/19 225/2 226/19 228/2
 228/3 228/17 229/11 230/1 230/3
 231/15 232/11 237/16 249/24 259/7
 260/16 260/16 261/4 261/5 270/6
 278/18 279/8 335/13
get -- see [1]  22/4
gets [1]  253/7
getting [13]  22/18 27/3 30/9 64/19 66/2
 85/25 88/12 101/9 122/12 144/24 171/6
 216/15 247/6
give [32]  18/15 33/23 60/2 60/3 62/5
 76/25 84/3 94/6 94/10 195/16 195/25
 205/15 225/8 235/9 240/14 242/12
 277/13 278/20 281/14 282/8 283/9
 283/10 283/15 286/6 289/6 292/17
 293/19 298/18 299/23 309/13 309/13
 334/18
given [24]  10/3 39/20 52/2 69/25 72/18
 108/9 109/5 110/14 225/17 252/10
 273/12 280/7 280/8 283/19 283/25
 284/10 288/8 292/22 293/4 295/5 297/3
 304/21 305/1 326/20
given -- the [1]  39/20
gives [3]  65/14 75/14 129/16

giving [10]  70/3 94/9 122/10 123/18
 125/5 137/13 138/9 140/17 263/17
 298/8
glad [1]  300/5
glance [2]  119/6 143/7
glasses [1]  90/25
gleaned [1]  118/9
Glen [5]  3/24 57/15 57/19 57/21 58/3
glimpse [1]  159/12
glimpses [1]  142/22
go [149]  5/21 6/5 6/19 7/3 7/16 8/24
 11/2 11/19 13/16 15/25 17/13 21/24
 22/23 30/16 30/19 30/22 40/16 40/22
 40/24 41/11 41/16 42/18 44/11 47/19
 49/6 49/22 51/6 51/9 51/12 54/19 54/20
 57/12 61/24 62/10 62/17 62/25 63/5
 66/9 67/3 68/1 68/2 68/7 84/11 84/14
 85/9 89/10 89/23 90/16 92/9 93/2 93/15
 93/17 94/15 97/11 99/7 99/8 101/10
 101/19 105/22 109/4 118/14 118/24
 123/23 125/8 127/23 128/23 133/12
 134/11 136/12 137/2 137/3 137/19
 138/2 138/17 140/7 143/10 146/6
 150/19 161/19 161/21 161/23 162/10
 162/14 164/7 168/5 169/1 169/20
 174/12 177/2 180/6 183/25 191/15
 194/12 195/12 195/19 198/3 198/5
 200/15 200/23 201/4 201/6 201/7
 201/12 209/20 211/5 212/8 213/7
 214/20 217/25 220/19 222/10 223/12
 225/10 241/17 248/6 259/19 260/1
 260/7 260/7 275/22 278/21 279/7
 279/14 282/11 285/2 286/9 286/9 288/1
 305/20 310/19 312/12 315/10 315/17
 316/12 318/18 318/21 319/5 321/1
 321/16 324/20 325/1 325/9 326/15
 329/11 331/15 332/18 333/6 334/21
 335/11
goal [2]  72/6 212/4
goes [13]  11/9 12/25 30/5 67/8 67/23
 97/12 115/9 115/12 123/8 123/10 170/7
 224/13 235/5
going [151]  12/19 14/8 16/24 17/22
 21/19 21/21 22/7 22/15 23/4 23/7 23/8
 23/11 23/19 23/22 27/13 30/16 32/16
 35/13 35/24 36/3 36/18 36/20 37/19
 49/1 52/5 56/20 59/11 61/8 61/17 62/19
 63/22 64/13 64/15 65/25 66/20 73/8
 75/19 75/20 80/23 84/21 88/7 88/14
 88/17 88/20 88/25 91/2 101/13 102/24
 103/2 103/5 103/11 104/11 106/19
 108/12 110/9 111/2 111/24 114/3 114/4
 117/14 118/21 119/9 123/7 124/14
 125/8 127/25 131/20 132/16 134/24
 136/16 136/21 137/18 142/9 143/9
 143/25 145/23 146/17 146/24 149/23
 153/21 160/24 162/3 162/10 164/12
 164/21 172/7 176/5 179/2 179/3 179/4
 181/6 186/23 187/8 199/15 199/22
 203/24 204/4 204/5 205/5 215/10
 217/16 219/12 222/14 226/13 228/12
 231/7 232/16 242/12 251/8 255/10
 256/10 258/4 258/4 258/10 266/15
 276/10 278/17 278/18 279/2 279/6
 281/4 281/14 282/6 282/7 282/8 283/2
 283/7 291/11 291/12 291/14 291/22
 291/24 292/1 297/16 299/12 299/13
 299/14 299/17 299/18 299/19 300/9
 301/12 301/17 305/10 305/14 312/15
 329/8 329/11 330/20 332/24 333/3
gold [2]  117/7 195/6
gone [12]  19/17 89/9 89/23 91/3 133/13
 136/8 153/12 153/18 153/24 213/7

213/9 213/13
good [25]  17/20 31/23 32/7 32/8 34/8
 35/11 35/19 36/19 40/6 40/7 57/25 58/1
 103/7 103/10 108/8 110/8 169/21
 178/10 189/3 192/19 219/21 232/18
 278/12 283/5 299/25
Goodacre [2]  176/22 177/4
Google [1]  105/9
got [46]  11/11 21/23 24/2 25/5 33/7
 33/25 47/12 60/13 61/14 64/24 72/8
 75/6 80/7 100/9 101/11 105/12 105/14
 106/12 110/8 116/20 119/4 122/20
 135/2 136/3 136/3 143/2 150/19 162/24
 169/21 169/25 187/16 187/20 191/22
 197/25 201/2 206/20 207/21 226/6
 229/14 250/3 252/22 260/10 260/10
 270/21 298/16 327/19
got -- of [1]  169/21
gotten [5]  47/14 104/17 104/21 111/1
 211/23
governed [1]  293/7
government's [1]  302/17
grab [10]  54/17 71/8 147/13 236/13
 260/11 260/13 260/16 261/15 262/2
 262/4
grabbed [2]  228/24 260/24
graduate [1]  220/21
graduated [1]  254/19
grams [12]  177/6 177/6 177/9 177/10
 178/1 178/2 179/19 180/5 180/5 180/12
 202/12 202/12
grandmother [3]  32/23 35/23 37/7
granted [1]  26/5
granting [1]  278/12
Gray [1]  228/23
greater [8]  177/9 285/24 287/5 287/13
 287/14 287/17 287/25 325/15
Greenberg [31]  3/22 8/13 8/22 9/1 10/1
 10/3 10/20 14/19 14/24 15/10 15/19
 16/4 16/11 18/11 18/14 18/16 21/18
 21/22 22/7 22/22 38/20 38/21 39/10
 40/1 40/6 42/12 44/17 51/6 52/10 56/3
 91/3
ground [28]  8/7 14/21 70/5 71/5 76/8
 79/23 94/3 94/8 95/15 95/18 120/14
 120/22 120/24 122/14 122/15 122/21
 126/11 136/4 147/14 147/17 147/21
 156/13 156/19 173/11 173/17 228/18
 229/14 230/3
grounds [2]  174/6 278/10
group [3]  177/5 177/9 178/1
grouped [1]  67/16
groups [1]  132/3
guard [1]  260/16
guess [9]  103/8 132/6 159/22 189/12
 192/14 192/23 216/2 245/15 246/22
guessing [1]  259/21
guide [1]  278/21
guided [13]  292/25 293/1 300/19 308/15
 309/18 313/11 316/20 318/19 319/8
 321/18 325/11 326/17 326/19
guilt [1]  179/21
guilty [3]  4/19 180/2 180/10
gun [1]  72/7
guns [10]  139/24 204/23 205/1 208/5
 208/18 208/21 209/18 213/1 270/23
 273/13
guy [7]  150/22 217/21 217/22 265/23
 268/22 268/23 269/2
guys [5]  121/8 188/15 188/15 197/6
 259/5

**H**

had [145] 4/2 6/17 7/25 8/11 11/3 11/13
12/24 14/17 14/19 19/17 20/18 21/8
21/25 22/19 29/10 33/21 36/6 36/7
39/13 41/4 41/10 43/3 44/1 44/17 46/20
47/14 50/3 50/9 55/4 60/15 61/4 63/17
63/23 71/19 71/24 74/22 76/6 76/18
76/18 76/18 77/7 77/22 78/6 78/7 78/10
78/17 80/5 81/13 81/17 84/8 89/17
92/13 95/1 102/23 103/22 104/2 106/2
106/13 106/14 107/14 107/17 108/5
108/7 108/20 113/23 114/18 120/6
122/25 123/15 124/8 124/12 126/13
127/8 127/17 129/19 138/23 144/8
147/6 147/10 147/18 147/24 150/13
155/4 155/10 157/1 165/12 174/16
180/19 191/24 192/9 197/1 197/3 197/4
197/20 197/21 197/22 199/9 200/18
203/25 205/8 208/25 209/16 210/10
220/14 223/11 224/14 224/14 234/7
234/10 234/12 234/15 237/8 237/16
241/14 246/17 247/19 255/6 257/14
257/20 258/12 260/18 263/1 264/7
264/18 265/1 265/14 265/22 266/3
266/23 272/15 275/7 277/18 278/1
288/16 290/22 291/13 298/9 309/1
310/4 313/24 314/6 318/1 318/19 320/9
322/16
hadn't [3] 30/25 31/4 174/5
half [4] 103/8 257/11 279/12 279/13
hall [1] 38/20
Hall's [1] 283/4
hamper [1] 225/7
hand [40] 6/23 39/15 71/21 71/23 73/3
77/2 112/8 127/2 127/3 129/16 130/5
130/22 133/9 140/11 140/12 147/18
149/11 149/13 149/14 150/8 155/4
158/17 159/3 173/25 190/5 195/24
205/3 205/3 222/21 222/22 228/24
230/1 236/3 239/25 240/3 255/25
260/11 295/17 295/25 328/21
handcuff [8] 77/11 128/22 131/25
133/25 157/13 234/15 249/15 249/25
handcuffed [22] 12/5 12/8 23/6 50/17
78/2 79/2 79/22 130/3 132/23 159/7
159/9 159/13 235/24 235/25 237/10
251/18 251/22 252/1 253/9 253/17
274/12 274/18
handcuffing [8] 78/4 81/19 157/16
249/15 250/2 250/3 253/1 274/10
handcuffs [28] 6/2 77/13 77/15 78/11
78/13 78/25 81/24 132/1 132/16 132/18
157/19 157/25 167/19 250/20 252/7
252/12 252/14 262/13 262/20 263/1
263/11 263/13 263/15 264/5 264/12
264/25 270/4 271/20
handed [8] 39/1 39/21 81/9 171/20
206/4 221/10 256/14 295/22
handgun [1] 71/24
handicapped [1] 251/21
handicapped -- was [1] 251/21
handing [1] 39/10
handle [8] 9/24 32/24 37/17 63/15
156/16 156/17 156/19 237/6
handled [2] 93/24 160/20
handles [1] 110/16
handling [1] 317/2
hands [39] 9/20 29/19 29/25 72/19
72/22 73/22 94/19 97/11 120/18 123/9
123/18 124/2 126/8 126/9 127/9 130/10
132/21 138/23 140/10 140/23 140/25
141/3 141/7 156/22 156/23 158/19

227/11 235/13 236/11 236/17 244/11
247/16 247/22 248/12 248/20 251/6
269/17 278/19 328/20
handwriting [2] 184/24 299/6
happen [7] 24/11 96/18 106/17 123/7
123/23 130/7 132/9
happened [29] 18/3 23/6 26/18 76/5
93/2 96/22 107/12 122/2 128/24 142/14
150/12 153/1 184/14 191/21 192/25
195/13 196/16 200/22 201/23 208/23
220/19 230/2 230/4 232/4 232/23
237/18 253/16 265/12 274/21
happening [8] 20/25 80/2 80/3 80/4
121/4 144/22 160/4 229/16
happens [7] 67/14 75/23 129/1 129/21
143/21 143/23 179/11
hard [5] 31/1 132/11 132/12 262/10
298/11
harder [1] 236/12
harm [4] 70/23 302/12 325/6 326/12
harmed [1] 30/11
harmony [1] 317/2
Harriet [8] 313/7 314/15 316/11 316/17
316/22 316/25 317/25 318/1
has [119] 6/17 8/3 11/5 12/3 12/9 13/2
14/25 17/20 17/25 18/5 22/6 23/10 25/1
27/16 27/21 29/11 39/4 39/20 55/3
56/17 62/23 67/10 72/17 75/7 83/1 83/7
83/9 85/14 87/23 90/8 100/8 103/22
104/7 107/1 107/18 107/19 108/25
109/5 110/21 117/23 119/10 119/10
120/21 121/2 121/19 124/11 125/4
125/17 128/21 133/2 133/4 143/4
145/12 148/9 158/6 158/10 160/11
160/22 160/23 163/21 174/21 175/20
181/8 186/8 187/24 189/14 189/14
208/15 208/16 209/7 222/13 223/2
223/10 228/9 233/9 233/10 242/15
243/4 249/21 264/24 271/8 271/13
272/5 274/6 276/4 279/12 285/7 285/8
285/13 287/10 287/17 287/19 288/8
292/10 300/22 302/5 304/20 305/3
305/5 307/21 309/4 310/7 310/13
312/22 313/1 314/13 314/16 314/23
315/24 317/21 317/24 323/7 326/5
326/7 327/10 330/16 332/2 334/20
334/21
hasn't [3] 172/12 213/20 242/5
hasn't -- he [1] 242/5
hate [1] 203/14
have [458]
have -- and [1] 23/24
have -- looking [1] 46/23
have -- no [1] 141/5
haven't [11] 8/10 25/4 25/23 37/20
42/13 98/23 135/15 179/6 213/12
215/12 216/3
having [25] 6/19 29/14 32/4 33/2 33/6
34/10 35/8 40/2 57/22 83/4 89/7 101/21
112/2 123/4 124/22 143/19 170/21
188/25 216/12 219/18 254/9 288/14
291/5 291/5 306/3
Hayden [1] 14/11
he [422]
he -- for [1] 28/3
he -- like [1] 167/17
he -- the [1] 76/17
he -- what [1] 227/10
he'll [2] 247/2 295/23
he's [110] 8/8 9/19 11/9 12/5 12/6 12/8
12/17 12/19 13/4 16/22 17/7 18/6 18/11
22/14 22/15 22/18 22/22 23/3 25/3
26/10 26/10 26/11 29/24 29/25 62/19

71/12 72/4 72/16 72/18 73/13 82/17
83/3 83/3 83/10 83/12 83/18 84/3 85/6
85/9 87/19 87/21 89/4 89/6 90/22 91/4
91/5 91/13 100/9 101/12 113/3 114/15
115/7 115/11 116/5 116/7 116/9 118/14
125/5 125/5 128/21 130/25 131/1 131/3
132/16 132/17 132/24 133/7 153/13
155/20 155/21 155/22 158/1 170/16
174/18 177/15 179/2 179/3 179/4
179/12 181/18 186/14 187/16 195/3
195/22 207/10 213/5 214/20 216/6
216/7 216/23 217/2 217/22 218/7
223/11 234/2 236/11 241/15 241/16
242/18 242/21 243/1 249/20 249/24
252/10 252/18 264/24 267/7 275/11
275/13 331/3
head [22] 38/7 69/5 95/14 127/13 131/6
141/11 144/10 145/18 147/13 147/14
147/17 151/5 155/20 156/8 156/9 166/5
166/17 201/21 201/22 241/11 245/20
246/6
heading [3] 14/3 14/4 113/14
headlines [1] 103/22
heads [1] 146/14
health [3] 56/12 124/7 316/23
hear [33] 20/24 35/14 126/18 126/19
141/16 141/19 147/2 147/3 148/8
148/10 148/12 148/14 148/19 151/18
152/18 152/20 157/5 158/8 179/7
187/15 213/16 216/2 233/7 233/8
233/12 233/22 262/3 264/18 276/5
278/18 288/24 298/3 312/1
heard [50] 19/7 32/15 75/2 96/15 96/17
99/3 120/12 120/14 120/21 123/5
125/16 126/5 126/7 126/19 131/2
135/15 148/17 148/21 153/2 158/9
188/5 188/6 209/7 216/19 218/12
226/25 227/1 227/14 232/17 233/9
233/10 233/20 242/25 243/1 245/21
246/12 247/8 249/1 260/25 264/20
270/17 270/18 270/18 276/4 282/7
283/14 290/21 292/3 292/17 294/22
hearing [43] 10/15 14/25 54/11 56/24
82/21 84/6 87/17 89/11 98/7 101/1
117/11 118/7 124/17 134/21 136/19
168/23 170/9 174/10 176/7 187/18
188/10 203/20 203/24 205/13 208/9
209/23 233/15 249/6 250/24 275/20
276/8 276/24 278/14 280/2 283/1
296/15 297/15 297/18 300/8 311/12
312/7 327/23 328/19
hearsay [9] 61/18 114/4 173/19 175/9
179/7 181/7 215/11 216/1 223/8
heart [1] 124/7 124/12
heat [1] 332/10
heavy [1] 117/7
heavyset [2] 195/6 251/18
height [1] 73/13
held [3] 156/6 158/1 269/9
helmet [1] 136/22
help [17] 8/10 67/1 80/10 122/5 122/7
122/9 144/24 145/8 152/23 153/3 154/5
230/14 230/15 231/7 243/11 260/1
260/2
helps [2] 83/25 191/8
her [51] 15/20 15/21 16/7 16/9 16/16
16/21 16/22 16/24 17/1 17/3 17/5 17/10
17/11 17/11 17/18 17/22 18/1 18/2
18/12 18/12 18/22 19/13 19/13 20/17
22/8 22/11 22/14 22/15 22/23 22/24
23/12 23/17 23/19 23/22 39/15 41/2
41/7 41/10 47/23 51/1 52/17 52/18
52/24 193/22 198/10 198/10 233/20

**H**

her -- [4] 279/15 299/23 316/17 318/3
her -- if [1] 18/1
her -- was [1] 198/10
here [76] 6/20 21/9 22/5 22/7 22/8 29/3
29/11 31/16 32/18 36/3 57/20 86/25
87/2 91/9 98/3 106/15 117/14 119/14
121/4 121/13 128/18 128/23 130/19
130/24 130/25 131/20 134/18 135/22
137/21 139/23 144/6 144/7 145/22
146/24 151/5 151/6 151/21 151/25
152/8 152/10 152/11 152/19 157/9
164/22 169/12 171/12 174/8 174/21
175/9 181/16 181/24 183/20 195/5
204/4 209/4 240/4 245/21 250/6 251/9
254/21 257/18 275/19 276/22 281/3
281/21 286/12 291/5 291/15 291/21
296/13 300/6 300/7 311/10 327/22
333/25 334/22
here's [5] 26/5 28/25 106/4 278/6 281/3
herein [1] 293/6 295/6
heroin [3] 27/20 202/12 202/21
hesitate [1] 293/17
hidden [2] 71/9 71/14
hide [2] 160/15 227/14
hiding [5] 121/6 124/3 159/17 160/13
160/17
high [11] 84/18 97/11 211/19 211/21
211/21 212/1 220/10 254/17 254/19
254/23 257/5
high-dollar [3] 211/19 211/21 212/1
high-risk [1] 257/5
higher [1] 120/4
highlighting [1] 135/12
him [242] 12/1 12/7 22/10 23/22 26/14
26/24 33/7 50/16 51/23 63/2 63/8 63/8
63/8 71/4 71/4 71/5 71/6 71/6 71/7 71/8
71/11 71/25 72/8 72/8 72/15 72/16
72/19 72/19 73/19 73/20 76/7 76/8
76/18 76/24 76/25 77/1 77/1 77/9 77/11
77/12 77/13 77/13 77/14 77/15 78/1
78/12 78/18 78/24 79/21 80/9 80/10
80/14 81/4 82/2 82/13 83/17 85/7 85/10
85/17 85/17 85/20 88/18 89/21 90/5
90/10 91/17 91/19 91/23 91/25 92/8
92/11 93/9 101/9 101/11 104/7 120/20
122/5 122/14 122/15 122/16 122/19
122/20 122/20 123/4 123/8 123/11
123/14 124/9 124/15 125/16 126/15
126/18 128/25 129/15 129/18 130/14
132/19 133/25 135/8 135/19 135/24
137/7 138/6 138/20 139/1 139/6 139/17
145/5 146/2 146/6 146/25 147/1 147/18
147/20 148/2 148/20 149/14 150/9
150/13 150/17 150/24 151/8 152/8
154/10 155/2 158/13 158/19 158/23
159/4 159/7 159/7 162/12 162/13 163/8
164/4 164/24 164/24 166/12 167/1
169/12 178/23 179/4 183/9 186/7
186/16 186/17 197/19 197/22 198/12
202/2 204/2 204/12 204/19 204/22
205/9 205/11 205/15 205/25 206/10
206/21 207/3 207/11 210/5 210/7
210/11 212/18 213/5 213/13 216/4
216/15 217/21 218/1 218/3 218/14
218/15 222/21 224/12 227/7 228/2
228/5 228/25 230/1 230/3 230/6 231/10
232/1 232/5 233/4 233/20 236/6 236/11
236/12 237/2 237/17 238/5 239/25
240/3 242/21 243/2 243/12 244/20
244/23 246/21 246/24 247/6 247/8
250/18 250/22 252/7 253/15 254/2
260/12 260/14 260/15 260/16 261/1
261/2 261/22 262/9 262/21 263/17
264/18 264/25 265/3 265/6 268/3
269/3 269/10 269/13 270/6 271/19
272/11 272/13 272/16 272/17 276/1
298/13 303/22 304/5 320/1 322/8
323/16
himself [14] 18/4 83/2 83/8 83/10
121/25 122/1 122/5 122/21 123/10
126/11 148/2 149/12 150/9 261/15
hindsight [2] 302/20 303/15
his [224] 8/13 8/14 9/14 9/20 12/16
14/13 16/22 22/20 23/3 29/25 36/24
45/18 47/19 50/2 50/7 50/10 52/10
53/19 55/14 56/12 64/10 68/15 71/21
71/23 72/2 72/22 73/3 76/23 76/23 77/2
77/3 78/15 78/15 78/16 78/16 78/19
80/10 80/10 81/18 81/18 82/2 84/3 84/4
85/6 94/19 120/18 122/11 122/22 123/3
123/5 123/15 125/22 125/22 125/24
126/21 127/1 127/2 127/3 127/9 127/9
127/11 127/12 128/21 128/25 129/2
129/3 129/13 129/16 129/17 130/12
130/12 130/15 130/17 130/17 130/22
131/1 131/3 131/4 131/5 131/12 131/15
132/21 132/22 133/2 133/4 133/9 135/8
135/15 137/13 137/15 137/17 138/23
140/11 140/12 140/12 141/7 141/11
146/6 147/14 147/17 147/18 148/24
148/24 149/11 149/13 149/13 150/8
150/8 151/5 151/10 153/8 154/11
154/11 155/4 155/8 155/17 155/17
155/20 155/22 155/22 155/23 156/8
156/9 156/9 156/12 157/25 158/14
158/17 158/19 158/20 159/2 159/3
166/6 174/16 175/25 181/13 186/15
190/8 195/3 196/14 197/23 201/21
203/1 206/17 206/23 209/3 209/4 210/9
210/12 217/14 217/22 218/6 227/11
228/19 230/1 231/10 231/12 231/15
235/9 235/18 236/1 236/3 236/3 236/11
236/12 237/11 241/19 242/15 242/23
242/25 243/18 243/18 243/24 244/10
244/15 246/14 247/16 251/19 251/22
251/25 252/13 252/15 252/17 260/11
260/13 260/13 260/16 260/16 260/17
260/24 261/15 262/4 262/9 262/11
263/19 263/20 265/5 265/13 265/13
269/10 269/20 271/18 272/15 281/23
308/17 308/18 308/19 308/21 309/21
309/22 309/23 312/21 318/24 319/12
320/1 320/4 321/11 321/12 322/4 322/9
322/12 322/25 331/4 332/6
his -- do [1] 125/22
his -- I'm [1] 137/13
his -- the [1] 78/15
histology [2] 47/2 47/9
history [5] 26/11 26/25 49/6 67/24 317/1
hit [13] 96/1 126/18 150/7 150/10
150/13 150/17 165/22 199/15 233/4
244/7 268/16 268/25 272/23
Hmm [1] 169/12
hold [11] 7/14 95/14 122/16 122/19
122/20 126/15 132/19 155/22 185/17
230/6 234/12
holding [11] 95/17 133/6 154/10 156/1
157/22 158/13 158/19 205/2 205/3
269/10 284/16
holster [2] 155/5 155/9
home [20] 21/21 21/24 79/15 87/7
87/10 89/25 100/6 100/7 138/22 148/13
162/1 162/1 162/7 162/25 214/3 214/10
244/10 279/7 279/14 302/7

homes [1] 238/23
homestead [1] 267/13
homework [1] 290/5
honest [2] 209/20 293/19
honestly [1] 111/13
Honor [405]
HONORABLE [1] 1/12
hope [2] 219/11 232/10
hopeful [1] 109/24
hoping [1] 65/18
hospital [4] 9/1 10/4 44/4 49/8
hostage [1] 257/6
hour [5] 103/8 275/24 279/7 279/12
279/13
hour-and-a-half [1] 279/13
hours [3] 21/5 136/4 255/11
house [110] 26/12 33/12 60/19 65/20
65/24 66/9 66/13 67/5 67/20 70/1 70/4
70/6 70/11 71/19 75/2 75/5 80/3 86/2
87/3 88/15 88/16 88/21 89/7 89/8 93/22
96/6 97/4 117/15 117/17 117/19 118/22
119/5 119/7 119/22 123/23 127/21
128/5 141/15 143/5 145/5 160/17
160/25 165/13 165/15 165/18 165/20
167/7 174/24 192/13 192/23 195/24
196/6 199/7 199/10 199/12 199/14
199/15 201/3 201/19 202/5 202/10
202/17 205/1 208/1 208/5 208/18
208/21 210/3 210/19 210/23 211/14
211/15 212/4 212/6 212/16 212/21
214/6 214/13 218/21 218/22 218/25
224/1 224/25 225/2 225/3 225/4 225/6
226/4 226/24 227/3 228/15 229/9
229/18 235/12 238/25 244/14 259/1
259/8 259/10 259/12 259/17 260/1
260/2 260/6 265/23 269/20 270/14
271/8 271/12 273/13
houses [1] 212/2
how [102] 7/16 11/20 32/11 32/20 32/22
32/24 33/10 33/16 33/17 35/18 35/20
36/13 37/1 37/1 37/3 37/6 37/8 37/10
37/17 45/2 46/19 58/4 58/7 59/24 60/5
60/8 66/12 73/12 75/23 77/2 78/13
80/11 82/14 86/15 86/16 86/18 86/22
87/3 88/6 88/11 89/19 102/1 102/24
103/5 104/17 104/20 105/12 105/13
105/15 110/16 114/25 115/1 116/9
116/11 127/23 129/10 141/3 156/24
163/13 170/7 171/1 179/7 181/11
181/12 185/10 189/6 189/8 189/22
190/9 194/5 198/5 198/5 210/20 212/6
219/24 221/1 228/11 228/18 229/1
229/4 237/8 238/12 240/12 241/15
241/21 255/1 255/6 256/24 257/4 257/9
257/14 258/9 259/19 261/12 263/24
265/10 270/12 290/22 296/10 322/23
327/16 331/4
How's [1] 254/6
however [7] 20/6 286/1 292/11 304/16
306/2 325/17 332/6
Hunter [2] 202/21 218/4
hurt [1] 89/8
hurting [1] 141/24
hyperfocused [1] 233/25
hypothesis [3] 289/24 290/1 290/2
hypothetical [1] 245/15

**I**

I -- after [1] 228/23
I -- can [1] 100/13
I -- I [3] 155/6 206/16 214/4
I -- I'm [1] 115/6
I would [1] 21/2

