Case: 20-10296    Document: 00515910752    Page: 1    Date Filed: 06/23/2021
Case 4:15-cv-00221-A   Document 287   Filed 06/23/21   Page 1 of 2   PageID 4305

FILED
June 23, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 1, 2021
Lyle W. Cayce
Clerk

No. 20-10296
Summary Calendar

---

Eric C. Darden, as Administrator of the Estate of Jermaine Darden and *on behalf of* the statutory beneficiaries of the Estate of Jermaine Darden (which are Donneika Goodacre-Darden, surviving mother of Jermaine Darden, Charles H. Darden, surviving father of Jermaine Darden,

*Plaintiff—Appellant*,

versus

W. F. Snow; J. Romero,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:15-CV-221-A

---

Before Higginbotham, Jones, and Costa, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

Case: 20-10296   Document: 00515910752   Page: 2   Date Filed: 06/23/2021
Case 4:15-cv-00221-A   Document 287   Filed 06/23/21   Page 2 of 2   PageID 4306

No. 20-10296

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued as the mandate on Jun 23, 2021**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**