RECEIVED
By Tamara Ellis at 4:08 pm, Jun 23, 2021

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

June 23, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

  No. 20-10296  Darden v. Snow
         USDC No. 4:15-CV-221-A

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Laney L. Lampard, Deputy Clerk
            504-310-7652

cc:
  Mr. Kenneth E. East
  Mr. Matthew J. Kita
  Mr. Dee Lee Thomas Jr.
  Mr. Daryl Kevin Washington