I

I'll [65] 5/14 48/7 61/13 61/19 63/3 72/5
83/12 83/23 91/7 104/15 106/4 107/21
110/5 114/12 115/2 117/21 125/7 125/9
126/1 128/9 129/25 136/10 137/19
138/3 138/3 146/20 154/19 166/19
169/8 173/7 178/17 182/12 182/15
182/25 185/4 186/16 186/25 190/5
199/21 203/7 214/22 223/9 235/6 240/4
242/2 242/4 242/6 244/4 245/16 247/25
256/12 279/3 280/14 280/21 282/9
285/2 286/9 299/22 299/23 300/7
328/23 329/1 329/15 333/6 334/8
I'm [208]  9/4 15/7 15/20 20/14 21/17
23/7 23/8 23/11 23/22 23/25 27/12
27/14 27/25 29/1 31/5 33/4 33/6 33/8
35/13 35/19 36/3 36/3 36/10 36/21
38/25 39/9 39/10 39/13 40/15 43/25
49/19 51/15 52/22 56/20 58/4 58/4 58/6
59/11 61/8 61/17 62/11 62/19 63/3
65/25 66/19 69/20 75/19 75/20 80/23
82/25 83/18 85/11 88/17 88/25 90/10
90/25 91/11 94/4 94/25 103/7 104/15
107/18 109/24 110/7 113/13 113/14
114/4 114/6 114/6 115/6 119/9 121/1
121/12 127/1 127/25 131/2 131/14
133/3 134/4 134/9 135/5 135/9 137/13
137/18 138/9 144/20 150/14 151/18
152/14 153/20 156/2 156/3 156/8 157/1
157/7 157/11 159/18 159/25 163/8
163/24 164/18 165/20 166/7 169/5
169/15 171/2 171/4 171/6 172/2 176/5
176/20 177/17 177/18 182/7 182/13
182/15 182/23 184/8 184/16 184/17
184/21 184/24 188/2 189/9 189/14
192/10 199/9 199/22 203/16 204/4
205/3 207/9 211/5 215/10 215/18 216/4
217/16 220/2 220/4 220/16 221/13
222/5 223/14 224/19 233/23 235/2
242/7 242/12 244/24 249/23 250/4
256/5 256/9 256/25 259/21 273/8
278/11 278/12 278/17 279/6 279/14
280/5 281/4 281/14 282/8 282/17
282/20 282/20 282/21 282/22 282/25
283/2 283/7 291/11 291/21 291/24
292/1 293/1 297/4 297/16 299/12
299/13 299/14 299/17 299/18 299/19
300/5 300/9 301/7 301/12 301/17
305/10 305/13 310/25 312/15 320/18
323/18 329/11 329/14 330/20 332/1
332/14 332/24 333/3 333/4 334/13
335/5 335/10
I'm -- if [1]  282/20
I've [47]  12/22 19/19 21/1 26/5 39/19
40/22 81/9 86/21 96/17 106/10 110/25
111/1 117/21 118/2 138/9 150/19
171/20 189/11 206/4 210/11 211/23
211/23 221/10 238/11 252/22 256/14
267/6 277/21 278/1 296/18 296/21
297/5 297/11 304/21 304/25 305/1
311/11 320/21 328/12 328/16
329/20 330/15 331/22 333/1 333/5
333/16
idea [11]  60/2 60/3 104/16 104/19
104/20 104/25 123/3 150/12 215/12
216/3 246/17
identical [13]  281/5 305/9 305/11
305/11 305/12 315/17 318/4 318/7
318/10 318/13 320/15 320/19 327/12
identical -- well [1]  315/17
identified [5]  130/13 130/24 146/2
164/10 206/5

identify [3]  171/17 178/21 186/18
identifying [2]  172/5 176/13
identity [1]  184/13
ignored [6]  243/10 243/24 243/24
246/20 247/4 247/5
ignored -- you [1]  243/24
ignoring [2]  246/21 247/5
imagine [1]  110/22
immediate [3]  141/23 303/1 303/3
immediately [9]  49/2 70/3 71/21 72/6
77/10 79/3 141/23 143/6 227/10
immunity [1]  55/6 56/5 298/5 298/24
299/6
impact [1]  295/3
impartial [1]  293/15
impartially [1]  284/23
impeach [1]  175/14
impeachment [1]  242/18
implication [1]  45/11
imply [1]  283/18
imply -- to [1]  283/18
importance [2]  84/1 289/2
important [7]  12/13 135/8 142/1 210/15
289/3 294/15 294/4
important -- unimportant [1]  289/3
imposition [1]  326/3
impresses [1]  288/14
impression [1]  188/4
improper [4]  148/6 161/5 235/4 242/18
in similar [1]  325/22
in-house [1]  224/1
in-limine [1]  23/5
inaccuracies [1]  107/1
inaccurate [1]  107/2
inadmissible [2]  173/24 175/8
inappropriate [1]  107/6
incapacitate [1]  75/12
incident [18]  4/17 4/17 4/18 4/18 13/11
13/21 14/5 44/12 45/21 49/3 49/11
73/16 111/19 178/6 224/21 240/9
257/17 288/23
incidentally [1]  70/25
incidents [3]  72/10 78/4 227/14
inclined [1]  110/7
include [7]  59/16 59/17 267/13 316/7
317/10 321/20 322/2
included [5]  47/10 118/11 296/20 297/8
316/6
includes [4]  115/15 179/18 179/20
313/14
including [7]  26/6 44/4 117/2 238/7
238/25 302/23 313/21
income [2]  316/2 316/5
incomplete [2]  245/15 294/18
inconsistencies [3]  13/19 243/6 288/20
inconsistent [5]  15/9 15/15 93/7 93/10
93/12
incorrect [2]  185/2 294/19
increased [2]  308/17 309/21
incremental [1]  302/8
incriminating [1]  302/11
incurring [1]  67/21
indemnification [1]  266/24
independent [2]  109/1 289/10
Index [2]  3/16 3/18
indicate [7]  6/24 43/23 45/8 46/11 163/2
181/3 250/19
indicated [35]  5/20 8/14 9/10 10/24 15/24
19/21 21/8 41/2 41/12 41/20 42/3 42/19
42/22 43/15 43/19 44/1 44/12 46/22
47/23 52/9 81/23 86/1 92/25 163/2
163/6 163/22 164/1 211/1 212/23 213/3
213/6 213/15 260/7 268/9 272/4

indicated -- does [1]  163/2
indicates [5]  49/6 51/16 90/24 91/8
334/4
indicating [4]  14/19 19/24 72/23 227/7
indication [2]  40/13 53/20
indications [1]  223/10
indirect [1]  289/16
individual [21]  70/20 73/13 88/22 88/23
95/17 95/18 95/24 125/4 145/11 147/13
147/20 148/23 152/10 206/24 210/8
212/15 241/19 245/12 266/12 269/24
284/7
individuals [25]  26/12 59/1 70/4 85/3
87/7 88/17 93/22 93/24 94/5 97/3 97/5
117/16 117/18 146/10 146/13 158/4
159/8 163/21 164/1 214/2 214/10
241/22 244/19 264/4 271/12
ineffective [1]  73/20
inference [1]  290/5
inferred [2]  289/22 290/8
influenced [1]  294/23
inform [1]  157/15
informant [9]  61/5 86/23 191/5 192/16
192/18 193/3 194/16 195/12 216/11
informant's [1]  194/12
information [31]  4/15 4/21 10/6 12/24
26/21 27/5 43/11 44/1 44/3 44/6 45/22
45/23 49/4 52/3 52/19 100/20 113/2
115/22 115/25 118/9 162/8 174/22
210/8 221/20 221/24 229/19 293/24
294/6 294/7 294/17 295/1
information -- anyone -- to [1]  294/6
inheritance [1]  313/21
initial [7]  44/24 47/14 123/25 201/4
231/25 259/5 283/9
initially [13]  14/22 42/4 47/4 51/16 79/17
92/21 94/9 96/25 97/11 121/25 123/13
228/7 228/8
initiated [1]  199/24
injure [2]  70/25 71/1
injured [2]  96/4 162/21
injuries [1]  211/16
injury [11]  55/18 67/15 95/7 271/1
300/24 300/25 301/13 311/18 311/19
311/20 311/24
innocent [2]  288/24 289/4
inquire [2]  107/14 107/16
inquiring [1]  108/10
inquiry [2]  101/5 303/16
inside [24]  14/21 65/12 66/12 67/23
70/4 70/23 72/7 119/22 146/17 148/13
201/2 202/5 211/15 212/4 214/2 214/7
214/10 218/20 219/1 226/20 260/1
260/2 264/2 265/23
insofar [1]  284/13
instance [1]  86/24
instances [1]  59/2
instant [5]  29/24 30/1 72/22 94/11 294/3
instantaneously [1]  73/2
instead [6]  15/2 63/7 63/24 78/19
307/14 315/9
instruct [2]  83/15 115/2
instructed [22]  24/12 108/2 108/5 109/1
118/2 174/21 286/13 287/21 300/18
301/8 301/18 308/14 309/17 313/10
316/1 318/16 319/7 319/10 319/17
321/17 325/10 326/16
instruction [11]  108/9 281/21 281/24
308/13 312/23 313/9 314/17 314/24
318/20 319/16 320/16
instructions [66]  21/4 41/14 51/17 62/5
72/18 92/22 108/11 108/17 108/20
109/5 109/25 110/15 110/16 136/2

**I**

instructions -- [52] 258/15 278/21 279/4
279/5 282/2 282/5 283/9 283/15 283/18
283/25 284/10 286/20 292/25 293/1
295/4 295/5 295/15 300/20 301/11
301/17 301/21 304/21 304/22 304/25
305/3 305/12 308/15 309/13 309/19
313/12 316/19 316/20 316/21 317/6
318/5 318/11 318/14 318/19 319/5
319/9 319/23 320/20 321/16 321/19
324/7 325/9 325/12 326/15 326/17
326/18 326/20 326/21
instructions -- did [1] 283/9
instrument [1] 177/21
insurance [2] 267/5 267/8
intel [2] 192/18 192/19
intelligence [1] 288/11
intend [4] 102/19 102/25 168/25 169/2
intended [1] 334/4
intending [1] 125/20
intent [3] 179/20 180/5 180/11
intention [1] 150/7
intentional [2] 70/23 289/4
intentionally [2] 18/2 27/16
intentions [1] 125/22
interaction [1] 97/1
interest [2] 37/21 317/11
interests [2] 302/9 317/3
internet [4] 294/2 294/3 294/4 294/17
interpret [1] 43/4
interpretation [4] 44/24 45/1 45/3 45/16
interpreted [1] 187/25
interrupt [4] 137/13 137/17 138/10
310/21
interrupting [1] 85/7
interruption [1] 330/22
interruptions [1] 139/9
into -- that [1] 138/18
intoxicated [1] 274/15
introduce [3] 32/9 35/16 178/10
introduced [2] 111/14 289/15
introductory [1] 281/9
intrusion [3] 301/25 302/8 302/16
intrusive [1] 302/3
investigate [6] 191/12 191/22 192/2
200/6 201/12 294/14
investigation [19] 49/13 60/15 60/24
62/2 62/14 64/18 124/5 163/12 189/9
189/11 190/2 191/18 193/13 193/17
197/23 200/5 201/2 207/25 218/25
investigations [3] 102/5 191/8 215/7
investigative [9] 13/18 25/6 42/6 42/9
42/22 43/3 46/9 48/21 51/10
investigator [9] 15/23 42/19 43/7 43/9
45/17 45/20 45/20 49/1 49/16
investigator's [4] 41/19 42/3 43/20 53/5
investigators [2] 44/1 60/14
involve [1] 184/13
involved [15] 64/8 65/16 77/19 78/4
87/23 118/12 121/22 142/2 177/3
207/25 220/9 236/14 270/7 285/24
327/1
involves [1] 325/15
involving [4] 24/19 62/3 105/4 180/10
iPhone [1] 294/2
Iraq [2] 255/4 255/9
irrelevant [2] 12/5 175/6
irrespective [1] 331/19
is [635]
is -- I [1] 197/10
is -- I'm [1] 27/14
is -- if [1] 7/11

is -- objection [1] 242/17
is -- there [2] 67/17 82/16
is -- when [1] 73/16
is -- you [1] 30/4
is -- Your [1] 9/13
is one [1] 114/15
isn't [5] 44/20 152/5 164/16 210/25
243/10
issuance [1] 303/8
issue [21] 10/21 20/10 23/9 24/4 84/25
88/1 88/5 197/1 204/23 206/22 277/16
278/1 278/2 278/3 278/5 285/24 287/19
292/7 301/5 301/7 325/15
issued [2] 221/25 277/15
issues [11] 5/14 16/12 21/18 24/13
24/19 98/19 175/7 182/17 222/13
222/15 241/19
issuing [1] 94/5
it [636]
it's [141] 6/11 9/18 11/23 12/12 13/3
13/7 14/8 15/15 16/11 28/7 28/11 29/20
29/24 29/25 43/2 54/14 61/22 62/7 66/8
69/22 70/4 70/23 71/5 73/25 73/25
75/10 75/12 86/21 86/23 87/6 87/7 90/9
90/11 91/2 99/5 99/6 103/24 105/10
105/18 106/7 107/5 107/6 110/22 113/9
113/19 113/21 114/6 114/7 114/23
114/25 115/5 120/10 123/22 125/21
131/18 131/25 136/16 136/17 137/15
138/4 140/2 141/22 142/7 143/9 144/8
145/23 146/21 152/1 152/24 153/14
153/17 158/22 159/21 160/14 162/6
165/4 168/5 169/10 172/13 174/21
176/16 181/8 181/24 190/20 193/9
199/5 204/18 205/4 205/21 209/14
209/14 214/12 221/24 222/19 223/1
223/8 224/17 225/2 235/4 236/8 249/16
252/9 256/5 256/21 258/15 267/12
273/21 274/4 276/9 277/22 278/9
278/11 279/2 281/4 281/24 282/16
283/3 291/7 291/22 291/25 296/21
297/20 298/4 298/9 298/11 299/5
299/21 300/10 300/12 305/11 309/17
310/15 311/15 319/3 324/6 324/23
326/7 332/5 333/25 334/24 335/3
it's -- so [1] 162/6
item [3] 131/23 132/5 162/22
items [2] 172/15 202/18
its [3] 115/15 289/10 290/6
itself [12] 30/19 50/9 53/21 64/19 67/20
67/22 75/25 84/8 86/21 224/12 296/20
302/4

**J**

J.R [1] 169/16
jail [1] 175/18
Javier [7] 4/10 4/16 102/10 254/3 254/8
254/13 323/25
Jeanes [1] 178/5
JERMAINE [126] 1/5 4/15 4/17 4/17
14/25 23/6 44/2 45/3 48/22 56/6 70/15
70/18 72/22 73/15 83/13 84/9 96/14
96/25 97/11 105/9 152/5 156/1 157/22
159/24 175/24 176/16 176/19 176/22
177/1 177/6 177/14 177/24 179/18
180/9 181/11 182/2 182/8 227/4 228/1
228/17 229/21 233/18 235/23 236/5
236/25 237/13 241/11 241/24 243/11
244/6 244/10 244/13 244/16 246/12
268/10 268/12 268/15 268/20 268/22
268/24 271/25 272/9 300/17 302/16
302/19 302/25 303/1 303/3 303/4 303/6

303/13 303/22 303/24 304/1 304/3
304/24 308/7 308/12 308/17 308/25
309/3 309/12 309/21 310/3 310/6
310/12 312/18 312/20 313/6 313/24
313/24 314/6 314/6 314/11 314/22
316/18 316/24 316/24 316/25 318/23
319/1 319/12 319/14 319/19 319/21
319/25 320/11 321/4 321/10 321/11
321/15 321/22 322/1 322/3 322/5 322/8
322/18 323/2 323/22 323/23 323/24
324/4 325/5 325/6 326/11 326/12
Jermaine's [1] 95/14
job [20] 62/16 111/20 112/24 119/4
128/12 128/14 128/14 128/16 143/3
167/11 191/12 200/4 200/12 201/12
224/24 258/13 258/15 270/15 280/6
290/20
jobs [2] 118/20 143/10
JOHN [2] 1/12 49/8
Johnson [36] 4/1 64/8 64/11 74/10
74/14 74/15 74/16 74/21 77/17 101/4
101/8 101/20 101/25 111/13 139/23
140/9 140/22 149/5 156/2 156/4 161/17
164/8 167/16 204/8 204/9 204/10 205/6
225/15 230/15 231/7 231/13 232/1
232/7 233/4 235/17 238/16
Johnson's [1] 204/7
join [3] 74/8 144/14 220/12
joined [5] 122/5 144/24 220/13 220/18
223/24
joining [5] 154/4 220/16 220/17 224/15
270/8
joint [5] 4/13 29/20 73/25 74/2 184/6
Jordan [1] 213/15
JR [1] 2/1
judge [28] 1/12 5/5 20/21 29/2 64/21
65/3 103/17 106/12 109/9 112/2 113/5
116/13 168/15 174/5 198/1 198/3 198/8
200/10 209/17 253/23 276/20 298/19
298/19 310/21 329/2 330/6 331/9
334/11
judges [3] 284/2 288/4 293/3
judgment [12] 3/5 3/10 4/19 55/1 180/10
185/19 266/16 266/20 267/9 289/6
292/15 292/19
judgments [5] 175/4 175/15 185/6
185/13 303/18
judicial [4] 4/19 294/22 295/3 336/6
jumping [1] 166/24
June [1] 177/19
June 30th [1] 177/19
juror [7] 7/15 7/17 109/3 284/7
jurors [9] 20/19 283/17 284/9 288/4
293/16 293/21 294/13 294/21 295/1
jury [156] 1/11 1/12 3/3 3/7 3/14 5/3 5/9
6/16 7/16 8/9 9/21 10/3 10/21 12/2 13/7
14/25 15/17 16/1 16/8 16/12 16/13 18/2
20/17 22/4 22/5 28/13 29/2 30/2 30/17
30/20 30/22 31/14 31/21 52/14 54/12
54/14 55/16 56/17 56/20 56/24 61/20
82/22 83/7 83/15 83/20 83/23 84/6
87/18 89/11 98/8 98/15 98/21 99/14
101/1 103/13 103/15 103/20 107/9
107/12 107/17 107/17 109/1 109/25
110/8 111/2 111/7 115/2 115/13 117/12
117/22 118/2 118/7 119/9 119/10 121/2
125/12 134/22 136/19 165/10 165/10
168/8 168/11 168/24 170/9 171/25
174/11 174/21 175/11 175/18 176/7
179/7 186/22 187/19 187/23 188/3
188/10 203/21 205/13 208/10 209/7
209/23 249/7 250/24 275/21 276/4
276/8 276/13 276/16 276/25 278/14

# J

jury [46] 280/3 280/10 281/4 282/1
283/1 283/9 283/13 284/6 285/2 285/10
286/3 286/18 286/23 287/3 287/21
288/2 288/22 289/10 290/11 292/6
294/13 295/10 296/10 296/16 296/18
297/2 297/6 297/11 297/15 297/19
298/8 299/23 300/8 300/12 300/13
311/13 312/7 318/1 327/24 328/1
328/12 328/19 328/25 329/9 334/18
334/21
jury's [2] 109/2 208/24
just [204] 5/24 5/25 7/14 8/19 11/12
13/18 15/2 17/10 17/15 17/17 18/9 22/8
22/17 22/17 23/8 23/18 24/4 24/23 26/1
27/4 31/11 32/17 32/17 32/19 32/19
32/20 32/20 33/2 33/3 33/7 33/8 33/9
33/16 33/21 34/7 34/8 34/9 34/13 34/13
34/14 34/15 34/16 34/16 35/13 35/19
35/19 35/24 35/25 36/5 36/9 36/9 36/17
37/12 37/12 37/13 37/15 37/16 37/19
37/21 37/21 39/7 39/14 39/17 40/8
40/21 43/19 43/25 43/25 45/5 47/10
48/7 50/20 51/2 51/6 53/12 53/15 63/7
77/3 77/25 78/21 79/11 81/4 81/8 83/7
84/13 84/23 85/17 86/13 86/18 87/9
88/1 88/11 91/20 91/25 94/8 97/22
99/11 99/16 99/24 101/5 105/7 105/10
106/2 106/10 106/16 107/22 121/3
122/16 122/19 125/13 125/16 128/23
129/12 134/7 134/10 134/14 135/11
137/25 145/25 146/22 151/17 152/18
153/12 153/13 153/17 154/3 159/11
165/5 166/13 166/23 166/25 169/8
172/7 172/10 174/8 174/25 175/15
175/23 176/1 176/14 177/15 178/21
179/3 179/11 181/20 183/11 184/12
184/19 184/25 185/4 186/21 187/21
187/22 191/10 192/13 193/11 197/20
197/21 199/13 200/19 201/11 209/2
210/25 211/12 211/21 212/4 212/18
212/18 214/11 216/2 217/19 218/9
220/7 225/25 231/18 234/24 238/14
240/4 243/24 245/4 246/11 247/14
248/2 270/6 274/25 275/2 276/23
278/12 280/6 282/24 284/1 284/24
290/19 291/12 295/24 296/14 296/21
297/12 299/2 305/20 311/2 320/18
330/22 332/22
just -- did [1] 154/3
just -- I [2] 34/15 193/11
just -- I'm [1] 33/8
just -- it [1] 78/21
just -- just [1] 32/19
just -- like [1] 33/7
just -- the [1] 37/15
just -- what [1] 37/12
just let [1] 32/20
justice [2] 284/6 327/6
justification [1] 302/10
justifications [1] 302/1
justified [1] 166/16
Justin [4] 4/3 170/12 170/20 170/25

# K

Kaether [5] 127/15 130/24 154/6 154/7
169/10
keep [18] 36/21 52/5 67/2 67/3 67/21
71/8 76/24 84/2 95/21 130/2 150/8
183/15 183/18 193/12 195/24 282/9
284/20 332/8
keeps [1] 274/10

---

Ken [4] 138/1 144/6 153/10 159/14
KENNETH [2] 1/21 1/21
kept [1] 34/2
kick [25] 149/6 149/24 150/13 150/19
150/20 150/22 150/23 166/1 166/2
166/4 166/11 167/22 237/24 237/25
238/12 239/16 241/11 246/5 261/20
261/22 273/3 273/7 273/16 273/19
273/21
kicked [8] 81/4 95/2 96/15 149/13
163/22 164/2 166/12 238/5
kicking [9] 80/15 80/25 95/6 95/9 95/12
166/17 245/12 245/19 272/25
kicks [4] 149/6 149/11 149/16 230/19
killed [1] 55/13
kind [6] 26/20 130/3 132/1 189/14 219/1
270/10
kinds [2] 88/23 289/14
KITA [6] 1/18 104/25 106/18 110/12
183/22 184/2
kitchen [2] 93/25 159/22
knee [5] 131/12 131/15 265/5 265/13
269/10
kneeing [1] 273/2
knees [5] 126/21 146/6 148/24 153/8
261/18
knew [8] 12/24 16/4 79/23 80/9 125/24
127/24 193/18 310/11
knew that [1] 127/24
knock [45] 4/20 65/6 65/10 66/6 69/14
86/14 87/5 87/13 88/3 88/12 88/18 89/9
98/12 98/19 98/23 98/25 120/1 120/2
149/13 161/25 162/4 162/6 162/8
162/16 162/22 163/4 163/8 198/21
198/24 199/1 204/1 207/15 212/24
214/1 214/9 215/5 216/14 216/16
216/21 226/25 257/24 270/8 270/11
270/12 303/8
know [143] 5/24 7/16 15/14 16/19 17/19
25/3 26/21 27/8 30/10 31/5 32/19 32/20
34/9 34/14 36/10 36/10 37/12 37/16
41/23 45/14 45/15 45/20 51/14 53/2
54/14 64/16 66/9 66/12 68/10 69/4 69/6
69/22 70/6 76/5 76/15 77/10 86/5 86/22
86/25 87/2 87/2 88/13 89/23 92/3 96/22
97/5 99/3 100/9 105/1 105/3 105/8
105/12 105/13 105/16 105/21 107/13
111/24 114/14 115/22 119/17 120/6
120/8 121/3 125/22 125/22 126/3
127/12 128/1 128/18 129/18 140/4
141/3 141/5 144/2 144/17 145/15
146/15 147/4 148/18 150/17 150/21
152/24 154/8 155/20 157/8 164/5 165/5
165/20 166/8 171/25 172/4 174/25
178/23 179/24 184/16 193/12 195/13
195/23 196/14 200/2 201/21 202/20
202/24 205/10 206/19 206/20 207/4
210/5 210/17 210/22 211/24 212/2
214/4 216/24 216/25 218/21 219/2
225/23 226/13 227/12 229/12 231/19
237/13 242/20 246/14 246/19 247/2
247/19 247/23 248/18 250/16 251/3
264/24 268/3 269/17 270/18 272/23
278/8 280/5 282/9 298/16 329/15 331/4
knowing [1] 234/2
knowledge [14] 55/24 87/10 115/20
121/23 128/7 149/10 162/17 173/4
185/19 215/9 262/12 264/13 292/5
292/7
known [10] 55/14 71/14 136/12 255/21
295/1 308/24 310/2 310/11 320/7
322/14
knows [6] 11/7 37/1 67/11 85/18 107/8

---

205/16

# L

lack [5] 284/3 284/4 284/22
lady [4] 87/22 194/6 196/13 279/11
laid [1] 47/18
landed [1] 47/18
language [1] 298/25
large [4] 73/12 132/2 225/22 286/5
larger [2] 74/10 74/14
largest [1] 229/17
last [35] 14/4 14/8 21/21 41/17 41/22
51/12 51/13 57/18 75/18 80/24 90/23
92/6 92/7 92/14 92/16 102/17 102/22
106/13 117/13 118/25 133/19 143/3
147/2 184/25 189/23 197/13 219/11
235/22 255/4 277/15 277/15 282/12
300/10 307/8 326/20
last -- if [1] 92/6
lasted [1] 122/25
lately [1] 37/20
later [13] 43/13 47/12 95/4 112/3 119/3
121/10 192/14 193/24 194/21 197/11
201/24 295/5 302/20
Laughter [2] 327/20 335/16
law [23] 1/15 1/21 2/1 55/1 110/9
221/19 255/21 256/1 256/16 266/19
279/3 279/4 283/16 283/17 283/19
283/22 283/23 283/25 284/10 284/24
290/9 293/5 302/9
lawful [10] 299/8 299/15 306/10 306/16
307/3 307/5 307/9 307/10 307/10
307/19
lawsuit [3] 96/16 96/17 103/23
lawsuits [1] 22/1
lawyers [3] 40/12 187/15 329/5
lay [1] 236/17
laying [4] 155/20 155/22 159/2 219/3
layout [1] 226/23
lead [8] 60/16 62/23 63/2 74/17 95/7
226/9 253/13 253/15
leader [8] 63/19 64/12 111/21 118/18
143/4 148/6 161/4 258/12
leading [20] 59/12 61/9 62/19 62/21
66/1 69/19 69/21 70/13 74/13 74/17
74/19 75/19 77/21 116/4 116/5 116/9
116/10 162/11 227/22 253/12
learn [5] 32/22 37/6 95/4 229/13 272/19
learned [1] 111/23
learning [1] 32/24
least [8] 62/7 80/13 98/13 110/21
240/24 241/7 264/1 292/4
leave [9] 110/5 110/25 212/18 265/20
265/21 291/22 291/24 329/5 335/7
leaves [1] 188/3
leaving [1] 253/8
led [9] 52/21 62/22 191/1 191/21 192/10
192/11 216/14 302/23 303/8
led -- the [1] 192/10
led -- what [1] 191/21
LEE [4] 2/1 2/1 109/14 297/20
left [17] 65/23 140/11 149/11 149/13
150/8 150/8 151/9 151/13 151/22
152/13 155/22 169/25 174/17 260/13
265/14 265/17 272/15
leg [2] 79/4 82/9
legal [8] 12/17 173/17 222/24 235/3
278/21 283/9 286/4 292/23
legally [1] 55/4
legitimate [2] 217/24 302/9
lengthy [4] 101/13 103/25 123/21
123/22
less [8] 11/24 124/25 125/1 177/7 177/9

## L

less -- [3] 180/19 302/3 334/18
let [57] 5/21 6/10 23/11 23/22 25/14
29/18 32/20 40/9 41/23 51/13 56/20
61/19 61/20 88/19 102/16 105/21 106/4
134/5 136/10 137/19 138/16 139/6
151/17 162/13 164/20 169/8 171/17
173/25 174/1 174/7 178/15 184/9
184/16 196/17 201/17 222/20 224/11
271/11 279/16 282/9 284/17 294/6
295/23 296/13 304/9 306/12 307/12
308/9 311/4 315/6 315/17 316/14
324/22 329/4 329/19 330/1 332/7
let's [68] 22/3 46/1 46/1 52/4 52/7 52/7
52/13 52/17 69/22 74/17 86/10 86/18
89/23 92/8 93/2 93/3 93/9 93/10 93/11
93/14 93/19 93/20 98/16 101/10 101/19
102/16 102/21 110/25 116/19 118/14
125/14 138/8 138/11 138/20 139/6
139/11 139/15 140/18 146/21 163/19
164/25 170/4 186/22 205/11 209/20
209/24 211/3 211/4 211/7 213/5 213/25
217/10 217/19 218/5 218/11 219/14
224/12 229/19 229/20 241/16 243/2
243/9 247/13 247/14 253/13 254/2
331/20 333/19
letters [1] 334/23
letting [1] 31/5
level [1] 220/10
levels [1] 73/21
leverage [3] 149/14 155/23 156/10
lieutenant [12] 57/15 58/8 60/10 79/14
126/24 127/4 132/4 153/5 208/4 208/14
208/17 208/17
life [8] 34/8 34/10 78/9 194/21 239/4
284/16 312/21 316/23
light [4] 117/5 117/5 193/22 193/23
like [89] 10/2 16/10 20/9 20/13 20/14
22/8 22/19 33/2 33/6 33/7 33/8 33/22
34/7 34/9 34/10 34/15 34/15 34/16 36/2
36/17 36/19 36/19 36/20 37/10 37/14
37/15 40/12 48/8 56/25 67/15 71/1
72/23 74/1 75/1 104/13 106/17 120/19
123/24 126/6 126/17 127/11 127/14
128/19 131/1 131/3 132/2 132/15 133/5
135/20 135/23 137/5 140/11 144/14
147/18 151/22 152/17 153/7 154/4
156/11 157/10 157/24 160/13 173/12
173/15 175/10 175/18 175/20 178/13
181/10 184/25 202/9 204/12 206/17
211/20 216/9 217/19 218/14 227/7
245/2 255/4 261/14 262/9 264/20
265/10 278/9 280/9 281/24 288/25
311/3
like -- what [1] 36/2
likely [8] 89/8 124/25 125/1 160/15
162/20 197/14 287/7 287/11
limine [17] 23/5 24/4 24/7 24/20 25/1
25/3 25/10 25/13 25/19 28/20 28/21
87/15 222/14 248/22 249/11 249/22
266/23
limined [1] 87/23
limines [2] 5/19 24/12
limited [3] 23/10 313/14 319/3
line [6] 66/1 125/4 140/15 191/7 199/19
217/17
lines [1] 29/6
link [3] 106/25 218/2 219/1
LinkedIn [1] 294/5
links [1] 105/9
list [31] 17/15 17/17 20/17 29/20 30/16
30/19 30/22 169/8 169/8 178/1 180/19
190/9 190/9 223/3 223/18 223/18 329/6
329/10 329/12 329/15 329/15 330/23
334/19 334/21 332/3 363/2 362/8 332/17
332/22 332/23 334/2
list -- I [1] 329/12
listed [12] 117/1 117/4 117/6 162/22
163/15 177/14 177/15 180/20 223/4
256/3 313/7 317/4
listen [2] 108/6 216/24
listened [1] 34/15
listing [1] 177/19
lists [1] 177/1
litigation [2] 284/12 286/5
little [11] 59/3 101/13 124/6 132/11
134/4 140/7 171/5 185/12 199/13
201/24 291/12
live [2] 32/13 35/22
living [3] 144/8 159/20 316/25
local [1] 103/21
located [2] 92/4 162/9
location [18] 60/3 124/4 162/20 191/24
192/2 192/7 195/14 195/19 196/23
199/5 200/23 201/25 215/15 215/24
216/5 216/11 225/2 265/14
lodge [1] 234/25
long [29] 13/11 17/13 75/23 86/21
102/24 103/5 106/15 127/23 141/3
178/18 185/10 185/18 189/22 221/1
234/15 253/7 255/1 257/9 257/14
259/19 263/2 265/10 283/3 291/7
308/21 309/25 320/5 322/12 332/16
longer [7] 21/19 32/18 72/16 123/1
143/24 239/15 300/10
Lonnie [1] 65/23
look [38] 6/19 7/21 13/21 15/10 19/20
25/20 43/14 43/23 45/7 48/12 51/13
81/11 90/2 91/18 91/23 92/7 92/13
106/4 109/4 113/14 113/14 116/15
127/14 147/19 147/22 159/17 160/15
171/11 184/20 192/22 193/21 200/7
212/7 212/8 250/14 271/24 271/25
288/2
looked [10] 43/6 45/8 47/3 82/15 104/13
110/19 133/5 184/25 259/24 259/24
looking [27] 38/25 45/2 46/23 47/2
94/23 121/9 142/7 144/7 145/16 146/11
146/15 146/15 146/16 151/6 151/7
151/8 152/6 153/11 160/1 167/7 192/13
201/9 201/9 201/11 225/4 225/5 270/17
lookout [1] 270/14
lookouts [9] 89/24 89/25 162/18 162/24
162/24 167/8 212/21 270/16 270/20
looks [15] 120/19 126/17 128/19 131/1
131/3 132/15 140/11 144/14 147/18
151/22 153/7 154/4 157/10 157/24
281/24
lose [3] 144/1 149/22 183/11
loss [12] 32/17 313/18 313/19 313/21
314/1 314/2 316/2 316/3 317/9 317/10
317/16 317/19
lost [2] 37/21 299/2
lot [18] 17/14 32/21 33/9 33/24 34/1
38/8 107/22 110/17 140/19 169/22
169/25 175/11 186/22 193/13 205/12
211/23 216/6 283/5
loud [2] 42/1 141/21
love [2] 93/17 314/3
low [1] 193/12
luck [1] 123/4
lunch [5] 168/5 168/5 168/6 168/9
170/11
lying [3] 129/22 242/15 248/12

## M

machines [1] 59/18
made [58] 12/22 19/3 17/25 19/19
40/13 48/25 61/5 63/23 65/21 67/6 69/3
69/9 71/17 86/15 88/4 89/18 98/21
99/23 100/24 101/12 162/19 163/7
172/22 178/4 187/23 192/15 192/23
193/1 193/2 193/3 193/14 194/6 196/13
196/16 197/4 200/17 203/3 208/16
208/19 208/24 208/25 211/8 211/8
211/11 211/24 225/6 233/7 237/21
237/25 280/12 280/14 280/17 280/21
282/8 282/18 328/2 328/6 328/8
magistrate [4] 198/7 198/8 204/25 302/5
mail [3] 2/6 29/12 336/19
main [2] 146/17 160/12
maintain [4] 158/23 159/4 173/1 177/22
maintained [1] 172/18
maintenance [1] 313/19
major [1] 133/19
majority [1] 135/23
make [86] 12/19 15/16 24/11 36/21 45/3
46/24 52/13 52/14 52/17 54/13 56/20
72/6 77/24 78/8 78/23 86/24 91/19
93/20 98/13 99/16 107/24 108/10
108/22 109/6 109/24 112/14 114/9
118/18 118/19 119/17 121/9 122/10
124/2 132/21 136/11 139/9 141/15
141/22 143/4 143/8 160/12 160/16
161/16 162/20 163/19 169/8 172/8
172/13 175/11 181/2 182/24 184/9
187/21 194/13 194/15 195/11 195/15
195/18 195/20 196/12 196/14 196/18
197/10 201/3 210/15 222/11 225/3
229/19 230/23 246/12 249/12 259/5
279/10 280/12 281/1 282/6 282/7
286/24 289/10 289/25 290/17 297/21
299/19 299/23 303/17 334/24
makes [4] 49/22 62/13 194/20 290/9
making [13] 45/25 117/20 153/13 172/2
196/4 197/7 215/21 235/1 235/2 241/22
250/7 289/6 290/16
male [9] 71/19 71/20 117/6 119/8 195/5
212/16 218/7 225/20 225/22
malfunctioned [1] 78/10
malicious [1] 325/21
man [8] 34/8 74/10 74/14 226/7 228/10
251/21 251/22 263/16
man -- who [1] 74/14
managed [1] 56/4
mandated [2] 223/18 224/7
maneuver [1] 132/11
manipulate [1] 73/23
manipulating [1] 157/25
manipulation [2] 73/25 74/2
manner [6] 71/7 156/15 156/19 288/12
295/15 312/20
manually [1] 133/25
manufacture [3] 177/5 177/8 177/25
manufacture/delivery [3] 177/5 177/8
177/25
manufacturing [1] 211/22
many [19] 46/19 59/8 60/6 60/8 66/12
70/24 78/13 80/11 126/8 129/10 132/2
163/13 237/8 238/12 240/12 241/15
255/6 263/24 286/11
marijuana [10] 177/7 177/13 180/21
202/13 202/13 202/14 202/15 202/15
202/16 202/22
marine [3] 254/25 255/1 255/6
mark [3] 159/19 317/17 334/4
marked [5] 112/8 207/8 218/23 221/10

**M**

marked [1] 256/15
match [2] 71/25 315/12
matches [3] 225/3 330/6 335/6
material [1] 176/14
Matt [5] 106/18 188/15 297/20 334/25 335/2
matter [14] 22/16 30/23 55/1 103/19 118/4 249/16 253/3 253/5 285/24 288/9 288/13 289/2 325/15 336/4
matter. [1] 9/17
matter. That's [1] 9/17
matters [5] 156/23 191/13 284/19 288/15 292/9
MATTHEW [2] 1/18 334/22
may [126] 6/21 9/12 14/13 28/17 31/25 35/2 38/16 39/1 39/3 39/24 44/6 44/6 47/4 53/19 53/25 54/10 54/17 56/19 60/18 64/18 71/2 81/7 82/19 84/4 87/15 88/2 91/15 100/13 106/19 108/22 110/1 111/9 112/5 115/17 117/8 121/1 124/8 124/18 125/9 132/8 139/10 139/12 139/14 145/21 149/22 158/8 168/17 168/20 170/18 171/17 171/18 171/22 173/10 174/3 176/11 176/14 176/19 178/10 180/13 180/17 181/2 182/22 183/11 186/6 190/3 190/7 193/24 195/8 196/7 196/25 197/17 205/10 205/14 208/6 208/7 215/8 215/23 216/4 217/24 221/8 224/18 224/18 225/8 225/24 239/22 239/24 248/21 250/25 251/1 255/23 258/5 267/21 275/16 275/18 275/18 278/24 278/25 279/6 279/21 283/23 287/21 287/22 287/23 288/16 288/22 288/22 288/24 289/7 289/14 289/21 290/17 290/25 291/3 291/3 292/8 293/25 294/14 294/25 295/8 301/19 302/20 310/23 316/23 330/23 332/11
may -- I [1] 149/22
May 13th [1] 190/3
May 14th [1] 180/17
May 16th [6] 60/18 196/7 196/25 197/17 224/18 258/5
May 9th [2] 176/19 180/13
maybe [8] 62/22 66/2 95/13 105/6 231/1 237/9 265/11 265/11
McBRYDE [1] 1/12
McDonald [1] 82/6
me [163] 6/19 6/23 6/24 15/1 15/3 15/5 15/12 16/17 20/9 20/14 20/20 25/14 29/18 32/21 33/19 33/19 33/24 34/7 34/8 34/9 36/1 36/5 36/18 36/20 36/21 37/7 37/14 37/16 40/9 41/23 42/25 43/4 46/21 51/13 57/9 60/1 60/2 60/3 60/4 61/19 61/20 79/16 86/9 88/19 99/20 99/20 99/24 101/14 101/15 102/16 105/21 106/15 108/8 110/6 123/2 134/5 136/15 138/4 146/22 147/19 149/11 150/6 151/17 163/24 164/20 166/24 169/8 171/17 172/7 173/18 173/25 174/1 174/1 174/7 175/10 175/18 175/20 178/15 181/6 181/10 184/9 184/11 184/16 185/5 187/11 188/20 191/3 192/3 192/9 195/25 196/17 199/10 199/18 201/17 202/9 203/22 207/2 208/3 210/10 213/20 222/20 222/22 223/10 228/23 230/15 231/11 231/11 232/6 241/12 245/8 245/11 245/19 251/9 251/11 251/15 259/7 259/25 260/1 262/13 263/11 267/16 268/24 269/8 270/25 271/11 271/17

279/2 279/6 279/16 279/17 280/6 282/2 282/9 283/2 283/10 294/6 295/5 295/23 295/23 296/2 296/13 300/10 304/9 306/12 307/12 308/9 311/4 311/10 311/14 315/6 315/17 316/14 320/18 324/22 329/4 329/19 330/1 330/21 331/15 332/7 332/12 332/20 333/5
me -- can [1] 174/1
me -- I'll [1] 61/19
me read [1] 311/4
mean [31] 15/24 22/4 33/1 36/2 71/1 105/8 106/2 160/9 166/5 171/7 195/22 197/10 198/6 199/16 200/6 206/16 214/5 226/8 226/10 226/17 236/9 236/9 259/4 266/15 282/17 287/13 292/11 323/18 323/24 327/21 329/12
meaning [6] 50/7 85/11 197/25 247/3 292/21 292/24
means [18] 46/15 123/12 160/10 198/22 198/23 226/22 278/16 287/6 287/8 287/14 287/25 293/24 294/14 313/18 314/2 314/8 319/11 319/18
meant [2] 246/21 287/4
meantime [1] 111/25
mechanic [1] 36/24
mechanical [1] 2/8
media [4] 105/15 110/19 294/1 294/18
medical [10] 8/1 11/5 12/17 14/17 15/23 43/23 49/6 52/2 125/5 264/13
meet [5] 55/17 56/1 195/14 285/25 325/16
meeting [1] 204/3
meetings [2] 203/25 204/2
member [8] 102/7 102/8 118/25 175/20 257/2 257/9 257/12 257/14
members [15] 59/8 59/20 59/21 102/10 104/3 104/6 107/8 107/14 107/17 110/18 181/13 182/3 182/9 229/17 283/13
memoranda [1] 172/18
memory [5] 83/12 83/18 84/3 84/4 149/19
mental [19] 314/8 316/4 317/22 318/23 319/17 320/1 320/4 320/8 321/12 321/22 321/23 322/4 322/9 322/9 322/11 322/15 323/9 323/15 323/22
mentioned [5] 43/2 47/4 135/15 158/10 315/24
mere [2] 290/14 293/21
merely [3] 287/24 290/1 292/10
merit [1] 56/19
message [1] 5/8 106/13 295/21
messaging [1] 294/3
messed [3] 32/21 36/4 37/13
met [4] 55/5 56/1 192/14 198/7
metal [4] 78/11 132/1 132/16 132/17
mic [1] 311/16
Michael [9] 4/1 64/7 64/11 74/10 77/17 101/4 101/8 101/20 101/25
Micki [1] 14/10
micro [1] 29/25
microphone [9] 56/8 82/24 87/20 137/11 175/3 249/9 250/8 254/4 281/18
microscope [1] 48/13
mid [1] 220/10
mid-to-high-level [1] 220/10
midafternoon [2] 276/9 276/10
middle [1] 107/7
might [12] 22/25 26/3 89/7 106/17 110/13 169/15 179/24 228/15 264/14 291/7 292/5 294/18
mike [2] 33/5 35/14
mind [15] 33/4 138/1 208/24 268/7

284/20 285/23 288/11 290/16 293/18 295/4 296/9 303/12 305/15 325/14 331/18
minds [1] 287/10
mine [6] 25/21 39/4 106/20 155/5 155/8 330/6
minimizing [1] 302/12
minute [9] 57/1 103/11 129/4 154/12 174/8 233/25 276/1 276/11 285/3
minutes [6] 8/5 11/23 21/19 106/2 133/16 237/7
misconception [1] 10/22
misdemeanor [1] 177/24
misleading [1] 29/23
misread [7] 311/1 311/5 311/9 311/11 311/14 312/3 312/5
misrecollections [1] 288/25
miss [3] 143/5 159/16 160/16
missed [2] 332/11 334/15
missing [1] 184/16
misspeak [2] 310/25 311/2
misspoke [2] 50/4 307/12
Misstates [1] 85/8
mistake [2] 19/20 297/21
mistaken [1] 121/1
Mister [1] 213/17
mistrial [1] 108/19
misunderstanding [1] 330/2
modify [1] 291/12
moment [15] 37/10 65/14 82/7 82/8 131/18 149/24 185/4 185/22 235/22 235/25 237/10 269/8 271/25 331/14 332/11
momentarily [2] 131/13 131/16
monetary [1] 316/1
money [14] 38/7 193/13 195/16 210/20 212/6 212/10 312/17 316/16 317/7 317/9 321/9 323/21 324/3 326/10
month [3] 257/16 257/16 257/20
more [55] 18/11 22/24 36/4 37/23 47/5 47/6 59/3 123/4 127/24 139/7 139/9 148/17 153/3 160/23 161/8 162/20 162/20 166/20 170/6 173/20 173/23 180/12 186/2 186/4 195/7 197/14 199/13 211/21 213/25 214/23 231/5 232/18 240/15 240/16 257/5 257/6 257/7 263/17 266/9 273/24 277/2 277/4 278/17 278/18 287/7 287/10 287/11 288/23 290/1 290/7 290/18 290/19 313/4 314/21 332/6
morning [15] 5/10 31/23 31/24 32/7 32/8 35/11 35/12 40/6 40/7 57/25 58/1 101/6 106/23 328/23 329/1
most [10] 63/14 66/6 70/4 99/6 123/25 142/1 160/19 163/17 231/23 256/19
mother [1] 194/2
motion [28] 3/5 3/10 5/19 24/4 24/6 24/20 25/1 25/3 25/10 25/12 25/14 25/19 28/17 28/19 28/21 54/13 55/1 56/18 56/19 87/14 109/6 222/14 248/22 249/11 249/22 266/23 278/10 278/12
motions [2] 24/12 109/23
motive [1] 288/11
mouse [1] 139/22
mouth [14] 81/18 95/2 95/6 95/9 96/15 147/11 163/22 164/2 245/12 245/20 246/6 272/17 272/20 272/23
move [34] 22/3 24/2 40/22 46/1 52/7 74/3 74/3 93/19 101/11 116/20 119/6 124/4 138/3 138/20 140/3 146/21 160/25 164/25 170/1 170/2 199/21 204/5 209/24 211/4 211/7 213/5 213/25 217/10 219/14 222/1 228/5 241/16

## M

move -- [2] 243/8 269/11
moved [1] 142/7
movement [2] 119/5 143/18
moving [8] 44/14 44/21 44/23 119/15
233/19 233/21 269/13 269/14
MR [11] 1/15 1/18 1/21 2/1 40/5 51/3
51/5 57/24 101/23 158/2 158/12
Mr. [291] 5/7 5/22 6/2 7/13 7/24 8/13
8/21 9/14 9/25 9/25 10/4 10/11 10/17
11/4 11/6 11/11 12/12 12/23 14/23
15/12 15/20 15/25 16/6 17/20 18/3 19/2
21/11 21/12 21/20 21/20 21/21 21/22
21/24 23/8 24/6 24/18 24/24 25/8 27/15
27/21 27/23 28/2 29/6 29/9 32/6 35/10
42/4 42/20 44/12 44/20 45/18 46/14
47/17 48/6 49/25 50/3 50/8 51/8 51/21
52/3 52/9 52/11 52/21 53/7 53/14 53/16
54/9 54/22 55/8 56/11 56/14 61/9 72/12
74/22 75/18 79/13 79/22 80/8 80/15
80/19 80/22 80/25 81/13 81/16 81/24
82/5 82/7 82/16 83/3 83/4 83/5 83/22
88/2 88/18 90/24 91/8 92/17 93/4 93/15
94/18 95/1 96/1 96/13 97/3 98/18 99/6
104/6 104/17 104/23 104/25 105/23
107/4 109/12 109/14 110/4 110/8
110/12 110/12 111/12 114/9 114/10
115/17 116/6 116/10 116/20 118/13
120/16 120/24 121/15 122/4 124/8
126/10 127/3 127/7 128/22 128/25
130/18 131/13 131/16 131/22 132/14
132/17 133/14 135/7 135/13 136/2
137/19 138/13 138/22 138/23 139/1
140/10 141/3 142/4 143/15 143/16
143/20 146/19 146/21 147/13 148/1
148/19 151/4 151/7 151/12 152/13
156/6 157/1 158/17 159/13 161/15
163/22 164/2 164/21 165/2 165/9
165/22 165/24 166/5 166/11 166/17
166/24 167/6 167/15 167/17 167/19
167/23 168/17 170/23 171/24 179/20
180/19 183/3 183/22 184/2 186/11
187/24 188/11 189/2 190/8 194/2 195/2
195/10 196/14 196/18 197/4 202/25
204/2 206/3 208/15 208/20 208/21
210/3 211/9 211/12 211/17 212/11
212/12 213/15 213/18 215/2 217/8
217/13 218/14 218/16 218/18 219/20
228/24 229/4 230/5 230/16 231/9
231/11 232/6 232/25 235/9 235/13
236/18 237/20 239/11 239/13 240/7
243/15 244/4 244/19 244/20 246/4
246/5 246/10 246/20 247/5 247/12
247/13 248/10 249/13 250/7 250/9
252/24 253/16 253/25 254/11 259/18
260/11 261/12 261/20 261/24 262/14
263/25 264/14 264/16 265/4 266/9
267/24 269/9 269/16 271/18 272/13
272/23 273/1 273/2 274/3 274/10 275/5
275/7 324/14 324/14 324/16 324/18
331/2 332/7 333/10
Mr. -- are [1] 183/3
Mr. -- I [1] 21/11
Mr. -- you [1] 25/8
Mr. Briskin's [1] 107/4
Mr. Cook's [1] 212/12
Mr. Crippen [2] 218/14 218/16
Mr. Darden [120] 6/2 7/13 11/4 11/11
15/25 42/4 42/20 44/12 44/20 45/18
49/25 50/8 51/21 52/3 53/7 53/16 54/14
72/12 74/22 79/22 80/8 80/15 80/25
81/13 81/16 81/24 82/5 82/7 82/16 83/3

83/4 83/5 83/22 90/24 91/8 92/17 93/4
94/18 95/1 96/1 98/18 120/16 120/24
124/15 124/1 124/18 126/10 127/3
128/22 125/5 130/18 131/22 133/14
138/22 138/23 142/4 143/15 143/16
143/20 147/13 148/19 151/7 152/13
156/6 159/13 163/22 164/2 165/22
165/24 166/5 166/11 166/17 167/17
167/19 167/23 180/10 187/24 195/2
195/10 196/18 197/4 202/25 211/9
211/12 211/17 213/18 228/24 229/4
230/5 230/16 231/11 232/6 232/25
235/9 236/18 239/13 243/15 244/19
244/20 246/5 253/16 259/18 260/11
264/14 264/16 265/4 266/9 269/9
269/16 271/18 272/23 273/1 273/2
275/7 324/14
Mr. Darden -- the [1] 18/3
Mr. Darden's [23] 5/22 46/14 47/17
52/11 52/21 55/8 127/3 131/13 131/16
132/14 132/17 140/10 141/3 148/1
158/17 165/2 179/20 210/3 212/11
231/9 235/13 247/5 272/13
Mr. East [62] 7/24 8/13 8/21 9/14 9/25
9/25 10/11 10/17 11/6 12/23 14/23
15/20 16/6 17/20 21/12 21/20 21/22
24/6 24/18 24/24 27/15 28/2 48/6 51/8
52/9 53/14 54/9 61/9 75/18 88/2 88/18
96/13 99/6 109/14 110/4 111/12 114/9
114/10 115/17 116/10 116/20 118/13
139/1 146/21 167/6 168/17 170/23
171/24 186/11 188/11 189/2 190/8
204/2 217/13 219/20 244/4 246/10
250/9 252/24 274/3 332/7 333/10
Mr. East -- there [1] 21/21
Mr. East -- Your [1] 21/20
Mr. East's [1] 23/8
Mr. Jordan [1] 213/15
Mr. Kita [4] 104/25 110/12 183/22 184/2
Mr. Romero [3] 151/12 324/16 324/18
Mr. Snow [1] 324/14
Mr. Thomas [12] 54/22 79/13 104/23
110/8 157/1 166/24 167/15 215/2
239/11 246/4 253/25 254/11
Mr. Verrett [1] 208/20
Mr. Virden [1] 151/4
Mr. Washington [45] 5/7 12/12 15/12
19/2 21/24 27/21 29/6 29/9 32/6 35/10
50/3 53/16 80/19 80/22 93/15 97/3
104/6 104/17 105/23 109/12 110/12
116/6 135/7 135/13 137/19 138/13
146/19 161/15 164/21 165/9 206/3
208/15 208/20 218/18 237/20 240/7
246/20 247/12 247/13 248/10 249/13
267/24 274/10 275/5 331/2
Mr. Washington's [2] 136/2 217/8
Mr. Watson [1] 27/23
MS [1] 2/4
much [14] 11/20 36/8 45/24 87/3 89/19
186/3 210/20 212/6 228/11 229/1 229/4
290/22 322/23 327/17
mugshot [2] 176/16 184/5
multiple [10] 49/5 49/10 93/21 95/23
97/3 116/24 134/25 137/22 148/12
237/2
muscle [1] 75/17
muscles [1] 75/13
must [23] 284/6 284/12 285/16 286/16
286/17 286/21 287/2 289/25 292/11
292/17 293/8 293/9 293/14 293/23
300/22 302/15 302/22 303/13 303/16
304/5 304/7 304/11 325/24

my [104] 6/10 12/21 25/17 29/15 30/21
32/10 32/23 33/20 35/17 35/23 36/25
37/1 37/7 39/5 39/20 43/13 45/10 53/22
54/17 57/10 58/4 62/12 63/3 69/5 69/20
77/3 80/2 80/4 90/25 92/24 100/14
105/11 105/14 105/17 106/4 106/13
106/13 111/1 111/21 118/18 119/4
124/22 124/23 135/10 135/10 135/14
136/8 137/5 137/18 138/18 138/21
139/18 139/19 143/3 143/7 143/18
147/10 149/10 152/7 152/12 162/10
173/15 181/21 185/1 185/23 190/20
190/25 190/25 193/17 197/5 197/22
201/22 205/3 210/5 210/12 210/17
211/25 214/8 214/14 215/20 216/9
216/25 222/8 224/24 232/9 249/21
255/4 258/21 260/12 263/12 264/25
265/23 270/15 272/16 273/10 275/24
280/6 280/12 280/18 282/18 283/4
283/10 283/15 335/5
myself [4] 71/17 121/24 122/22 221/22
MySpace [1] 294/5

## N

N.B [1] 190/11
name [19] 14/13 32/10 35/17 57/18
58/2 63/25 84/16 101/24 135/15 170/24
188/20 189/3 190/8 190/10 196/15
201/21 202/9 219/21 254/12
named [8] 64/7 65/23 169/18 169/19
313/5 314/21 315/7 315/23
namely [1] 180/12
names [1] 265/22
narcotic [1] 199/5
narcotics [54] 4/15 59/23 59/25 60/14
60/24 61/1 61/14 61/21 61/23 62/1 62/6
62/9 62/12 65/5 66/6 89/17 89/19 89/20
112/25 113/3 115/23 121/7 174/25
189/14 189/17 189/19 190/1 191/10
191/12 191/25 193/4 193/18 195/17
196/22 199/17 200/12 200/18 201/1
201/4 201/9 201/13 202/3 202/9 202/23
211/23 212/5 218/2 219/1 220/10
225/23 225/25 257/24 259/25 260/3
narcotics -- what [1] 89/19
narrative [1] 72/3
Nathan [4] 4/5 188/22 188/24 189/5
natural [2] 43/19 74/4
naturally [1] 74/3
nature [4] 225/23 261/8 302/15 326/25
near [3] 131/5 140/12 172/22
nearby [1] 71/3
necessarily [2] 71/1 287/13
necessary [10] 10/19 55/25 70/9 212/24
239/13 285/25 286/3 295/8 303/19
325/16
necessity [2] 113/22 182/16
need [43] 13/15 17/1 20/21 28/12 40/22
56/7 60/6 66/3 73/24 75/15 77/24 82/24
99/1 105/21 107/11 125/8 128/15 132/3
135/14 138/17 146/22 151/19 152/23
152/25 169/9 175/3 178/19 179/24
203/17 241/17 244/3 249/9 250/8
281/18 282/13 282/16 283/4 297/21
311/9 311/16 314/19 315/8 320/22
needed [11] 88/13 99/11 122/11 127/24
128/13 128/16 129/3 133/10 133/12
145/8 155/2
needs [6] 11/2 12/17 75/4 105/22 282/3
311/20
negative [2] 188/4 297/24
neither [4] 131/6 131/9 149/14 283/21
net [7] 238/22 238/25 267/11 268/1

**N**

net -- [3] 268/5 269/7 327/7
neurological [1] 75/12
neutral [1] 302/5
never [25] 12/17 13/3 13/7 18/19 19/4
24/22 25/5 29/12 34/15 72/17 83/8
106/16 107/4 138/9 151/2 151/2 206/12
208/16 208/19 208/23 208/25 237/10
258/11 293/10 296/9
new [16] 68/20 68/23 78/6 100/11 105/1
105/3 213/10 213/10 213/25 263/4
265/23 277/19 277/20 278/1 278/2
278/3
newer [1] 132/5
newest [1] 265/25
news [5] 32/24 37/8 107/7 108/3 110/19
newspaper [7] 103/21 107/8 107/10
107/19 108/21 110/20 110/22
next [38] 31/25 35/4 54/5 62/12 63/13
70/20 71/23 76/5 92/24 101/3 101/7
123/7 129/1 129/16 180/6 182/21 183/2
187/7 191/21 199/11 223/12 228/22
228/23 233/2 275/24 291/24 305/16
305/21 307/23 310/9 310/14 313/9
315/20 317/22 318/2 320/23 322/19
329/21
next -- there [1] 305/16
night [4] 21/21 21/24 106/13 169/21
nightmares [2] 33/2 33/7
no [335] 1/4 3/3 3/7 3/14 4/14 4/20 5/21
6/17 8/1 8/18 10/10 14/12 16/8 19/2
19/7 19/19 20/12 21/10 21/15 22/23
25/25 27/3 30/21 31/15 32/18 33/14
34/18 34/22 34/25 37/22 38/13 38/14
43/9 45/15 45/19 47/2 47/18 50/1 50/6
50/23 50/23 51/11 51/23 53/18 53/20
53/22 55/13 55/16 57/12 60/22 65/6
65/10 65/22 66/6 66/11 66/14 69/5 69/5
69/10 69/14 72/16 73/1 77/12 77/18
79/7 81/3 83/2 83/5 85/15 86/14 87/4
87/5 87/13 88/3 88/12 88/18 89/2 89/9
90/1 91/2 93/6 94/4 94/23 94/25 95/3
95/11 95/19 95/25 96/2 96/5 96/19
96/21 96/23 97/16 98/12 98/19 98/23
98/25 104/19 104/22 104/24 105/13
113/1 119/19 119/23 119/24 120/1
120/2 120/25 124/2 124/13 124/16
125/24 126/4 126/19 127/6 127/20
129/20 131/17 131/19 132/24 133/21
138/2 138/24 140/6 140/15 141/5
141/12 141/18 141/20 141/25 143/3
143/24 144/3 147/3 147/15 148/7
148/21 149/18 150/2 152/6 152/23
154/2 156/8 157/24 158/6 158/7 158/21
159/19 159/21 160/17 160/23 160/24
161/6 161/8 161/10 161/10 161/25
162/2 162/4 162/6 162/8 162/8 162/16
162/22 163/1 163/4 163/8 164/4 164/22
165/14 165/23 165/25 166/18 167/10
167/24 169/6 169/24 179/3 182/7
182/10 184/15 185/1 185/17 186/2
186/25 191/17 192/9 193/12 195/15
196/10 198/21 199/1 200/14 201/5
201/22 203/10 204/1 205/3 206/7 207/9
207/15 208/18 208/22 210/14 211/15
211/18 211/23 212/15 212/17 212/24
213/2 214/1 214/9 215/5 216/14 216/16
216/21 222/16 222/18 223/2 224/15
224/17 226/14 226/25 228/4 228/8
228/16 228/21 229/16 230/9 230/18
230/20 231/17 232/3 234/19 234/22
235/10 235/16 236/16 236/19 236/22
237/15 237/17 238/18 238/24 239/5
239/14 239/15 243/12 243/15 244/5
244/8 246/7 246/16 248/11 249/16
252/9 252/3 253/4 257/24 261/21
261/23 262/7 263/3 264/6 264/15
266/11 267/10 267/18 268/17 268/19
268/21 269/14 269/19 269/21 270/8
270/11 270/12 270/13 270/15 270/22
272/1 272/3 272/18 273/14 274/7 274/9
277/2 277/4 277/7 277/21 286/14
286/16 286/19 286/24 290/9 290/24
291/2 296/24 297/12 297/13 297/24
297/24 298/1 303/8 305/5 305/6 305/8
305/8 306/1 306/14 306/18 307/1
307/17 307/22 307/25 309/4 310/8
310/13 310/18 311/6 312/11 314/14
314/16 314/17 314/23 314/25 315/2
320/13 326/5 328/5 328/13 330/25
330/11
no -- that [1] 297/24
no-knock [43] 4/20 65/6 65/10 66/6
69/14 86/14 87/5 87/13 88/3 88/12
88/18 89/9 98/12 98/19 98/23 98/25
120/1 120/2 161/25 162/4 162/6 162/8
162/16 162/22 163/4 163/8 198/21
199/1 204/1 207/15 212/24 214/1 214/9
215/5 216/14 216/16 216/21 226/25
257/24 270/8 270/11 270/12 303/8
nobody [1] 202/24
nod [1] 260/1
noncompliance [1] 160/24
noncompliant [4] 48/23 91/12 91/14
125/18
none [9] 6/17 312/24 313/15 313/15
317/5 317/14 322/21 323/6 327/9
nonexistence [1] 289/18
nonresponsive [3] 50/13 50/15 98/19
normal [3] 37/12 162/19 172/25
northeast [2] 199/11 199/14
northeastern [1] 107/20
northern [3] 1/2 107/20 336/12
northwestern [1] 107/20
not [427]
not -- do [1] 290/17
not -- I [1] 11/23
not -- would [1] 304/17
note [1] 169/8
notebook [4] 90/7 91/24 164/8 188/16
notes [6] 9/1 39/4 39/5 54/17 54/19
205/4
nothing [17] 11/5 12/9 14/20 25/6 48/14
50/9 53/15 74/5 106/20 108/4 110/6
150/19 163/23 195/20 209/18 264/22
267/16
notice [7] 119/3 130/21 131/12 131/15
131/17 132/8 250/13
notify [1] 232/15
nots [1] 170/7
now [98] 8/24 12/23 16/17 20/11 24/9
26/16 30/8 31/2 31/6 31/14 41/19 41/22
42/3 44/11 44/12 44/17 47/16 54/16
58/20 82/5 83/3 83/3 85/1 90/2 90/23
92/10 100/8 101/9 105/21 109/3 114/15
117/17 129/4 129/7 130/11 133/16
134/6 142/7 145/20 147/4 151/4 160/8
161/25 172/11 174/19 174/21 176/10
178/10 183/25 186/17 187/11 189/15
208/24 216/7 222/20 223/22 231/18
245/1 250/11 253/25 257/2 259/18
262/20 263/15 263/24 264/3 270/17
272/13 277/14 278/20 281/2 281/3
282/13 283/14 291/10 293/2 295/4
296/9 297/16 300/9 301/5 301/7 301/17
305/9 312/14 312/17 316/16 317/25
320/14 321/9 322/19 323/10 324/9
327/19 330/20 333/19 333/23 334/17
now -- he's [1] 83/3
nuisance [1] 280/6
number [166] 8/18 8/19 21/17 24/18
25/13 26/12 28/2 29/9 29/11 39/19
46/20 46/21 46/25 47/10 66/21 68/2
81/10 85/3 97/10 98/18 98/24 107/1
107/2 112/9 113/8 113/15 113/17 134/7
134/12 134/12 148/9 159/8 162/9
162/15 164/1 171/11 176/13 176/24
177/11 178/4 179/17 179/22 184/6
186/12 190/14 196/1 196/4 223/17
240/14 244/19 256/4 277/19 278/23
287/14 297/23 300/15 300/18 300/21
305/4 305/9 305/10 305/13 305/17
305/22 306/3 306/5 306/6 306/9 306/15
306/20 306/21 306/24 306/25 307/3
307/13 307/16 307/19 307/23 308/2
308/4 308/5 308/14 309/5 309/7 309/9
309/18 311/22 312/16 313/3 313/10
313/13 314/1 315/8 315/10 315/13
315/15 315/23 316/9 316/10 316/11
316/12 316/12 316/13 316/21 317/6
317/12 317/19 317/22 318/1 318/4
318/6 318/7 318/7 318/10 318/13
318/16 318/21 319/2 319/7 319/15
319/22 320/14 320/15 320/19 320/19
320/21 320/23 320/25 320/25 321/1
321/2 321/3 321/5 321/7 321/14 321/17
321/20 321/25 322/3 322/19 323/10
323/11 323/12 323/13 323/17 323/25
324/2 324/9 324/10 324/17 324/20
324/20 324/21 324/23 324/25 324/25
325/1 325/2 325/8 325/10 326/7 326/8
326/14 326/16 326/22 327/12
number -- well [1] 318/6
numbered [2] 25/18 332/17
numbers [28] 30/24 171/20 178/14
205/19 221/13 305/23 305/25 307/25
308/3 308/4 309/7 309/8 310/14 310/16
310/17 310/19 310/20 312/9 312/11
312/12 315/3 315/5 315/9 315/11
315/19 315/20 315/21 330/15
numbers -- question [1] 315/5
numerically [1] 296/11
numerous [5] 12/4 66/15 120/21 226/16
255/20

**O**

oath [5] 18/14 83/3 84/1 85/14 291/17
obese [18] 95/20 95/21 156/16 156/18
156/20 156/21 241/22 248/16 248/19
250/1 250/19 251/5 253/10 268/22
269/24 270/4 274/14 274/19
obeyed [1] 229/13
object [33] 8/6 15/7 15/8 27/10 59/11
61/8 61/17 62/18 62/19 65/25 69/18
72/1 74/13 85/16 91/1 114/4 114/15
116/4 125/3 127/25 173/10 173/19
199/19 208/22 215/10 215/25 217/16
227/21 242/2 253/12 256/10 280/19
282/4
objected [5] 7/22 10/18 13/18 14/18
74/18
objecting [3] 15/2 15/5 173/11
objection [72] 10/9 13/2 20/24 21/8
27/14 29/15 30/8 61/13 61/19 66/4
70/13 72/5 74/19 77/21 93/8 114/7
114/10 114/12 117/20 117/21 125/9
128/10 129/23 129/25 153/13 169/6
172/3 172/8 172/8 172/13 173/16

objection [41] 172/18 175/1 175/2
176/5 181/2 181/7 181/21 182/13
199/22 208/6 222/8 222/10 222/17
222/24 223/9 227/23 234/25 235/1
235/3 235/6 242/4 242/6 242/17 245/14
245/16 246/23 248/24 248/25 249/21
256/12 266/22 281/7 296/17 297/4
297/7 297/9 297/10 297/21 297/21
327/25 328/11
objectionable [2]  8/17 14/15
objections [23]  10/12 10/13 10/14 10/16
29/7 29/22 29/24 172/9 174/13 174/16
182/24 222/16 250/10 280/7 280/11
280/12 280/15 280/22 282/18 328/2
328/5 328/14 328/15
objections -- you [1]  280/11
objects [2]  244/4 257/23
observe [26]  79/14 79/21 80/7 80/15
80/24 81/13 81/17 93/4 95/14 141/10
162/24 164/5 165/7 165/24 166/16
211/14 212/21 213/1 241/10 244/6
244/9 244/10 268/20 270/14 270/23
288/13
observed [5]  81/16 81/21 164/3 166/18
270/16
obstacles [1]  226/18
obtain [1]  191/15
obtained [1]  215/22
obvious [1]  160/20
obviously [3]  106/15 135/13 175/24
occasion [2]  156/24 302/24
occupant [2]  302/3 302/10
occupants [4]  229/11 229/13 272/4
301/23
occupation [1]  317/1
occur [3]  64/13 67/13 196/7
occurred [10]  84/20 95/3 172/22 260/23
261/24 264/7 309/1 310/4 320/9 322/16
occurring [1]  178/7
occurs [2]  143/25 250/13
odd [1]  279/1
of -- did [1]  78/19
off [28]  30/25 67/1 69/5 70/18 76/9
123/8 123/9 123/17 126/11 132/15
149/14 162/19 169/9 184/19 201/21
201/22 228/25 231/12 232/6 260/16
260/25 261/2 262/4 330/15 330/20
332/18 332/19 335/9
offends [1]  327/6
offense [6]  176/18 176/18 179/21 180/3
180/12 303/7
offense -- Fort [1]  176/18
offenses [2]  177/3 202/17
offer [14]  97/25 98/2 98/13 99/16 99/20
99/22 100/11 100/24 113/7 173/7
178/12 178/13 204/16 278/17
offered [20]  29/9 30/9 90/8 90/9 90/11
115/5 112/12 329/16 329/23 330/3
330/14 330/16 330/21 331/7 331/16
331/19 331/23 332/8 333/10 333/24
offering [7]  115/8 115/11 179/12 181/11
182/15 256/8 256/9
office [5]  1/21 2/1 49/1 106/13 198/6
officer [251]  60/25 61/1 64/7 64/16
64/20 64/25 66/7 68/12 68/20 68/23
69/4 69/9 70/15 71/16 71/17 72/14 73/5
73/9 73/12 73/13 73/18 74/5 74/10
74/14 74/15 74/15 74/16 74/21 74/22
77/16 79/3 79/6 79/14 80/7 80/15 80/25
81/2 82/6 82/8 84/8 96/25 101/4 101/8
102/2 111/13 111/24 112/1 112/18

114/2 115/18 119/7 120/8 120/10 121/5
121/24 121/25 122/4 122/7 122/7 122/9
122/14 123/16 126/20 126/25 126/18
127/1 127/14 127/15 128/18 128/19
128/20 130/13 130/24 131/6 131/12
131/15 132/25 133/20 136/23 137/2
139/23 140/9 140/22 140/23 141/10
141/17 141/19 143/1 143/15 143/16
143/21 144/2 144/18 144/25 145/25
146/3 146/9 147/16 148/23 149/2 149/5
150/21 151/6 151/21 151/24 152/11
152/21 152/25 153/6 153/7 154/7 154/7
155/3 155/7 155/10 155/18 155/25
155/25 156/2 156/3 156/9 157/4 157/10
157/19 157/21 157/22 157/22 157/24
158/13 158/14 159/15 159/23 159/23
160/6 160/7 161/5 161/16 162/18
163/22 164/7 167/16 167/18 167/22
168/18 169/3 169/17 170/10 170/11
170/13 178/5 188/14 189/7 190/1
191/12 192/20 204/4 204/7 204/7 204/9
204/10 204/12 206/4 206/23 206/24
209/4 215/3 219/15 219/21 220/5
222/21 223/6 223/17 224/2 224/6
224/21 225/15 228/23 230/15 231/7
231/13 231/25 232/7 233/3 234/5
234/20 235/17 237/25 237/25 238/1
238/4 238/5 238/6 238/16 239/4 239/12
239/12 240/8 241/11 241/13 245/1
245/11 246/5 251/3 252/25 254/14
255/16 256/22 259/18 260/1 260/2
260/3 265/13 266/12 267/25 268/13
269/25 271/17 272/25 273/1 273/6
274/12 275/6 275/6 277/23 295/18
295/19 295/23 295/25 297/25 298/1
301/5 301/6 301/7 303/11 303/13 304/9
304/12 304/18 306/3 306/7 306/14
307/2 307/17 308/23 310/1 320/6 321/6
322/5 322/5 322/13 327/14
officer's [2]  42/5 192/18
officers [103]  9/20 11/8 12/16 14/21
33/8 33/13 42/4 45/17 45/19 53/6 55/11
55/14 56/14 59/25 66/25 67/19 67/25
69/25 70/10 72/9 73/8 73/9 73/20 74/8
76/24 77/4 77/7 77/8 77/12 78/1 79/23
80/11 80/13 82/16 83/13 83/17 83/22
84/8 85/2 87/6 93/24 94/2 95/14 96/1
96/3 97/7 99/7 102/10 103/24 104/10
113/3 115/4 118/22 126/15 127/12
127/17 128/4 128/11 130/11 131/5
132/19 133/24 141/21 148/6 153/2
154/4 166/11 174/23 198/23 202/2
214/6 214/12 229/8 231/4 232/15
233/20 235/11 235/12 235/21 236/2
236/13 236/25 237/2 237/6 237/8
238/12 248/15 250/13 251/5 257/7
259/25 260/4 262/2 262/11 263/24
301/22 302/13 302/24 302/25 303/17
304/2 304/4 304/4
officers' [3]  51/17 55/5 92/22
offices [1]  106/20
official [2]  171/9 336/12
often [3]  33/16 33/17 36/13
often -- and [1]  33/16
oh [12]  42/16 103/9 105/13 134/4
169/12 196/24 222/10 248/8 270/22
281/10 300/7 329/4
okay [240]  5/12 6/3 6/6 6/18 6/23 7/8
9/10 10/8 14/6 16/15 17/18 19/23 21/7
22/10 23/2 24/1 28/1 28/12 29/1 30/7
30/12 31/13 31/16 31/18 31/25 33/15
40/16 40/17 41/8 42/2 47/24 50/12
51/12 52/8 52/19 53/3 53/11 53/24 54/8

54/20 56/19 57/17 58/15 62/25 63/19
64/23 65/2 66/23 69/3 69/6 69/9 77/24
76/17 77/2 78/8 79/18 84/1 86/11 88/19
89/1 90/8 90/16 90/16 90/20 91/13 92/5
92/6 92/19 92/24 93/19 96/9 97/17
97/19 100/21 101/2 101/16 101/19
102/21 105/11 105/17 106/22 109/20
110/17 111/9 111/16 111/19 113/20
114/23 115/2 115/17 117/20 118/5
128/9 128/20 128/23 134/11 136/10
136/18 136/21 137/20 137/24 137/25
138/15 139/6 139/11 139/16 140/3
140/7 141/14 142/3 144/12 144/22
145/9 146/8 146/21 148/8 152/12
152/15 157/11 158/11 160/2 161/13
161/23 161/24 166/20 166/22 168/1
168/4 168/17 168/19 169/4 170/8
170/18 170/18 172/12 173/19 174/7
174/18 175/1 180/6 180/16 181/6
182/12 182/18 182/25 183/2 183/6
183/22 183/25 184/10 185/2 185/10
185/18 186/4 186/25 187/2 187/4
187/20 188/9 188/11 189/24 190/12
191/23 192/10 192/22 196/7 196/24
197/17 198/22 200/22 202/9 203/6
203/19 205/24 206/8 212/13 213/14
216/21 217/5 217/7 217/10 217/24
218/13 219/7 219/14 220/18 221/7
221/17 221/23 223/24 225/10 226/4
230/1 231/18 248/1 248/3 248/24
251/21 252/3 252/21 253/20 253/22
253/24 254/2 256/6 256/21 258/25
259/9 265/4 268/2 271/16 273/19
274/24 275/3 277/6 277/13 278/15
280/16 280/20 282/11 283/7 283/13
297/9 297/14 297/16 299/12 300/3
300/9 307/12 328/18 329/13 329/14
329/22 330/15 330/19 331/2 331/6
332/24 333/19 334/17 335/4
Okay. [1]  23/11
Okay. I'm [1]  23/11
old [5]  32/11 32/12 33/10 35/20 37/3
On -- go [1]  177/2
On -- so [1]  59/23
on-scene [1]  64/18
on-the-streets [1]  59/6
once [25]  5/20 70/1 70/2 80/6 80/7
123/2 123/15 124/2 130/22 135/3 146/5
148/10 148/17 148/22 153/8 154/11
157/3 197/25 212/20 213/25 240/15
240/16 249/25 253/8 261/17
one [192]  6/14 6/21 8/11 8/19 13/3 13/6
14/12 18/7 19/25 24/3 24/20 25/23 26/2
27/7 28/14 28/16 29/9 36/4 37/15 39/17
40/12 46/17 46/17 51/11 53/12 54/5
56/13 59/22 62/12 65/11 66/6 66/8
66/19 67/8 69/13 74/18 77/8 78/20
78/25 79/24 80/5 81/11 81/25 83/2 83/5
94/25 98/16 99/5 99/6 104/2 107/18
108/1 110/21 112/6 114/15 117/4 117/6
118/22 119/9 119/10 122/20 124/3
125/19 127/3 130/1 131/6 131/9 132/3
134/7 134/14 135/4 135/9 135/10
135/17 136/10 138/7 139/14 139/18
144/5 146/23 149/14 149/23 154/24
158/7 160/17 163/10 163/17 164/17
164/20 164/22 166/10 167/3 169/17
174/12 180/6 180/7 182/23 184/16
184/25 185/2 185/22 188/16 195/9
196/12 199/6 201/17 203/3 204/18
206/25 209/11 211/9 215/5 215/20
217/8 219/1 224/23 225/20 225/21
225/22 226/10 229/17 230/15 230/25

Case 4:25-cv-00225-A Document 281 Filed 08/03/20 Page 362 of 377 PageID 24119

O

one [60] 231/4 231/22 232/1 235/17
236/2 238/14 238/20 238/21 247/14
255/4 257/16 257/16 257/20 257/22
259/24 260/12 263/12 265/23 269/11
269/25 270/19 275/23 277/23 281/5
281/7 281/12 281/20 282/12 283/3
283/10 287/18 289/15 290/18 290/20
292/4 293/12 295/13 298/16 300/10
301/6 305/14 305/18 306/3 308/23
309/5 313/4 313/18 314/21 315/14
316/14 317/1 317/2 320/5 321/3 323/13
324/12 327/21 329/4 329/21 330/22
331/1 331/21 332/4 334/1 334/11
334/14 334/18 335/2 335/3
ones [11] 6/16 68/9 68/10 83/11 128/11
112/14 299/20 328/5 329/12 330/13
331/16
ongoing [1] 121/15
online [8] 104/1 104/3 104/4 104/9
105/7 106/7 106/10 106/24
only [63] 13/4 13/12 13/14 16/5 18/6
33/22 36/9 37/15 37/15 43/3 46/11
46/17 47/2 55/8 55/10 55/19 56/16
66/19 72/18 80/2 98/16 99/17 101/12
104/9 109/3 121/9 142/22 143/25
156/23 160/21 163/10 164/5 174/12
176/3 182/15 182/23 191/18 209/11
211/24 268/1 268/1 277/14 277/25
278/25 281/12 290/6 293/14 294/12
294/20 295/1 301/1 301/14 305/10
308/7 308/11 308/20 309/11 309/15
309/24 311/22 321/21 326/1 334/20
only -- from [1] 55/19
open [4] 70/2 127/22 145/6 228/10
opened [1] 12/23
opening [1] 201/9
operate [1] 60/6
operation [1] 64/7
opinion [13] 53/22 125/6 193/24 238/8
250/12 283/22 289/11 292/3 292/9
292/11 292/12 292/17 293/21
opinions [3] 172/21 292/18 293/18
opportunity [17] 16/10 16/16 22/8 44/17
65/16 70/22 70/22 75/14 81/13 92/13
94/6 135/24 138/9 165/12 183/7 208/25
280/19
opposed [3] 113/12 121/7 287/9
opposing [1] 224/13
option [4] 72/18 86/17 133/22 237/3
orally [1] 295/6
order [41] 8/21 23/5 45/23 59/18 60/6
64/12 67/1 67/2 67/3 68/7 71/4 73/24
74/1 74/4 75/14 75/16 76/7 77/14 78/11
78/18 78/23 86/16 171/6 195/13 207/1
209/16 210/8 249/13 249/24 250/1
250/21 253/6 267/3 267/4 269/23
274/17 277/15 280/19 281/5 289/23
328/4
ordered [2] 6/15 14/21
orderly [2] 295/15 302/13
orders [11] 248/19 249/12 249/12
250/19 251/4 251/16 269/23 280/12
280/18 282/18 328/16
ordinarily [1] 302/14
ordinary [1] 53/21
organized [1] 171/6
organs [1] 47/6
original [6] 39/4 39/11 47/10 128/5
188/16 214/17
originally [1] 331/3
originals [3] 183/11 183/19 183/21

Orlando [7] 24/23 25/9 27/7 27/19 56/13
202/21 212/14
other [120] 18/23 19/20 24/4 26/2 41/1
59/3 64/15 66/10 68/1 70/25 71/1 71/2
72/18 73/8 73/9 74/8 77/4 79/5 80/11
80/13 82/1 88/6 103/3 105/9 107/13
109/15 119/18 131/1 131/3 133/24
136/21 138/8 139/19 141/6 141/7
142/11 142/13 142/15 142/22 144/5
147/7 147/10 149/16 153/12 153/18
153/24 154/4 154/8 154/15 155/21
157/16 158/16 159/9 159/24 160/3
160/4 160/24 164/3 167/8 171/8 172/6
175/6 176/14 177/23 178/9 178/23
189/16 197/18 215/9 225/21 229/8
229/9 229/11 229/13 231/15 231/23
232/15 233/20 235/11 235/12 239/3
262/2 262/3 263/13 265/14 282/5
283/24 286/19 287/7 288/18 289/16
289/22 289/22 290/2 290/4 290/7
290/13 290/18 292/12 292/24 294/10
296/23 297/1 304/2 304/4 304/4 313/15
313/15 315/1 316/7 317/5 317/8 319/3
322/5 322/5 328/5 328/14 329/4 334/1
334/11
other -- from [1] 289/22
others [5] 183/12 184/22 303/2 303/4
325/22
otherwise [13] 22/3 75/20 286/13
287/21 294/25 296/11 315/10 316/11
317/8 321/1 323/11 324/20 324/25
ought [2] 15/14 283/23
ounces [8] 177/8 177/13 202/13 202/13
202/14 202/14 202/15 202/15
our [42] 10/12 10/18 24/20 29/7 29/13
34/14 29/22 38/6 38/7 44/24 44/25
45/15 45/19 45/20 56/18 58/23 59/15
59/18 72/6 72/19 77/8 78/9 106/20
123/9 123/19 123/25 141/23 156/10
160/10 162/20 191/23 195/16 216/22
218/25 219/12 225/7 250/10 257/7
294/23 300/13 300/14 331/1
out [87] 8/11 8/16 9/20 11/25 13/4 16/1
17/1 18/6 19/25 21/3 41/25 43/7 46/17
49/1 49/22 54/11 54/14 63/22 65/17
65/20 71/24 75/25 76/23 82/21 84/22
87/17 87/23 88/20 98/7 106/19 117/11
123/5 130/5 134/21 148/24 154/21
155/5 155/23 165/3 168/23 171/5
174/10 182/7 187/18 191/24 192/13
195/23 197/4 200/25 201/18 201/25
202/1 203/20 208/9 216/7 216/13
223/19 223/22 224/19 224/22 232/9
232/11 235/18 249/6 260/3 269/6
275/20 276/24 280/2 281/24 291/11
291/22 291/24 295/17 295/22 295/25
296/15 297/18 299/17 311/12 327/23
330/23 331/22 332/14 332/24 333/4
335/5
outer [1] 67/20
outset [2] 284/11 286/6
outside [16] 65/14 67/6 67/18 75/1
79/19 80/4 167/18 199/6 199/7 216/22
225/6 226/18 265/15 294/24 294/24
295/20
outweighed [1] 122/17
over [59] 11/23 13/10 13/11 17/13
17/14 20/13 33/20 36/3 38/7 40/22 52/5
71/11 73/3 77/1 77/9 80/9 84/14 89/23
89/23 91/3 93/2 97/12 102/17 105/5
106/24 118/14 120/19 125/14 127/5
130/24 130/25 156/9 158/25 159/2
174/1 183/20 185/12 206/24 213/7

213/8 213/9 213/13 236/1 241/17
241/20 242/11 250/10 272/21 278/15
278/22 285/7 289/6 290/9 295/13
304/10 311/23 316/14 329/11 331/15
over -- your [1] 278/22
overall [1] 77/19
overcome [3] 55/5 56/4 130/4
overlooked [2] 329/20 334/13
overnight [1] 18/10
overrule [20] 61/13 61/19 72/5 114/12
117/21 125/9 128/10 129/25 176/5
182/12 182/14 199/22 223/9 227/23
235/6 242/4 242/6 245/16 256/12 297/9
overruled [4] 174/14 174/16 282/16
282/23
overruling [2] 282/22 282/25
own [9] 56/11 76/15 77/8 235/18 238/23
263/12 289/6 289/10 293/18

P

P.O [1] 1/18
P/D [1] 3/19
page [47] 3/2 6/9 7/1 8/24 9/5 13/16
14/1 15/10 15/25 19/25 23/13 23/17
41/3 41/3 41/11 41/12 41/16 42/15
43/14 44/1 45/7 46/22 48/20 49/19
49/19 49/20 49/25 50/2 51/6 51/9 51/9
51/12 89/4 90/3 103/22 103/24 106/8
110/23 113/15 113/17 116/15 161/21
162/9 162/15 162/22 190/22 224/8
pages [5] 41/1 41/6 113/11 113/14
332/19
pages -- look [1] 113/14
paid [4] 72/17 312/17 316/16 321/9
pain [20] 314/9 318/23 319/10 319/11
319/18 320/1 320/3 320/8 321/4 321/12
321/23 321/23 322/4 322/9 322/11
322/15 323/8 323/15 323/22 324/4
pair [2] 262/13 263/11
pairs [1] 78/13
panel [1] 110/18
panic [2] 245/5 245/7
panicking [1] 245/9
pants [1] 212/11
paper [1] 280/8
paraffin [1] 48/11
paragraph [22] 74/8 74/19 13/22 14/4 14/7
14/9 14/14 40/24 41/17 41/22 43/15
51/13 90/23 161/23 162/11 163/2
163/15 193/21 199/2 292/1 299/5
326/21
paragraphs [1] 197/21
pardon [17] 28/15 28/18 107/15 108/15
109/10 115/10 139/13 171/23 239/23
248/5 275/1 275/17 279/20 310/22
330/7 331/10 333/14
part [44] 6/24 7/19 7/23 9/18 11/17
12/25 14/14 15/1 31/6 53/8 62/13 88/11
107/20 114/17 115/3 115/11 127/19
128/4 139/18 139/20 142/7 147/15
163/12 180/25 191/18 199/12 200/16
212/23 230/25 231/13 231/18 231/25
236/14 238/19 256/19 256/25 272/13
281/9 281/20 284/18 286/5 292/14
325/7 326/13
part -- tell [1] 15/1
part's [1] 9/22
partially [1] 123/10
participating [11] 300/16 304/23 309/2
310/5 318/25 319/13 319/20 320/10
321/14 321/25 322/17
particular [18] 8/20 25/4 26/15 41/9
63/11 80/5 84/24 113/12 131/23 164/15

# P

particulars [8] 195/13 196/12 351/10
263/1 264/9 290/19 303/10 303/20
particularly [3] 56/9 86/5 181/12
parties [8] 83/21 84/7 234/6 280/23
280/24 284/12 295/2 327/3
partner [2] 174/12 192/9
parts [3] 6/15 17/19 73/23
party [1] 296/13
pass [28] 34/19 38/9 38/10 48/1 50/19
53/10 79/8 80/17 96/8 97/14 161/7
166/19 167/13 178/17 182/20 186/25
203/7 214/22 218/8 219/6 239/6 246/2
247/25 253/19 267/15 273/23 274/23
275/9
passed [5] 18/12 22/22 132/8 183/1
228/23
passes [1] 68/3
passing [1] 73/9
past [17] 6/5 11/2 11/9 11/15 12/25
12/25 67/2 185/15 313/18 313/23 314/2
314/5 314/9 314/10 317/16 317/20
317/23
past -- what [1] 12/25
patient [3] 279/16 283/2 300/10
patrol [15] 71/16 77/7 127/17 154/4
155/18 220/15 220/25 221/1 221/3
221/4 235/20 236/2 257/7 260/4 262/11
pattern [3] 281/21 282/1 298/8
Paul [1] 1/16
Pause [7] 31/19 38/24 57/14 101/18
111/5 168/13 276/18
paused [3] 119/13 120/5 135/7
pay [6] 26/1 34/13 79/24 267/9 302/22
333/4
paying [3] 72/16 266/16 266/20
PC [1] 1/15
PD [1] 176/18
pecuniary [4] 313/18 313/20 316/2
317/16
Peerwani [1] 14/17
penalty [3] 177/5 177/9 178/1
penetrate [1] 47/19
pension [1] 239/1
people [47] 37/13 44/3 44/4 60/6 65/18
66/12 67/2 67/21 68/2 68/9 70/24 71/1
71/2 71/2 84/22 88/6 88/24 89/2 94/10
117/14 119/22 121/9 124/10 129/21
132/3 137/22 159/17 160/13 193/16
199/6 201/10 201/11 202/17 214/6
214/12 216/22 219/2 226/18 226/23
227/14 233/12 234/7 234/10 234/12
249/14 264/20 274/11
people's [1] 18/15
per [1] 135/9
perceived [4] 303/2 303/6 303/24 304/2
perception [1] 10/3
perform [1] 67/14
performed [1] 273/5
perhaps [3] 45/12 106/2 109/3
perimeter [12] 67/19 67/20 67/21 68/25
79/17 128/12 145/3 153/2 167/18
258/21 258/25 259/25
perimeters [3] 67/17 67/18 67/19
period [11] 60/7 95/22 96/24 143/11
143/12 194/7 229/24 245/4 263/2
269/11 271/18
periods [1] 142/8
perjured [3] 83/1 83/7 83/10
permissible [1] 276/2
permission [4] 30/10 54/21 135/22
243/17

permitted [1] 294/20
person [52] 26/14 33/22 36/9 37/14
37/15 43/7 53/21 65/13 67/20 86/14
95/20 95/21 98/16 121/5 144/7 145/11
145/12 145/16 156/16 156/18 156/20
156/21 173/3 175/12 175/19 193/18
201/18 226/9 229/18 235/5 239/16
242/9 242/15 248/16 250/20 251/18
261/3 261/6 265/25 270/4 271/8 271/12
274/12 292/4 296/10 313/22 314/4
314/10 314/18 315/7 315/12 316/3
person's [6] 95/24 141/11 144/10
175/15 205/4 248/12
personal [6] 106/16 115/20 124/22
124/23 149/10 185/18
personally [10] 74/24 96/22 140/13
140/14 140/15 165/14 166/18 195/17
214/4 266/16
personnel [1] 221/20
persons [19] 176/21 176/22 215/9 257/6
265/22 284/15 288/23 313/4 313/7
313/8 314/14 314/21 314/24 314/25
315/12 315/14 315/15 315/22 316/2
persuasion [2] 285/24 325/16
pertain [3] 182/2 305/1 327/14
pertained [1] 317/25
pertaining [1] 318/12
pertains [3] 289/2 320/15 323/20
Peter [1] 49/8
petition [4] 4/20 180/18 181/8 181/17
phase [1] 132/5
phone [5] 59/25 89/12 294/1 294/2
294/10
phonetic [1] 107/4
photo [2] 291/9 94/23
photograph [1] 104/5
physical [19] 41/13 53/8 55/8 75/8
125/1 195/3 246/14 271/13 302/18
318/23 319/10 319/11 320/1 320/3
320/8 321/12 323/8 323/15 323/22
physically [9] 48/23 72/15 72/19 91/12
122/13 125/16 228/5 236/14 247/9
pick [2] 291/14 292/1
picked [1] 33/19
picture [5] 143/9 144/1 165/5 165/6
165/7
pictures [1] 272/21
pile [1] 6/20
pill [1] 283/4
pinned [1] 156/22
PJC [1] 298/15
place [36] 71/5 83/8 89/17 100/6 115/20
183/12 183/19 195/15 195/17 209/16
215/6 218/22 249/14 249/25 265/5
270/3 274/13 285/13 285/17 292/24
304/20 305/3 305/5 306/19 307/21
309/4 310/7 310/13 312/22 313/1
314/13 320/12 323/3 323/7 326/5
334/18
placed [11] 7/10 11/12 20/3 23/16 44/13
44/21 131/15 242/9 253/18 271/18
272/5
places [5] 68/1 105/10 121/5 159/17
191/9
placing [1] 264/4
plaintiff [20] 1/6 1/15 3/4 55/3 55/17
55/17 56/17 164/7 165/1 187/23 203/11
238/20 239/19 296/17 327/25 328/3
329/16 330/3 330/14 330/16
plaintiff's [16] 8/4 56/10 83/14 90/3
94/15 135/6 169/22 205/23 329/11
329/12 329/22 332/13 332/25 333/2
334/7 334/13

plaintiffs [7] 32/2 35/5 54/7 55/25
104/16 169/6 249/11
plan [3] 164/2 218/30/21
planned [1] 118/19
planning [3] 17/3 111/22 169/23
plans [1] 10/19
plastic [7] 48/8 131/21 131/25 132/14
157/19 262/13 262/24
play [23] 13/12 66/19 66/20 119/9 121/2
126/1 134/6 134/15 134/24 135/2 135/9
135/10 135/17 135/19 136/3 136/3
136/7 136/14 136/21 147/19 232/17
284/18 286/4
played [11] 119/13 120/5 120/11 126/2
134/8 134/10 134/15 135/3 136/11
136/17 136/20
playing [5] 30/25 135/4 136/1 148/10
161/3
plays [1] 104/9
plea [5] 4/19 4/19 179/20 179/25 180/10
plead [1] 181/8
pleaded [1] 180/2
pleading [1] 268/6
pleas [3] 243/11 243/24 247/6
please [42] 5/6 31/22 32/9 35/16 35/25
36/5 58/2 81/8 81/10 87/20 91/16
100/14 101/24 103/18 111/8 113/20
117/3 117/9 125/15 131/2 168/12
168/16 168/18 170/24 182/22 184/3
184/16 189/4 191/6 194/25 202/11
203/14 218/10 219/22 239/22 249/4
254/5 254/12 276/17 276/21 279/24
310/23
pleases [1] 8/9
plenty [1] 12/6
pocket [2] 212/12 212/12
podium [1] 92/9
point [81] 5/20 6/2 6/5 11/3 11/3 11/14
12/23 27/14 29/9 29/11 60/16 61/21
62/7 67/2 68/16 70/8 72/14 73/10 74/24
76/12 80/11 82/5 83/1 86/14 120/22
121/8 121/20 122/20 123/11 124/10
126/1 126/16 126/21 127/5 127/7
128/15 129/19 130/14 132/8 132/20
132/23 133/9 135/4 137/6 140/9 141/11
142/20 142/25 144/4 144/22 146/9
148/5 151/10 151/15 152/12 153/18
154/12 154/20 155/25 157/23 158/14
158/16 158/19 159/8 159/20 226/2
226/7 231/22 232/12 232/19 234/3
235/17 236/2 249/18 260/16 260/23
261/17 269/15 278/20 290/19 290/20
point -- because [1] 11/3
point -- you [1] 142/25
pointed [3] 13/4 18/6 19/25
pointing [1] 289/18
points [3] 73/25 135/7 264/1
police [59] 25/5 33/8 33/12 41/13 43/16
49/2 58/15 58/14 66/7 67/24 68/23
69/25 72/14 79/5 87/6 101/8 102/2
103/23 120/13 140/23 143/21 151/6
171/2 171/9 171/15 172/18 173/1 178/5
185/11 189/7 198/23 220/2 220/5 223/6
224/2 224/6 227/18 234/20 239/3 251/4
254/14 255/14 255/16 256/22 257/1
258/18 260/18 269/22 303/17 304/18
306/14 307/1 307/17 308/23 310/1
320/6 322/5 322/5 322/13
policy [5] 267/8 274/5 274/8 274/11
274/17
pop [1] 49/22
porch [1] 75/6
Porter [1] 177/20

# P

portion [7] 133/19 139/1 139/1 139/4
139/5 152/20 231/19
posed [2] 303/1 303/3
position [59] 7/10 11/4 11/10 11/12
11/13 12/8 15/16 20/4 23/16 44/13
44/22 45/4 70/7 71/6 72/16 72/20 73/5
73/24 75/15 77/15 78/24 81/17 82/9
82/17 84/10 95/20 95/23 122/21 123/18
130/4 141/4 145/11 145/14 147/24
149/2 149/13 152/2 174/22 175/22
182/1 182/4 182/8 189/15 236/7 248/13
252/8 253/5 253/18 258/19 258/20
258/21 261/22 265/4 269/9 271/19
272/5 272/9 274/4 274/13
positioned [2] 66/24 259/9
positions [1] 189/16
positive [1] 314/2
possession [7] 27/20 177/7 177/12
179/19 180/4 180/11 202/22
possibilities [2] 119/20 119/21
possibility [2] 65/12 312/14
possible [14] 55/13 65/16 70/11 70/19
116/25 118/11 133/22 150/25 151/2
160/14 167/12 211/6 290/2 313/21
possibly [1] 56/17
posted [1] 105/10
potential [3] 169/3 182/16 226/20
potentially [1] 49/5
pounds [4] 73/15 117/6 195/5 225/21
practice [3] 106/16 172/25 227/17
precedes [2] 310/14 311/21
predict [1] 237/20
preexisting [9] 10/5 55/25 304/16
308/16 309/20 310/12 319/24 319/24
322/7
pregnant [1] 87/22
prejudice [1] 284/17
prejudicial [5] 7/22 29/23 173/20 173/23
181/25
premature [1] 172/13
premises [1] 301/23
preparation [1] 171/12
preparatory [1] 254/17
prepare [3] 14/24 65/12 83/11
prepared [5] 12/3 18/17 173/3 205/7
207/16
preparing [2] 157/13 238/7
preponderance [47] 285/5 285/20
285/25 286/17 286/22 286/25 287/2
287/4 287/6 287/8 287/20 287/24
290/12 300/15 300/23 301/10 301/20
304/23 306/7 306/13 307/1 307/16
308/6 308/10 308/21 309/10 309/25
310/10 312/16 312/25 313/4 314/18
314/20 315/1 315/21 316/13 316/15
317/15 318/22 320/5 320/13 321/8
321/21 322/12 322/22 323/7 325/16
preponderates [1] 287/18
prescribed [1] 336/6
presence [6] 57/10 98/20 99/14 187/23
188/3 302/4
present [19] 5/3 13/9 31/21 45/20 71/2
103/13 103/15 111/7 158/9 164/5 168/8
168/11 197/14 198/10 198/12 276/13
276/16 291/21 328/25
presented [9] 55/14 56/17 65/2 281/17
281/20 284/8 291/10 292/4 294/16
preside [1] 295/13
pressure [2] 73/25 242/16
pretrial [3] 10/12 10/15 203/23
pretty [4] 197/12 231/23 269/2 283/5

prevent [11] 65/10 65/11 65/18 69/14
69/15 69/15 265/8 308/19 309/23 320/2
328/10
Preventing [1] 302/11
previous [1] 63/23
previously [5] 26/7 29/14 29/15 40/2
147/25
previously -- our [1] 29/14
primary [5] 67/9 119/4 160/10 160/15
160/22
printed [2] 223/19 223/21
prior [30] 29/7 29/22 43/11 43/12 67/10
85/25 102/6 138/7 139/17 204/1 207/15
207/17 220/14 220/16 220/17 233/15
233/17 264/12 264/13 266/3 266/5
268/12 270/8 271/19 278/10 320/4
321/11 322/3 322/11 322/25
priority [2] 264/25 265/1
probability [2] 313/22 314/5
probable [10] 170/6 194/18 197/1 197/3
197/5 199/1 290/1 290/7 302/6 302/6
probable -- that [1] 302/6
probably [14] 11/24 73/14 103/10
110/21 123/1 147/25 162/3 210/22
256/21 269/1 272/24 279/7 297/3 332/5
probation [3] 180/8 180/19 180/25
probative [2] 173/20 173/23
probes [2] 133/7 133/8
problem [13] 8/8 12/1 13/8 18/6 18/8
22/10 70/20 87/11 124/12 174/19
174/20 332/15 332/16
problems [1] 124/7 242/24
procedures [2] 310/14 311/21
proceed [16] 4/20 29/4 31/14 39/3
39/24 111/2 111/9 115/17 124/5 125/10
168/17 170/18 180/18 188/11 251/1
267/21
proceeded [1] 115/1
proceeding [2] 3/2 181/1
proceedings [10] 2/8 31/19 38/24 57/14
101/18 111/5 168/13 276/18 335/17
336/4
process [17] 59/24 64/13 67/4 68/8 68/8
70/25 76/7 78/5 84/21 87/5 88/17 127/7
130/2 195/12 227/7 250/3 295/3
processed [1] 48/10
produced [2] 2/9 287/24
produces [3] 285/23 287/10 325/14
product [1] 263/4
productive [3] 175/12 175/20 181/11
profanity [2] 141/17 141/19
prohibit [1] 250/2
prohibited [1] 23/4
prohibition [2] 252/25 253/8
prohibits [1] 266/19
prolonged [4] 232/21 241/20 242/11
248/14
promise [1] 144/21
promised [1] 276/9
prone [4] 248/13 252/8 272/5 272/9
pronouncing [1] 14/13
proof [12] 61/23 62/8 97/25 98/2 98/13
99/16 99/22 100/12 100/24 286/1
289/17 325/17
proper [8] 110/15 156/15 218/19 258/10
258/16 268/4 292/23 301/24
properly [5] 109/1 123/14 214/2 214/9
214/15
property [5] 61/6 104/11 121/11 191/22
195/16
proposed [1] 198/14
propped [1] 82/6
propriety [1] 327/6

prospective [1] 20/19
protected [1] 302/16
prove [4] 55/3 100/18 268/7 287/7
proved [8] 287/11 287/20 289/23
289/25 290/4 291/5 291/5 293/3
proven [2] 56/2 290/5
provide [4] 71/11 200/8 293/24 302/9
provided [5] 31/5 113/2 115/22 285/12
285/17 286/8 296/6 296/8 328/14
proving [1] 185/15
public [2] 179/9 327/6
publication [1] 107/19
publicity [2] 105/20 105/24
published [1] 107/7
pull [8] 49/22 130/22 132/21 133/11
155/23 228/25 236/3 254/4
pulled [22] 66/25 104/3 104/5 106/24
127/11 128/25 129/13 154/11 154/21
155/5 201/24 201/24 230/1 232/9
235/18 236/6 247/16 260/12 260/24
261/16 262/14 263/12
pulling [5] 9/20 71/24 73/19 158/17
228/19
pulls [2] 129/2 247/22
punch [6] 165/24 268/12 268/24 272/13
272/17 273/15
punched [6] 95/1 96/14 268/9 268/15
271/25 272/16
punches [1] 230/19
punching [2] 271/23 272/25
punish [2] 325/19 325/20
punishment [1] 326/4
punitive [10] 11/7 325/4 325/19 325/20
325/23 325/24 326/1 326/12 327/10
327/15
purchase [9] 89/18 163/3 163/5 163/6
163/7 163/10 193/15 211/9 211/11
purchased [2] 100/7 100/9
purchases [4] 211/19 211/24 211/25
212/1
purely [1] 91/2
purpose [15] 26/8 61/10 84/24 98/4
117/22 120/1 120/2 158/25 159/2
161/25 176/5 197/23 201/1 293/21
325/19
purposes [2] 99/17 257/23
pursuant [2] 260/18 318/20
push [11] 72/19 122/21 123/18 147/6
147/9 147/12 147/14 148/2 149/13
231/11 302/19
push-up [7] 122/21 123/18 147/6 147/9
147/12 149/13 231/11
pushed [5] 122/21 147/20 149/12 232/6
261/15
pushing [6] 70/6 123/17 126/11 147/17
148/2 150/9
put [61] 8/15 12/8 17/10 19/13 38/6
38/6 48/9 48/12 49/4 57/6 60/13 64/24
72/19 76/14 76/15 77/3 77/15 81/8 84/9
84/17 90/6 98/20 127/1 127/9 129/14
129/15 130/10 131/12 138/17 155/8
183/20 199/24 200/15 204/4 208/24
222/8 227/11 227/18 240/4 250/19
251/18 251/25 252/7 252/12 252/14
252/14 262/14 263/11 263/13 263/13
264/25 265/13 270/4 272/9 272/11
285/13 313/1 323/7 329/8 333/19
334/17
puts [2] 73/3 129/2
putting [12] 22/20 23/3 224/22 241/18
262/9 271/19
puzzler [1] 105/18

**Q**

qualified [7] 55/6 55/4 68/18 292/7
298/4 298/24 299/6
qualifying [1] 186/16
quality [1] 302/15
quarters [1] 20/1
question [331] 18/23 23/17 23/22 23/25
24/25 26/25 26/25 40/11 43/25 44/11
46/3 46/4 50/25 52/18 52/18 52/23
52/25 53/1 53/3 62/12 63/1 69/20 72/2
75/18 75/19 80/24 80/24 82/2 82/3 85/9
85/17 85/20 89/22 90/10 92/8 92/10
92/24 93/20 97/24 100/3 105/11 105/18
107/11 107/23 114/20 116/8 117/17
118/13 125/7 125/14 128/3 134/23
135/19 136/9 137/6 137/7 137/8 138/6
138/7 138/12 138/15 138/19 138/19
138/20 138/21 139/7 139/18 139/19
139/20 139/23 153/17 154/17 154/20
156/5 157/1 162/11 163/9 163/20
163/24 166/7 167/3 179/4 183/22
184/10 186/7 186/9 194/14 196/17
201/17 205/24 206/10 206/23 207/10
207/11 207/13 210/12 211/25 213/10
213/11 213/13 214/8 214/14 214/16
214/17 214/18 214/20 214/21 215/16
215/19 215/20 216/9 216/17 216/19
217/23 217/25 218/10 218/14 218/15
219/4 223/12 242/2 242/12 242/14
242/18 243/2 243/2 243/4 245/17
245/18 247/1 247/14 248/3 248/6 249/1
249/23 250/4 250/16 250/18 250/23
251/7 251/10 251/10 251/13 251/14
252/5 252/11 252/18 253/15 268/3
268/4 271/11 275/2 275/25 277/19
277/20 285/7 285/12 286/19 286/23
287/1 293/9 296/11 297/24 298/5
299/20 299/23 300/15 300/18 300/21
304/21 304/22 305/2 305/4 305/9 305/9
305/11 305/12 305/17 305/19 305/21
305/22 305/23 306/2 306/4 306/5 306/6
306/9 306/12 306/15 306/20 306/21
306/22 306/24 306/25 307/3 307/13
307/13 307/16 307/19 307/23 308/2
308/2 308/3 308/4 308/5 308/14 309/5
309/7 309/9 309/14 309/17 310/7 310/9
310/14 310/15 310/17 310/18 310/19
311/17 312/9 312/11 312/12 312/16
313/3 313/10 313/13 313/16 314/19
314/23 315/3 315/5 315/6 315/8 315/9
315/10 315/11 315/13 315/15 315/16
315/20 315/23 315/25 316/6 316/7
316/9 316/10 316/11 316/12 316/12
316/13 316/21 317/6 317/12 317/25
318/1 318/2 318/4 318/6 318/7 318/7
318/8 318/10 318/11 318/13 318/14
318/16 318/21 318/21 319/2 319/5
319/7 319/15 319/22 320/14 320/15
320/16 320/19 320/19 320/20 320/21
320/23 320/23 320/24 320/25 320/25
321/1 321/2 321/3 321/5 321/7 321/14
321/17 321/20 321/24 322/2 322/19
322/23 323/3 323/10 323/11 323/12
323/13 323/17 323/20 323/25 324/2
324/3 324/6 324/9 324/10 324/11
324/12 324/16 324/17 324/19 324/21
324/23 324/25 324/25 325/1 325/2
325/8 325/10 326/5 326/7 326/8 326/9
326/14 326/16 326/22 327/8
question -- you [1] 320/24
questioned [2] 24/18 24/23
questioned -- for [1] 24/23

questioning [12] 26/6 62/22 66/1 117/22
120/11 125/4 126/2 136/20 137/18
138/1 198/20 317/10
questions [132] 10/1 10/20 17/16 17/17
18/11 22/9 22/11 22/14 22/19 22/24
24/21 25/9 26/24 27/8 27/10 32/17
34/20 34/22 34/23 34/25 38/11 38/13
38/14 40/8 41/14 48/2 48/17 50/21 50/24
51/7 53/11 61/20 63/7 69/21 74/19
77/25 79/9 80/18 82/13 82/14 85/6 93/3
93/11 93/14 96/10 97/15 98/12 98/18
99/10 135/23 136/11 136/12 136/16
137/14 138/4 138/10 144/21 145/21
145/23 161/8 161/9 161/10 161/11
162/12 162/13 166/20 176/11 183/8
183/9 186/2 186/4 186/16 187/1 203/8
203/11 206/17 208/20 214/23 229/20
239/7 239/19 252/6 267/17 267/19
273/24 278/22 278/23 285/1 285/2
285/4 285/6 285/10 285/13 285/14
285/16 285/18 285/20 286/14 286/15
291/13 291/17 291/18 292/20 295/7
295/9 296/4 296/6 297/23 298/5 298/6
300/14 305/17 305/23 305/25 306/1
307/24 308/1 309/6 309/7 309/8 310/15
312/10 312/15 315/11 315/11 315/17
315/18 315/20 318/17 327/12 327/13
327/19
questions -- Question [1] 310/15
quick [4] 54/18 78/8 80/23 119/6
quickly [8] 65/15 70/11 70/19 71/6
75/11 109/8 109/11 170/2
quieted [1] 70/8
quit [2] 69/23 75/20
quite [2] 75/3 189/24
quote [2] 48/22 99/6

**R**

race [4] 117/1 117/2 217/15 218/6
Rachel [1] 63/21
raise [4] 140/23 140/25 244/10 328/21
raises [1] 72/22
raising [1] 29/25
ram [1] 120/6
rammed [1] 228/10
ran [2] 75/5 201/18
Randle [2] 194/3 233/18
range [1] 180/21
rapidly [1] 303/19
rather [2] 103/25 285/19
Re [2] 3/3 3/7
reach [16] 55/16 110/9 124/18 129/17
130/17 158/23 159/4 174/1 176/8
244/16 284/24 289/11 290/18 293/8
293/13 328/20
reached [7] 5/20 21/11 29/10 29/12
106/19 146/5 296/12
reaching [2] 130/16 290/16
react [3] 37/8 37/10 261/12
read [64] 3/13 41/25 91/6 91/20 91/23
107/1 108/6 108/6 108/13 108/21
110/21 169/10 178/24 178/24 179/3
179/14 243/1 243/3 243/18 243/19
244/1 244/3 258/12 271/11 277/24
279/2 279/3 279/16 279/17 280/10
281/4 283/3 285/3 291/8 296/18 296/22
297/2 297/5 297/11 297/12 297/16
299/13 300/9 304/10 305/1 305/10
306/12 307/12 308/9 311/4 312/8
312/15 315/18 320/22 320/22 328/1
330/1 332/20 332/25 333/2 333/3 333/5
333/9 333/16
reading [16] 91/11 108/3 110/22 242/20

279/19 279/22 283/6 286/12 305/14
307/8 312/8 320/18 331/13 331/14
332/18 333/5
reads [1] 171/24
ready [2] 29/4 226/23
real [2] 54/17 78/9
real-life [1] 78/9
realized [2] 123/2 155/7
really [18] 19/14 34/9 35/19 36/3 36/8
36/8 36/9 37/21 37/22 60/22 80/23
109/8 109/11 219/5 261/22 262/10
262/10 291/8
Reapproaching [1] 298/21
reason [26] 16/20 17/20 21/22 22/24
31/13 68/25 78/22 78/23 98/25 130/13
162/4 162/16 162/21 174/23 237/15
268/2 313/5 314/22 321/11 321/22
322/4 323/1 324/15 325/6 325/25
326/13
reasonable [36] 55/16 72/13 166/1
166/4 166/6 166/9 245/13 245/20
245/25 273/15 273/18 273/21 297/25
298/1 298/1 303/11 303/13 303/14
304/14 304/18 306/7 306/10 306/14
306/16 307/1 307/10 307/17 307/19
308/23 310/1 312/19 313/20 313/22
314/4 320/6 322/13
reasonableness [2] 250/14 303/10
reasonably [11] 289/22 290/7 303/2
303/6 303/24 304/2 312/18 312/20
316/17 321/10 322/24
reasons [8] 56/12 56/16 69/13 69/14
166/2 212/23 270/19 292/18
rebuttal [6] 10/19 16/7 16/7 16/11 277/6
277/7
recall [32] 5/18 7/20 7/24 10/9 22/19
22/23 38/21 39/21 47/23 60/21 60/23
82/13 87/4 96/7 148/20 155/18 200/16
208/3 232/17 233/15 233/18 236/2
237/22 240/17 241/2 244/13 263/24
269/12 269/13 270/25 271/7 272/7
receive [12] 19/9 27/5 49/5 59/14 64/24
85/3 85/23 112/3 223/25 224/2 241/21
293/5
received [46] 5/8 6/14 6/16 19/4 24/22
43/13 59/15 59/16 64/23 68/10 85/15
89/12 113/9 173/9 178/16 183/13
211/17 215/24 216/5 216/7 222/7
223/21 224/1 224/14 255/11 255/20
256/13 260/19 264/4 287/23 313/23
313/23 314/5 314/6 329/7 329/16
329/23 330/4 330/14 330/16 330/21
331/7 331/17 331/23 332/9 333/10
receiving [2] 215/14 223/14
recess [8] 57/1 57/4 103/14 168/9 276/6
276/10 276/11 276/14
recessed [1] 20/16
reckless [1] 325/21
recognize [5] 112/9 146/24 160/6
172/15 190/19
recollection [1] 288/15
recollections [1] 288/25
recommendation [1] 192/19
reconnaissance [1] 224/24
record [34] 19/5 19/12 19/20 28/5 28/7
28/8 54/11 82/21 87/17 98/7 99/17
117/11 134/21 168/23 174/10 179/9
187/18 203/20 208/9 210/1 249/6
256/15 275/20 276/24 278/8 280/2
281/16 281/19 296/15 297/18 311/12
327/23 335/9 336/3
recorded [1] 291/16
records [23] 24/13 24/16 24/20 24/25

# R

records [19] 26/8 26/13 26/17 26/19 26/22 27/6 27/18 43/23 170/16 171/4 171/10 171/14 172/17 173/1 178/10 185/10 186/7 186/19 250/9
recover [1] 311/17
recovered [1] 165/19
recovery [2] 316/1 316/3
RECROSS [6] 53/13 167/14 218/17 246/3 248/9 275/4
RECROSS-EXAMINATION [6] 53/13 167/14 218/17 246/3 248/9 275/4
recycle [2] 133/10 236/20
redact [9] 8/6 8/11 13/19 17/22 17/25 18/8 19/24 115/8 115/12
redacting [2] 8/8 20/9
redactions [1] 16/13
redeploy [3] 133/20 236/20 237/3
redirect [8] 51/4 96/12 167/5 186/10 217/8 217/12 246/9 252/23
redo [1] 200/5
reduced [1] 304/13
reengaged [1] 261/24
reexamine [1] 293/18
reference [12] 14/18 20/18 26/6 26/22 26/23 27/1 27/4 27/18 28/2 62/6 105/20 184/17
referenced [2] 172/10 182/17
referred [4] 26/9 26/10 48/20 53/9
referring [7] 15/2 25/3 25/10 42/7 42/10 106/3 249/14
refers [2] 291/9 307/14
reflect [3] 19/5 94/12 172/21
reflecting [1] 175/5
refresh [1] 197/5
refusing [1] 76/13
regard [8] 64/16 79/22 80/8 109/25 176/13 176/17 215/15 264/4
regarding [3] 26/6 60/19 221/24
regardless [5] 283/22 284/25 287/22 287/23 289/12
regular [3] 173/6 257/7 263/11
reinvestigate [2] 112/24 200/12
related [9] 8/1 124/24 182/9 202/18 215/7 215/23 275/23 304/22 309/22
relating [2] 26/7 308/18
relation [2] 107/9 288/16
relations [1] 317/3
relationship [8] 32/15 33/21 35/25 36/6 36/7 36/11 36/11 316/24
relative [5] 68/5 104/2 105/24 107/11 222/15
relatively [1] 84/18
release [1] 169/4
releasing [1] 168/20
relevance [5] 174/6 181/8 223/1 223/2 223/11
relevant [10] 11/16 72/2 98/21 175/9 181/24 199/20 238/21 250/10 250/13 256/11
relied [2] 41/20 42/12
relodge [2] 10/12 10/16
reluctant [1] 325/21
rely [7] 43/3 45/24 112/22 113/2 200/8 200/10 292/14
remain [1] 265/10
remember [11] 63/1 63/6 63/24 105/7 154/19 155/1 155/6 241/3 271/10 272/15 291/7
remind [4] 146/20 174/3 301/12 314/19
reminder [1] 321/3
render [1] 11/5

reopening [1] 22/18
reopening -- he's [1] 22/18
repeat [8] 68/2 99/19 102/16 156/5 170/4 211/3 245/18 295/24
repeating [1] 82/1
repetition [1] 102/23
repetitious [1] 248/25
repetitive [2] 17/14 199/20
replayed [1] 152/20
report [87] 4/16 4/16 4/17 4/17 4/18 4/18 5/14 5/23 6/7 6/10 6/19 7/1 8/15 8/20 9/5 9/15 10/2 10/7 10/7 10/8 10/18 12/24 13/17 13/18 13/20 14/17 14/20 14/25 15/21 15/24 16/3 17/16 17/19 18/7 18/17 18/22 19/3 19/8 19/14 19/22 20/1 20/10 21/23 22/2 22/14 28/25 39/1 39/7 39/11 40/12 40/19 41/16 41/19 42/3 42/6 42/9 42/12 43/3 43/9 43/20 44/5 45/23 46/24 47/8 47/10 47/13 47/14 47/15 48/21 48/25 49/4 49/19 49/21 51/7 51/9 51/10 53/5 90/2 90/18 91/5 92/2 92/4 176/18 178/4 212/7 212/8 256/1
report -- and [1] 13/17
report -- I'm [1] 49/19
reported [4] 2/8 44/5 62/3 206/25
reporter [7] 2/4 5/8 106/18 107/8 334/6 335/11 336/12
Reporter's [2] 3/15 336/1
reporters [1] 107/10
reports [2] 172/17 273/12
reprehensible [1] 326/2
represent [3] 27/13 182/3 182/9
representation [1] 209/6
represented [6] 15/22 18/14 18/16 29/10 204/25 208/4
representing [1] 23/25
represents [1] 316/8
request [6] 9/15 109/21 172/5 243/17 281/21 282/9
requested [1] 281/23
requests [1] 20/15
require [5] 59/2 141/22 285/15 286/15 286/23
required [9] 58/24 156/23 156/25 162/8 278/9 286/2 286/19 325/18 325/23
requires [5] 138/16 248/19 251/4 290/10 315/21
rescue [1] 257/6
research [1] 294/8
researching [1] 109/2
resentment [1] 284/17
reserve [1] 255/9
reservist [1] 255/5
residence [18] 14/21 61/21 61/23 62/7 88/7 88/8 119/16 120/3 121/9 137/23 160/11 160/22 162/17 258/18 270/21 272/4 272/5 302/24
resist [1] 71/21
resistance [5] 55/9 232/23 235/9 237/11 250/13
resisting [18] 56/11 56/14 233/1 234/4 235/23 245/9 253/1 264/5 264/10 264/25 270/6 274/5 303/5 303/7 303/22 303/25 304/8 304/12
resort [1] 73/20
respect [3] 18/13 21/3 111/19
respectfully [1] 218/13
respective [1] 106/20
respond [4] 9/12 58/23 75/14 257/5
responding [1] 82/14
response [17] 8/4 9/14 55/8 58/20 72/3 72/13 186/6 242/24 242/25 243/7 243/9
243/18 243/19 259/22 280/12 280/17 328/13
responses [2] 75/13 280/18
responsibility [5] 58/23 80/2 177/23 226/1 289/9
responsible [2] 266/16 324/14
responsive [4] 12/16 13/6 82/10 84/19
rest [6] 54/7 63/22 80/3 113/12 259/5 275/15
restart [1] 137/19
restate [2] 282/13 324/22
rested [2] 79/3 278/16
resting [2] 82/8 277/4
restrain [1] 125/16
restraining [1] 123/4
restriction [1] 100/22
restrictions [1] 65/13
Rests [1] 3/4
result [12] 95/9 165/21 175/7 202/3 234/4 234/17 318/24 319/12 319/12 319/19 321/5 323/23
resulted [3] 7/19 300/25 301/13
resulting [3] 55/19 316/18 324/5
results [1] 289/4
retire [1] 295/10
retired [2] 58/6 58/7
retrieve [2] 125/19 130/3
return [3] 106/15 295/6 300/13
returning [1] 293/22
retype [1] 299/22
reurge [3] 278/10 280/7 280/9
reurged [2] 282/20 282/21
reveal [1] 296/9
review [12] 34/12 43/4 43/12 43/14 44/18 47/6 47/9 51/21 198/16 228/14 240/8 271/24
reviewed [19] 3/14 43/7 44/24 46/20 52/16 52/20 53/4 66/20 92/25 96/24 113/23 240/12 240/21 240/23 240/24 241/7 241/14 241/16 277/21
reviewed -- I [1] 46/20
reviewing [3] 83/10 239/15 240/17
reviews [1] 149/20
revocation [2] 180/25 181/4
Ricks [6] 160/8 169/14 169/15 169/16 169/17 169/19
ride [1] 13/10
riding [1] 67/8
rigged [1] 78/7
right [76] 6/4 11/9 12/23 14/23 15/18 19/9 23/1 48/20 50/6 54/16 56/6 57/20 69/16 75/3 76/23 76/24 77/2 83/9 85/21 86/7 89/2 89/19 94/15 100/25 106/23 111/19 114/14 125/11 127/10 127/14 137/3 137/3 140/12 140/21 143/25 144/6 144/19 151/5 151/9 151/11 151/21 151/25 152/4 152/7 152/10 152/10 152/14 155/24 157/2 157/9 161/16 161/19 164/22 171/18 176/2 176/10 188/17 194/16 212/11 212/12 213/16 217/22 224/19 236/6 240/4 244/1 244/4 268/6 270/20 272/16 281/10 295/20 299/3 302/17 330/15 331/3
rights [1] 284/13
ring [4] 132/15 145/23 194/3 262/15
ripped [2] 228/21 262/15
rise [12] 5/4 31/20 103/12 103/16 111/6 168/7 168/10 168/14 276/12 276/15 276/19 328/24
risk [7] 89/8 120/4 194/11 257/5 302/12 308/17 309/21
Riverside [1] 254/19

**R**

RMR [3] 2/4 336/3 336/11
role [4] 64/10 111/21 118/17 118/18
roll [4] 77/1 77/9 80/9 274/12
rolling [1] 236/1
Roloff [3] 13/25 14/13 49/7
ROMERO [72] 1/8 2/1 4/10 4/16 68/20
79/14 80/8 80/15 80/25 81/2 85/3 85/13
102/10 131/7 141/19 143/14 144/18
144/25 146/3 146/10 147/23 149/3
150/21 151/12 151/21 151/25 153/7
157/10 157/19 157/21 157/22 157/24
159/23 163/22 167/18 167/22 237/25
238/1 238/4 238/6 239/12 241/11
241/13 254/3 254/8 254/13 266/12
267/25 271/17 272/25 275/6 301/6
305/10 306/22 307/6 307/14 307/20
309/11 309/24 310/1 310/4 310/11
320/15 323/14 323/20 323/24 323/25
324/16 324/18 327/14 327/15 327/16
roof [1] 38/6
room [55] 2/5 7/16 22/5 51/18 51/22
51/23 71/2 80/7 92/23 93/5 119/1 119/3
119/4 119/8 121/14 122/3 137/3 137/22
137/22 142/4 142/11 142/13 142/15
142/22 144/8 145/12 145/17 145/25
146/10 146/11 146/17 151/1 151/6
153/12 153/18 153/21 153/21 153/24
159/9 159/20 159/24 164/4 165/11
167/17 167/18 225/11 263/17 264/2
265/17 288/2 294/4 294/13 295/10
329/9 336/16
rooms [5] 70/7 70/10 73/9 143/5 229/9
rough [2] 60/2 60/3
Roughly [1] 238/25
rule [10] 3/5 3/10 54/13 54/25 56/17
173/18 197/10 213/4 283/22 290/9
ruled [5] 7/25 10/13 25/1 29/8 87/24
rules [7] 135/9 136/4 175/24 182/5
278/9 283/19 284/10
ruling [3] 3/6 3/11 7/18 7/20 7/24 12/4
280/9 282/16
rulings [2] 107/2 285/6
run [11] 56/20 141/1 145/25 193/15
197/11 197/12 197/24 214/4 214/6
226/23 335/6
run-through [1] 335/6
running [4] 20/14 20/23 202/1 215/7
Rutledge [2] 202/22 218/4

**S**

sad [1] 35/19
SAENZ [4] 2/4 336/2 336/10 336/11
safe [8] 67/3 70/9 121/10 195/15 195/19
201/3 201/7 272/6
safely [1] 167/12
safer [2] 120/3 124/4
safest [2] 65/16 270/7
safety [4] 142/2 227/20 303/1 303/3
said [86] 5/25 8/5 10/11 10/15 10/25
13/1 13/14 18/5 18/21 19/1 19/4 19/5
19/11 19/20 20/20 23/12 23/18 27/8
33/6 40/21 42/12 45/5 45/10 45/15 49/7
49/7 49/9 75/1 82/1 82/6 83/5 85/4 87/1
89/22 91/13 97/7 99/5 100/8 106/14
123/2 123/2 148/14 148/16 148/18
148/21 155/1 155/5 158/7 174/5 176/1
181/20 181/22 184/6 184/7 187/10
188/21 196/20 196/21 199/14 206/14
208/17 208/19 208/21 210/25 213/5
214/11 215/13 216/20 216/23 220/7
232/7 233/4 241/13 243/3 243/5 246/24

246/25 247/5 251/8 295/24 297/1 298/4
307/9 307/10 331/14 334/12
Saint [1] 1/16
same [59] 26/7 34/17 52/5 62/5
76/7 76/13 89/4 89/23 123/16 134/25
136/25 147/24 149/2 182/8 183/19
194/6 194/7 197/14 207/14 243/5 243/9
243/9 260/25 262/10 263/12 278/10
280/12 282/16 282/17 284/8 284/9
284/16 292/12 293/1 294/22 299/20
299/23 305/13 307/13 309/13 317/9
317/10 318/5 318/5 318/5 318/11
320/16 320/16 320/17 320/20 320/21
324/2 324/6 324/7 324/7 324/16 326/19
328/13
sample [1] 48/14
samples [1] 48/9
sanctions [1] 326/3
Sandoval [1] 169/11
sat [5] 79/3 81/20 231/11 265/4 265/16
satisfied [1] 312/3
save [2] 6/19 63/4
saw [26] 30/2 44/25 45/5 45/11 49/16
51/25 81/1 106/25 119/7 122/3 129/12
136/25 138/22 143/18 147/13 151/2
155/14 159/11 166/9 236/25 237/2
239/16 259/18 270/20 272/21 333/25
saw -- did [1] 147/13
say [67] 5/25 15/9 19/7 19/9 26/9 27/4
36/2 36/4 39/9 44/16 44/23 48/25 49/21
62/12 63/8 82/12 83/16 85/3 88/10
88/11 92/20 93/10 99/13 106/18 108/12
113/13 113/15 124/14 125/17 131/2
131/14 141/7 148/19 150/14 150/22
150/23 158/9 159/25 163/12 178/19
180/23 185/19 187/16 187/20 191/4
216/24 217/3 221/13 222/5 232/12
233/22 240/23 246/20 246/25 247/8
249/15 262/20 268/18 269/15 282/23
290/23 291/14 311/10 329/24 329/24
331/11 331/13
saying [31] 16/2 21/17 29/21 36/10
52/11 81/1 82/10 82/15 87/19 87/21
115/14 115/19 116/6 124/11 125/21
135/5 148/15 148/18 148/20 157/6
158/6 188/2 215/17 252/5 252/6 264/20
271/7 271/12 273/8 278/11 330/9
says [35] 7/9 13/25 23/5 27/3 27/5
43/22 46/15 48/21 49/20 50/1 50/13
91/9 92/21 103/24 114/24 115/5 116/8
118/4 195/5 199/4 207/4 211/4 243/4
249/11 249/14 249/25 274/11 298/1
299/9 300/12 305/4 305/25 311/17
331/2 334/8
scale [1] 287/18
scenarios [1] 132/1
scene [7] 64/17 64/18 66/23 137/21
143/13 178/5 303/14
schedule [1] 207/16
school [6] 33/14 33/19 38/7 254/17
254/19 254/23
scientific [1] 292/5
scope [1] 217/17
screen [2] 57/6 151/23
scrutinize [1] 288/7
Seabourn [6] 4/3 170/11 170/12 170/13
170/20 170/25
search [53] 4/15 4/20 41/14 58/25 65/6
111/22 112/1 112/12 112/15 113/5
113/16 113/22 113/22 114/8 114/17
115/3 115/4 116/13 116/23 121/7
121/10 162/2 165/13 165/15 165/18
165/20 165/21 174/23 190/20 190/25

191/1 192/11 194/19 195/15 195/19
196/6 197/1 198/14 198/24 202/4
207/16 299/5 299/14 257/14 257/24
302/6 302/14 303/8
searched [1] 129/19
seat [1] 274/19
seated [42] 5/6 7/10 11/4 11/10 11/12
11/13 12/8 13/5 20/4 23/16 31/22 44/13
44/21 45/4 57/20 75/21 81/17 82/17
83/17 83/22 84/9 91/11 93/16 98/5
101/17 103/18 104/7 111/8 118/5
168/12 168/16 188/9 188/18 251/24
252/7 252/13 253/18 265/4 269/9
271/19 276/17 276/21
seating [1] 71/22
second [58] 7/14 9/17 9/19 11/10 11/18
12/6 12/10 13/22 14/7 14/8 27/15 30/5
39/17 41/22 41/25 43/21 50/13 50/14
51/9 76/10 76/15 76/17 91/25 100/14
117/6 123/20 129/7 152/17 154/18
155/8 166/23 187/22 194/5 228/13
228/17 230/3 230/23 231/2 234/23
234/24 235/8 240/5 244/21 244/23
261/14 262/16 262/17 262/18 269/11
271/22 276/23 296/14 300/25 301/9
301/13 301/19 303/17 331/13
secondaries [4] 160/10 160/19 160/21
161/1
secondary [1] 160/12
seconds [18] 11/24 39/8 75/25 121/16
129/4 133/10 133/17 142/19 144/4
154/12 231/20 232/18 232/24 233/1
259/21 265/11 265/16 298/18
secret [1] 293/10
secretary [1] 106/14
secure [5] 77/2 77/13 124/9 229/9 265/3
secured [4] 76/23 78/12 78/18 272/6
security [4] 295/17 295/19 295/23
295/25
see [103] 9/10 11/18 22/4 22/10 30/5
36/25 38/19 43/5 44/15 50/2 50/16
51/19 51/21 51/23 69/9 90/23 91/9
94/25 96/18 96/20 97/1 101/10 104/1
104/4 104/7 106/3 106/25 116/15
116/15 120/16 126/10 126/22 127/10
127/22 129/15 129/18 130/7 130/25
133/17 137/2 137/21 139/24 140/9
140/11 140/13 140/13 140/15 141/12
142/9 142/10 142/12 143/8 143/13
145/6 145/6 145/16 145/25 146/5
146/17 147/13 147/16 148/22 148/24
149/23 150/3 150/23 153/18 153/21
154/3 156/8 159/8 159/19 161/4 164/20
165/2 167/22 169/8 169/12 171/21
173/25 178/15 195/25 199/8 205/16
218/5 222/20 227/6 228/14 235/20
238/12 239/12 244/16 244/18 246/5
259/12 259/16 272/2 281/14 288/24
295/14 328/22 328/23 329/1
see -- look [1] 116/15
seeing [6] 119/14 121/3 121/13 142/3
237/5 259/22
seek [3] 191/1 197/17 284/7
seeking [1] 11/7
seem [4] 164/21 175/13 181/13 302/20
seemed [1] 259/21
seems [7] 15/12 20/9 175/10 175/12
175/18 175/20 181/10
seen [28] 8/10 42/13 66/17 69/11 86/21
106/2 107/14 107/17 107/18 107/21
107/23 119/10 119/10 119/11 121/2
140/22 140/25 142/22 147/6 147/10

S

seen [8] 148/5 166/2 166/10 185/13
206/12 238/11 262/2 294/21
sees [2] 83/11 144/23
select [1] 295/10
selling [6] 191/9 193/19 196/20 196/22
212/5 213/16
send [1] 295/21
sense [6] 63/3 74/18 108/10 193/12
292/21 327/6
sensibilities [1] 327/3
sentence [39] 7/5 8/6 8/8 8/11 8/16 8/23
13/4 13/4 13/6 13/7 14/6 14/7 14/8
14/10 15/5 15/8 17/22 17/23 18/7 19/23
20/10 21/8 21/9 21/14 22/16 23/12
23/15 41/22 41/25 50/2 50/3 50/12
51/13 91/9 92/14 92/16 291/22 291/24
304/10
sentenced [1] 27/9
sentences [1] 41/9
separate [6] 48/18 273/1 301/5 301/6
311/24 332/13
separately [5] 317/7 317/13 322/20
323/5 332/25
September [2] 180/1 180/22
September 2006 [1] 180/22
September 8th [1] 180/1
sergeant [11] 63/21 63/25 64/2 64/3
64/4 160/8 171/2 171/20 197/19 197/22
199/24
sergeant's [1] 63/25
series [4] 48/10 216/13 278/22 315/20
serious [4] 87/11 95/7 271/1 303/9
seriously [1] 271/1
serve [21] 59/24 61/15 62/17 63/11
66/23 69/14 116/2 118/16 162/2 189/16
191/15 197/25 199/24 200/25 224/22
226/25 255/1 255/3 257/23 258/10
325/20
service [8] 60/7 60/14 118/17 190/3
255/6 294/3 294/3 313/19
services [1] 67/9
serving [3] 58/25 198/23 207/17
set [7] 57/1 57/5 57/6 67/19 78/6 117/7
263/12
sets [4] 67/20 78/17 78/25 132/17
setting [1] 325/25
settings [1] 171/8
seven [3] 73/14 270/18 272/21
several [7] 70/6 80/6 105/4 191/24
210/6 210/7 249/1
severe [1] 53/20
severely [1] 304/16
severity [2] 55/24 302/23
sex [1] 117/1
shall [1] 274/12
she [28] 8/14 14/19 15/21 15/22 15/22
17/7 17/9 18/20 19/1 19/5 19/14 19/21
20/19 20/20 20/20 22/7 40/21 42/12
53/24 53/25 63/22 63/23 101/8 169/18
288/13 288/14 334/8 335/11
she'll [2] 53/2 279/14
she's [6] 10/3 16/21 22/7 136/8 160/7
169/19
Shear [1] 230/11
sheet [5] 4/15 204/20 206/13 207/6
207/7
shirt [1] 228/19
short [6] 10/19 17/15 143/11 185/18
217/11 229/24
shortly [2] 153/1 154/18
shorts [1] 212/12

should [25] 7/23 20/10 105/19 105/24
123/1 182/5 182/11 248/15 268/2 272/5
274/13 274/18 274/19 277/23 284/11
288/7 295/22 297/3 297/24 306/10
310/11 325/4 326/1 326/10 327/15
shoulder [2] 78/16 140/12
shoulders [1] 156/10
shouldn't [2] 30/9 108/3
shove [1] 302/19
shoved [3] 71/21 71/23 72/7
show [44] 5/22 7/12 7/12 7/23 10/23
10/24 11/1 11/8 11/10 13/10 13/18
30/13 34/9 55/18 83/6 83/7 83/13 83/21
84/8 90/11 91/17 102/25 103/2 104/2
124/1 126/8 135/18 138/25 139/3
142/13 153/15 153/16 175/6 186/8
288/9 311/14 311/18 329/12 329/16
329/22 330/2 333/6 334/3 334/5
showed [2] 6/2 141/6
showing [7] 7/19 12/2 31/11 56/5
121/19 160/4 181/17
shown [10] 6/16 9/21 12/6 13/15 55/7
137/15 154/15 184/12 190/9 284/19
shows [16] 7/13 26/5 88/10 94/14
140/18 140/18 140/20 140/20 140/20
146/19 146/20 153/15 153/15 162/16
163/11 164/17
sic [18] 26/11 27/23 49/25 90/4 155/25
157/15 184/13 184/18 190/3 190/9
213/16 284/18 312/9 313/21 314/9
322/24 325/8 326/23
side [37] 66/10 67/4 71/17 75/1 75/5
109/15 119/18 151/7 151/8 151/9 151/9
151/11 151/13 151/22 152/4 152/7
152/7 152/13 152/14 201/25 236/1
252/15 258/21 258/24 258/24 258/24
259/8 260/13 262/3 272/15 272/16
274/13 287/17 287/17 288/17 290/18
290/20
sides [5] 3/9 278/15 278/16 282/21
330/19
sift [1] 287/15
sign [1] 15/21
signature [3] 116/16 116/18 296/8
signed [15] 51/10 51/11 64/19 64/24
65/5 112/2 113/5 116/13 197/12 197/25
198/3 198/18 200/10 225/13 336/8
significant [1] 143/6
similar [4] 262/24 273/19 284/16 325/22
simply [15] 61/22 62/7 73/19 77/3 82/8
84/23 87/9 125/13 125/15 175/9 236/2
290/10 290/17 291/22 305/8
simultaneously [3] 120/11 126/2 136/20
since [17] 23/3 30/23 32/18 34/11 37/20
69/11 86/21 132/14 135/22 174/20
189/12 223/21 224/15 238/7 259/6
265/25 270/5
single [3] 83/5 150/21 269/11
sir [363]
sir. [1] 176/10
sir. Those [1] 176/10
sit [2] 234/12 282/11
sitting [6] 71/20 82/9 86/25 87/2 219/4
274/13
sitting -- does [1] 219/4
situated [5] 304/18 308/23 310/1 320/6
322/13
situation [20] 65/15 75/4 77/19 78/9
84/17 84/22 99/1 99/4 111/23 123/21
228/9 245/1 258/4 264/9 273/17 273/18
273/22 303/20 312/21 327/3
situations [2] 58/24 234/7
six [14] 73/14 117/6 180/21 195/5 221/2

221/5 225/20 237/9 240/25 241/7 255/2
255/7 264/1 296/7
size [12] 76/15 78/15 78/16 117/1 117/3
123/3 132/14 132/17 156/23 230/11
249/16 253/3
skill [1] 292/8
skin [3] 47/19 117/5 193/22
sleeping [1] 21/21
slept [1] 18/10
sliced [1] 48/11
slide [1] 48/12
slight [1] 302/1
slightest [2] 215/12 216/3
sloppy [1] 184/24
slow [2] 59/17 333/7
slower [1] 332/21
small [1] 48/8
smaller [3] 160/13 160/14 229/17
smart [1] 294/2
Smith [1] 49/8
SNOW [114] 1/8 1/21 4/7 4/16 68/12
69/6 70/15 73/6 73/9 73/12 73/13 74/5
74/10 74/15 74/22 85/2 85/13 96/25
102/10 119/7 120/10 121/24 121/25
122/4 122/7 122/9 122/14 122/16
122/22 123/5 131/6 132/25 133/20
141/17 143/1 143/14 143/15 143/16
155/10 157/21 157/22 158/13 158/14
159/23 219/16 219/17 219/23 239/12
240/8 245/1 245/11 246/5 251/3 252/25
259/18 260/1 260/2 268/13 269/25
273/1 273/6 300/17 301/1 301/4 301/5
307/1 301/14 301/16 302/16 303/2
303/2 303/4 303/6 303/12 303/21
303/23 304/2 304/2 304/4 304/4 304/6
304/18 304/24 306/4 306/17 307/15
308/7 308/11 308/20 308/24 309/1
309/15 318/25 319/13 319/20 320/3
320/6 320/9 321/6 321/14 321/25
322/10 322/14 322/16 323/2 324/6
324/14 325/5 325/7 326/11 326/13
327/2 327/5 327/7
Snow's [3] 155/3 155/7 303/14
so [306] 5/23 6/7 8/3 8/10 9/13 10/13
11/24 11/24 14/23 16/8 16/10 16/12
16/15 22/8 26/3 26/9 26/19 32/16 35/14
36/8 36/19 40/18 42/19 42/25 43/18
43/25 45/2 45/14 45/22 46/23 47/7
47/12 48/8 48/12 49/9 49/13 51/12
51/24 52/2 53/1 54/25 59/23 60/13
60/18 61/22 61/24 62/22 63/10 63/24
64/2 64/4 64/14 64/23 65/14 66/3 66/19
67/3 67/11 67/18 68/1 68/9 69/13 70/8
71/4 71/6 72/5 72/7 72/18 74/18 75/5
76/23 77/1 78/1 78/10 78/17 78/24 80/4
81/4 82/15 84/11 84/21 86/12 86/18
86/22 87/13 88/10 92/19 92/24 93/7
93/21 99/1 100/10 100/24 103/1 103/8
105/8 105/21 106/19 107/22 109/4
110/16 110/25 111/1 111/19 115/18
118/8 118/16 120/12 121/3 121/19
122/7 123/6 123/12 126/21 127/21
128/20 129/9 129/12 131/5 132/13
135/3 135/20 135/21 136/15 137/17
137/21 138/11 138/17 140/4 140/9
140/15 140/16 142/3 142/14 142/22
143/7 143/11 144/7 144/22 144/24
145/15 145/20 146/9 147/25 149/24
149/25 150/21 151/2 152/24 153/1
153/11 153/21 155/4 155/8 156/8
156/25 157/15 158/23 159/4 159/21
160/14 160/15 162/6 162/21 162/23
163/8 163/12 163/17 163/21 165/5

| | | |
|---|---|---|

**S**

so [136] 167/21 169/7 169/21 170/11
171/6 173/4 173/18 175/7 176/5 179/14
183/11 185/13 186/8 186/16 189/24
191/18 191/21 192/22 193/14 194/20
196/16 196/25 197/4 197/17 197/19
197/21 199/7 199/23 200/15 200/25
201/12 208/23 210/7 210/23 211/8
211/16 212/4 214/4 215/17 220/5
220/18 221/5 225/14 225/22 228/17
229/6 229/16 231/7 231/20 233/4 237/8
238/4 240/18 240/20 240/23 241/6
241/17 242/1 242/14 244/23 247/2
250/21 251/3 252/18 255/6 257/20
258/11 259/4 259/9 259/21 259/24
260/1 260/3 260/11 260/15 260/25
261/5 262/3 262/15 262/20 263/17
263/19 263/19 264/25 265/1 265/14
265/16 265/25 269/15 271/11 272/2
272/23 276/10 277/4 279/6 279/16
281/13 281/14 282/8 282/9 282/12
282/23 283/19 285/9 286/6 287/7 287/7
287/24 288/2 291/14 293/13 295/20
300/10 305/1 305/13 308/21 309/25
320/4 320/18 320/22 322/12 325/22
326/2 327/13 327/16 329/9 329/14
330/1 330/21 331/4 332/11 332/19
334/5 334/8 334/18 335/5
so -- he [1] 36/8
social [1] 294/18
society [7] 175/12 175/20 181/12 314/1
314/3 316/4 317/19
sofa [11] 70/16 70/19 71/21 71/22 71/23
72/7 73/3 76/9 94/21 97/12 227/12
sofas [1] 227/15
soft [1] 78/7
sole [1] 288/4
solely [2] 293/20 294/16
solve [3] 18/8 20/10 84/25
solved [1] 13/8
some [57] 16/3 17/5 20/24 22/11 29/11
32/20 34/5 36/15 38/2 56/19 59/20 65/9
66/2 68/2 77/14 98/4 98/10 118/9
120/13 124/10 130/3 136/11 137/14
142/25 151/19 153/25 162/12 164/17
168/20 175/21 177/23 179/12 183/9
193/5 199/5 203/17 206/17 210/2 212/2
223/22 229/1 232/17 251/17 262/25
264/1 268/1 277/25 278/18 278/24
279/1 286/6 291/8 291/20 302/18 317/8
318/18 321/16
some -- how [1] 229/1
some -- we [1] 232/17
somebody [47] 6/18 25/19 49/2 67/14
75/4 75/7 122/23 122/23 122/25 123/1
125/17 125/21 140/19 144/14 145/7
148/14 155/1 181/23 191/8 197/23
199/7 200/18 201/25 202/1 228/11
230/23 232/11 233/10 233/24 234/5
247/8 247/22 249/16 249/25 250/2
253/8 262/12 262/13 263/11 273/21
274/5 274/6 274/18 283/10 329/14
333/4 333/19
somebody's [2] 130/5 181/17
somehow [1] 106/17
someone [21] 49/8 65/12 94/8 95/6 95/9
95/10 95/12 106/14 124/23 155/5 166/1
166/2 245/20 248/12 264/9 265/12
268/25 271/7 272/23 273/16 273/20
someone's [2] 87/10 248/11
someplace [2] 183/17 281/13
something [59] 5/9 10/24 15/14 18/7

20/18 20/21 22/2 24/8 33/25 34/9 40/9
40/12 49/7 49/8 49/9 63/24 67/14 67/15
74/4 75/3 77/1 101/6 102/8 106/17
107/11 109/11 109/13 109/18 119/3
124/24 132/9 134/18 138/9 139/3 143/6
155/2 166/16 178/12 178/20 179/24
205/6 209/24 213/25 224/12 240/1
240/3 243/3 247/8 249/20 263/22
264/20 281/24 287/7 291/1 291/14
300/5 311/1 311/9 334/25
sometime [3] 129/7 240/9 318/17
sometimes [4] 74/1 94/10 216/25
303/17
somewhat [1] 62/21
somewhere [5] 73/14 105/7 128/14
151/5 219/2
soon [4] 12/13 195/23 262/14 279/8
sorry [52] 9/4 15/7 27/25 29/1 33/4 39/9
49/19 52/22 58/4 69/20 82/25 90/25
91/11 113/13 113/14 114/6 115/6 127/1
131/14 133/3 134/5 134/19 147/11
150/14 151/18 156/3 157/1 157/7
159/19 166/5 176/21 177/17 177/18
179/10 182/23 184/8 184/17 184/21
184/24 199/9 203/16 215/18 220/16
221/13 222/5 242/7 256/5 281/10
282/17 310/25 323/19 334/13
sort [7] 75/17 236/1 286/5 297/23
sorts [1] 20/23
sought [2] 287/11 289/21
sound [3] 126/20 292/18 325/25
sounded [1] 126/6
sounds [2] 20/14 152/17
source [2] 176/14 289/12
sources [3] 26/9 49/5 49/10
space [4] 285/11 285/17 296/7 327/10
spaces [1] 296/6
speak [8] 33/5 44/4 45/19 56/7 185/23
185/24 215/16 224/11
speaking [1] 6/13
special [5] 58/16 58/20 137/14 198/20
256/25
specialized [1] 292/5
specific [6] 10/1 67/10 79/24 110/6
162/4 295/9
specifically [6] 27/5 148/15 148/21
162/4 166/13 214/15
speculate [1] 284/19
speculating [2] 125/5 128/1
speculation [4] 91/3 128/2 129/24
290/15
speeding [1] 177/22
spend [5] 33/17 36/13 139/7 140/19
205/12
spending [1] 193/12
spent [1] 175/10
spinal [3] 47/17 47/20 47/21
spine [1] 46/14
split [6] 30/5 228/13 228/17 261/14
272/22 303/17
split-second [1] 303/17
spoke [4] 50/3 50/12 97/10 215/14
spoken [2] 152/18 269/25
sports [2] 34/7 36/19
spot [1] 194/16
SRT [1] 58/20
stacking [1] 183/16
staff [2] 74/2 104/2
stained [1] 94/9
stand [12] 10/17 17/10 21/23 27/7 51/22
83/8 137/10 179/12 242/22 243/1
288/12 295/19
standard [6] 55/18 78/11 227/17 286/1

298/24 325/17
standing [7] 67/6 70/20 75/1 152/14
215/22 249/13 284/15
standpoint [1] 11/21
stands [1] 296/10
Star [14] 3/7 103/21 104/1 104/5 104/17
104/21 105/12 105/14 106/5 106/14
106/24 107/19 109/4 110/19
Star-Telegram [14] 3/7 103/21 104/1
104/5 104/17 104/21 105/12 105/14
106/5 106/14 106/24 107/19 109/4
110/19
start [14] 5/14 20/13 70/6 87/19 87/21
94/12 119/2 122/1 125/14 193/16 283/4
283/7 288/3 316/14
started [6] 13/13 14/12 21/2 71/21
130/22 291/9
starting [3] 6/25 104/10 292/2
startled [2] 244/13 244/15
starts [3] 7/6 14/10 23/15
state [20] 53/1 58/2 92/16 101/24
107/21 125/15 170/24 176/14 176/17
179/18 180/9 180/18 189/3 219/21
223/17 264/18 266/19 288/11 292/9
303/12
stated [15] 22/7 43/20 81/16 128/20
148/9 184/5 224/14 238/6 246/11
250/12 282/16 283/18 283/22 284/24
293/6
statement [13] 15/17 52/14 52/17 93/7
93/10 93/13 153/14 208/16 208/18
208/19 208/25 218/20 237/21
statements [3] 44/9 107/2 174/24
states [6] 1/1 1/12 9/1 14/5 14/20 336/7
stating [2] 244/13 252/6
stationed [1] 259/3
stations [1] 284/16
status [2] 255/10 256/1
stay [2] 117/15 132/21
stayed [1] 34/7 34/8 72/7 119/1
stealing [1] 191/10
stenography [1] 2/8
step [5] 38/18 54/3 183/6 253/22 275/13
sticking [2] 16/1 76/23
still [38] 9/19 13/6 17/7 22/20 23/3
29/19 38/20 58/4 64/17 64/17 110/1
121/14 123/14 123/15 125/18 125/19
125/20 126/15 133/8 144/23 145/10
146/25 152/20 154/25 154/25 155/4
155/4 155/7 155/7 160/17 169/21
235/10 243/12 244/22 247/6 256/22
261/15 264/25
stipulate [2] 290/25 291/3
stipulated [7] 84/7 291/4 291/8 296/19
296/23 297/2 297/7
stipulation [1] 291/1
stomach [16] 81/18 148/23 156/12
241/19 242/9 242/15 249/14 250/20
251/19 251/22 251/25 252/13 252/15
252/17 253/9 271/18
stood [6] 51/17 52/3 92/22 114/9 230/5
232/6
stop [27] 6/1 11/13 37/13 83/11 125/16
138/3 139/1 140/7 140/8 141/9 141/9
142/6 144/6 144/16 144/19 146/22
153/10 155/24 157/20 158/20 159/14
159/14 230/23 233/19 233/19 233/20
233/21
stopped [6] 11/15 123/16 126/13 138/4
217/1 237/17
story [2] 103/22 185/18
stove [1] 159/21 160/1
street [6] 1/16 1/22 2/5 67/1 104/11

**S**

street [1] 336/16
streets [1] 59/6
stretch [1] 263/19
stricken [3] 9/15 22/3 23/13
strike [9] 13/7 21/7 21/16 230/21 230/22
230/22 230/25 260/14 291/11
strikes [2] 230/17 231/5
striking [2] 13/3 22/16
strong [7] 5/19 5/19 156/24 156/25
230/12 262/10 269/4
strong -- strong [1] 5/19
struck [1] 260/12
structure [1] 48/9
struggle [44] 12/7 12/14 41/13 50/16
53/9 53/19 53/20 55/9 55/11 74/25
75/11 76/16 76/20 121/19 121/22
122/25 123/15 123/20 123/21 123/22
124/10 124/15 127/5 127/23 128/17
129/5 133/20 143/13 143/19 143/22
144/23 155/14 231/3 232/19 232/21
234/15 236/15 237/8 246/11 250/3
259/19 259/19 259/23 261/8
struggle -- that [1] 55/11
struggles [1] 160/24
struggling [9] 145/7 146/25 154/25
232/1 236/25 259/18 262/1 264/16
264/18
study [1] 277/24
stuff [11] 6/20 34/15 38/8 58/4 70/24
74/3 115/7 136/8 191/10 204/24 282/12
stun [1] 231/2
subdue [2] 50/8 239/13
subduing [1] 263/25
subject [16] 5/19 22/16 24/10 24/20
41/13 48/18 99/11 128/7 174/14 174/17
175/13 181/14 196/19 218/12 316/2
316/4
subjects [3] 16/16 23/23 41/7
submission [1] 70/8
submitted [7] 46/19 47/5 47/5 47/7
173/3 285/1 285/5
subparagraph [2] 9/3 9/6
subpart [1] 23/17
subsequent [3] 47/7 149/20 215/22
subsequently [2] 20/6 47/5
substance [6] 177/5 177/9 178/1 179/19
180/4 180/11
substances [1] 180/20
substantial [2] 302/2 302/9
substantiate [1] 113/21
substantiated [1] 44/7
substantive [1] 281/13
success [1] 74/22
successful [8] 76/2 193/15 228/7
228/20 230/8 231/16 262/6 262/15
such [43] 18/25 40/13 40/14 40/21 72/9
75/8 119/17 124/17 124/17 143/22
173/1 208/19 227/14 274/8 284/18
286/4 286/25 287/8 288/22 289/7
289/16 289/25 290/8 292/9 294/1 294/4
295/7 295/8 295/9 300/25 301/13
301/24 308/6 308/11 309/11 314/18
320/3 320/8 322/11 322/15 327/5 332/2
332/3
such -- hearing [1] 124/17
sudden [1] 105/25
sued [1] 266/12
suffer [1] 314/11
suffered [8] 308/16 309/20 313/5
314/10 314/21 315/24 319/25 320/4
321/4 321/11 321/22 322/3 322/7

322/11 322/25 323/23 324/14 325/6
326/12
suffering [4] 314/9 319/18 321/4 324/5
sufficient [1] 292/16
suffocate [1] 95/18
suffocating [1] 245/2
suggest [1] 102/16
suggested [4] 237/24 277/17 277/21
278/4
suggestion [4] 101/12 103/10 103/10
108/23
suggestions [1] 110/13
suit [1] 266/15
suitable [1] 312/20
Suite [2] 1/16 1/22
sum [6] 312/17 316/15 317/7 317/9
321/8 326/10
summary [2] 15/8 45/18
supplement [3] 54/23 178/4 178/6
supplemental [10] 18/17 18/19 18/21
19/3 19/8 19/14 19/21 22/14 40/11
40/19
supplied [5] 199/15 199/16 199/17
200/19 286/20
support [6] 36/18 75/2 83/16 152/22
153/3 313/19
supported [1] 288/18
supporting [2] 113/19 116/23
suppose [1] 17/11
supposed [5] 67/12 67/12 209/21 253/2
296/19
sure [68] 5/24 6/21 6/25 15/20 24/3
24/3 24/11 25/12 36/21 46/5 72/6 82/4
85/11 85/19 88/19 91/19 92/6 100/1
102/21 106/6 107/18 114/7 118/18
118/19 122/11 124/2 126/4 131/2
132/21 134/19 136/13 136/15 137/12
137/16 139/22 141/22 143/4 143/8
153/20 155/3 156/9 159/25 160/12
160/16 161/16 163/13 165/21 166/2
166/7 169/15 169/25 172/2 174/9
182/13 195/15 195/20 206/1 209/22
225/3 250/4 278/17 279/14 284/11
329/6 329/9 332/1 334/20 334/24
surmise [1] 290/14
surprise [2] 65/14 248/18
surprised [1] 107/21
surrender [1] 29/25
surrendering [1] 227/8
suspect [12] 4/15 73/18 73/19 117/4
177/1 177/15 193/20 225/17 232/15
234/4 253/1 274/14
suspects [7] 116/25 118/12 176/20
197/14 225/22 248/20 251/5
sustain [3] 66/4 74/18 248/25
sustained [3] 29/15 29/23 30/8
Sutherland [3] 64/1 64/4 120/7
SWAT [8] 59/8 59/15 59/21 224/1 224/9
256/25 257/2 257/9
sweep [3] 160/10 160/12 165/18
swept [1] 160/22
sworn [14] 32/4 35/8 40/2 57/22 101/21
170/21 188/25 209/3 219/18 254/9
283/24 284/1 284/21 291/16
sympathy [2] 284/17 284/18
system [2] 191/23 294/22

**T**

table [5] 92/2 139/24 139/25 140/1
335/1
Tabor [5] 160/7 169/15 169/15 169/18
169/19
tactic [1] 260/21

tactical [10] 58/16 58/24 62/17 67/25
71/11 72/10 112/24 116/2 189/9 189/11
tactics [2] 224/1 257/11
take [51] 8/16 15/21 18/15 20/21 21/19
27/17 34/3 37/24 38/7 57/1 57/4 81/10
102/24 103/1 103/6 103/9 103/11
105/19 105/24 110/4 121/15 123/11
124/3 159/7 168/5 172/11 178/25
195/16 218/20 219/5 241/4 258/19
265/22 271/14 275/25 276/2 276/5
276/10 276/11 279/2 279/6 283/4
287/17 299/17 299/18 300/7 303/16
304/5 305/14 326/19 329/8
taken [8] 11/25 105/22 143/10 160/23
218/24 223/4 267/9 274/14
takes [2] 84/11 124/6
taking [11] 16/14 79/21 80/8 154/10
182/1 182/4 182/8 202/2 216/10 243/12
243/15
talk [31] 17/22 21/9 22/3 22/15 23/5
23/19 28/13 29/5 33/22 35/24 36/23
45/17 46/6 57/8 57/11 88/14 98/17
101/14 101/15 109/8 134/18 172/6
172/6 172/7 172/7 179/2 204/24 205/4
269/20 276/1 294/10
talked [17] 9/25 10/11 13/13 22/17 24/1
25/4 26/10 26/11 28/3 36/9 56/11 81/25
83/2 85/1 209/15 210/18 212/20
talking [39] 6/24 8/8 9/3 9/10 9/17 11/6
11/20 13/24 14/1 14/3 15/15 23/9 24/8
27/19 29/7 36/8 42/16 49/1 73/8 82/16
83/13 83/17 83/22 84/13 94/12 106/18
107/22 109/7 114/15 117/16 205/19
212/14 266/24 268/5 271/20 298/6
299/1 301/7 328/7
talks [7] 13/5 18/1 18/2 18/7 88/11
107/3 107/3
target [1] 119/16
Tarrant [4] 15/23 28/7 28/8 65/3
tase [3] 155/2 244/20 271/9
tased [5] 12/6 244/23 261/4 261/12
264/17
taser [88] 9/17 9/19 11/11 11/18 12/10
46/7 46/14 46/15 46/16 46/18 47/16
47/18 48/17 48/21 49/20 49/21 50/1
50/6 50/9 50/13 50/15 52/11 75/9 75/11
75/24 75/25 76/10 105/5 122/23 123/2
123/5 123/6 123/8 123/10 123/11
123/13 123/15 123/17 126/5 126/13
126/19 129/7 129/10 133/6 133/9
133/10 133/11 133/20 147/5 149/12
152/17 154/18 154/21 155/3 155/12
221/25 232/7 232/9 232/10 232/13
232/13 232/13 232/15 232/23 232/24
233/4 233/5 233/6 233/16 234/23 235/8
235/18 236/17 236/20 237/4 260/25
260/25 260/25 261/1 261/10 261/13
261/25 262/3 262/18 271/1 271/14
273/11 274/5
tasered [1] 43/16
tasers [4] 47/16 48/15 52/10 105/4
Tasha [3] 3/22 40/1 56/3
tasing [2] 268/13 273/2
task [5] 68/11 220/4 253/6
taught [2] 156/11 260/21
taxes [2] 316/3 316/5
TCC [2] 255/10 255/11
TCOLE [4] 4/16 4/16 250/9 255/21
teach [3] 36/20 36/23 36/25
team [65] 58/20 59/16 59/20 59/24 60/4
60/4 60/13 63/19 63/25 64/11 64/11
64/14 64/24 67/8 67/22 68/5 68/6 68/13
68/21 68/23 69/1 102/8 102/11 111/21

T

team -- the [1] 64/11
team's [1] 202/4
teams [8] 58/10 58/13 58/22 60/8 60/9
67/16 67/18 72/10
technical [1] 292/5
technically [1] 50/14
techniques [1] 73/22
teeth [2] 117/7 195/6
Telegram [14] 3/7 103/21 104/1 104/5
104/17 104/21 105/12 105/14 106/5
106/14 106/24 107/19 109/4 110/19
telephone [7] 1/17 1/19 1/23 2/3 2/6
294/1 336/18
tell [61] 15/1 15/3 15/5 47/3 58/19 58/22
60/1 61/15 62/16 75/19 75/20 84/1 86/9
99/20 99/20 99/24 124/12 125/12 126/4
128/15 138/20 140/1 140/12 144/3
145/14 146/22 149/9 152/1 152/9
152/19 152/20 153/6 153/11 165/4
173/18 174/12 175/17 181/6 186/21
188/20 188/21 191/9 191/21 192/23
195/24 205/5 207/2 215/17 228/1
233/20 241/12 243/21 265/11 270/16
270/20 305/19 305/20 311/10 329/19
333/5 334/6
telling [11] 16/17 63/8 158/4 208/8
213/20 237/17 243/23 270/25 320/18
332/12 335/10
tells [2] 271/8 305/18
temporary [1] 131/25
ten [1] 225/20
tend [1] 143/24
tends [1] 288/9
tense [1] 303/18
term [3] 287/4 319/10 319/17
terminated [1] 318/19
terms [1] 286/4
terrible [1] 268/3
terrified [1] 33/8
tested [1] 132/5
testified [26] 15/10 16/21 18/20 32/4
35/8 40/2 53/15 53/16 56/13 57/22
85/14 85/18 101/21 131/10 132/4
152/21 158/13 170/21 185/15 188/25
204/8 219/18 238/4 254/9 288/9 288/14
testify [9] 114/4 179/4 186/8 186/14
194/21 205/9 211/16 291/21 292/8
testify -- well [1] 291/21
testifying [5] 14/19 83/3 83/12 83/18
290/20
testimony [26] 18/15 32/15 56/3 82/2
83/14 84/1 98/11 98/25 99/3 107/4
140/16 149/5 157/15 171/12 209/4
287/21 288/5 288/7 288/20 288/21
288/22 289/7 289/16 290/21 292/13
293/5
testing [2] 78/6 91/4
tests [1] 78/9
TEXAS [15] 1/2 1/6 1/16 1/19 1/22 2/2
2/5 32/14 221/19 255/21 255/25 256/16
336/11 336/12 336/16
text [4] 106/25 107/1 107/1 294/3

than [45] 11/24 21/19 22/24 44/9 59/3
74/10 107/13 120/4 123/1 132/1 135/13
148/17 171/8 176/20 177/7 177/12 177/7
177/9 177/9 178/23 180/12 205/3
211/21 213/25 239/3 240/15 240/16
283/25 285/19 285/25 286/19 287/7
287/11 290/2 290/7 290/18 296/23
297/1 300/10 302/3 313/15 325/16
328/5 328/14 332/6 334/18
thank [77] 28/23 28/24 29/1 30/14 32/1
40/17 53/23 54/2 54/4 56/22 56/23
61/25 83/24 84/5 84/12 97/20 97/21
100/16 100/25 101/2 101/16 111/3
111/4 111/10 112/7 113/10 118/6
125/11 126/1 131/5 136/13 136/18
142/18 144/6 145/24 167/25 170/3
170/19 172/14 176/6 177/18 178/17
179/16 183/24 185/25 186/3 187/5
187/6 187/14 188/12 188/23 190/12
190/13 217/6 219/10 222/24 223/13
223/16 235/7 239/18 242/7 246/8 251/2
252/20 253/19 253/23 254/7 275/13
276/7 278/7 280/1 283/11 312/2 312/6
329/2 329/3 334/10
Thannisch [12] 60/19 62/3 67/5 67/5
104/11 112/13 112/16 178/7 190/2
215/6 215/7 224/23
that [1598]
that -- how [1] 198/5
that -- I [1] 17/19
that -- in [1] 236/14
that -- it [1] 107/3
that -- okay [1] 329/13
that -- so [1] 69/13
that -- to [1] 11/13
that -- would [1] 167/19
that's [149] 8/20 9/16 9/17 9/20 9/22
12/11 12/21 13/2 14/16 15/13 16/1
17/16 19/11 20/8 20/14 20/20 21/19
22/1 22/15 22/25 23/18 26/21 27/20
28/1 28/5 28/6 30/21 31/7 39/4 39/12
40/25 42/11 42/21 43/17 43/22 47/22
49/22 50/14 52/14 54/24 56/16 56/18
57/13 58/21 59/10 65/8 65/17 69/16
70/17 70/20 71/9 73/20 75/3 77/24
83/19 87/1 90/9 90/18 93/9 93/10 94/15
105/17 108/9 108/16 114/17 116/18
117/17 120/3 125/7 126/13 134/2 135/3
135/24 136/4 142/9 144/18 145/4
145/11 146/8 152/2 152/4 152/13
152/23 152/24 160/7 161/2 164/9
164/18 170/4 173/12 174/17 175/16
180/2 181/16 181/21 181/24 182/19
183/10 184/10 186/25 187/25 190/25
191/24 202/23 204/9 204/22 205/9
207/7 213/24 214/11 222/15 224/16
232/7 238/21 248/25 249/21 250/21
250/23 251/10 254/21 263/22 266/22
267/1 267/5 268/3 268/4 268/6 274/21
277/19 279/6 279/9 279/10 283/9 291/9
291/21 296/4 297/14 297/23 299/10
299/15 305/23 306/3 327/18 328/18
329/22 331/5 331/5 334/13 335/10
That's -- at [1] 160/7
that's -- I [1] 22/25
that's -- this [1] 14/16
the -- after [2] 13/5 83/17
the -- almost [1] 7/4
the -- and [1] 78/13
the -- apparently [1] 10/24
the -- between [1] 240/24
the -- do [1] 328/10
the -- everything [1] 143/8

the -- had [1] 55/4
the -- here [1] 281/3
the -- I [3] 37/20 259/6 277/16
the -- I'll [1] 106/4
the -- I'm [1] 159/18
the -- if [1] 283/8
the -- it [2] 26/5 162/17
the -- Matt [1] 188/15
the -- Mr. Darden [1] 196/14
the -- Mr. Darden's [1] 194/2
the -- on [1] 222/16
the -- saw [1] 166/9
The -- somebody [1] 123/1
the -- that [1] 181/3
the -- the [2] 305/7 311/19
the -- they [1] 252/14
The -- this [1] 298/23
the -- we [1] 196/13
the -- whether [1] 305/24
the -- whose [1] 116/18
the -- write [1] 197/11
the -- you [1] 265/25
the -- your [1] 224/5
the exact [1] 277/21
the video [2] 57/5 142/10
the [54] 16/9 44/3 44/3 55/5 55/9
55/18 68/6 75/13 85/14 87/10 94/12
128/12 128/14 128/15 129/21 129/22
140/23 140/25 145/14 145/15 145/18
146/14 156/22 156/22 156/23 194/21
200/12 210/9 219/2 230/25 234/13
234/13 242/9 247/22 248/12 248/20
248/20 249/14 250/20 250/20 251/6
251/6 253/3 253/9 258/13 258/15 268/7
274/12 284/13 288/5 293/5 316/25
317/2 317/3
Their -- yes [1] 44/3
them [126] 22/5 31/5 31/18 47/12 47/14
56/15 59/22 60/11 66/8 66/19 66/20
66/20 67/1 67/3 67/3 70/5 70/7 73/24
74/1 75/2 75/15 75/15 75/16 77/14 78/7
78/8 78/25 83/12 94/6 94/12 97/1 97/4
102/13 107/18 107/21 108/5 108/10
110/21 110/22 118/9 121/2 126/19
130/5 132/10 132/16 132/22 143/23
147/3 149/15 154/11 163/7 165/11
166/17 169/4 169/9 171/17 172/5 174/1
174/18 176/8 176/12 178/10 178/20
178/24 179/3 179/8 183/12 183/15
183/20 186/21 186/22 194/19 195/14
195/15 195/16 195/16 195/16 195/19
195/20 195/24 195/25 200/8 205/17
210/2 214/4 216/8 222/11 223/25
230/23 231/2 233/8 234/12 234/15
249/15 249/25 250/2 263/12 263/13
263/13 267/6 268/6 270/4 271/9 274/12
274/13 274/19 280/8 281/1 282/21
282/22 282/25 287/22 287/24 291/4
295/8 297/3 307/25 314/16 329/8
332/16 332/18 332/18 332/19 332/25
334/21 335/6
themselves [3] 59/21 130/2 205/4
then [125] 6/23 17/22 20/15 20/24
22/16 29/11 34/7 37/20 47/5 47/15 48/9
48/11 48/12 49/8 51/12 60/5 63/24
67/18 67/20 67/21 68/1 69/11 70/5
70/25 71/25 72/8 72/15 73/3 76/6 77/4
77/7 77/10 78/25 91/8 104/7 107/25
113/17 122/2 124/4 137/19 139/7
139/18 140/25 152/18 160/17 160/25
169/14 169/17 177/24 178/3 178/8
178/17 179/7 180/9 180/17 183/1

**T**

then -- [69] 184/22 192/1 192/6 192/7
192/14 194/20 195/16 195/19 197/11
197/23 201/8 216/12 216/24 218/25
220/15 220/18 220/23 220/24 226/4
231/8 231/22 233/2 233/3 238/7 243/3
260/13 261/1 262/3 262/4 263/10
265/12 278/1 299/20 301/6 304/20
305/16 305/20 306/4 306/20 306/23
307/21 307/23 308/4 308/13 309/5
310/7 310/9 310/14 311/19 312/22
313/1 313/3 313/9 314/13 315/3 315/15
317/12 317/22 318/6 318/10 318/13
318/16 319/5 320/12 322/23 323/7
327/8 329/19 332/24
theory [3] 289/24 290/1 290/2
there [232] 5/13 6/7 6/8 8/18 8/19 12/6
12/8 13/4 14/18 18/17 18/19 18/24 19/1
19/5 19/7 19/14 19/21 21/17 21/21
22/18 25/6 26/24 27/12 27/13 28/12
31/13 33/13 33/20 37/16 40/11 40/13
40/14 40/20 40/21 41/1 41/9 41/17
41/23 44/8 45/10 46/11 46/13 50/1 50/6
50/8 51/14 51/15 55/13 60/8 61/4 61/23
62/8 62/9 65/23 66/15 67/9 67/13 67/17
67/17 67/17 68/2 68/9 71/23 72/7 74/1
77/12 78/4 78/6 79/23 79/23 80/3 80/9
80/11 80/13 82/9 82/16 83/16 86/12
87/22 89/18 89/25 89/25 90/2 90/21
92/9 93/21 93/21 93/24 94/23 94/24
96/6 96/24 98/10 98/18 98/19 100/6
100/20 108/4 114/21 117/23 119/23
119/24 119/24 120/16 121/25 122/1
124/5 124/10 125/19 126/10 127/10
129/1 129/10 129/11 129/12 130/21
131/18 132/2 132/13 132/21 138/7
140/2 141/9 141/12 141/24 142/6 142/8
142/14 143/2 143/11 143/12 144/16
144/19 146/5 147/19 148/25 149/10
149/10 154/3 154/20 155/24 157/2
157/20 158/9 159/19 160/17 160/23
160/24 162/23 163/10 163/13 163/21
165/2 166/3 169/20 170/6 178/8 178/8
180/20 181/4 187/22 188/17 189/22
190/21 193/19 194/11 194/16 194/23
195/7 195/12 196/20 199/6 199/6
200/25 201/8 201/12 203/24 205/1
207/21 208/1 208/4 208/18 208/21
209/5 209/19 209/18 212/3 212/3 221/2
226/6 226/20 227/12 231/19 235/14
237/5 237/6 247/16 247/18 247/19
252/25 257/20 259/3 259/6 260/3 260/3
260/10 260/10 262/1 264/1 273/12
277/23 281/6 281/11 281/20 286/10
289/14 290/17 290/19 290/24 291/2
299/3 301/6 302/8 305/16 309/13
311/23 317/21 321/16 323/15 330/1
332/11 333/4
there's [45] 16/2 16/8 18/6 19/2 20/24
22/2 53/20 62/6 67/18 68/1 68/8 73/22
73/23 75/3 91/2 98/24 100/22 105/23
110/17 124/2 149/5 164/8 179/3 193/12
204/23 208/18 208/22 226/16 226/23
229/1 245/8 245/10 251/17 253/8 267/3
267/4 277/25 295/21 301/5 306/18
315/3 318/4 320/17 323/3 327/8
thereafter [1] 153/1
therefor [2] 285/12 285/18
these [67] 10/4 10/5 10/13 13/14 16/12
16/14 16/16 22/1 24/11 24/18 24/22
26/13 26/19 30/17 31/11 32/16 44/9
55/5 55/11 55/14 55/16 56/16 56/18

67/8 107/7 114/18 118/10 119/11
127/12 128/4 131/5 131/9 132/1 132/4
134/15 140/11 141/16 145/20 146/13
148/1 149/23 169/2 174/13 175/2
175/13 175/17 178/23 179/3 181/13
181/19 182/1 183/11 185/8 186/14
186/19 196/1 204/17 223/3 223/3
262/20 270/5 283/5 311/25 315/18
316/2 329/15 331/6
these -- and [1] 131/9
these -- are [1] 223/3
these -- Mr. Darden [1] 10/4
they [268] 7/22 8/1 8/6 8/10 16/9 18/15
18/21 21/7 21/16 27/11 30/3 31/1 31/5
31/16 37/14 43/10 43/12 44/4 44/5 44/5
47/7 47/18 47/19 47/19 49/5 49/10 55/5
56/1 56/2 56/3 56/3 56/5 56/10 56/12
58/18 58/20 60/1 60/1 60/2 60/15 61/11
61/15 61/15 61/22 62/8 62/16 62/16
64/14 66/25 67/11 67/12 67/12 67/16
68/1 68/7 68/8 70/1 70/3 70/21 70/21
71/1 72/4 74/9 74/23 76/6 76/8 76/18
76/25 77/1 77/6 77/10 77/15 78/3 78/9
78/9 83/4 84/16 84/18 84/22 84/23 85/3
85/14 85/18 85/22 86/13 88/3 88/3 88/9
88/12 88/13 88/14 88/20 88/21 89/17
89/18 94/3 94/11 94/13 94/14 97/6 97/7
98/20 98/21 98/25 99/7 99/8 99/8 100/7
106/17 106/19 107/23 108/2 108/3
108/4 108/10 108/12 108/12 108/17
108/19 108/20 110/1 110/1 110/9
110/18 114/21 114/21 114/25 115/1
115/5 115/20 117/23 117/24 117/24
118/3 120/19 124/25 127/16 127/17
127/19 127/21 127/22 127/23 128/2
128/5 128/13 128/15 128/16 129/22
131/10 131/21 131/25 132/2 132/4
132/11 132/11 138/18 143/22 146/15
148/9 154/8 156/21 156/24 158/6 158/8
162/19 163/6 169/7 171/17 172/4
172/17 172/21 172/22 173/3 173/9
173/19 173/20 173/20 173/22 173/24
174/24 174/25 175/4 175/4 175/5 175/7
175/8 176/4 178/10 178/15 178/15
178/18 179/6 179/7 179/9 183/13 188/5
188/6 191/9 194/19 194/20 194/20
195/15 195/18 195/20 199/7 200/6
200/6 200/8 200/10 201/3 201/7 201/8
201/9 203/25 204/24 204/25 205/5
209/16 210/20 212/5 216/24 218/23
218/24 218/24 219/3 219/3 222/7
224/22 230/23 231/1 235/15 235/15
237/6 244/12 244/23 249/16 250/1
252/7 252/14 253/5 253/9 253/9 258/16
262/15 262/21 262/24 263/8 268/6
270/16 270/20 270/20 271/8 273/5
274/18 275/23 276/4 278/16 282/6
282/7 282/7 282/20 288/2 294/21 318/2
327/14 327/15 333/21 333/21
they -- let [1] 171/17
they -- well [1] 128/2
They're [1] 201/11
they've [1] 26/9
thing [26] 18/25 28/14 28/16 34/16
40/13 40/14 40/22 52/5 63/13 71/24
76/13 80/5 104/4 104/12 150/21 192/1
207/14 243/5 279/3 281/12 282/12
296/3 296/5 311/3 329/4 331/21
things [48] 8/18 8/20 18/2 20/23 21/25
23/5 23/9 34/5 36/15 36/19 36/21 38/2
38/8 49/9 53/8 61/11 61/22 62/8 65/9
65/11 66/7 70/22 72/5 73/23 80/6 81/25
88/13 89/23 102/23 103/3 124/17 130/1

135/12 142/14 167/8 171/8 179/23
181/13 205/25 209/7 209/13 217/19
224/23 226/16 238/20 238/21 238/21
275/23
think [116] 7/21 10/20 11/16 11/23
16/20 17/24 17/25 18/24 20/19 21/13
21/25 22/25 24/1 26/16 26/20 34/17
37/5 37/19 39/1 45/25 47/22 52/4 56/12
62/22 66/2 72/4 77/22 81/16 81/23
81/25 82/6 83/6 85/25 89/4 89/6 89/21
89/22 91/4 91/5 98/21 99/10 100/3
100/21 100/22 102/24 103/5 105/19
105/23 107/6 107/22 107/25 108/2
108/8 108/25 109/2 109/4 110/7 110/15
110/17 110/20 122/17 149/22 149/23
150/10 166/2 172/4 175/11 176/4
181/22 181/22 181/24 181/24 183/18
186/24 206/14 207/2 209/25 217/2
228/11 238/19 241/15 242/6 252/10
257/22 267/25 273/15 273/21 276/4
277/21 278/4 279/9 281/4 281/6 281/11
281/12 281/13 281/23 282/6 289/8
290/21 297/20 298/9 298/11 299/5
311/8 311/9 311/20 312/8 318/16
320/17 320/22 328/20 330/8 330/23
333/23 334/15
think -- would [1] 257/22
thinking [2] 33/7 247/3
thinks [1] 12/12
thinly [1] 48/11
third [8] 7/4 7/5 194/23 301/3 301/9
301/15 301/19 314/8
this [520]
this -- by [1] 294/24
THOMAS [14] 2/1 2/1 54/22 79/13
104/23 110/8 157/1 166/24 167/15
215/2 239/11 246/4 253/25 254/11
thorough [1] 49/13
those [107] 10/16 20/23 22/8 23/23
26/16 26/25 27/10 28/4 29/23 31/1
31/10 41/5 41/7 43/4 48/17 52/20 53/6
58/16 59/2 59/19 62/13 65/13 94/2 97/5
107/9 113/3 116/25 117/2 120/13
128/11 131/6 132/9 133/8 147/2 156/23
169/22 169/23 171/14 171/21 172/15
174/24 175/24 176/19 179/14 179/14
179/23 180/23 182/16 191/13 202/18
203/3 205/25 209/7 209/13 223/14
224/7 227/1 228/3 262/21 263/1 280/14
280/21 283/25 284/4 285/2 285/16
285/18 285/20 286/10 288/15 290/3
290/25 291/3 291/18 295/7 299/11
299/18 301/12 304/5 304/21 305/3
305/12 308/18 308/25 309/22 310/3
312/15 313/7 313/8 313/17 314/14
314/24 314/25 315/14 315/14 316/3
317/5 318/19 320/7 322/15 328/2 328/7
328/14 330/3 330/13 333/20 336/6
those -- or [1] 295/7
though [5] 8/6 137/15 273/4 273/9
275/11
thought [11] 18/10 19/17 45/5 45/12
56/14 108/5 108/7 155/1 166/23 172/10
237/5
thousand [1] 211/21
thousands [1] 211/20
threat [3] 302/18 303/1 303/3
threaten [1] 194/21
threatening [1] 268/20
threats [2] 160/20 257/5
three [8] 20/1 80/13 145/23 178/9
180/20 295/17 300/22 302/8
three-quarters [1] 20/1

**T**

three-ring [1] 145/23
threw [1] 231/11
throat [1] 283/5
through [71] 6/19 11/19 12/7 17/7 19/17
36/3 36/18 37/16 37/20 42/14 47/2
47/25 49/6 50/16 56/2 68/7 69/4 88/17
98/5 99/8 99/8 119/5 120/8 124/1
127/22 133/8 133/12 133/13 135/9
135/10 135/17 135/20 135/23 136/8
143/5 180/22 183/3 183/4 186/23
195/12 213/21 213/22 213/24 215/8
219/25 220/19 223/18 226/10 228/10
229/16 256/16 277/24 279/8 284/6
285/10 287/15 294/18 298/11 310/15
310/19 312/12 312/15 315/4 315/9
315/12 315/16 315/17 315/19 318/17
335/5 335/6
through -- they [1] 99/8
throughout [9] 20/15 67/24 69/22
107/20 208/15 224/5 228/15 231/3
295/20
throw [3] 94/2 94/8 230/17
tie [1] 262/24
tied [1] 78/25
ties [1] 275/24
tighten [2] 131/21 132/16
tightened [1] 127/11
time [193] 7/11 8/7 11/21 12/6 12/8
14/24 27/15 27/23 29/24 30/1 31/18
33/10 33/17 34/12 36/4 36/13 37/3 43/9
44/13 44/24 45/16 45/21 46/18 48/3
49/3 49/11 50/16 52/14 54/6 54/14 59/1
59/5 59/21 60/2 60/5 60/13 61/21 63/4
63/15 64/2 66/19 68/2 68/20 70/4 73/16
75/5 77/12 77/14 83/11 86/24 95/3
95/22 96/25 98/16 101/6 103/7 104/8
104/8 104/12 108/1 109/24 111/16
112/6 112/20 120/7 124/6 125/23
125/25 128/16 132/3 133/2 133/4
138/13 139/7 140/19 142/8 143/11
143/12 149/19 151/1 154/19 154/20
155/8 155/12 160/3 160/7 160/19
163/20 164/5 166/10 167/17 167/22
168/5 169/18 172/22 175/11 178/10
182/24 186/23 194/7 194/9 194/13
196/15 197/7 200/18 205/12 209/12
210/11 211/4 211/9 211/11 220/25
223/22 224/5 224/19 224/24 225/13
226/12 227/9 227/13 228/11 228/14
229/2 229/12 229/24 230/16 231/9
231/10 231/14 231/22 232/9 232/25
233/6 233/6 233/8 233/24 234/20
235/11 235/23 237/6 237/7 238/1 238/2
238/3 241/14 241/20 242/10 242/11
243/13 243/16 244/16 244/18 244/21
244/23 245/4 248/14 248/17 251/23
255/10 255/13 257/16 257/17 257/17
259/4 260/9 260/12 260/25 261/20
262/10 263/2 263/12 269/11 270/18
271/15 271/18 281/15 284/12 291/7
304/19 305/14 306/17 307/6 307/14
307/20 308/24 310/2 310/2 320/7
322/14 327/14 328/4 328/4 331/21
time -- that [1] 257/17
times [22] 12/4 46/15 66/21 70/24 105/1
105/3 123/6 133/25 134/5 148/9 148/12
175/17 210/6 210/7 211/9 211/10
240/12 240/25 241/7 241/15 247/16
247/18 249/1
tip [1] 162/19
tips [1] 287/18

tired [1] 224/20
tissue [4] 48/9 48/9 48/11 48/14
titles [1] 171/21
to -- as [1] 295/8
to -- before [1] 97/23
to -- he's [1] 26/10
to -- I [1] 136/15
to -- on [1] 193/13
to -- related [1] 215/23
to -- these [1] 204/17
to -- when [1] 260/10
today [9] 12/23 35/18 86/25 87/2 148/11
171/12 245/21 257/18 335/8
together [14] 49/4 60/14 64/24 74/22
78/17 78/20 79/1 84/17 199/24 200/15
224/22 263/14 329/8 333/20
told [25] 19/2 20/17 20/20 20/20 37/7
44/6 72/12 89/15 178/23 191/3 194/16
199/9 199/10 199/18 213/3 216/6 228/2
229/11 241/16 241/25 244/19 244/23
248/11 268/6 271/4
tolerance [21] 58/10 58/13 58/19 84/14
84/15 84/20 84/25 85/15 86/6 102/7
111/21 200/3 200/4 200/20 221/4
223/24 257/4 257/12 257/15 257/23
270/11
tomorrow [1] 279/8
tonight [1] 328/21
too [7] 16/24 86/21 140/2 145/21
157/11 261/4 291/24
took [16] 10/14 33/19 37/14 77/14 77/17
83/8 114/25 115/20 123/5 123/9 215/6
218/21 224/8 241/2 241/6 241/7
top [11] 48/21 69/5 77/3 80/13 127/14
130/14 159/2 169/14 201/21 201/22
236/12
top -- Ricks [1] 169/14
torment [1] 314/9
torso [1] 155/17
total [6] 11/23 51/24 89/20 129/10
210/23 255/2
totality [1] 250/14
totally [3] 10/6 25/2 48/18
touch [1] 89/1
touching [1] 123/8
toward [1] 224/8
towards [1] 127/12
toys [1] 225/5
track [1] 149/22
trade [1] 36/24
trafficking [1] 220/10
trained [1] 263/22
training [32] 59/8 59/13 59/15 68/7 68/8
68/10 68/15 85/1 85/4 85/15 85/23
220/24 222/13 222/13 223/1 223/11
223/18 223/21 223/25 224/1 224/5
224/15 241/21 250/10 256/16 257/8
260/18 264/4 270/9 270/12 292/8
292/16
transaction [1] 288/23
transcript [4] 1/11 2/8 336/3 336/5
transition [1] 78/10
Transitioned [1] 232/9
transmitted [1] 172/23
trauma [1] 319/18
traumatized [1] 32/19
treat [1] 291/4
treated [1] 284/12
treating [2] 282/21 282/21
trial [29] 1/11 4/13 13/13 20/15 21/4
31/14 69/22 81/10 83/11 90/6 103/22
104/2 107/8 112/8 113/7 114/18 116/11
184/12 187/24 205/21 205/23 206/5

208/15 238/7 284/6 291/8 291/17 292/2
292/3
tried [18] 21/1 21/4 34/9 34/14 121/11
123/10 132/16 230/7 233/3 235/12
260/11 260/13 261/15 262/4 262/14
263/6 272/10 272/12
tries [1] 65/11
trigger [2] 49/22 133/11
triggered [2] 53/19 163/3
trouble [2] 225/8 242/15
true [7] 50/14 125/21 224/16 229/22
243/10 292/12 336/3
truth [8] 114/23 115/5 115/8 115/12
118/3 118/4 174/24 284/8
truthful [2] 195/23 210/10
try [27] 22/1 33/4 50/8 65/10 69/21
69/22 70/25 72/15 72/19 73/24 74/19
76/6 76/7 77/2 77/8 77/9 78/19 88/20
100/18 148/2 187/8 193/12 197/6
228/18 230/1 239/13 260/15
trying [51] 18/4 39/14 63/3 71/25 77/13
77/13 79/22 80/9 80/10 94/13 121/15
122/15 124/15 125/16 126/15 130/2
131/1 131/3 131/21 132/9 146/25
175/11 175/18 182/7 183/15 183/18
192/10 195/21 195/22 196/13 196/18
211/5 216/13 226/19 230/6 231/10
231/15 232/5 236/2 237/16 237/17
245/5 247/6 249/20 249/24 261/5 262/2
270/6 280/5 332/14 332/19
tunnel [1] 143/24
turn [4] 74/3 113/17 146/21 184/3
turned [1] 155/6
Turner [1] 65/23
twice [9] 43/16 48/22 49/20 49/21
134/16 217/2 229/6 284/5 317/10
twist [1] 74/3
Twitter [1] 294/5
two [68] 6/14 13/11 13/14 13/14 20/18
23/23 41/1 41/5 41/9 46/11 46/15 46/15
46/16 47/4 49/22 53/12 67/9 78/15
78/17 78/25 97/1 106/2 113/11 116/25
117/5 119/9 123/3 127/14 128/11
129/11 130/1 131/5 132/17 144/23
145/7 146/10 146/12 146/13 149/11
170/6 193/22 204/17 211/9 211/10
221/10 231/8 231/16 232/4 236/20
260/4 262/11 263/15 275/23 278/1
278/25 285/4 285/14 286/15 288/23
289/14 295/14 298/18 301/12 305/23
308/25 310/3 314/1 320/8
type [10] 59/2 59/19 86/4 198/8 198/20
215/21 223/25 224/5 227/18 273/12
types [2] 59/18 182/16

**U**

U-N [1] 299/18
ultimate [1] 289/11
ultimately [4] 44/6 159/6 192/11 196/5
un [2] 107/5 307/7
unable [2] 67/14 146/17
unadjudicated [2] 4/19 180/10
unadmitted [1] 335/2
unanimous [8] 285/6 285/10 285/11
285/16 286/17 286/22 287/2 293/9
unanimously [2] 285/7 285/8
uncertain [1] 303/18
uncommon [1] 289/1
under [49] 9/4 18/14 23/4 41/12 45/7
48/13 49/6 55/13 55/16 55/18 55/22
65/15 83/3 84/1 85/14 129/2 129/17
129/17 129/22 130/5 130/12 130/17
131/4 132/22 141/15 143/22 148/1

## U

under... [22] 154/11 155/23 156/22
173/24 175/8 182/5 190/10 245/21
265/1 270/5 270/6 285/5 288/8 291/17
291/20 303/11 306/16 307/4 307/19
316/19 317/8 318/17

underlying [5] 53/19 55/10 55/15 55/24
246/17

underneath [15] 129/15 148/23 149/14
155/17 165/1 165/8 166/6 166/17
177/13 219/3 231/10 236/6 236/11
262/9 262/12

understand [36] 5/7 15/18 26/4 27/22
30/7 43/6 52/10 52/22 61/4 62/19 88/19
91/10 115/14 116/11 117/24 143/4
143/9 151/24 153/23 159/1 166/7
182/13 188/2 194/14 207/23 208/13
210/12 211/25 214/8 242/23 251/17
273/8 278/13 282/8 284/11 286/4

understand he's [1] 62/19

understanding [2] 43/13 292/6

understands [1] 89/6

understood [1] 292/22

underwent [1] 59/8

undisclosed [8] 24/13 24/16 24/19
24/25 26/7 26/13 27/6 27/18

undisputed [1] 56/9

unfairly [1] 295/2

unfolded [1] 146/13

Unfortunately [2] 25/17 78/8

unimportant [1] 289/3

unintentional [1] 70/24

unit [33] 58/16 59/5 59/6 59/13 62/12
62/17 63/14 63/16 63/17 63/20 67/25
68/1 84/14 84/15 84/19 84/24 85/15
86/6 102/5 102/7 111/22 115/23 174/25
221/4 223/24 227/17 257/14 257/15
257/23 270/8 270/9 270/10 270/11

unit -- a [1] 257/14

UNITED [3] 1/1 1/12 336/7

units [1] 59/4

unknown [2] 226/23 304/17

unless [8] 17/20 54/22 128/13 186/15
244/4 286/13 287/21 323/18

unnamed [1] 177/23

unnecessary [1] 302/20

unquestionable [1] 55/8

unreasonable [7] 55/21 299/18 301/4
301/16 304/7 307/4 307/11

unreasonably [1] 56/5

unresponsive [5] 12/10 20/7 43/15
43/21 44/2

unsafe [1] 124/3

unsuccessful [1] 232/4

until [19] 98/5 121/20 144/20 148/5
167/19 168/6 182/25 189/23 212/3
218/21 218/21 235/19 235/20 235/23
237/10 252/7 272/5 294/8 296/11

untrue [1] 85/5

up [142] 6/20 6/23 8/13 10/2 10/14
10/17 13/5 18/24 20/17 20/21 24/13
29/19 33/19 36/4 37/13 40/8 41/4 43/8
51/2 51/17 51/22 52/3 57/1 57/5 57/6
57/7 57/20 61/2 62/7 66/25 67/19 67/21
68/15 73/9 75/6 78/7 79/3 80/23 81/20
83/18 83/22 88/17 92/8 92/22 93/4
94/19 97/11 98/3 101/17 104/3 104/5
105/2 106/24 114/9 117/13 120/18
121/20 122/21 122/21 123/17 123/18
126/9 126/16 126/21 127/11 127/12
131/21 132/16 133/9 134/18 137/25
138/23 139/3 139/6 139/11 139/15

139/17 139/19 140/10 140/12 145/22
147/6 147/9 147/12 148/2 148/5 149/13
159/9 151/19 171/3 165/19 201/2
201/24 203/19 205/4 206/10 207/19
207/13 215/17 217/1 218/9 218/11
222/15 226/7 226/9 228/24 229/16
229/17 230/5 231/11 231/11 233/1
235/9 235/25 237/11 244/12 248/2
250/6 251/9 251/24 252/7 252/22
256/19 261/15 265/5 265/16 274/19
275/19 276/22 290/16 291/15 292/1
292/13 293/19 294/7 296/13 305/14
311/10 315/6 315/12 327/22 330/6

upon [9] 42/12 52/1 86/15 199/2 217/2
283/24 284/2 284/7 285/8

upon -- the [1] 285/8

upper [1] 131/16

upright [1] 82/9

upstanding [1] 175/19

us [44] 6/5 8/5 21/4 21/20 24/12 37/1
38/7 58/19 58/22 65/13 65/14 72/19
75/14 109/8 112/15 113/20 120/3
122/17 123/4 123/18 124/1 125/20
126/8 127/17 128/14 136/2 144/24
144/24 145/7 149/9 157/5 191/8 191/9
191/21 192/23 193/4 195/23 197/24
199/8 216/6 244/22 264/1 298/18 334/6

use [42] 16/24 18/3 45/13 46/17 55/4
55/19 59/17 73/22 75/3 78/17 78/20
103/3 112/14 123/2 132/1 132/16
141/17 141/19 141/21 152/23 152/24
155/9 155/12 155/23 156/10 212/1
223/2 232/1 250/11 263/15 274/5
275/25 293/25 294/14 301/1 301/14
302/17 303/10 303/14 304/13 311/19
325/25

use-of-force [1] 275/25

used [67] 34/5 36/15 37/22 37/24 38/2
48/7 50/8 53/6 55/7 55/12 78/14 78/24
79/5 97/4 131/24 132/2 155/8 155/8
155/10 194/18 204/15 210/5 210/7
210/11 211/19 261/10 263/1 273/6
273/6 292/20 300/17 301/4 301/16
303/21 303/22 303/23 303/25 304/6
304/9 304/24 305/24 306/22 308/6
308/11 308/20 309/1 309/2 309/11
309/15 309/23 310/4 310/5 313/13
318/25 319/13 319/20 320/2 320/9
320/10 321/14 321/25 322/10 322/16
322/17 323/2 323/16 324/15

used -- let [1] 304/9

using [8] 75/8 76/24 123/11 132/17
150/9 210/3 210/8 232/10

usually [6] 47/15 70/7 86/22 124/5
175/14 211/23

## V

V-E-R-R-E-T-T [1] 57/19

vacation [1] 238/23

vague [1] 245/14

value [3] 210/18 210/23 313/20

van [6] 113/10 66/25 104/11 119/15
258/18 259/7

vantage [3] 128/15 152/12 260/15

variation [1] 120/13

varies [1] 292/21

variety [3] 224/3 226/15 233/7

various [4] 215/8 328/3 328/15 328/16

verbal [3] 72/17 75/7 76/25

verbalized [1] 122/10

verdict [47] 55/17 277/13 278/22 279/4
279/5 280/15 280/18 280/22 281/6
283/24 284/2 284/9 284/21 284/24

285/2 285/14 286/8 286/9 286/11
286/14 290/16 292/20 292/23 292/25
292/6 293/19 293/21 293/22 294/9
295/7 296/6 296/7 296/12 297/16 300/9
300/12 300/14 306/2 308/1 323/4
327/18 328/1 328/3 328/3 328/16
328/21

verify [1] 171/9

Verrett [18] 3/24 57/15 57/19 57/21 58/3
126/24 127/4 132/4 153/5 208/4 208/15
208/17 208/17 208/21 208/24 209/1
209/4 209/8

Verrett's [1] 209/9

version [6] 104/3 104/4 104/9 106/7
106/10 277/15

versions [1] 328/3

versus [3] 1/7 179/18 180/9

very [35] 9/20 24/4 32/16 32/19 33/7
33/21 49/2 75/10 75/19 83/5 104/10
104/14 107/5 110/11 123/22 124/6
140/14 141/22 143/1 156/24 175/12
175/19 175/19 181/24 184/9 186/3
218/14 235/22 242/10 274/1 274/1
274/25 275/2 286/10 299/25

vice [1] 189/14

video [139] 5/20 5/21 6/1 6/8 7/12 7/19
7/23 9/18 9/22 9/23 10/24 11/1 11/2
11/4 11/9 11/14 11/22 11/24 11/25 12/7
12/11 30/3 30/4 30/5 30/13 34/12 43/4
43/6 43/8 43/24 44/18 44/20 45/1 45/2
45/6 45/8 45/16 50/15 51/21 51/25 52/1
52/20 53/4 56/10 56/25 57/5 72/21
82/15 82/16 83/2 83/4 83/6 83/13 83/16
83/19 83/21 84/4 84/8 88/10 92/25
96/20 103/2 104/7 104/10 104/13
104/18 104/21 105/5 105/10 106/7
106/25 121/1 121/16 121/16 121/19
126/1 134/2 134/15 135/2 135/23
135/24 136/3 136/22 138/3 138/17
138/17 140/14 140/18 140/19 142/7
142/8 142/10 142/13 142/15 142/20
144/4 144/7 144/8 145/10 146/16
146/19 148/8 152/20 153/11 153/12
153/15 153/19 153/23 153/24 154/8
154/15 155/21 157/16 158/16 159/11
159/18 160/3 160/4 161/2 161/3 166/10
167/16 231/22 232/18 233/7 233/12
238/11 238/13 239/15 240/8 240/12
240/17 240/21 240/24 241/7 241/14
271/24 271/24 272/2

video -- this [1] 105/5

videos [23] 6/13 6/14 13/9 13/11 13/12
13/14 13/15 31/10 43/12 43/13 49/17
66/17 69/11 83/10 96/24 102/25 103/3
119/9 119/11 134/16 134/25 149/20
231/19

videotape [2] 141/6 227/6

videotapes [1] 228/14

view [11] 94/18 94/21 144/8 145/12
145/15 151/10 151/16 152/13 159/19
283/25 303/14

viewed [3] 44/10 45/6 45/16

viewing [1] 167/16

views [1] 111/1

violated [3] 27/16 56/6 180/19

violates [1] 249/22

violation [8] 222/14 248/22 249/10
266/23 274/4 283/24 284/1 284/20

violations [1] 180/24

violence [2] 65/13 69/15

violent [1] 59/1

Virden [1] 151/4

vision [1] 143/24

# V

voice [1] 173/15
voices [1] 141/21
voir [2] 179/1 179/3
VOL [3] 3/2 3/19 4/14
volume [3] 1/11 287/13 334/20
vote [1] 296/3

# W

W.F [48] 1/8 1/21 300/17 301/1 301/4
301/14 301/16 302/16 303/2 303/2
303/4 303/5 303/12 303/14 303/21
303/23 304/1 304/2 304/3 304/4 304/6
304/18 304/24 306/16 308/6 308/11
308/20 308/24 309/1 318/25 319/13
319/20 320/3 320/6 320/9 321/14
321/25 322/10 322/13 322/16 323/2
325/4 325/7 326/11 326/13 327/2 327/5
327/7
wait [1] 182/25
walk [5] 51/18 51/22 51/23 92/23 93/5
walked [4] 52/3 76/17 244/9 244/14
wallet [1] 219/2
want [121] 8/16 10/23 11/1 16/15 17/11
17/18 17/21 19/13 21/22 22/22 24/11
28/21 29/5 33/16 36/22 38/21 45/2 48/3
51/6 52/23 54/13 57/6 63/8 67/3 70/3
70/10 70/18 72/16 81/8 83/15 84/13
84/22 87/16 88/9 88/11 91/17 91/17
91/23 92/10 93/15 93/15 94/5 98/1 98/3
98/13 98/14 98/17 98/20 98/22 99/12
99/13 99/15 99/18 100/11 100/18
101/14 103/19 109/6 109/12 109/17
110/3 136/7 136/11 136/12 136/15
137/7 138/4 138/12 139/3 139/21 150/1
157/5 161/16 161/23 162/10 164/24
167/1 172/18 178/24 179/14 183/9
183/22 187/15 197/10 197/12 203/22
204/14 204/16 204/19 204/22 205/11
205/24 206/9 207/3 207/5 216/7 234/25
239/25 242/21 247/1 251/14 261/3
275/25 276/1 276/5 277/13 279/7
279/11 279/14 279/23 280/11 295/21
300/6 328/20 329/6 329/9 331/15
331/22 332/20 332/25 333/4
want -- he [1] 88/11
wanted [25] 5/9 10/24 23/12 41/2 41/10
47/23 50/25 61/15 84/18 89/18 97/22
97/25 99/11 99/25 100/4 107/14 107/16
171/25 187/21 188/7 193/17 204/9
242/19 268/24 280/6
wanting [2] 134/17 174/25
wants [7] 12/15 18/11 22/23 54/22
139/7 166/8 208/24
warrant [136] 4/15 4/20 41/14 59/23
60/1 60/7 60/14 61/15 62/16 62/17
63/11 63/15 64/19 64/21 64/23 64/25
65/2 65/6 66/6 66/24 67/9 69/14 85/25
86/14 86/21 86/22 87/5 87/13 88/3
88/12 88/18 88/21 89/9 89/13 89/15
89/16 89/17 89/18 98/12 98/19 98/23
98/25 111/22 112/1 112/12 112/15
113/5 113/16 113/22 113/22 114/8
114/17 115/3 115/4 116/1 116/2 116/13
116/23 117/14 117/18 117/23 118/17
118/19 118/20 120/1 120/2 161/25
162/2 162/5 162/6 162/16 162/18
162/21 163/4 163/8 163/11 167/9
167/12 174/23 177/21 177/22 177/25
190/3 190/20 190/25 191/1 191/15
191/16 192/11 194/19 196/6 197/1
197/2 197/6 197/11 197/18 197/20
197/22 197/24 197/25 198/3 198/14
198/20 198/21 198/24 199/25 201/1
205/8 207/16 207/17 209/5 209/15
212/21 214/9 215/5 215/22 216/14
216/21 224/22 225/3 225/13 225/23
225/25 227/1 258/9 258/11 258/12
258/13 265/24 270/12 270/19 301/22
302/4 302/5 303/8 326/2
warrant -- after [1] 64/23
warrant -- what's [1] 120/1
warrants [8] 58/25 58/25 163/18 177/24
214/1 218/2 257/24 257/24
was [705]
was -- after [1] 81/19
was -- he [2] 33/20 178/22
was -- I [3] 15/24 63/24 80/4
was -- it [1] 36/2
was -- one [1] 225/20
was -- that [1] 199/12
was -- was [1] 147/6
WASHINGTON [51] 1/15 1/15 5/7 12/12
15/12 19/2 21/24 27/21 27/25 29/6 29/9
32/6 35/10 40/5 50/3 51/5 53/16 80/19
80/22 93/15 97/3 104/6 104/17 105/23
109/12 110/12 116/6 135/7 135/13
137/19 138/13 146/19 158/12 161/15
164/21 165/9 206/3 208/15 208/20
218/18 237/20 240/7 246/20 247/12
247/13 248/10 249/13 267/24 274/10
275/5 331/2
Washington's [2] 136/2 217/8
wasn't [29] 8/9 18/24 23/19 25/6 40/13
40/21 69/20 74/17 78/21 81/4 122/4
122/12 122/12 122/13 122/18 135/1
140/14 143/19 143/20 151/1 154/25
155/3 163/12 164/4 206/14 229/12
247/5 259/4 331/1
wasn't -- I [1] 140/14
waste [1] 186/22
wasted [1] 211/4
watch [2] 104/12 144/5
watched [1] 34/16
watching [3] 133/16 133/19 143/1
Watson [1] 27/23
wax [1] 48/11
way [30] 6/13 12/7 16/5 20/1 22/1 29/19
55/13 56/1 65/17 134/5 136/14 146/14
166/13 187/25 195/25 197/15 215/8
215/23 226/19 242/21 281/1 284/4
288/1 295/19 298/9 299/13 305/13
311/23 328/12 332/13
ways [3] 119/6 249/1 262/25
we [353]
we -- were [1] 271/23
we'd [1] 13/12
we'll [14] 6/21 22/3 121/2 121/3 128/23
135/12 168/18 170/11 184/22 195/14
195/15 216/24 276/5 334/5
we're [56] 11/7 17/3 17/5 17/22 17/24
20/23 21/9 22/16 22/17 22/17 23/9
24/23 27/19 29/4 32/16 35/24 52/11
66/2 83/6 87/14 88/7 88/14 88/20
103/11 110/16 111/2 121/3 121/16
123/8 124/14 129/4 133/16 135/11
136/1 136/21 142/3 142/19 144/4
145/20 146/25 149/23 154/12 156/11
159/11 162/10 187/8 195/22 204/5
232/18 237/7 250/17 256/10 257/18
268/5 276/10 329/7
we're -- I [1] 17/24
we've [30] 9/25 13/12 13/14 17/14 24/1
24/2 87/24 91/3 101/11 102/23 109/7
110/8 111/13 114/18 116/20 142/22
153/14 160/11 160/22 174/20 186/24
201/2 209/25 211/4 213/4 213/7 218/11
226/21 248/25 328/5
weapon [10] 4/21 7/9 124/18 125/19
130/3 158/24 159/5 237/16 244/17
247/19
weapons [16] 70/21 70/22 71/14 94/24
94/24 96/6 119/24 119/24 165/19 208/1
221/24 227/12 227/15 232/2 244/18
256/25
weapons -- do [1] 94/24
website [2] 110/19 294/4
week [1] 197/11
weekend [1] 33/20
weigh [2] 229/1 229/4
weighed [1] 73/15
weighing [1] 289/1
weight [8] 229/6 236/12 287/5 287/18
287/25 288/5 293/4 293/20
welcome [4] 38/23 109/18 179/15
283/12
well [144] 6/10 9/19 12/1 12/12 12/19
14/14 15/4 16/2 16/24 17/7 17/21 17/24
18/1 18/21 19/1 19/12 20/13 22/9 22/13
22/20 22/25 23/23 26/16 26/20 30/2
30/7 32/19 32/25 33/6 34/13 39/15
42/13 44/23 47/9 49/4 50/14 53/1 57/7
61/13 62/19 64/8 67/10 68/18 69/20
80/4 83/20 84/3 87/24 91/17 98/3 98/24
99/22 100/21 101/7 103/9 105/6 107/6
108/5 108/18 109/17 110/7 110/11
114/8 114/17 116/10 117/10 123/9
128/2 131/18 138/6 145/13 157/12
157/23 162/12 164/12 165/4 173/17
173/25 174/18 175/1 175/10 175/17
178/22 179/2 179/11 181/3 181/10
181/19 181/21 182/12 183/13 183/20
184/22 188/5 189/11 189/14 190/5
191/3 192/13 193/17 194/15 194/18
197/3 197/10 197/20 199/5 200/6
208/21 211/7 212/2 212/20 216/2 216/6
217/24 218/15 219/14 231/23 243/8
247/1 249/18 249/23 250/22 254/2
262/16 269/2 270/5 280/11 291/10
291/21 295/5 298/25 299/2 309/7 311/4
315/17 318/6 318/7 331/20 332/12
well-qualified [1] 68/18
went [34] 12/25 18/15 20/17 24/21
42/14 43/7 69/4 71/20 79/16 88/2
102/17 118/16 119/1 123/16 123/17
130/23 154/8 162/23 167/7 174/23
192/15 198/6 211/14 221/4 226/4
228/24 229/8 244/20 251/22 260/2
260/10 260/24 261/14 265/15
were [255] 5/18 6/16 7/11 10/13 13/1
20/19 25/5 26/12 26/13 26/14 26/25
27/8 27/9 27/11 28/4 31/11 33/10 33/12
33/13 37/3 41/1 41/9 46/11 46/13 46/19
47/4 47/5 47/16 47/18 53/4 53/8 55/7
56/15 58/7 58/7 58/9 58/12 58/22 59/20
60/8 60/10 60/10 60/15 61/23 62/1 62/8
63/10 63/10 66/12 66/15 66/24 67/6
73/8 73/9 77/6 77/10 78/13 79/23 80/11
81/24 82/13 83/4 83/17 83/22 84/13
84/23 84/23 86/6 88/12 89/15 89/19
89/24 89/25 93/21 93/21 93/24 93/25
95/1 96/3 96/6 98/11 98/18 99/25 102/8
102/10 111/6 111/24 114/21 117/14
117/15 117/19 117/23 118/20 118/22
122/7 123/6 124/7 124/9 124/10 124/11
125/22 125/24 126/15 127/16 127/17
127/19 128/11 129/10 129/11 132/4

# W

were -- [145] 132/5 133/14 135/8 136/2
141/7 141/10 145/7 145/7 148/13
149/10 149/10 151/4 151/7 151/8
157/21 158/6 162/21 163/13 164/12
165/15 167/7 167/17 171/5 171/14
171/17 172/22 173/3 174/13 177/2
180/24 181/6 183/18 184/12 186/19
188/1 189/22 190/1 192/16 194/12
194/15 195/7 196/13 196/17 199/6
199/15 202/3 202/17 205/1 208/4
208/18 208/21 210/3 210/7 210/8 210/9
210/12 210/20 215/7 215/21 219/3
219/3 219/12 221/1 222/14 224/22
225/4 225/17 226/1 226/13 227/12
228/7 229/11 229/12 229/21 230/6
230/8 231/16 232/1 232/4 235/11
235/14 235/15 235/15 235/17 236/14
241/24 243/12 243/15 244/12 247/3
247/16 247/18 255/5 257/12 258/2
258/4 258/10 259/3 259/9 260/21
261/17 261/22 262/1 262/2 262/6
262/11 262/15 262/21 263/1 263/17
264/1 264/16 264/17 265/22 265/25
265/25 268/7 269/10 271/23 271/24
273/12 290/17 291/18 292/18 293/19
297/2 304/5 304/21 305/12 313/22
318/19 326/20 328/2 328/7 328/8
329/16 329/23 330/3 330/21 331/7
331/16 332/8 332/18 332/18 333/10
were -- had [1] 263/1
were -- they [1] 132/4
were -- were [1] 93/21
weren't [5] 12/16 123/4 128/4 142/25
203/24
West [1] 2/2
what [528]
what -- are [1] 172/2
what -- tell [1] 99/20
What -- were [1] 202/3
what's [39] 9/21 10/22 12/1 20/25 30/4
39/19 66/9 80/4 93/2 107/12 112/8
118/3 119/17 120/1 129/18 131/20
132/13 135/4 140/4 142/1 143/9 143/25
144/13 146/17 146/24 153/12 153/18
153/24 174/19 175/1 175/22 179/23
195/3 195/13 201/1 206/4 212/2 232/10
281/25
whatever [19] 60/15 84/20 128/14 183/20
225/23 248/24 280/8 282/6 315/1
whatsoever [3] 12/22 56/1 79/5
when [162] 9/25 10/17 11/9 11/11 11/19
14/18 16/5 18/22 20/16 20/21 27/7
27/10 29/24 33/12 41/23 44/1 44/21
45/4 45/6 47/7 48/20 51/14 56/14 59/23
61/14 62/1 62/16 64/23 65/20 66/5 66/9
66/23 67/6 67/12 69/3 71/16 71/20
71/23 72/12 73/18 73/18 75/3 75/7
76/14 76/15 76/17 81/16 81/19 84/16
84/17 89/15 89/25 94/5 96/24 97/7
97/11 104/4 104/10 106/12 112/17
113/23 117/13 118/8 118/16 118/24
119/4 119/17 122/3 123/5 123/8 123/23
125/16 129/21 129/22 132/9 132/15
136/6 136/10 138/4 138/21 138/22
141/6 141/15 143/2 143/3 143/7 143/21
146/9 148/12 149/12 154/20 155/5
160/10 162/24 167/7 179/12 180/2
191/15 192/23 193/14 195/11 197/17
200/15 201/6 201/8 214/5 220/12
220/18 223/24 224/18 224/21 226/6
227/3 228/9 228/9 230/1 232/7 236/1

236/11 240/8 241/2 242/15 242/21
244/9 244/9 244/14 246/20 247/5
247/16 247/23 248/6 250/6 251/23
251/25 252/12 252/13 258/18 260/10
261/10 265/4 268/15 269/9 269/9
270/21 273/17 274/10 286/9 286/19
287/9 287/15 288/2 289/21 291/2
292/20 302/25 303/23 303/25 304/11
304/15 313/24 314/7 332/18
when -- it [1] 273/17
whenever [2] 62/6 274/11
where [79] 11/3 11/15 11/17 13/25
25/19 30/1 32/3 33/22 34/14 45/7 59/2
60/3 66/24 67/2 67/11 67/14 70/9 71/7
75/15 77/15 84/21 84/22 90/23 92/3
97/1 118/24 121/14 125/8 125/8 126/3
126/24 129/3 129/14 129/15 130/16
132/2 135/14 138/17 138/17 140/12
141/7 142/4 143/12 143/13 144/9
144/13 145/2 145/22 148/5 149/22
152/2 156/9 158/16 162/15 179/21
209/15 212/10 218/23 218/24 218/24
219/3 219/3 227/14 231/25 234/7
237/21 245/2 255/3 258/19 264/9
272/16 273/19 277/25 278/20 280/18
290/24 298/25 299/4 318/20
whether [39] 11/14 12/9 13/6 16/11
58/25 70/23 86/16 107/23 124/18
125/21 242/14 243/2 276/1 287/19
288/10 288/14 289/2 289/3 292/13
292/15 292/18 301/8 301/18 302/25
303/2 303/4 303/5 303/13 304/6 304/7
304/8 304/22 305/24 306/22 309/14
321/4 323/14 324/12 324/13
whether -- do [1] 304/22
Whew [1] 327/18
which [67] 7/12 14/22 16/6 22/13 23/5
24/20 25/10 29/11 46/15 48/11 55/20
59/16 60/4 60/4 63/16 67/4 67/20 70/7
75/2 75/13 75/14 107/4 115/3 115/15
117/19 124/5 125/25 129/16 129/16
146/12 152/7 156/19 162/17 163/3
163/5 164/20 184/12 184/17 185/2
199/11 205/9 222/13 232/25 258/22
262/9 262/14 270/18 275/24 278/3
278/3 281/6 286/4 288/8 288/9 288/13
288/17 289/12 292/21 292/23 304/17
306/21 309/5 313/18 314/2 314/8 327/5
334/4
while [31] 20/16 39/22 40/9 57/1 57/4
64/14 76/25 92/8 106/19 111/23 118/20
136/16 137/14 141/12 158/9 158/9
189/24 241/22 252/15 255/10 264/16
264/17 279/2 279/16 288/12 300/16
301/24 304/23 318/25 319/13 319/20
While -- after [1] 111/23
white [3] 212/16 217/22 218/7
who [92] 14/24 20/19 26/12 35/22 44/1
44/4 52/2 56/11 60/1 60/21 60/23 61/1
63/15 63/19 65/13 65/23 67/19 68/5
68/9 69/4 71/2 71/2 71/20 72/10 74/14
77/6 88/15 88/16 88/20 89/7 89/8 93/24
93/24 101/7 112/18 117/14 117/16
117/18 118/22 120/6 120/8 121/22
124/24 127/1 127/12 127/16 128/18
144/2 144/17 147/20 147/20 148/18
150/5 153/4 153/6 157/8 157/8 157/16
163/21 165/5 169/7 188/13 193/24
194/1 194/16 200/2 201/18 202/20
203/3 203/4 212/15 213/17 217/22
229/11 229/18 230/14 235/15 237/25
238/5 238/15 239/16 248/16 259/25
261/3 262/12 264/5 274/5 285/11

287/22 287/23 292/4 331/19
whoever [2] 128/20 334/12
whole [16] 11/23 13/8 91/16 99/6
104/12 104/13 115/15 133/2 133/4
279/3
whom [5] 176/20 176/21 221/21 315/12
315/23
whose [4] 113/25 116/18 165/4 182/2
why [64] 16/5 16/19 17/19 17/20 18/21
21/22 31/13 61/10 61/22 62/8 63/2 65/9
70/18 72/4 80/1 84/14 88/2 91/20 108/9
114/20 115/4 116/1 117/23 117/24
122/16 125/12 125/15 127/21 128/1
128/5 130/14 132/19 133/6 135/11
137/10 141/16 141/21 168/5 174/25
178/24 186/21 193/9 193/15 196/17
202/24 205/9 212/23 216/23 224/11
226/25 230/10 234/2 237/13 242/20
246/24 259/3 260/14 261/2 263/15
264/23 265/19 265/20 265/21 276/22
why -- first [1] 141/16
wide [1] 107/19
width [1] 78/16
will [89] 11/10 11/17 16/13 19/5 20/12
30/19 54/21 58/2 62/24 75/25 99/24
103/3 103/8 107/9 134/6 134/12 135/17
135/18 165/10 170/2 170/11 172/9
184/11 191/9 197/14 200/6 200/7 219/5
237/20 238/19 267/9 277/2 277/25
278/18 278/21 278/22 278/23 279/7
284/22 285/4 285/9 285/9 285/11
285/17 285/18 286/6 286/7 286/13
286/20 286/21 287/1 288/1 288/2 289/6
292/14 292/22 292/25 293/10 293/10
295/6 295/10 295/19 297/22 300/19
301/6 305/19 308/14 309/6 309/18
310/18 310/19 312/11 312/12 312/14
313/11 313/14 314/11 314/14 315/9
315/10 316/5 316/19 319/8 321/18
321/20 322/2 325/11 326/17 326/19
will -- we'll [1] 170/11
William [6] 4/7 4/16 102/10 219/15
219/17 219/23
Williams [1] 155/25
Willie [1] 177/21
willing [3] 19/24 21/7 21/16
willingness [1] 284/7
winning [1] 145/8
wires [2] 133/8 133/13
wisdom [1] 283/21
wise [1] 279/9
wish [2] 21/25 22/18
wished [1] 20/18
wishes [1] 22/24
with the [1] 102/15
withdraw [1] 125/7
within [3] 9/22 23/24 197/6
without [12] 10/9 30/9 55/12 85/7 86/14
87/10 102/23 172/5 176/13 245/14
252/6 303/15
witness [151] 3/18 3/19 16/22 24/13
31/25 34/19 34/21 34/24 35/3 35/4 38/9
38/10 38/12 38/15 38/17 48/1 50/19
50/22 53/10 54/5 54/8 56/3 56/13 57/8
57/11 61/9 62/20 62/22 69/19 79/8
79/10 80/17 81/8 83/1 83/7 83/9 84/1
86/10 96/8 97/14 97/17 97/19 97/23
98/11 100/8 101/3 101/7 102/17 102/17
102/22 102/24 103/1 116/5 116/9
117/17 117/22 128/1 135/10 161/7
166/19 166/21 166/22 167/1 167/13
168/1 168/4 171/25 178/18 178/19
178/25 179/12 179/13 181/16 182/19

# W

witness [77] 182/20 182/22 183/1
183/2 183/3 183/23 186/3 186/5 186/23
186/25 187/4 187/7 187/12 188/13
194/17 194/20 203/7 203/9 203/12
205/6 205/10 205/15 207/6 208/14
211/3 213/21 213/23 213/25 214/22
214/24 218/8 218/20 219/6 219/7 219/9
219/11 221/8 224/14 239/6 239/8
239/20 239/22 239/24 242/18 242/22
246/2 247/25 252/5 252/6 252/21
253/13 253/19 253/20 255/23 267/15
267/20 273/23 273/25 274/23 274/24
275/9 275/10 288/8 288/10 288/12
288/16 288/18 288/21 289/7 290/21
290/22 291/17 291/20 292/7 292/10
292/12 292/16
witness's [4] 288/11 288/13 292/15
292/18
witnesses [26] 3/3 22/18 24/11 24/17
24/19 24/25 56/11 62/23 135/8 164/3
168/21 169/3 169/22 169/25 208/16
208/20 277/2 278/19 287/14 287/22
288/5 288/21 290/18 290/20 291/13
293/4
witnessing [1] 288/23
won't [11] 26/1 57/9 87/25 88/9 89/10
136/14 138/2 139/7 144/20 144/20
330/1
wondered [2] 108/10 135/11
word [18] 3/16 45/13 48/7 83/5 152/18
152/22 152/24 243/8 246/22 247/4
281/12 282/23 299/14 299/17 307/7
307/9 311/19 313/13
worded [1] 298/10
wording [3] 277/21 318/14 328/11
words [16] 82/2 120/12 120/13 126/18
147/2 284/4 287/8 290/4 290/14 292/2
292/20 294/10 313/2 315/1 319/3
327/10
work [10] 37/1 37/1 39/16 72/10 123/13
154/24 191/7 197/4 227/18 269/6
worked [4] 20/17 61/2 78/9 149/15
working [5] 20/11 36/25 78/21 255/10
279/11
world [1] 37/14
worry [1] 184/23
worth [64] 1/3 1/6 1/22 2/2 2/5 24/14
24/19 24/25 26/7 26/13 26/19 26/19
26/22 27/1 27/6 27/18 28/5 28/9 32/14
43/16 58/8 58/11 58/14 58/17 60/19
102/2 103/21 103/23 105/9 163/15
171/2 171/9 171/14 172/18 172/25
176/18 178/5 178/9 185/11 189/7 190/2
193/11 210/20 219/25 220/2 220/5
238/22 238/25 251/4 254/14 254/21
255/14 257/1 257/10 266/25 267/11
268/1 268/5 268/7 269/22 284/16 327/7
336/13 336/16
worthy [2] 287/16 288/10
would [221] 5/18 6/4 6/15 8/5 8/10 10/2
10/21 10/21 13/12 13/19 16/10 20/13
21/2 22/8 22/19 25/15 28/8 36/25 38/8
38/19 41/19 42/25 43/18 44/5 45/20
45/22 45/24 47/3 47/8 47/12 47/15
51/24 52/2 53/21 55/12 56/25 59/2
59/13 59/16 59/17 59/25 60/1 60/1 60/2
60/2 60/3 60/4 60/6 60/25 63/14 63/16
64/11 64/17 67/4 70/18 72/25 78/16
83/7 84/19 86/5 86/15 86/17 86/20
86/24 87/6 87/9 89/7 92/19 93/7 93/12
93/17 94/10 95/6 95/20 95/23 99/19
99/21 99/22 100/4 100/5 100/19 101/5
104/2 104/13 104/17 104/21 106/18
108/10 108/14 108/19 108/19 108/19
109/24 113/7 124/17 128/5 133/6
133/13 133/22 135/20 135/23 137/5
142/15 144/7 145/4 145/12 148/2
150/12 151/7 151/9 151/10 154/15
155/10 156/15 156/19 159/21 162/19
163/3 166/1 166/4 166/6 166/8 166/15
166/16 167/19 172/11 173/12 173/15
177/2 178/13 185/1 185/5 187/11 189/3
194/17 194/21 195/24 199/11 202/9
205/9 206/17 208/20 208/22 208/22
212/7 218/14 218/19 225/6 231/3 231/4
237/17 240/12 240/21 241/6 242/9
245/4 245/8 245/11 245/12 245/19
245/20 247/20 248/18 257/22 258/25
268/24 269/8 269/15 270/3 271/3 271/9
271/13 271/14 271/17 271/17 273/1 273/4
273/5 273/8 273/15 273/18 273/19
276/2 276/10 278/9 279/9 281/21 282/4
283/23 284/1 284/20 295/2 299/14
303/11 303/14 304/14 304/17 304/17
308/24 309/1 310/2 310/4 311/3 312/18
313/23 313/23 314/5 314/5 316/7
316/16 318/2 318/18 318/20 320/7
320/9 321/9 322/14 322/16 322/23
323/21 324/3 332/1
wouldn't [11] 46/23 46/24 100/11 108/8
116/8 208/22 245/5 245/25 263/19
280/9 318/17
wrestle [2] 234/10 234/13
wrestled [1] 72/8
wrestling [5] 71/25 73/20 158/19 158/25
159/3
wrist [3] 77/3 78/25 263/13
wrists [1] 132/18
write [9] 43/4 196/6 197/11 218/23
285/9 285/11 295/17 295/25 296/5
write -- you [1] 285/9
writing [7] 26/2 26/3 295/6 305/6 305/7
328/2 328/8
written [10] 25/24 26/2 43/10 43/10
43/12 47/15 179/20 179/25 197/20
295/22
wrong [6] 14/13 45/12 208/22 293/19
294/18 326/25
wrongful [1] 311/21
wrongs [1] 175/6
wrote [2] 25/21 162/18

# Y

y'all [52] 21/24 62/5 65/21 109/17 118/5
135/19 136/11 137/10 138/22 168/6
172/6 181/10 186/4 188/9 209/11
214/23 249/9 270/21 273/24 276/5
277/1 277/4 277/6 277/13 277/24
278/17 278/20 279/7 279/16 280/12
280/17 280/19 281/23 282/11 282/18
283/2 283/10 288/2 291/7 291/8 298/22
299/12 300/5 300/10 327/21 328/20
328/23 329/1 332/25 334/17 334/20
335/13
yahoo.com [2] 2/6 336/19
yard [1] 128/13
yeah [13] 7/6 20/8 30/4 109/17 199/10
200/6 238/6 282/19 282/25 300/7 328/9
333/25 334/15
year [5] 58/9 180/7 189/23 224/7 241/4
years [12] 32/12 84/16 105/4 185/12
221/2 221/5 255/2 255/6 255/7 257/11
270/18 272/22
yelled [3] 120/12 126/7 201/25

yelling [3] 233/10 233/12 233/18
yells [1] 274/6
yep [1] 335/6
yes [604]
yesterday [13] 5/15 15/20 21/2 21/2
24/18 30/23 31/5 34/11 40/11 40/19
53/16 55/23 266/24
yet [9] 8/10 42/22 121/2 126/3 135/16
170/11 172/13 174/5 213/21
York [2] 105/1 105/3
you [1706]
you -- as [1] 322/21
you -- how [2] 33/17 185/10
you -- I [1] 299/2
you -- is [1] 274/17
you -- we [1] 227/6
you -- when [1] 244/9
you'll [9] 34/17 39/21 105/9 278/25
278/25 279/10 309/9 314/4 315/2
you're [94] 6/24 9/10 14/1 15/1 15/2
15/5 15/13 15/15 16/16 16/24 19/23
19/24 20/10 21/13 24/8 35/3 38/17
38/23 40/9 41/23 42/16 45/25 51/14
53/2 54/2 64/14 68/12 72/10 74/5 81/1
82/15 85/11 89/3 92/8 97/19 101/2
103/2 109/18 115/14 115/19 117/20
131/6 135/5 140/16 151/23 152/1 152/6
152/9 153/20 156/22 157/5 164/20
168/4 169/7 169/22 170/13 172/7
173/11 175/18 179/14 182/7 183/21
187/4 195/21 196/1 196/4 205/2 209/21
214/18 215/17 219/9 219/24 220/5
226/10 228/10 228/11 233/25 242/20
245/6 247/2 247/23 253/2 256/2 257/2
261/5 263/22 266/15 269/4 274/8
278/18 283/12 298/6 298/25 309/17
you've [40] 17/13 26/2 30/10 31/3 32/15
34/12 47/22 52/4 66/20 69/11 89/9
89/21 89/23 99/10 99/12 100/21 100/23
100/24 105/17 118/13 118/15 131/9
166/9 166/10 175/10 178/23 182/2
185/13 185/15 188/5 206/20 223/4
223/21 227/1 233/24 241/15 245/21
250/3 278/24 280/14 282/8 282/9
291/13 298/13 305/18 323/18
your [702]
your -- are [1] 253/24
yours [3] 155/10 256/2 299/9
yourself [8] 32/9 35/16 191/16 192/4
192/8 229/21 246/14 293/14
yourselves [1] 276/5
YouTube [1] 294/5

# Z

zero [21] 58/10 58/13 58/19 84/14
84/14 84/19 84/25 85/15 86/6 102/7
111/21 200/3 200/4 200/19 221/4
223/24 257/4 257/12 257/15 257/23
270/11
ZT [9] 58/19 58/22 59/20 59/23 63/16
200/25 201/8 224/15 257/15